UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   vs.<br><br>SOLARWINDS CORP. and TIMOTHY G. BROWN,<br><br>        Defendants | Case No. 1:23-cv-9518 |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Kristen M. Warden, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Securities and Exchange Commission in the above-captioned action.

I am an active member in good standing of the bars of the District of Columbia and New York.

There are no disciplinary proceedings against me in any court.

I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

In support of my motion, I have attached a declaration pursuant to Local Rule 1.3(c).

1

Dated:  October 30, 2023                    Respectfully submitted,

                                                        /s/ Kristen M. Warden

                                                        Kristen M. Warden
                                                        Attorney for Plaintiff
                                                        U.S. SECURITIES AND EXCHANGE COMMISSION
                                                        100 F Street, N.E.
                                                        Washington, DC 20594
                                                        Phone: (202) 551-4661
                                                        Wardenk@sec.gov