UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SOLARWINDS CORP. and TIMOTHY G. BROWN,<br><br>　　　　Defendants. | Case No. 1:23-cv-9518<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION** *PRO HAC VICE* |

　　The motion of Kristen M. Warden for admission to practice *pro hac vice* in the above-captioned enforcement action is GRANTED.

　　Applicant has declared that she is an active member in good standing of the bars of the District of Columbia and New York and that her contact information is as follows:

>   Kristen M. Warden
>   Securities and Exchange Commission
>   100 F Street, N.E.
>   Washington, DC 20594
>   Phone: (202) 551-4661
>   Email:  Wardenk@sec.gov

　　Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Securities and Exchange Commission in the above-captioned action;

　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.

　　All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2023

                                                                                            _____
                                                                                            THE HONORABLE
                                                                                            UNITED STATES DISTRICT JUDGE