UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>        vs.<br><br>SOLARWINDS CORP. and TIMOTHY G. BROWN,<br><br>        Defendants. | Case No. 1:23-cv-09518 |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, W. Bradley Ney, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Securities and Exchange Commission in the above-captioned action.

I am an active member in good standing of the bar of the District of Columbia.

There are no disciplinary proceedings against me in any court.

I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

In support of my motion, I have attached a declaration pursuant to Local Rule 1.3(c).

Dated:  October 30, 2023                    Respectfully submitted,

/s/ W. Bradley Ney

  W. Bradley Ney
  Attorney for Plaintiff
  U.S. SECURITIES AND EXCHANGE
  COMMISSION
  100 F Street, N.E.
  Washington, DC 20594
  Phone: (202) 551-5317
  NeyW@SEC.GOV

2