**UNITED STATES DISTRICT COURT**
**SOUTHERN DISRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>SOLARWINDS CORP. and TIMOTHY G. BROWN,<br><br>        Defendants | Case No. 1:23-cv-09518 |

### DECLARATION OF W. BRADLEY NEY
### IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, W. Bradley Ney, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     I am an Assistant Director in the Securities and Exchange Commission's Enforcement Division.

2.     I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.     As shown in the Certificates of Good standing annexed hereto, I am an active member in good standing of the District of Columbia bar.  See Exhibit 1.

4.     I have never been convicted of a felony.

5.     I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.     There are no disciplinary proceedings presently against me in any court.

1

7.   Because I am an attorney appearing for a federal agency, the fee requirement is waived.

Dated:  October 26, 2023

Respectfully submitted,

W. B adley Ney
Attorney for Plaintiff
U.S. SECURITIES AND EXCHANGE
COMMISSION
100 F Street, N.E.
Washington, DC 20594
Phone: (202) 551-5317
NeyW@SEC.GOV



District of Columbia
Signed and Sworn to (or affirmed) before me on _10/26/23_ (Date)
by _William Ney_
(Name(s) of individual(s) Making Statement)
Signature of Notarial Officer: _Takinota_
Title of Office: _Paralegal specialist/notary public_
My Commission Expires: _11/14/24_

2