UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SOLARWINDS CORP. and TIMOTHY G. BROWN,<br><br>Defendants | Case No. 1:23-cv-9518 |

**DECLARATION OF LORY STONE**
**IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Lory Stone, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a Senior Counsel in the Securities and Exchange Commission's Enforcement Division.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good standing annexed hereto, I am an active member in good standing of the District of Columbia bar.  See Exhibit 1.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any court.

1

7. Because I am an attorney appearing for a federal agency, the fee requirement is waived.

Dated: October __, 2023          Respectfully submitted,

_____
Lory Stone
Attorney for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20594
Phone: (202) 551-4931
StoneL@sec.gov