UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  vs.<br><br>SOLARWINDS CORP. and TIMOTHY G. BROWN,<br><br>    Defendants. | Case No. 1:23-cv-9518 |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Lory Stone, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Securities and Exchange Commission in the above-captioned action.

I am an active member in good standing of the bar of the District of Columbia.

There are no disciplinary proceedings against me in any court.

I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

In support of my motion, I have attached a declaration pursuant to Local Rule 1.3(c).


Dated:  October 30, 2023                     Respectfully submitted,

                                             /s/ Lory Stone

1

Lory Stone
Attorney for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20594
Phone: (202) 551-4931
StoneL@SEC.GOV