UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>vs.<br><br>SOLARWINDS CORP. and TIMOTHY G. BROWN,<br><br>  Defendants. | Case No. 1:23-cv-9518<br><br>**ORDER**<br>**GRANTING MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Lory Stone for admission to practice *pro hac vice* in the above-captioned enforcement action is GRANTED.

Applicant has declared that he is an active member in good standing of the bar of the District of Columbia and that his contact information is as follows:

> Lory Stone
> Securities and Exchange Commission
> 100 F Street, N.E.
> Washington, DC 20594
> Phone: (202) 551-4931
> Email: StoneL@SEC.GOV

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Securities and Exchange Commission in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: November 1, 2023

                                   *Paul A. Engelmayer*
                                 THE HONORABLE PAUL A. ENGELMAYER
                                 UNITED STATES DISTRICT JUDGE