UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SOLARWINDS CORP. and TIMOTHY G. BROWN,<br><br>Defendants. | Civil Action No. 23-cv-9518-PAE |

[PROPOSED] ORDER

Having considered the Letter Motion jointly submitted by Plaintiff Securities and Exchange Commission and Defendants SolarWinds Corp. and Timothy G. Brown, and for good cause shown, it is hereby

ORDERED that the following schedule shall apply for any motions under Rule 12(b)(6) in this case, including any amici briefs:

| Filing | Due Date |
|---|---|
| Motion and opening brief | January 26, 2024 |
| Any amici briefs with requests for leave to file | February 2, 2024 |
| Amended Complaint, if any | February 16, 2024 |
| Opposition brief if no Amended Complaint | March 8, 2024 |
| Reply brief if no Amended Complaint | March 22, 2024 |
| If there is an Amended Complaint, new motion to dismiss (or notice that standing by previous motion) | March 22, 2024 |
| If there is an Amended Complaint, opposition brief | April 19, 2024 |
| If there is an Amended Complaint, reply brief | May 3, 2024 |

It is further ORDERED that the Defendants' brief shall take the form of a combined brief of no more than 40 pages, the SEC's opposition brief shall be limited to 50 pages, and the reply brief shall be limited to 15 pages. In the event there are no amici briefs, the SEC shall limit its opposition brief to 40 pages and endeavor to file it sooner, and the Defendants' reply brief shall

be due two weeks after the SEC files its opposition brief. If there are more than two amici briefs, the SEC may seek leave to file a longer brief.

So ordered.

Dated: December __, 2023

                                                                                                      _____

THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE