UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES and EXCHANGE COMMISSION,

                            Plaintiff,

      -v-

SOLARWINDS CORP. & TIMOTHY G. BROWN,

                            Defendants.

23 Civ. 9518 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received counsels' joint letter proposing a briefing schedule governing the anticipated motion to dismiss, and a potential amended complaint, in this case. Dkt. 21. The Court thanks counsel for this thoughtful letter and for taking such initiative.

    The Court is likely to approve the proposed schedule in whole or substantial part. Before doing so, however, the Court wishes to hold an initial conference with counsel. Such will enable the Court, *inter alia*, to consider the proposed schedule alongside an overall case management plan.

    To this end, the Court, by separate order, is today scheduling an initial conference for **Thursday, December 14, 2023, at 2 p.m.**, and commissioning, in advance of the conference, the submission of a joint proposed case management plan. The conference will be held in person. The Court's judgment is that an in-person, rather than telephonic, conference, is better suited to the demands of this complex case.

SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge

Dated: December 6, 2023
      New York, New York