jdUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                               Plaintiff,

           -v-

SOLARWINDS CORP. & TIMOTHY G. BROWN,

                              Defendants.

23 Civ. 9518 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court today held an initial pre-trial conference, in which it reviewed in detail the parties' proposed case management plan and proposed schedule governing defendants' anticipated motion to dismiss. As the discussion in today's conference resulted in several modest adjustments to these proposals, the Court directs counsel, by December 19, 2023, to jointly file a revised case management plan consistent with today's discussion.

      By separate order, the Court is referring this case, for the limited purpose of assisting in potential settlement discussions, to Magistrate Judge Moses.

      SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: December 14, 2023
New York, New York