**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL    (1946-1956)
SIMON H. RIFKIND    (1950-1995)
LOUIS S. WEISS      (1927-1950)
JOHN F. WHARTON     (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

2029 CENTURY PARK EAST, SUITE 2000
LOS ANGELES, CALIFORNIA 90067-3006
TELEPHONE: (310) 982-4350

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

1313 NORTH MARKET STREET, SUITE 806
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

PARTNERS RESIDENT IN WASHINGTON

JARRYD E. ANDERSON            MARTHA L. GOODMAN
JOSEPH J. BIAL                WILLIAM A. ISAACSON
PAUL D. BRACHMAN              JANE B. O'BRIEN
JOHN P. CARLIN                JESSICA E. PHILLIPS
REBECCA S. COCCARO            JEANNIE S. RHEE
TIHITINA DAGNEW               KANNON K. SHANMUGAM
KAREN L. DUNN                 SCOTT A. SHER
KENNETH A. GALLO              KYLE SMITH
ROBERTO J. GONZALEZ           JOSHUA H. SOVEN

PARTNERS NOT RESIDENT IN WASHINGTON

MATTHEW W. ABBOTT*            DANIEL J. KRAMER*
EDWARD T. ACKERMAN*           ANDREW D. KRAUSE*
JACOB A. ADLERSTEIN*          BRIAN KRAUSE*
WILL AITKEN-DAVIES*           CAITH KUSHNER*
STEFAN ARNOLD-SOULBY*         DAVID K. LAKHDHIR*
JONATHAN H. ASHTOR*           GREGORY F. LAUFER*
ROBERT A. ATKINS*             BRIAN C. LAVIN*
KANESH BALASUBRAMANIAM*       MATTHEW N. LEIST*
SCOTT A. BARSHAY*             XIAOYU GREG LIU*
PAUL M. BASTA*                TIMOTHY LOWE*
LYNN B. BAYARD*               RANDY LUSKEY*
BRUCE BIRENBOIM*              LORETTA E. LYNCH*
H. CHRISTOPHER BOEHNING*      JEFFREY D. MARELL*
BRIAN BOLIN*                  MARCO V. MASOTTI*
ANGELO BONVINO*               ELIZABETH R. MCCOLM*
ANDRE G. BOUCHARD*            ANNE MCGINNIS*
ROBERT A. BRITTON*            JEAN M. MCLOUGHLIN*
BRAD BROWN*                   MARK F. MENDELSOHN
WALTER F. BROWN*              CLAUDINE MEREDITH-GOUJON*
SUSANNA M. BUERGEL*           MATTHEW MERKLE*
JESSICA S. CAREY*             WILLIAM B. MICHAEL*
DAVID CARMONA*                SEAN A. MITCHELL*
BONNIE CHEN*                  ERIN J. MORGAN*
GEOFFREY R. CHEPIGA*          JUDIE NG SHORTELL*
ELLEN N. CHING*               CATHERINE NYARADY*
WILLIAM A. CLAREMAN*          CIAN O'CONNOR*
LEWIS R. CLAYTON              BRAD R. OKUN*
JAY COHEN                     SUNG PAK*
KELLEY A. CORNISH*            CRYSTAL L. PARKER*
TIMOTHY CRUICKSHANK*          LINDSAY B. PARKS*
CHRISTOPHER J. CUMMINGS*      ANDREW M. PARLEN*
THOMAS V. DE LA BASTIDE III*  JOHN PATTEN*
MEREDITH R. DEARBORN*         DANIELLE C. PENHALL*
ALICE BELISLE EATON*          CHARLES J. PESANT*
ANDREW J. EHRLICH*            ANASTASIA V. PETERSON*
CAROLINE B. EPSTEIN*          ANDREAS PHILIPSON*
GREGORY A. EZRING*            AUSTIN S. POLLET*
ROSS A. FIELDSTON*            RAVI PUROHIT*
ANDREW C. FINCH*              VALERIE E. RADWANER*
BRAD J. FINKELSTEIN*          JEFFREY J. RECHER*
BRIAN P. FINNEGAN*            LORIN L. REISNER*
ROBERTO FINZI                 ANDREW N. ROSENBERG*
PETER E. FISCH*               JACQUELINE P. RUBIN*
HARRIS FISCHMAN*              RAPHAEL M. RUSSO*
KATHERINE B. FORREST*         NEEL V. SACHDEV*
VICTORIA S. FORRESTER*        JEFFREY B. SAMUELS*
HARRIS B. FREIDUS*            PAUL L. SANDLER*
MANUEL S. FREY*               AARON J. SCHLAPHOFF*
DAVID P. FRIEDMAN*            KENNETH M. SCHNEIDER*
MATTHEW R. FRIEDMAN*          ROBERT B. SCHUMER*
REUVEN P. GARRETT*            JOHN M. SCOTT*
MICHAEL E. GERTZMAN*          BRIAN SCRIVANI*
ADAM M. GIVERTZ*              KYLE T. SEIFRIED*
SALVATORE GOGLIORMELLA*       SUHAN SHIM*
NEIL GOLDMAN*                 MARIAN S. SHIN
MATTHEW B. GOLDSTEIN*         ANUSHA SIMHA*
BENJAMIN GOODCHILD*           CULLEN L. SINCLAIR*
CHARLES H. GOOGE, JR.*        MAURY SLEVIN*
ANDREW G. GORDON*             AUDRA J. SOLOWAY*
JOE GRAHAM*                   SCOTT M. SONTAG*
BRIAN S. GRIEVE*              MEGAN SPELMAN*
UDI GROFMAN*                  ROBERT Y. SPERLING*
MELINDA HAAG                  EYITAYO ST. MATTHEW-DANIEL*
ALAN S. HALPERIN*             SARAH STASNY*
CLAUDIA HAMMERMAN*            BEN STEADMAN*
IAN M. HAZLETT*               AIDAN SYNNOTT*
BRIAN S. HERMANN*             ROBERT D. TANANBAUM*
JOSHUA HILL JR.*              BRETTE TANNENBAUM*
MICHELE HIRSHMAN*             RICHARD C. TARLOWE*
JARRETT R. HOFFMAN*           DAVID TARR*
ROBERT HOLO*                  MONICA K. THURMOND*
CHRISTOPHER HOPKINS*          DANIEL J. TOAL*
DAVID S. HUNTINGTON*          LAURA C. TURANO*
AMRAN HUSSEIN*                CONRAD VAN LOGGERENBERG*
LORETTA A. IPPOLITO*          KRISHNA VEERARAGHAVAN*
SOHAIL ITANI*                 JEREMY M. VEIT*
JAREN JANGHORBANI*            LIZA M. VELAZQUEZ*
BRIAN M. JANSON*              MICHAEL VOGEL*
LUKE JENNINGS*                ANDREA WAHLQUIST BROWN*
JEH C. JOHNSON                JOHN WEBER*
ROGER JOHNSON*                ERIC J. WEDEL*
DEIRDRE JONES*                THEODORE V. WELLS, JR.
MATTHEW B. JORDAN*            SAMUEL J. WELT*
CHRISTODOULOS KAOUTZANIS*     LINDSEY L. WIERSMA*
BRAD S. KARP*                 STEVEN J. WILLIAMS*
JOHN C. KENNEDY*              LAWRENCE I. WITDORCHIC*
ROBERT A. KILLIP*             MARK B. WLAZLO*
BRIAN KIM*                    STACI YABLON*
KYLE J. KIMPLER*              BOSCO YIU*
ROBERT A. KINDLER*            TONG YU*
ALEXIA D. KORBERG*            KENNETH S. ZIMAN*
NINA KOVALENKO                T. ROBERT ZOCHOWSKI, JR.*

*NOT ADMITTED TO THE DC BAR

WRITER'S DIRECT DIAL NUMBER

(202) 223-7372

WRITER'S DIRECT FACSIMILE

(202) 478-2127

WRITER'S DIRECT E-MAIL ADDRESS

jcarlin@paulweiss.com

February 2, 2024

**By ECF**

The Honorable Paul A. Engelmayer
Thurgood Marshall U.S. Courthouse
40 Foley Square, New York, NY 10007

Re:     *Securities and Exchange Commission* v.
        *Solarwinds Corp. and Timothy G. Brown*,
        Case No. 23-cv-9518

Dear Judge Engelmayer:

   We write pursuant to Your Honor's scheduling order, ECF No. 38, and Section 3.I of Your Honor's Individual Rules on behalf of Stewart Baker, Austin Berglas, John P. Carlin, Gus Coldebella, Gary P. Corn, H. Bryan Cunningham, J. Michael Daniel, Jeff Greene, Melinda Haag, Chris Inglis, Steven M. Kelly, Chris Krebs, James A. Lewis, Joseph Moreno, Jeannie S. Rhee, Paul Rosenzweig, Kurt Sanger, Suzanne Spaulding, John Reed Stark, Kemba Walden, and Mark Weatherford (collectively, "proposed *Amici*") to seek leave of this Court to file the attached *amici curiae* brief in aid of the Court's consideration of the defendants' motion to dismiss, ECF No. 44.

   Proposed *Amici* are over twenty former federal law enforcement and national security officials with expertise in cybersecurity.  Proposed *Amici* have served in senior leadership roles in the federal government in which they participated in the highest levels of policy deliberations on cybersecurity.  Collectively, proposed *Amici* have devoted many years to protecting the national security interests of the United States spanning multiple administrations of both parties.  Proposed

*Amici* include the first National Cyber Director for the United States; the top Judge Advocate for the U.S. Cyber Command; the lead cyber official for the Department of Homeland Security; General Counsel of the National Security Agency and the highest-ranking civilian in the National Security Agency; the top national security lawyer for the Department of Justice; key Federal Bureau of Intelligence officials including the Chief of Staff and Senior Counsel to the Director, as well as Chief of Cyber Policy; a National Security Lawyer to the Central Intelligence Agency; and Chief of the Securities and Exchange Commission Office of Internet Enforcement.  Proposed *Amici* have an interest in informing the Court regarding the federal government's efforts to encourage private companies to share cybersecurity information with government authorities, including law enforcement and national security agencies, on a voluntary basis.

In the attached brief, proposed *Amici* seek to aid the Court's consideration of the motion to dismiss by informing the Court about the need to be cognizant of any risk that enforcement actions like this one may disincentivize public-private information sharing, which is a critically important part of our national security.  The current cyber risk environment has been characterized by a steady rise in the frequency and severity of cyberattacks perpetrated by increasingly sophisticated threat actors, some of which enjoy sponsorship by state actors hostile to American national security and foreign policy interests.  In the experience of proposed *Amici*, a key component of the nation's cybersecurity strategy for combatting these threats is private entities' sharing of information regarding cyberattacks with federal law enforcement and national security agencies.  When considering an enforcement action like this one, courts should keep in mind the risk that any action that might discourage such information sharing could be detrimental to national cybersecurity.

For these reasons, proposed *Amici* respectfully request the Court's permission to submit the attached brief as *amici curiae*.  We have consulted with the parties, and counsel for the defendants consent to our filing.  Counsel for the Securities and Exchange Commission does not oppose our request.

The proposed *Amici* appreciate the Court's consideration of this request.

February 2, 2024                                  Respectfully submitted,

                                                  /s/ John P. Carlin

                                                  John P. Carlin (*pro hac vice* motion pending)

                                                  /s/ Jeannie S. Rhee

                                                  Jeannie S. Rhee (*pro hac vice* motion pending)

                                                  **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Copies to all counsel of record by ECF