UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SOLARWINDS CORP. and TIMOTHY G. BROWN,<br><br>Defendants. | Civil Action No. 1:23-cv-09518-PAE-BCM<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Serrin Turner and the exhibits attached thereto, and the accompanying Memorandum of Law, both dated March 22, 2024, the undersigned hereby moves this Court on behalf of Defendants SolarWinds Corp. and Timothy G. Brown before the Honorable Paul A. Engelmayer, in Courtroom 1305 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York, 10007, for an order granting Defendants' Motion to Dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other relief as the Court deems just and proper.

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Serrin Turner*
Serrin Turner
Nicolas Luongo
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
serrin.turner@lw.com

nicolas.luongo@lw.com

Sean M. Berkowitz (*pro hac vice*)
Kirsten C. Lee (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 N. Wabash, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
sean.berkowitz@lw.com
kirsten.lee@lw.com

Michael Clemente (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
michael.clemente@lw.com

*Counsel for Defendants SolarWinds Corp. and Timothy G. Brown*