**Serrin Turner**
Direct Dial: 212.906.1330
serrin.turner@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

May 1, 2024

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re: *SEC v. SolarWinds & T. Brown*, Case No. 1:23-cv-9518-PAE-BCM; Request to Bring Electronic Equipment into Courthouse for Use During May 15, 2024 Oral Argument

Dear Judge Engelmayer:

Pursuant to Rules 6.A.-B. of the Court's Individual Rules and Practices in Civil Cases and Standing Order M10-468 of the United States District Court for the Southern District of New York, Defendants SolarWinds Corp. and Timothy G. Brown submit this application, appended hereto as Exhibit A, for an Order permitting the listed individuals to bring electronic equipment into the Courthouse for use during oral argument taking place on May 15, 2024 at 2 p.m.

We thank the Court for your consideration of this request.

Respectfully submitted,

*/s/ Serrin Turner*
Serrin Turner
of LATHAM & WATKINS LLP

cc: All Counsel of record (via ECF)