# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF AN APPLICATION TO BRING PERSONAL ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSES OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby:

**ORDERED** that the following attorneys are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:.

*Securities and Exchange Commission v. SolarWinds Corp. and Timothy G. Brown*,
Case No. 1:23-cv-9518-PAE-BCM (SDNY)

The date for which such authorization is provided is May 15, 2024.

**ORDERED** that for the Device(s) checked below SDNY Courtroom Wi-Fi access shall be provided on May 15, 2023:

| Attorney | E-Mail | Device(s) | Courtroom | WiFi Granted |
|---|---|---|---|---|
| Sean Berkowitz | sean.berkowitz@lw.com | One mobile phone; one laptop computer; one iPad; necessary adapters/cables | 1305 | X |
| Serrin Turner | serrin.turner@lw.com | One mobile phone; one laptop computer; one iPad; necessary adapters/cables | 1305 | X |

2

| Attorney | E-Mail | Device(s) | Courtroom | WiFi Granted |
|---|---|---|---|---|
| Kirsten C. Lee | kirsten.lee@lw.com | One mobile phone; one laptop computer; one iPad; necessary adapters/cables | 1305 | X |
| Nicolas Luongo | nicolas.luongo@lw.com | One mobile phone; one laptop computer; necessary adapters/cables | 1305 | X |

The attorneys identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Devices(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____, 2024

_____
United States District Judge Paul A. Engelmayer