

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

May 3, 2024

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

      Re:    *SEC v. SolarWinds Corp.*, No. 23-cv-9518-PAE
              **Request To Bring Electronic Equipment Into Courthouse For Use
              During May 15, 2024 Oral Argument**

Dear Judge Engelmayer:

      Pursuant to Rules 6.A.-B. of the Court's Individual Rules and Practices in Civil Cases and Standing Order M10-468 of the United States District Court for the Southern District of New York, plaintiff, the United States Securities and Exchange Commission, respectfully submits this application, attached as Exhibit A, for an Order permitting the listed individuals to bring electronic equipment into the Courthouse for use during oral argument taking place on May 15, 2024, at 2 p.m.

      We thank the Court for your consideration of this request.

                                                Respectfully submitted,

                                                */s/ John J. Todor*

                                                Trial Counsel
                                                Division of Enforcement

Enclosure