UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN THE MATTER OF AN APPLICATION TO BRING PERSONAL ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSES OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL | ) ) ) ) ) ) ) ) |

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby ORDERED that the following attorneys are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

*SEC v. SolarWinds Corp.*, No. 23-cv-9518-PAE

ORDERED that for the Device(s) checked below SDNY Courtroom Wi-Fi access shall be provided. The date for which such authorization is provided is May 15, 2024.

| Attorney | E-mail | Devices | Courtroom | Wi-Fi Granted |
|---|---|---|---|---|
| John J. Todor | todorj@sec.gov | Cell phone, laptop | 1305 | X |
| Christopher M. Bruckmann | bruckmannc@sec.gov | Cell phone, laptop | 1305 | X |
| Lory Stone | stonel@sec.gov | Cell phone, laptop | 1305 | X |
| William B. Ney | neyw@sec.gov | Cell phone, laptop | 1305 | X |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE