

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

May 13, 2024

**BY ECF**

The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  *SEC v. SolarWinds Corp., et al.*, 23-cv-9518-PAE

Dear Judge Engelmayer:

In preparing for the May 15, 2024 oral argument, the Securities and Exchange Commission ("SEC") determined that Exhibit 10 to Serrin Turner's Declaration is not the portion of the document quoted in paragraphs 165, 166, and 188 of the Amended Complaint [ECF No. 85]. The portion of the document quoted from is page 17 of that document, and that page is attached here.

Additionally, as the Defendants note at pages 12-13 of their Reply Memorandum of Law In Support of Motion to Dismiss the Amended Complaint [ECF No. 108], the SEC did not correctly quote some language from one document in paragraph 153 of the Amended Complaint. The SEC regrets and apologizes for this error, which we do not believe is material. The SEC will be prepared to address that lack of materiality at oral argument.

Enclosure

Regards,

/s/ Christopher Bruckmann
Christopher Bruckmann
Supervisory Trial Counsel