UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                            Plaintiff,

            -v-

SOLARWINDS CORP. & TIMOTHY G. BROWN,

                            Defendants.

---

23 Civ. 9518 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received an inquiry about the timing of tomorrow's argument on the

motion to dismiss in this case.  Argument is scheduled for Wednesday, May 15, 2024, at 2 p.m.

in Courtroom 1305 of the Thurgood Marshall U.S. Courthouse.  The Court has allotted two hours

for the proceeding.


            SO ORDERED.


                                        _Paul A. Engelmayer_
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: May 14, 2024
       New York, New York