# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

May 17, 2024

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *SEC v. SolarWinds Corp. et al.*, 1:23-cv-09518-PAE-BCM

Dear Judge Engelmayer:

On behalf of SolarWinds Corp. ("SolarWinds") and Timothy G. Brown (collectively, "Defendants"), we write pursuant to Rule 4.B of the Court's Individual Rules and Practices to respectfully request the Court's permission to file Exhibit A to Defendants' May 17, 2024 Letter to the Court (the "Email Chain") with redactions. Defendants respectfully submit that good cause exists for filing the Email Chain with the proposed redactions.

The redacted information is irrelevant to the issues raised in Defendants' letter and consists of forensic information relating to how SolarWinds software maintains security logs, which could pose a security risk if made public. *See Personalized Media Communs., LLC v. Netflix, Inc.*, 2020 U.S. Dist. LEXIS 218085, at *5-6 (S.D.N.Y. Nov. 19, 2020) (permitting pealing where information could be "used by malicious third parties to attack the [defendant's] service"); *see also Syntel Sterling Best Shores Mauritius Limited v. TriZetto Group.*, 2021 WL 1541385, at *3 (granting a motion to seal with respect to "confidential and proprietary information regarding [defendant's] . . . information security"). Here, given the sensitive nature of the information—which could be exploited by a future threat actor—redaction is warranted.

Consistent with Section 4.B.2 of the Court's Individual Rules and Practices in Civil Cases, Defendants will contemporaneously file the proposed redacted document under seal via ECF.

Respectfully submitted,

/s/ Serrin Turner
Serrin Turner
of LATHAM & WATKINS LLP

GRANTED.
SO ORDERED.

_Paul A. Engelmayer_

PAUL A. ENGELMAYER
United States District Judge
May 21, 2024