UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                                    Plaintiff,

-v-

SOLARWINDS CORP. & TIMOTHY G. BROWN,

                                    Defendants.

23 Civ. 9518 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court today held a pretrial conference and confirmed that the discovery schedule set in the scheduling order at Docket 36 continues to apply. The Court moved the next case management conference from January 22, 2025, at 2:00 p.m. to January 24, 2025, at 2:00 p.m. This conference, which is anticipated to serve as a summary judgment pre-motion conference, will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

    The Court directs counsel for all parties to:

- Email to EngelmayerNYSDChambers@nysd.uscourts.gov, no later than twenty-four hours before the conference, the names of any counsel who wish to enter an appearance at the conference, and the number from which each counsel will be calling.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: August 12, 2024
       New York, New York