```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-against-

SOLARWINDS CORP., et al.,

    Defendants.

23-CV-09518 (PAE) (BCM)

**ORDER SCHEDULING CONTINUED SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

Judge Moses will conduct a continued settlement conference in this action on **December 4, 2024**, at 2:15 p.m., in Courtroom 20A, 500 Pearl Street, New York, NY 10007. One week prior to the conference, on **November 27, 2024**, the parties must jointly submit a confidential letter to chambers, by email, updating the Court as to their settlement efforts and setting out each party's most recent demand or offer.

Dated: New York, New York
       October 9, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**