UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                         Plaintiff,

-v-

SOLARWINDS CORP. & TIMOTHY G. BROWN,

                        Defendants.

23 Civ. 9518 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 1, 2024, plaintiff Securities and Exchange Commission ("the Commission") filed a motion for issuance of letter of request for international judicial assistance pursuant to the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters. Dkt. 142. The Court orders defendants to file a response by November 8, 2024. The Commission's reply, if any, is due November 15, 2024.

SO ORDERED.

*Paul A. Engelmayer* (signature)

Paul A. Engelmayer
United States District Judge

Dated: November 4, 2024
       New York, New York