UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                                 Plaintiff,

-v-

SOLARWINDS CORP. & TIMOTHY G. BROWN,

                                 Defendants.

23 Civ. 9518 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the memorandum of the Securities and Exchange Commission ("SEC") in support of its motion for the issuance of a letter of request for international judicial assistance with respect to the testimony of Robert Krajcir, Dkt. 143, the opposition of defendants SolarWinds Corp. and Timothy G. Brown, Dkt. 147, Serrin Turner's declaration in support of defendants' opposition, Dkt. 148, and the SEC's reply, Dkt. 151. The Court is today granting the SEC's motion and issuing the requested letter of request, which the Court will docket as executed. The Court does so substantially for the reasons articulated by the SEC, which the Court finds persuasive.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        Paul A. Engelmayer
                                                        United States District Judge

Dated: November 21, 2024
       New York, New York