UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                                   Plaintiff,

-v-

SOLARWINDS CORP. & TIMOTHY G. BROWN,

                                    Defendants.

23 Civ. 9518 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court hereby moves the March 14, 2025 conference one hour earlier, **to 9:30 a.m.**, to accommodate a scheduling conflict. The conference will be held telephonically. **The Court's public conference line has changed to (855) 244 8681, Access Code 2318-315-0661, followed by the pound (#) key.** The Court shall email counsel the attorney conference line in advance of the conference.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 3, 2025
       New York, New York