# EXHIBIT B

solarwinds

# System Access Request Form (SARF)

For:    (1) New Hires / Re-Hires
(2) Title / Role changes
(3) Terminations

| New Hire/ Re-Hire | ☒ | Employee | ☒ | Today's Date: | Aug | 16 | 2018 |
| Change in Role/Access | ☐ | Temporary Employee | ☐ | | | | |
| Termination | ☐ | Contractor | ☐ | Effective Date: | Sep | 04 | 2018 |
| Transfers | ☐ | Vendor | ☐ | | | | |

| First Name: Josh | Middle Initial: | Last Name: Vanhoose |
|---|---|---|
| Legal Name (if difference from name listed above) | | |
| Preferred Email (if different from First.Last@ solarwinds.com) | | |

Section 1.  Job Information (New Hires and Role/Access Change only)

| New Office Location: | Austin, TX |
|---|---|
| New Division: | G&A |
| New Department: | IT |
| New Title: | Security Engineer |
| New Supervisor's Name: | Eric Quitugua |
| New Supervisor's Contact No: | |
| New VP's Name (for travel approval): | |
| New SVP's Name (for travel approval): | |
| Old Supervisor's Name:  (n/a for New Hires) | |
| Termination – Supervisor's email address: | |

**Note:** Termed employees should have their SolarWinds' email forwarded to their direct supervisor.

Section 2. Facilities and Misc/non-Computer Access
*(Please provide to facilities with at least a reasonable amount of time to set up office/cube)*

| Building Access Badge Required? | | Yes | ☒ | No |
|---|---|---|---|---|
| Office/Cube Required? | | Yes | | No |
| Remote User? | ☒ | Yes | | No |
| Location: | | | | |

Section 3. Physical Peripherals

| Laptop: ☒ | Desktop: ☐ | Developer: ☐ |
|---|---|---|
| Virtual Machine: ☐ | Phone: ☒ | Headset: ☒ |

Section 4.  Systems Access

**Logins:** access to NetSuite, Salesforce, Admin DB (etc.) are based on System Category for each level in Section 1 above.
Please refer to Attachment A for correct system group.

**Hiring Manager to Complete**
For any system access required that is **non-standard**, please list the system and access level needed.  Additionally, please list any **email distribution lists** that the employee/contractor will need to be included on.  All approvals for non-standard access should be documented and retained.

| **Outlook Distribution Lists** (list below) |
|---|
| |
| |
| |

| System/Area | Access Level / Profile | Approved | |
|---|---|---|---|
| | | name | date |
| | | name | date |
| | | name | date |
| | | name | date |
| | | name | date |
| | | name | date |
| | | name | date |
| | | name | date |
| | | name | date |

Approvals:

| Every new hire SARF requires approval by HR. Changes to access just require manager and system owner  approval | HR Approval Andrea Aguilar |
|---|---|

Updated December 2013

CONFIDENTIAL

**Standard System Accesses for SolarWinds Employees**

(Active Directory TUL account, SolarWinds Learning Portal, SolarHR, Web Helpdesk, Confluence, MS Office Suite and Coupa should be given to all employees)

**Sales - ISR's, Channel Sales & Sales Management**
Netsuite – SolarWinds Sales Rep / Manager (region)
Salesforce.com – Sales Rep User or Channel Mgr (for Reps & Channel)
Salesforce.com – Sales Admin User - Managers and above
Cisco Agent Desktop - Reps
Cisco Supervisor Desktop - Managers and above
Go to Meeting account

**Sales - Sales Engineers**
Netsuite – SolarWinds Sales Rep & SolarWinds Support Person - for SE staff
Netsuite – SolarWinds Sales Manager & SolarWinds Support Person - Managers and above
Salesforce.com – Sales Engineer
Go to Meeting account
Fogbugz / Jira
Tableau - Managers and above
SW Internal ID
VM & vSphere
Active Directory - SWDEV Account
GEN 3 Licensing
SharePoint - Release Archive

**Customer Renewal Reps**
Netsuite – SW Renewals Rep / Manager
Tableau - Managers and above
Go to Meeting account - Managers and above
Cisco Agent Desktop - Renewals Reps
Cisco Supervisor Desktop - Managers and above

**Finance - AP, AR, and Gen. Accountants**
Netsuite - Global Accountant - Revenue & non-US Accountants
Netsuite - Accountant & Geo-Specific Accountant - AP, AR, Tax, & Gen. Accountants
Netsuite - Collections - Collections team & Revenue Mgmt
Netsuite - A/R Accountant - Collections team & Gen. Accountants
Netsuite - A/P Clerk - Accounts Payable and Gen. Accountants
Coupa - Approver role - AP Team

**Senior Finance (Controllers and Treasury)**
Netsuite – Global Accountant & Access corresponding to job duties
On-line banking – as approved
Solium Transcentive – Read Access (as approved)

**Finance - Business Analytics Teams**
Netsuite – SolarWinds Sales Administrator
Netsuite – SolarWinds Auditor - FP&A team
Salesforce.com – Sales Administrator - Marketing Analytics team
Tableau
Jira - Marketing Analytics team
Anaplan - FP&A team
Site Catalyst / Discover - Marketing Analytics team

**Order Entry**
Netsuite - SolarWinds Order Entry / Manager (depending on role)
RhinoSoft Licensing Portal

**Payroll**
Netsuite - Accountant (Global or subsidiary depending on role)
Netsuite - Human Resources2
ADP - Practitioner / Security Admin (depending on title)

**Legal Team**
WorldOx
Coupa - Buyer role
Solium Transcentive - Read/Write (based on role)

**Investor Relations and Business Development**
Netsuite - SolarWinds Auditor
Anaplan

**Marketing - Demand Generation**
Netsuite – SW Marketing Admin (upon request)
Salesforce.com – Marketing User
MicroSoft Vizio
Silverpop / Marketo
LiveBall

**Marketing - Community Team**
Netsuite - SolarWinds PMM
Netsuite - SolarWinds Support Person & SolarWinds Renewal Rep - Platform teams only
Fogbugz / Jira
Tableau
Thwack - Admin Account
Active Directory - SWDEV account - Platform team
MicroSoft Vizio

**Support Team**
Netsuite - SolarWinds Support Person - Support staff
Netsuite - SW Support Lead - Team Leads
Netsuite - SolarWinds Support Manager - Managers & above
Go to Meeting
Fogbugz / Jira
KB System
SW Internal ID
VM & vSphere
Support Group (for proper access in Confluence)

**Human Resources**
FairSail - HR Manager
Fairsail - HR Admin (HROps team members only)
iCims - Recruiter / Administrator roles (depending on title)
bswift - Administrator (Comp & Benefits team members)
SLP - Administrator (L&D team members)

**IT - Helpdesk Team**
Web Helpdesk - Technician access
Active Directory - Helpdesk access
File Server Management - Helpdesk access
Exchange Management - Helpdesk access
Microsoft Lync Administrator - Helpdesk access

**IT - Operations Team**
Netsuite - SW Helpdesk
Active Directory - Helpdesk access
Active Directory - DMZ account
Fogbugz / Jira
KB System
Perforce
VM & vSphere

**IT - Systems Team**
Netsuite - SW Helpdesk
Web Helpdesk - Tech access
Microsoft Exchange Account - Administrator access
Active Directory - Administrator access
File Server Management - Administrator Access
-Admin Account - Respective Domain

**IT - Security Team**
Netsuite - SW Helpdesk
Web Helpdesk - Tech access
Additional access to be requested based on role

**Customer Service Team**
Netsuite – SW Customer Service

**Product Marketing Managers (PMM's)**
Netsuite – SolarWinds PMM, SolarWinds Support Person
Marketo
Go to Meeting account
Jira
Tableau
Thwack - Employee account
SW Internal ID
VM & vSphere
Active Directory - SWDEV account

**Program Managers (PM's)**
Netsuite – SolarWinds PMM
Fogbugz / Jira
Tableau
VM & vSphere
Active Directory - SWDEV account
Thwack - Admin account - Product PM's only
Thwack - Employee account - Web and Product PM's
SolarWinds Improvement Program (SWIP)
Go to Meeting account

**R&D - QA & Testers**
Netsuite – SolarWinds Support Person
Fogbugz / Jira
Active Directory - SWDEV account
Tableau - QA Managers & above
Perforce - upon request
Go to Meeting account - Managers & above
Testlink account
VM & vSphere

**R&D - Info Dev**
Netsuite – SolarWinds Support Person
Fogbugz / Jira
Perforce
KB System
Active Directory - SWDEV account
VM & vSphere
SW Internal ID

**R&D - Web Dev**
Fogbugz / Jira
Netsuite – SW SolarWinds Support Person
Active Directory - SWDEV account
Tableau - QA Managers & above
Perforce
Go to Meeting account - Managers & above

**Corporate Services Group**
Egencia - Arranger / Manager roles - depending on job duties
C Cure 9000

**Business Applications Group**
Netsuite - SolarWinds Support Person, SolarWinds QA, SolarWinds Renewals Rep, SolarWinds Sales Rep
Netsuite - SolarWinds System Admin (as needed)
Fogbugz / Jira
Perforce
Active Directory - SWDEV account

**Executives - CAO, CFO, CEO**
Netsuite - Executive Std/2F (upon request)
Netsuite - SolarWinds VP Finance (upon request)
Coupa - Approver role
iCims - Executive role - CFO only

**Internal Audit Group**
Netsuite - SolarWinds Auditor

CONFIDENTIAL

**Standard System Accesses for MSP Employees**

(Active Directory TUL account, SolarWinds Learning Portal, SolarHR, Web Helpdesk, Confluence, MS Office Suite and Coupa should be given to all employees)

**Sales**

**ISR's/Channel Sales/Account Executives/Sales Management**
Salesforce.com – Sales Rep User or Channel Mgr (for Reps & Channel)
Salesforce.com – Sales Admin User - Managers and above
Cisco Agent Desktop - Reps
Cisco Supervisor Desktop - Managers and above
Go to Meeting account
CRM - Salesperson role
CRM - Account Executives - Account Executive Role
CRM - Channel Salespersons - Partner Development Specialist
NRC - Account Executives - Sales User role
CRM - Inside Sales - Inside Sales Role
NRC - Channel Salespersons - PDS User/Sales User roles
NRC - Inside Sales - Sales User role

**Sales Engineers**
CRM - Sales Engineer Role/Sales Engineer (Geo-Specific)
Salesforce.com – Sales Engineer
Go to Meeting account
N-Activate - Client Services
Bugzilla
iCims - for hire requisitions (Managers and above)
VM & vSohere
NRC - Sales Engineer Role

**Finance**
**Billings Specialists**
CRM - Order Processing/ Finance roles
NRC - Finance User role
Salesforce - Billing s role
Zuora - Zuora Platform Role - Standard User
Zuora - Zuora Billing Role - Billing Billing Operations/Standard Billing roles
Zuora - Zuora Commerce Role - Commerce Standard User
Zuora - Zuora Finance Role - Finance Read Only
Zuora - Zuora Payment Role - Payments Billing Operations/Standard Billing roles

**Renewals**
Salesforce - Renewals Rep/Renewals Reports roles
NRC - PDS User/PDS Manager (depending on title)
CRM - Renewals Rep/Sales Coordinator/Salesperson roles
EchoSign
Arkadin - Manager and above
GoToMeeting - Manager and above
Tableau - Manager and above

**Collections**
Salesforce - Collections role
Zuora - Zuora Platform Role - Standard User
Zuora - Zuora Billing Role - Billing Collections
Zuora - Zuora Commerce Role - Commerce Standard User
Zuora - Zuora Finance Role - Finance Read Only
Zuora - Zuora Payment Role - Payment Collections
CRM - Finance role
NRC - Finance User role
Adobe Reader
Salesforce for Outlook
Snipping Tool
GoToMeeting
Adobe EchoSign
Tableau

**Finance (Continued)**
**Accounting (All Departments)**
CRM - Finance/Order Processing/Global Search roles

**Accounts Payable**
Netsuite - AP Clerk & Accountant
Coupa - Accounts Payable Role

**Accounting Specialists**
Netsuite - N-Able Accountant
Zuora - Zuora Platform Role - Standard User
Zuora - Zuora Billing Role - Credit Memo
Zuora - Zuora Commerce Role - Commerce Standard User
Zuora - Zuora Finance Role - Finance Read Only
Zuora - Zuora Payment Role - Payments Credit Memo
Salesforce - Billings Role
NRC - Finance
N - Activate - Operations

**Cash Applications**
Zuora - Zuora Platform Role - Standard User
Zuora - Zuora Billing Role - Billing Cash Apps
Zuora - Zuora Commerce Role - Commerce Standard User
Zuora - Zuora Finance Role - Cash Applications
Zuora - Zuora Payment Role - Payments Cash Apps
NRC - Finance
N - Activate - Operations

**Revenue Accountants**
Zuora - Zuora Platform Role - Standard User
Zuora - Zuora Billing Role - Billing Product Catalog Admin
Zuora - Zuora Commerce Role - Commerce Standard User
Zuora - Zuora Finance Role - Finance Product Catalog Admin
Zuora - Zuora Payment Role - Payments Product Catalog Admin
Netsuite - SW Accountant - Global
N-Activate - Managers and above - Operations Role

**Finance Managers**
Zuora - Zuora Platform Role - Standard User
Zuora - Zuora Billing Role - Billing Finance Manager
Zuora - Zuora Commerce Role - Commerce Standard User
Zuora - Zuora Finance Role - Finance Finance Manager
Zuora - Zuora Payment Role - Payments Finance Manager
Netsuite - N-Able Accountant
N-Activate - Operations Role

**Business Analytics Teams**
NetSuite – SolarWinds Sales Administrator
NetSuite – SolarWinds Auditor - FP&A team
Salesforce.com – Sales Administrator - Marketing Analytics team
Zuora - Zuora Platform Role - Standard User
Zuora - Zuora Billing Role - Billing Read Only
Zuora - Zuora Commerce Role - Commerce Standard User
Zuora - Zuora Finance Role - Finance Read Only
Zuora - Zuora Payment Role -Payments Read Only
CRM - Finance/Sales Management/Program Pricing Admin/Sales
Management Report role
Tableau
JIRA - Marketing Analytics team
Anaplan - FP&A team

**Marketing - Product Marketing**
CRM - Marketing Professional
NRC - Marketing User/Marketing Programs Manager (depending on title)
Marketo and Silverpop

**Marketing - General**
Salesforce - Marketing User
Silverpop
Adobe Creative Cloud

**Technical Support**
CRM - Tech Support L1/ Customer Service Rep Roles
N-Activate - Support Role
NRC - Tech Support User/Tech Support Manager (depending on title)
Bugzilla

**Human Resources/Payroll**
FairSail - HR Manager & HR Admin
iCims - HR Manager/HR Admin/Recruiter
Coupa - HR Manager/HR Admin/Office Admin/Recruiter
Egencia - HR Manager/HR Admin/Office Admin
ADP/Payroll - HR Manager/HR Admin
Badge Access System - Office Admin

**R&D**
SWDev
Bugzilla/JIRA
CRM - Quality Assurance/Development roles
Perforce
N-Activate - Product Creation Role
Code Collaborator

**Quality Assurance**
SWDev
NRC - QA user/Product Management User (depending on title)
Bugzilla/JIRA
CRM - Quality Assurance/Development roles
N-Activate - Product Creation Role

**Business Applications Group**
SW Dev
Bugzilla/JIRA
Perforce
CRM - Admin roles as needed
NRC - QA user/Product Management User (depending on title)
Netsuite - SW Helpdesk, SolarWinds Support Person
Zuora - Zuora Platform Role - Administrator
Zuora - Zuora Billing Role - Billing Admin
Zuora - Zuora Commerce Role - Commerce Admin Role
Zuora - Zuora Finance Role - Finance Administrator
Zuora - Zuora Payment Role - Payments Admin
Salesforce (N-Able role based)
N-Activate - MIS
Tableau
GoToMeeting

**Information Technology (IT)**
Web Helpdesk - Tech (Helpdesk Team members)
NCOD (role specific)
N-Activate Server (MIS)

SW-SEC-SDNY_00062237