# EXHIBIT C

# System Access Request Form (SARF)

| SARF Type | Employee Type | | |
|---|---|---|---|
| New Hire | Employee | Today's Date: | 2/17/20 |
| | | Effective Date: | 3/2/20 |

| First Name: | Reza | Middle Initial: | | Last Name: | Shirazi |
|---|---|---|---|---|---|

| Legal Name (if different from name listed above): | |
|---|---|
| Preferred Email (if different from *first.last@solarwinds.com*): | |

## Section 1 Job information (New Hires and Change in Role/Access only)

| | |
|---|---|
| New Office Location: | Austin |
| Region: | NA (North America) |
| Business Unit: | Core |
| Function: | Product Management / Marketing |
| Team: | Product Management | Marketing |
| Job Title: | Senior Product Manager |
| New Supervisor's Name: | Sacha Dawes |
| New VP's Name (for travel approval): | |
| New SVP's Name (for travel approval): | Denny LeCompte |
| Old Supervisor's Name (n/a for new hires): | |
| Termination – Supervisor's email address: | |

*Note: Terminated employees will have their SolarWinds email forwarded to their direct supervisor*

## Section 2 Facilities and miscellaneous non-computer access

| Building Access Badge Required? | Yes | Office/Cube Required? | Yes |
|---|---|---|---|
| Remote User? | No | Office/Cube Number/Location | |

## Section 3 IT Equipments

| Desktop | n/a | Laptop | PC | Virtual Machine | No | Phone | Deskphone | Headset | Yes |
|---|---|---|---|---|---|---|---|---|---|

## Section 4 Systems Access

SolarWinds utilizes a role-based system to define default systems accesses that will be provided. Please refer to SORC – SARF 2.0 to view the role-based matrix.

**Hiring Manager to Complete:**
For any **non-standard system accesses** (based on SORC – SARF 2.0) that is required, please list the system and access level required. Approver name and approval date should also be provided. Additionally, please list all **email distribution lists** that the employee will need to be included on.

All approvals for non-standard access needs to be documented for auditing purposes.

| Outlook Distribution Lists *(provide the @solarwinds.com email address)*: | |
|---|---|
| | |
| | |
| | |

| Application | Portal | Instance | Repository | Permission Level | Approver's Name | Date |
|---|---|---|---|---|
| Google Analytics | AppOptics | Standard User | Denny LeCompte | 2/24/20 |
| Invision | AppOptics | Standard User | Denny LeCompte | 2/24/20 |
| FullStory | Cloud | Employee | Denny LeCompte | 2/24/20 |
| Sales Navigator | Cloud | Standard User | Denny LeCompte | 2/24/20 |
| JIRA (plugin: Agile Velocity Chart Gadget) | Cloud | Standard User | Denny LeCompte | 2/24/20 |
| | | | | |
| | | | | |
| | | | | |

**Important:** Refer to SORC – SARF 2.0 to complete this form properly.

**Approvals:**

| Every new hire SARF requires approval by HR. Changes to accesses only requires manager and system owner approval. | HR Approval | Ishita Raj |
|---|---|---|

# Systems Access Provisioning via SARF 2.0

1. Visit SORC SARF 2.0 list at https://solarwinds.sharepoint.com/sites/SORC/Lists/SARF/SARF20.aspx



2. Select new hire's **Region**, **BU** (Business Unit), Function, and **Team** by using the filters.



*Note: Always include **Enterprise (All)** to include all default accesses provisioned to all employees.*

3. The list will provide role-defined accesses based on the selected Region, BU, Function, and Team. All of these accesses will be provisioned for the new hire by default.



4. If access to a system is required which is not part of the new hire's role-defined default accesses, request needs to be included in **Section 4** of the SARF form