UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) Plaintiff, ) ) v. ) ) SOLARWINDS CORP. and TIMOTHY G. BROWN, ) ) Defendants. ) | Judge Paul A. Engelmayer Civil Action No. 23-cv-9518-PAE **NOTICE OF MOTION** **ORAL ARGUMENT REQUESTED** |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION TO EXCLUDE OR LIMIT THE
TESTIMONY AND OPINIONS OF GREGORY RATTRAY**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated April 25, 2025, Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court before the Honorable Paul A. Engelmayer, in Courtroom 1305 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York, 10007, for an order granting Plaintiff's Motion to Exclude or Limit the Testimony and Opinions of Gregory Rattray pursuant to Federal Rule of Evidence 702, and for such other relief as the Court deems just and proper.

Dated:  April 25, 2025

Respectfully submitted,

*/s/ Christopher J. Carney*
Christopher J. Carney
Christopher M. Bruckmann
(SDNY Bar No. CB-7317)
Kristen M. Warden
(admitted *pro hac vice*)
John J. Todor
(admitted *pro hac vice*)

William B. Ney
(admitted *pro hac vice*)
Benjamin Brutlag
(SDNY Bar No. BB-1196)
Lory Stone
(admitted *pro hac vice*)
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
202-551-2379 (Carney)
202-551-5986 (Bruckmann)
202-551-4661 (Warden)
202-551-5381 (Todor)
202-551-5317 (Ney)
202-551-2421 (Brutlag)
202-551-4931 (Stone)
Carneyc@sec.gov
BruckmannC@sec.gov
WardenK@sec.gov
TodorJ@sec.gov
NeyW@sec.gov
BrutlagB@sec.gov
StoneL@sec.gov

*Attorneys for Plaintiff*
*Securities and Exchange Commission*