IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>          v.<br><br>SOLARWINDS CORP. and TIMOTHY G. BROWN,<br><br>          Defendants. | Civil Action No. 1:23-cv-09518-PAE<br><br>Hon. Paul A. Engelmayer<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the annexed Declaration of Serrin Turner and all exhibits attached thereto, dated April 25, 2025; the separately bound Parties' Joint Statement of Undisputed Facts (ECF No. 166), dated April 18, 2025, and Defendants' Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, dated April 25, 2025; and the accompanying Memorandum of Law, dated April 25, 2025, the undersigned hereby moves this Court on behalf of Defendants SolarWinds Corp. and Timothy G. Brown, before the Honorable Paul A. Engelmayer, in Courtroom 1305 of the United States District Courthouse for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, for an order granting Defendants' Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, and for such other relief as the Court deems just and proper.

Dated: April 25, 2025
      New York, New York

Respectfully submitted,

*/s/ Serrin Turner*

Serrin Turner
Matthew Valenti
Nicolas Luongo
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
serrin.turner@lw.com
matthew.valenti@lw.com
nicolas.luongo@lw.com

Sean M. Berkowitz (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
sean.berkowitz@lw.com

*Attorneys for Defendants SolarWinds Corp. and Timothy G. Brown*