# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) SOLARWINDS CORP. and TIMOTHY G. BROWN, ) ) ) Defendants. ) | Civil Action No. 1:23-cv-09518-PAE  Hon. Paul A. Engelmayer  **ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' NOTICE OF MOTION
## TO EXCLUDE THE TESTIMONY OF MARK G. GRAFF

PLEASE TAKE NOTICE that upon the annexed Declaration of Serrin Turner and all exhibits attached thereto, and the accompanying Memorandum of Law, each dated April 25, 2025, the undersigned hereby moves this Court on behalf of Defendants SolarWinds Corp. and Timothy G. Brown, before the Honorable Paul A. Engelmayer, in Courtroom 1305 of the United States District Courthouse for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, for an order excluding the reports and testimony of Plaintiff's expert, Mark G. Graff, from this action pursuant to Federal Rule of Evidence 702 and the Supreme Court's decision in *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

Dated: April 25, 2025
      New York, New York

Respectfully submitted,

_/s/ Serrin Turner_
Serrin Turner
Matthew Valenti
Nicolas Luongo
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
serrin.turner@lw.com
matthew.valenti@lw.com
nicolas.luongo@lw.com

Sean M. Berkowitz (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
sean.berkowitz@lw.com

*Attorneys for Defendants SolarWinds Corp. and Timothy G. Brown*