# EXHIBIT 4

## Dr. GREGORY J. RATTRAY , COLONEL, USAF (ret.)

**PROFILE**

Over thirty years of expertise in cyber security, consulting, intelligence and academe.  Established and drove cyber uplift programs across Fortune 100 and government. Exceptional record in cyber security operational innovation, thought leadership and organizational strategy, and building human capital. Proven leader in top global corporations, White House and national security community, Internet governance, academic programs. Outstanding communicator and advocate across a broad range of forums and stakeholders.  Author and leader in the establishment of cyber conflict studies field.  Experience includes:

- Co-Founder of Next Peak, cyber security consultancy advancing cyber defense globally
- Chief Strategy and Risk Officer, Andesite AI
- CISO JP Morgan Chase leading global cyber security operations, uplift program & government engagement
- Founded and led Delta Risk cyber security consultancy improving cyber defenses globally
- Director of Cyber Security, National Security Council, White House
- Commanded leading-edge Air Force cyber organizations
- Chief Internet security advisor for ICANN, the leading global Internet governance organization
- Adjunct Senior Researcher, School of International & Public Affairs, Columbia University
- Author of seminal book, *Strategic Warfare in Cyberspace*
- PhD Fletcher School, Tufts University and Master of Public Policy, Kennedy School, Harvard University

**KEY LEADERSHIP INITIATIVES**

- Executive Director, Cyber Defense Assistance Collaborative (CDAC) for Ukraine and Taiwan
- Steering Committee Co-Chair, Cyber Trans-Pacific Public Private Partnership (CTP4)
- Co-chair and Executive Director, Columbia SIPA-led New York Cyber Task Force
- Architect and initial Co-President, Financial Systemic Analysis and Resiliency Center (FSARC)
- Founding board member, Sheltered Harbor
- Founding board member and initial President, Coalition to Reduce Cyber Risk
- Senior Vice President for Security, BITS
- Founder, Board and Executive Committee, Cyber Conflict Studies Association
- Member Council on Foreign Relations, Member Aspen Cyber Strategy Group; Senior Fellow Atlantic Council

**PROFESSIONAL EXPERIENCE**

**Co-Founder & Partner, Next Peak**                                                                 **2019 - present**
Leads consulting group with national leaders and front-line operators in cyber security, infrastructure protection, and risk management.  Key business activities of Next Peak include:
- Establishing risk management strategies and advanced cyber security approaches for private sector & foreign government clients through advisory services, executive coaching, assessment & security operations uplift
- Providing innovative solutions for key cyber challenges including strategic cyber forecasting, geo cyber risk mitigation, targeted attack defenses and data discipline for security operations

**Chief Strategy and Risk Officer, Andesite AI**                                                **2023 – present**
Member of senior leadership team of emerging company harnessing data science and AI for security operations. Responsible for setting strategic direction and risk management.

**Founder & Executive Director, Cyber Defense Assistance Collaborative**              **2022 - present**

- Establish the cyber defense assistance principle and initiative to assist Ukraine in the conflict with Russia
- Lead the effort to deliver training, threat intelligence, attack surface monitoring, software, hardware, and more to around 30 Ukrainian entities and over $40 million in assistance
- Drive engagement of the US private sector, US government, and foreign embassies in order to further collaborate on supporting Ukraine
- Exploratory efforts for CDAC potential activities to support Taiwan initiated in October 2024

**Board Director, Cyber Defense Labs**                                                                   **March 2024 - present**
- Board oversees the orchestration of opportunities and initiatives in Japan for a small consortium of cyber defense companies
- Driving the establishment of a Cyber Trans-Pacific Public Private Partnership (CTP4) involving leading Japanese and US critical infrastructure, cyber and technology companies

**Chief Information Security Officer & Head of Global Cyber Partnerships**                  **2014 - 2019**
**Managing Director, JP Morgan Chase**
- Lead JPMC response to major cyber breach; ensured Board, CEO, senior management, regulators, government and external audiences confident in JPMC response and remediation
- Directed JPMC cyber defense program overseeing over 1000 personnel and $500 million budget including the establishment of advanced security operations, red teaming and cyber exercise programs
- Established JPMC program to engage government and industry partners to protect financial sector globally
- Architect and initial co-president Financial Systemic Analysis and Resiliency Center
- Founder and President of global Coalition to Reduce Cyber Risk advocating for Fortune 100 companies
- Board & Executive Committee member, Sheltered Harbor LLC improving sector resiliency for cyber attacks

**CEO and Founder, Delta Risk Consulting**                                                             **2007- 2014**
Founding principal of consulting group with national leaders and front-line operators in cyber security, infrastructure protection, and risk management.  Key lines of business for Delta Risk included:
- Establish risk management strategies and advanced cyber security approaches for government and private sector client through threat intelligence, red teaming, training and exercise programs
- Provides cyber defense policy and strategy advice to private sector including Fortune 500 companies focused on financial services, DOD and DHS, and international governments

**Senior Vice President for Security, Financial Services Roundtable**                              **2010 - 2012**
- Led BITS cyber/tech security programs and industry advocacy with Congress, Executive Branch & media
- Co-Chair of Financial Services Sector Coordinating Council (FSSCC) Cyber Security Committee leading sector wide cybersecurity planning and exercises integrating private sector efforts with those of USG

**Chief Security Advisor, Internet Corporation for Assigned Names & Numbers (ICANN)**      **2007- 2010**
Worked for ICANN CEO/President and Board as senior advisor.  Principal responsibilities include:
- Established approaches for enhancing global Internet security and implementing ICANN roles
- Established ICANN initiatives related to improved security and resiliency of the DNS
- Established and oversees implementation of ICANN corporate security and resiliency strategies

**Operations Group Commander, United States Air Force**                                        **2005 - 2007**
Directed global operations of 900 personnel/$250 million active duty and National Guard team responsible for Air Force-wide tactics, security assessments, red teams, exercising, testing and training.
- Lead Air Force-wide integration of information operations with air/space operations tactics, exercises and training involving 20+ units and 5000+ personnel annually
- Lead Air Force and defense industry partnership to protect against advanced persistent threats

**Director for Cyber Security, National Security Council, The White House**                      **2002 – 2005**

Led national policy development & NSC oversight for cyber security to include the Executive Order on Information Sharing, Homeland Security Policy Directives on Critical Infrastructure and Incident Response, the establishment of cyber security in the Department of Homeland Security and government agency roles in the National Response Plan.

- Key contributor to the President's *National Strategy to Secure Cyberspace*
- Drove cyber security operational planning and ensured private sector coordination in government continuity and critical infrastructure protection programs as National Security Telecommunications Advisory Committee member and leading Interagency National Cyber Response Coordination Group.
- Developed first U.S. cyber security exercise program with Federal/state/local governments & private sector
- Established Cyber Conflict Studies Association to ensure that U.S. national efforts were guided by deeper well of intellectual capital from private industry, think tanks, government and academe

**Squadron Commander, AF Information Warfare Center**                    **2000 – 2002**

Commander, 23rd Information Operations Squadron: Hand-selected leader of 1st-ever Information Operations Tactics Squadron. Established new organization and mission; grew the unit from 12 to over 100 personnel; developed and implemented innovative approaches.

- Drove Air Force flexibility in 21st Century operations; developed first-ever tactics as a basis for training Air Force personnel on conduct of network warfare
- Orchestrated 1st Air Force-wide net defense exercise with 200+ personnel that has become the annual core DoD cyber defense exercise
- Won 2001 Air Combat Command Intelligence Unit of Year award out of over 50 eligible units

**Deputy Director, Defensive Information Warfare, Headquarters USAF**                    **1998 - 2000**

- Established AF global operational constructs for conduct of cyber/information warfare
- Served as computer security lead for AF Y2K Team

**Ph.D. Student, Fletcher School of Law & Diplomacy, Tufts University**                    **1995 - 1998**

- Dissertation on *Strategic Information Warfare: Challenges for the United States* published by MIT

**Dep Dir AF Institute of National Security Studies & Asst Prof of Political Science, USAF Academy**    **1992 - 1995**

- Led start-up research enterprise across Defense Department. Initiated first information war research agenda
- Taught courses in American politics, nat'l security, intelligence, arms control and strategy
- Recognized as Academy Outstanding Educator and Company Grade Officer Year in 1995

**Chief, Arms Control & National Estimates**                    **1989 - 1991**

Headquarters Strategic Air Command Intelligence Directorate: Lead command analyst for Soviet political, strategic forces and arms control developments. Member of Commander-in-Chief SAC tiger team on U.S. Future Deterrence Posture reforming U.S. strategy and nuclear force structure as the Cold War ended

- Awarded 1991 SAC/IN Commitment to Excellence Award for Outstanding Support to CINCSAC

**Chief, Operational Intelligence, 18 Tactical Fighter Wing**                    **1987 – 1988**

Briefed commanders & staff on regional developments; Provided aircrew support; supervised 6 personnel.

- 1988 18 TFW Intelligence Officer of the Year.

**ACADEMIC CREDENTIALS**

Adjunct Senior Research Professor, Columbia University 2017- present – co-teaching Fundamentals of Cyber Conflict course, leading NY Cyber Task Force, Japan-US Cyber Dialogue, support to Istari Cyber Academy & overseeing student Capstone projects

Associate Professor, US Air Force Academy, 1993-1995 teaching courses in international relations, comparative defense policy, intelligence and strategy

Deputy Director, USAF Institute for National Security Studies, 1994-1995 with research focused on arms control, proliferation and cyber/information warfare.

Doctor of Philosophy, Fletcher School of Law and Diplomacy, Tufts University, awarded with Distinction, 1998. Served as student representative for the Fletcher Ph.D. Program 1996 -1998.

Master of Public Policy with Concentration in International Affairs and Security, John F. Kennedy School of Government, Harvard University, 1986.  Awarded Harvard University Kennedy Fellowship 1984-1996.

Bachelor of Science, Double Major in Political Science and Military History, U.S.  Air Force Academy, Distinguished and Honors Graduate, Outstanding Cadet in International Affairs, 3rd in class of 1023, 1984.

## PUBLICATIONS

(2024). "Chapter 8: Navigating the Nexus: How Companies Can Address Growing Geo-Cyber Risk." *Guiding Cybersecurity from the Boardroom*. TAG Cyber.

(2023) Rattray, G., Hopper, G., Schuermann, T., & Power, B. "Stress Testing in a World of Compound Risks and Polycrises."

(2023) Rattray, G., & Lee, S. (2023) "US-Japan Cyber Cooperation: Meeting Challenges and Operationalizing Opportunities." Columbia University Japan Research Program.

(2023). *Bridging the Trust Gap.* The New York Cyber Task Force.

(2021). *Enhancing Readiness for National Cyber Defense through Operational Collaboration.* The New York Cyber Task Force.

(2017). *Building a Defensible Cyberspace.* The New York Cyber Task Force.

Rattray, G., Ito, Y., & Shank, S. (2013). "Japan's Cyber Security History." In J. Healey, *A Fierce Domain: Conflict in Cyberspace, 1986 to 2012*. Cyber Conflict Studies Association and The Atlantic Council.

Rattray, G., & Mulvenon, J.C. (Eds. 2012). *Addressing Cyber Instability*. Cyber Conflict Studies Association.

Rattray, G., & Healey, J. (2010). Categorizing and Understanding Offensive Cyber Capabilities and Their Use. *Proceedings of a Workshop on Deterring Cyberattacks: Informing Strategies and Developing Options for U.S. Policy*. National Research Council of the National Academies.

Rattray, G. (2009). An Environmental Approach to Understanding Cyberpower. In F.D. Kramer, S.H. Starr, & L.K. Wentz (Eds.), *Cyberpower and National Security*. Potomac Books & National Defense University Press

(2003). *The National Strategy to Secure Cyberspace*. The White House.

Rattray, G. (2002). Security in Cyberspace. In J.A. Larsen (Ed.), *Arms Control: Cooperative Security in A Changing Environment*. Lynne Rienner Publishers.

Rattray, G. (2001). *Strategic Warfare in Cyberspace*. The MIT Press.

Rattray, G. (1998). *Strategic Information Warfare: Challenges for the United States*. Ph.D. thesis presented to The Fletcher School of Law and Diplomacy.

Rattray, G. (1997). The Emerging Global Information Infrastructure and National Security. *The Fletcher Forum of World Affairs*, *21*(1), 81-100.

Rattray, G., & Larsen, J.A. (1997). Arms Control and Proliferation. In P.L. Hays, B.J. Vallance, & A.R. Van Tassel (Eds.), *American Defense Policy*. John Hopkins University Press.

Rattray, G., & Larsen J.A. (Eds. 1996). *Arms Control Toward the 21st Century*. Lynne Rienner Press.