# EXHIBIT 5

 **U.S. Securities and Exchange Commission**

STATEMENT

# Statement on Nasdaq Trading Interruption

## Chair Mary Jo White

Aug. 22, 2013

The continuous and orderly functioning of the securities markets is critically important to the health of our financial system and the confidence of investors. Today's interruption in trading, while resolved before the end of the day, was nonetheless serious and should reinforce our collective commitment to addressing technological vulnerabilities of exchanges and other market participants. The Commission is determined to enhance the safeguards necessary for strong market systems. As one step, I will work to advance rules that the Commission proposed earlier this year regarding new standards for the trading and other systems that are central to the integrity of our markets. I also will shortly convene a meeting of the leaders of the exchanges and other major market participants to accelerate ongoing efforts to further strengthen our markets.

GRAFF
Exhibit No.:
6
14-Feb-25
[Brooke Perry]

Last Reviewed or Updated: Aug. 22, 2013

Case 1:23-cv-09518-PAE    Document 173-5    Filed 04/25/25    Page 3 of 3