# EXHIBIT 6



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                    SW-SEC00262012

EXHIBIT 5
WIT: Cline
DATE: 12-1-24
Micheal A. Johnson, RDR, CRR



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                                          SW-SEC00262013





# Timeline

solarwinds

This needs to be considered a top priority project, I recommend decreasing or dropping any non-crucial tasks to gain the needed hours.

1. Perform complete assessment and account audit. *24 hours*
2. Build the hierarchical roles and policies. *16 hours*
3. Remove admin rights for all system user accounts. *1 hour*
4. Build managed service accounts and matching group policies. *24 hours*
5. Test migration of application servers new OU structure. *4 hours*
6. Full server migration. *48 hours*
7. Implement alarming of any elevated access. *1 hour*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00262015

