# EXHIBIT 7



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS
SW-SEC00259782



# AUGUST AGENDA

*Sharing is Caring.* **Please share these updates with your staff.**

### Agenda
- Organization Updates
- Perspectives
- Security Statue of the Union
- R4R Check In
- GDPR Update
- IT Project Portfolio
- Acquisition Run Book
- Round Table
- SolarWinds Giving Reminder

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS		SW-SEC00259783

**BUSINESS OUTLOOK**
*Security State of the Union*

solarwinds

REQUESTED BY SOLARWINDS



5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00259786

# A PROACTIVE SECURITY MODEL
- $660K INVESTMENT REQUEST. ACCELERATION OPPORTUNITY

solarwinds

### Risk Mitigation Plan for IT Security Operations

1. **Lock down our critical assets that could cause a major event**
   - External **PEN test** of our environment – Provide a baseline
   - Lock down administrative **access** and improve **identity management** process and procedures
   - Implement **Web Application FW** to protect our critical web properties
2. **Improve Cyber Hygiene so we are not a target of opportunity**
   - Improve coverage for **endpoint security, encryption, event management**
   - Improve system **scanning** coverage, monitoring and patching and implement DLP
   - Implement **security training** for all employee's
3. **Focus on security areas that provide the biggest impact**
   - Coordinate IT Security Ops activities across all organizations. **Standardize** policies, share best practices and coordinate the **measurement of risk** for the organization
   - Create legal approved **security questionnaire** answers
   - **Reduce the number of security incidents** by implementing industry standard best practices.
   - Accelerate **cross company adoption of all security controls**

### Risk Mitigation Plan for Product Security / Dev Ops

1. Establish a global, cross-pillar Security Champions – Product team members
   - Dotted line reporting to VP Security Arch. 30% time dedicated to security.
   - Internal Training and Outreach
   - Coordinate internal product security testing and application vulnerability scanning
   - Internal bug bounty program
   - Product Management and Engineering management coordination
   - Measurement of risk and effectiveness of program per product line
2. Invest in Commercial code scanning tool
3. Invest in developer security training

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00259787

