# EXHIBIT 8

| | |
|---|---|
| **From:** | Brown, Timothy [/O=SOLARWINDS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C7BCDFD72B7408CB161AB787299E231-TIMOTHY BROWN] |
| **Sent:** | 9/7/2017 2:37:43 PM |
| **To:** | Wehrmann, August [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fffb30885e0b47b79c5c4b3ecf6d1b25-Wehrmann, Aug]; Raphael, David [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=51f855a4debb4e36add5ac70a5a0b5fd-David Raphael]; Lissy, Greg [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=54182c7a7aa144ecb7e9ead5d2ff80a6-lissy, greg]; West, Stacy [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a1efe635a54443fb8ac3a2a3a7cedbfb-Stacy West]; Day, Chris [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e8d2b726fdc545f1b62d58cfd10f8e05-Chris Day]; Cullen, Mike [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dd466d6de0914390b62052d8b9143023-Cullen, Mike]; Sobel, Dave [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2defed22b7b6499f88ede820c47be809-David Sobel]; Dada, Gerardo [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dada, gerardo8d8]; Pagliuca, John [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1d9822ff66a74f81865e5be220f7874f-John Pagliuca] |
| **CC:** | Wyatt, Joshua [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d23b9a7071bd4cb0adbccad4a3f9c67b-Joshua Wyatt]; Van Steenbergen, Rene [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d5ca2f709cad44b8a5bd0c6596302f78-Rene Van Stee] |
| **Subject:** | Agenda and Slides for today's Monthly security synch |
| **Attachments:** | MSP monthly security meeting Sept.pptx |

Agenda,
Current state of security and proposed move to a proactive security model.  Starting the investigation towards new security business opportunities.

Tim



**Tim Brown | VP Security Architecture**
Office: 512.498.6549  |  Mobile: 518.879.6169

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                                                                     SW-SEC00337355



# SEPTEMBER MSP SECURITY SYNC

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



**AGENDA**

- Moving towards a proactive security model
- MSP Security business Opportunities

# CURRENT STATE OF SECURITY OPERATIONS

solarwinds

| Technology | Core IT | MSP | Cloud |
|---|---|---|---|
| Network Security<br>Palo Alto | 🟩 | 🟩 | 🟩 |
| Vulnerability Scanning<br>Managed Rapid 7 | 🟩 | 🟨 | Unknown |
| Anti –Virus<br>Managed SEP | 🟩 | 25% SEP 75%Bit Defender | 75% Bit Defender |
| Endpoint Encryption<br>Bitlocker | 🟨 | Unknown | Unknown |
| Endpoint DLP<br>Netskope | 🟥 | 🟥 | 🟥 |
| Identity Management<br>Okta, Thycotic SS, AD, Linux | AD accounts managed. Many gaps, inconsistent management. | AD accounts managed. But many gaps. | AD accounts managed. But many gaps |
| Security Log Management (SIEM) | AD Account management, Sensitive Group audit, VPN Activity, | AD Account management, Sensitive Group audit, | AD Account management, Sensitive Group audit, VPN Activity |
| Incident Response | Good for external events. | Good for external events | Good for external events |
| Internal security backlog management and prioritization | 🟨 | 🟨 | 🟨 |
| Security Training employee | 🟥 | 🟥 | 🟥 |
| Data Classification | 🟥 | 🟥 | 🟥 |
| PEN Testing | 🟥 | 🟥 | 🟥 |
| Policies<br>Security, Data Retention, DR | 🟨 | 🟨 | 🟨 |
| Operations review<br>Helpdesk, HR, Support | Inconsistent training, policies and security procedures | Inconsistent training, policies and security procedures | Inconsistent training, policies and security procedures |

## CURRENT STATE OF PRODUCT/SERVICE SECURITY

solarwinds

| Technology | Core IT | MSP | Cloud |
|---|---|---|---|
| Developer Security Training | | | |
| External Incident Response | | | |
| Internal security prioritization measurement and tracking | Inconsistent and not Measured | Inconsistent and not Measured | Inconsistent and not Measured |
| Use of commercial Code Scanners | Inconsistent use of free tools | | |
| Application PEN testing strategy | | | |
| Security questions and response | On-premise applications face less scrutiny and in many cases require YES/NO answers | MSP customers are appropriately demanding for detailed answers | Cloud customers are appropriately demanding for detailed answers |

- Developer training is inconsistent
- Security incidents identified by customer running commercial code scanner cost SW190K renewal
- Externally reported Security Incidents continue to grow (28 this year) Disrupt schedule, Have significant management and response costs
- Lack of legally approved security questions/answers are costing us time and customers (Faster response, more detailed response, and better capabilities)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS
SW-SEC00337359

<5>Case 1:23-cv-09518-PAE    Document 173-8    Filed 04/25/25    Page 7 of 9</5>



<5>FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS — SW-SEC00337360</5>

## MSP SECURITY BUSINESS OPPORTUNITIES

- Starting Investigation with Greg Lissy
- Areas of investigation
    - Multi-tier Endpoint protection (Good, Better, Best)
    - Network security – NGFW
    - IAM – Appropriate level of identity management
    - Security Training
    - GRC for smaller regulated environments (Healthcare, Finance, Education)

solarwinds

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                SW-SEC00337361



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS  SW-SEC00337362