# EXHIBIT 9

| | |
|---|---|
| From: | Brown, Timothy [/O=SOLARWINDS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C7BCDFD72B7408CB161AB787299E231-TIMOTHY BROWN] |
| Sent: | 12/14/2017 1:58:14 PM |
| To: | Johnson, Rani [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=61ad383fe3474bf084190056f2ce567b-johnson, rani] |
| Subject: | RE: 2018 Roadmap Overview / Team Goals Review |
| Attachments: | Tim Brown 90 Days.pptx |

This was a combination of my 90days. Not really the roadmap goals. Here are the goals that map to Joe's goals.
Security Operations Goals

1. Leverage scale & synergies to optimize operations and drive technical differentiation (Joe)
   a. Create consistent security practices that can be shared across the organization. Share vulnerability and threat intel, Security operations best practices, measurement and monitoring. Create a loosely coupled global security operations function that works across core, msp and cloud.
2. Drive Technology & Systems Excellence (Joe)
   a. Proactively manage and measure the security risk for the company. Drive the consolidation of tools utilized for secure code development and security operations. Provide global measurement and monitoring of overall security risk. Drive remediation architecture and design to reduce the risk.
3. Provide Technology & Security Strategy and Agility to Innovate (Joe)
   a. Drive a security by design process in everything we do. This includes development, operations, architecture, sales, support, marketing, etc. Innovate in our ability to design, detect, respond and recover.
4. Develop High Performance Team Culture (Joe)
   a. Develop security skills, threat intelligence knowledge, security by design and product knowledge. Continue to build the team's skills by self-learning, internal training, conferences, peer sessions and product specific training. Create opportunities for the team to take on new challenges, new projects and grow their overall skill set

I had a call with John P last week and I'm working on documenting some goals for his group as well.

Tim


From: Johnson, Rani
Sent: Thursday, December 14, 2017 3:52 AM
To: Kemmerer, Joel <joel.kemmerer@solarwinds.com>; Brown, Timothy <timothy.brown@solarwinds.com>; Mills, David <David.Mills@solarwinds.com>
Subject: 2018 Roadmap Overview / Team Goals Review

Hi Guys,
Can you send me the slides you presented in your Roadmap / Goal reviews.

-----Original Appointment-----
From: Johnson, Rani
Sent: Monday, November 20, 2017 10:34 AM
To: Johnson, Rani; Kemmerer, Joel; Brown, Timothy; Mills, David
Subject: Biz Apps 2018 Roadmap Overview / Team Goals Review


Brown
EXHIBIT NO. 10
FOR IDENTIFICATION
DATE: 10/3/24

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                          SW-SEC00262716

**When:** Tuesday, December 5, 2017 4:00 PM-5:00 PM (UTC-06:00) Central Time (US & Canada).
**Where:** Rani's Office

High level overview of 2018 key projects/ operational initiatives, org structure, 2018 R4R Goals

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                    SW-SEC00262717



# SECURITY 90 DAY REVIEW
TIM BROWN

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00262718



### STATE OF SECURITY OPERATIONS DECEMBER 2017 — solarwinds

| Technology | |
|---|---|
| Network Security — Palo Alto | Consistently deployed and managed. But we are currently managing risk from reports and not raw data. (GREEN) |
| Vulnerability Scanning — Managed Rapid 7 and Patching | Good coverage. Managed well and patching consistently. Extending coverage to MSP team. Missing Cloud visibility. (GREEN) |
| Anti-Virus — Managed SEP | Good coverage and managed well. GDPR is driving additional adoption across servers. (GREEN) |
| Endpoint Encryption — Bitlocker | Some false starts with deployment. Plan in place to continue deployment. (YELLOW) |
| Endpoint DLP — Netskope | Deployment plan in place on track for deployment in Q1. (GREEN) |
| Identity Management — Okta, Thycotic SS, AD, Linux | AD accounts managed fairly well but needs inspection and monitoring. No consistent Identity plan for user or for administrators. Many gaps, inconsistent management. (YELLOW) |
| Security Log Management (SIEM) | LEM is working for the things we are monitoring. Alerting is functioning well. Missing threat intel integration and "threat hunting function". (YELLOW) |
| Incident Response | Running well and tested many times. But requires a refresh and training of additional people. (GREEN) |
| Internal security backlog management and prioritization | Managed and monitored well for core IT systems. Tul/Web Domain are in very good shape. Dev domain is still behind. Linkage between Dev and Tul are of a concern. (YELLOW) |
| Security Training employee | [illegible] (RED) |
| Data Classification | [illegible] (RED) |
| PEN Testing | [illegible] (RED) |
| Policies — Security, Data Retention, DR | Policies are getting better with GDPR as a driver. Still more to do if we are going to measure ourselves against NIST or complete an ISO Audit. Still missing a number of standard policies. (YELLOW) |
| Operations review — Helpdesk, HR, Support | [illegible] (RED) |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00262721



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS
SW-SEC00262742



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00262743