# EXHIBIT 12

Message

| | |
|---|---|
| **From**: | Vrbecky, Lukas [/O=SOLARWINDS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=LUKAS.VRBECKY] |
| **Sent**: | 1/30/2018 12:24:34 PM |
| **To**: | Colquitt, Steven [o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0294a8d2fd6e40fa84fe5baa92bc97cd-colquitt, ste] |
| **CC**: | Lokaj, Petr [o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lokaj, Petrdd0] |
| **Subject**: | RE: SolarWinds Core-IT Security Statement |

I think that would be great. It came back from teams as a feedback that we actually don't do things and actions that are in the statement. I'd say more accurate would be that teams are not fully aware about the scope of what we do and also what are we going to do by the end of Q1. For these kind of questions coming from team, I'd like managers to have canned answer. ☺

**From:** Colquitt, Steven
**Sent:** Monday, January 29, 2018 17:02
**To:** Vrbecky, Lukas <Lukas.Vrbecky@solarwinds.com>
**Cc:** Lokaj, Petr <Petr.Lokaj@solarwinds.com>
**Subject:** RE: SolarWinds Core-IT Security Statement

Hey Lukas,

I am now in the process is hosting SDL training. I started with the Boulder office, Austin is next week and then Brno and Krakow the first week of March. I am covering the SDL and talking about next steps at a high level. So Engineering will get that information but I can put together an email for managers so they can begin talking with their teams and setting expectations. I'll put something together this week and send it out.

Thanks for the suggestion.

Steven

**From:** Vrbecky, Lukas
**Sent:** Monday, January 29, 2018 5:16 AM
**To:** Colquitt, Steven <steven.colquitt@solarwinds.com>
**Cc:** Lokaj, Petr <Petr.Lokaj@solarwinds.com>
**Subject:** RE: SolarWinds Core-IT Security Statement

Steven,

This is a great progress in formalizing our security process. From engineering teams perspective, it would be valuable to share the SDL description and high level plan on how are we improving Software development lifecycle in upcoming months, e.g. upcoming trainings, jira tasks for specific security assessments etc. Would you have something managers could share or are you going to share more details for engineers?

Thank you,
Lukas

**From:** Colquitt, Steven
**Sent:** Thursday, January 25, 2018 19:24
**To:** Brno Engineering Management <BrnoEngineeringManagement7f58c@solarwinds.com>; Krakow Engineering Management <KrakowEngineeringManagement@solarwinds.com>; CTO Direct Reports

<CTODirectReports@solarwinds.com>; Austin Engineering Management
<AustinEngineeringManagement@solarwinds.com>
**Subject:** SolarWinds Core-IT Security Statement

I think it's important that our engineering teams be aware of this which is a public facing security statement on Solarwinds.com. Please share with your teams.

https://www.solarwinds.com/security/security-statement

**TL;DR**

# Software Development Lifecycle

We follow a defined methodology for developing secure software that is designed to increase the resiliency and trustworthiness of our products. Our products are deployed on an iterative, rapid release development lifecycle. Security and security testing are implemented throughout the entire software development methodology. Quality Assurance is involved at each phase of the lifecycle and security best practices are a mandated aspect of all development activities.

Our secure development lifecycle follows standard security practices including vulnerability testing, regression testing, penetration testing, and product security assessments. The SolarWinds architecture teams review our development methodology regularly to incorporate evolving security awareness, industry practices and to measure its effectiveness.

**Steven Colquitt |** Director, Software Development
**SolarWinds |** IT Management, Inspired By You
**mobile:** 8018986102

explore our IT management solutions for:
**networks** | **security** | **applications** | **storage** | **virtualization**