# EXHIBIT 13

| | |
|---|---|
| From: | Cline, Brad [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C1DA7AFA0BCE413F9C32CE66040660F3-CLINE, BRAD] |
| Sent: | 3/16/2018 11:50:59 PM |
| To: | Johnson, Rani [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ee57945f15e47b3abaa99a59170ad3f-Johnson, Ra] |
| Subject: | Updated slides |
| Attachments: | 032018DOITMajorProjectPortfolio_Draft.pptx |

Hi Rani,

Here are the updated slides. Let me know if you want any other changes.

2 - Jazz Hands.
8 - I closed out the Gsuite portion, the original scope is complete and updated the 365 portion, if you concur that project is back on track.
9
17
20 - No changes, on track.
22 - Exchange and SQL complete, we also completed internal DNS and DHCP, Skype is the last on this project.
29 - Was sidelined for the 365 project, back on track.
33
34
35
39
Second 39 ?
40
44

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00042892



# MAJOR PROJECT PORTFOLIO
MARCH 2018
DEVELOPMENT, OPERATIONS & INFORMATION TECHNOLOGY (DOIT)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00042893



10/16/2017 Update – Identity management continues to be a concern.  Appropriate checks are in place to grant access but audit of access is not consistently implemented.   Multi-Factor authentication should also be utilized in more environments.  A risk assessment will be completed by 12/31

Review Roles
Review Membership

Implement MFA for high value areas
VPN
Determine volume through GlobalProtect

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                                                                   SW-SEC00042907