# EXHIBIT 16

# INFORMATION SECURITY -

Incident review  Sept 2018



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                    SW-SEC00386134



# THANK YOU
Sept 2018

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                SW-SEC00386142

