# EXHIBIT 17

| | |
|---|---|
| **From:** | Johnson, Rani [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0EE57945F15E47B3ABAA99A59170AD3F-JOHNSON, RA] |
| **Sent:** | 9/20/2018 4:33:59 PM |
| **To:** | Mitchen, Joe [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=30560e8a83be4b49b188bee96965ed3e-Mitchen, Jo]; Carroll, Bill [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=797b1f3932174f7d989aee6bf00bd3d3-Carroll, Bi] |
| **Subject:** | FW: Please confirm (particularly the threat modeling) THIS ONE |

**From:** Colquitt, Steven
**Sent:** Monday, May 21, 2018 9:45 AM
**To:** Brown, Timothy <timothy.brown@solarwinds.com>; Johnson, Rani <rani.johnson@solarwinds.com>
**Subject:** RE: Please confirm (particularly the threat modeling)

I don't see a line item about threat modeling... but since you mentioned it.

TM'ing is a process. It's part of the SDL and we are just barely beginning to understand how teams are going to be doing this activity. So I am not sure what you are looking for in terms of confirmation.

**From:** Brown, Timothy
**Sent:** Monday, May 21, 2018 7:24 AM
**To:** Johnson, Rani <rani.johnson@solarwinds.com>
**Cc:** Colquitt, Steven <steven.colquitt@solarwinds.com>
**Subject:** RE: Please confirm (particularly the threat modeling)

I updated the table to call out Checkmarks as being implemented, I added Snyk to this section It is being used by the cloud team, I also added OpenVAS to the list of vulnerability scanners

**From:** Johnson, Rani
**Sent:** Monday, May 21, 2018 7:45 AM
**To:** Brown, Timothy <timothy.brown@solarwinds.com>
**Cc:** Colquitt, Steven <steven.colquitt@solarwinds.com>
**Subject:** Please confirm (particularly the threat modeling)

| Security Capabilities | Tools |
|---|---|
| **Vulnerability Assessment / Scanning** | Rapid7 Nexpose Enterprise, OpenVAS |
| **Endpoint Security** | Symantec Endpoint Protection (SEP), SolarWinds-MSP Managed A/V (Bitdefender), Microsoft Bitlocker Full Disk Encryption (FDE) |
| **Network Security** | Palo Alto Next Generation Firewalls |

| | |
|---|---|
| **Security Information & Event Management** | SolarWinds Log and Event Manager (LEM) |
| **Data Loss Prevention** | Netskope Cloud Security Access Broker (CASB), Helix Threat Detection |
| **Credential Management** | Thycotic Secret Server, Microsoft |
| **Access Control** | Palo Alto Global Protect VPN client, Active Directory |
| **Security Analytics** | Interset (behavior analysis) |
| **Email Security** | Cisco Ironport, Microsoft O365 |
| **Code Analysis** | Tenable-Nessus, Black Duck, SonarQube, Cppcheck, Clang-Tidy, OpenVas, OWASP Zap Proxy Checkmarks-SASTcx, snyk |
| **PEN Testing** | Rapid 7 MetaSploit, Burp Suite, various PEN testing services |
| **Digital Forensic Toolkit** | Access Data FTK |

Kind regards.



**Rani Johnson** | Chief Information Officer | **SolarWinds**
Office: 512.682.9541 | Mobile: 512.299.0610 | Wearable: 512.736.3400