# EXHIBIT 19

| | |
|---|---|
| **From:** | Brown, Timothy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A1BCD95116E84D6692DD89F9D55C5B7A-BROWN, TIMO] |
| **Sent:** | 10/29/2018 9:14:30 PM |
| **To:** | Johnson, Rani [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ee57945f15e47b3abaa99a59170ad3f-Johnson, Ra] |
| **Subject:** | Solarwinds state of security operations [Autosaved].pptx |
| **Attachments:** | Solarwinds state of security operations [Autosaved].pptx |

This powerpoint contains the current state of security slides updated for October.  A review of what we asked for last August and a red yellow green status showing how we have done on our initiatives.  A 2019 plan and ask for security.  We can review in tomorrow but it's a reasonable place to start.


Tim

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00313350



# INFORMATION SECURITY -

Risk review  October 2018

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS  SW-SEC00313351



THANK YOU

Current state Sept 2018

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00313358





## A Proactive Security Model – Updated October 2018 with status

solarwinds

**Risk Mitigation Plan for IT Security Operations – Aug 2017 – Updates from Oct 2018**

Lock down our critical assets that could cause a major event
- External PEN test of our environment
  - PEN tests complete for MSP products, Cloud products, not Orion products (But internal team staffed)
- Lock down administrative access and improve identity management process and procedures
  - Evaluation of access control complete. Increased use in Secret server. Move to O365 provides additional capabilities. Many independent user stores still in use and not well controlled
- Implement Web Application FW to protect our critical web properties
  - WAF implemented for all Marketing properties but not our applications. Investigating use of AWS WAF for SaaS products

Improve Cyber Hygiene so we are not a target of opportunity
- Improve coverage for endpoint security, encryption, event management
  - Endpoint security at 90+%, Encryption growing, Event management will improve with move to Threat Monitor
- Improve system scanning coverage, monitoring and patching
  - Scanning and patching of core IT servers in place. MSP is now scanning with Rapid 7. Still lack visibility and reporting
- Implement DLP on the endpoints
  - Complete 90+% deployed
- Implement security training for all employee's
  - Basic security training included in on-boarding. Need to improve overall training including developer training

**Risk Mitigation Plan for IT Security Operations – Aug 2017 – Updates from Oct 2018**

Focus on security areas that provide the biggest impact
- Coordinate IT Security Ops activities across all organizations. Standardize policies, share best practices and coordinate the measurement of risk for the organization
  - Establishment of Security focused team in Dev Ops for MSP will extend to Core Dev Ops. Still working towards standardization of NIST measurement, Best practices being shared

**Redacted**

- Reduce the number of security incidents by implementing industry standard best practices.
  - Incidents have been on the rise and not being reduced. The teams are getting practice and have streamlined the process
- Accelerate cross company adoption of all security controls

**Risk Mitigation Plan for Product Security/Dev Ops**

Establish a global, cross-pillar Security Champions – Product team members with 30% of their time dedicated to security. Dotted line report to VP Security Architecture
- Internal Training and Outreach
- Coordinate internal product security testing and application vulnerability scanning
- Internal bug bounty program
- Product Management and Engineering management coordination
- Measurement of risk and effectiveness of program per product line
- **Invest in Commercial code scanning tool**
- **Invest in developer security training**

10

