# EXHIBIT 20



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                SW-SEC00298924



Note: $2.6M incremental projects were funded and then later cut:
GVP Core IT Engineering
Project Tarheel funding
Project Oculus
Fed and Compliance
SAM templates
FIPS compliance for DPA
Flash Replacement for LEM
Backup Integration into SAM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00298934