# EXHIBIT 21

| | |
|---|---|
| **Message** | |
| From: | Wehrmann, August [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73EF7E48062645D5BE3AF7B9068C1F15-WEHRMANN, A] |
| Sent: | 2/13/2019 3:57:35 PM |
| To: | SW MSP Engineering All Staff [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9f2728ef0b174db7b54a699cbeac865d-SW MSP Engi]; Foley, Sara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2def6b01a2b94bf99194a3cd69a61835-Foley, Sara]; Reynolds, George [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=62cc3a337661459c96cbb182264a3d35-Reynolds, G]; SW MSP Devops All [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cc6ce5d3dc0d4229b41ccf5031ae6812-SW MSP Devo]; MSP Architecture [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=81a3725e688c48d9a86ce1737733e93b-MSP Archite]; Kim, Joe [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=16e76def2a79496eb461e918d4fb3aee-Kim, Joe]; Brisson, Roby [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3e86fcea631248c0a79d53970c9726ba-Brisson, Ro]; Gajdecki, Carla [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6e15a9864562415da97296768d3c112f-carla.gajde]; Boyce, Rachel [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=39614a11ea0f4fd2ba3496b673b86431-boyce, rach]; Douthitt, Rob [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b4f4b7eb0844c3aafdf49680be697f3-Douthitt, R]; Reid, Chris [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9d0cd8acf8224ff590e0f13995c8567d-Reid, Chris]; Mackie, Brian [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=49d0946713cc482c8dd81d1c02971261-Mackie, Bri]; O'Donnell, Gerald [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bf05a94cf4e2499caf09d2c0339bc517-O'Donnell,]; Best, Brian [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d55f3045327f4a20a4d39b93fdcbc3e7-Best, Brian]; Barron, Cara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=104e7c9ad80f4ded9e9653f2b88cf529-Barron, Car]; Dabbour, Nora [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d3553222d7a84e1eb58a1ff46aca7680-Dabbour, No]; Downs, Catherine [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e9b5b38be7c846b099d50ea3179a3509-Downs, Cath]; Fairholm, Graeme [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e5d62544d285414f8314f45270367a7f-Fairholm, G]; Jambor, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=663ac674de304068834b84fd513adb54-david.jambo]; Lam, Vicky [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1187302a9b024004a123cab71250a802-Lam, Vicki]; Monteiro, Diogo [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3ef9a03d15ae4260bda265cfbd647c4d-Monteiro, D]; Nagy, Gabriella [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a189163b949e4b0a848864474cb1d2df-Nagy, Gabri]; Robertson, Lynne [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4b0dbaa238ae4de0a095b2965ee159d1-Robertson,]; Statache, Catalin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bbc196365cff4091b04722f2520b8910-Statache, C]; Ticuleanu, Andrei [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c90b8badca3b4ca1b624ab80260bf25d-Ticuleanu,]; Veghova, Gabriela [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3faa1d7835524d3eb8949e841a63773b-Veghova, Ga]; Whalen, Kathleen [/o=ExchangeLabs/ou=Exchange Administrative Group |



EXHIBIT 7
WIT: Kim
DATE: 9-16-24
Micheal A. Johnson, RDR, CRR

CONFIDENTIAL                                           SW-SEC-SDNY_00000004

|  |  |
|---|---|
|  | (FYDIBOHF23SPDLT)/cn=Recipients/cn=4ea0b3ad72884d58b91e8380aa24d590-Whalen, Kat]; Quine, Stuart [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6e3543b2a02440cd8e1546fa4d84389c-Quine, Stua]; Brodie, Ethan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=937ea4a5b8ce4df9bec4d53f396f4ff2-Brodie, Eth]; Anghel, Catalin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=180437b2ca974afb928c101459644986-Anghel, Cat] |
| **Subject:** | Slides from MSP R&D All Hands |
| **Attachments:** | SolarWinds MSP 2019 Kickoff.pptx |

Hello everyone,

Thanks for attending today's All Hands. Please see the slides we presented attached.

Thanks,

solarwinds

**August Wehrmann | GVP, Engineering | SolarWinds MSP**
Office: +1.613.271.4600 | Mobile: +1.613.979.1456

This Document Produced in Native Format



CONFIDENTIAL

SW-SEC-SDNY_00000006

# SolarWinds MSP R&D
## 2019 Kick-off



# Goal for FY19: Grow Together

Joe's Goals, August's Goals, KPIs TBD



- Leverage scale & synergies to jointly deliver the best solutions for our customers
  - Through a common understanding of the customer needs, deliver the "Big Rocks" for growth of the (MSP) business; leave room for small pebbles & sand
  - Ensure alignment between MSP PM, UX, Architecture, Engineering, DevOps and Support
  - Leverage Intellectual Property across and within business units to deliver the best solutions for our customers
- Drive Technology & Systems Excellence
  - Identify the best practices (people, process, tools) and find opportunities to accelerate their application across product groups
  - Continue to drive the improvement and visibility of our software delivery performance
  - Leverage global R&D operations for consistency & scale
- Improve security both in our products and our positioning
  - Audit MSP Engineering training level and adoption of SDL (Secure Development Lifecycle)
  - Drive down the number of incidents introduced by MSP Engineering
- Leverage Technology DNA to become best-in-class technology organization
  - Invest in our people... Through a clear articulation of the vision; A connection to the customer; Inspire and support our people to grow and succeed
  - Celebrate our successes and recognize our failures

CONFIDENTIAL – INTERNAL USE ONLY © 2018 SolarWinds MSP Canada ULC and SolarWinds MSP UK Ltd. All rights reserved.

@solarwinds

Grow Together