# EXHIBIT 23



# PM Security Vulnerability & Incident Review

May 14, 2020

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                               SW-SEC00016539



On Prem
Orion has been done pen testing of products – need to align on reporting.
NPM, SCM, should be included.

Consistent on scanning policies and reporting
InfoSec: Consistent coverage across the pen testing program.

MSP – security assessments against product itself – Unknown? Similar to Burpsuite.

Make a clear requirement, by when and in what scenarios.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                           SW-SEC00016546