# EXHIBIT A

| | |
|---|---|
| **From:** | Colquitt, Steven [/O=SOLARWINDS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0294A8D2FD6E40FA84FE5BAA92BC97CD-COLQUITT, STE] |
| **Sent:** | 1/30/2018 4:28:05 PM |
| **To:** | Brno Engineering Management [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Brno Engineering Management616]; Krakow Engineering Management [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ad0c8b91c2d245d08f0dc672499a7727-Krakow Engine]; CTO Direct Reports [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0d863cc404c64574890cce34430bfe39-CTO Direct Re]; Austin Engineering Management [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d8b11f57d8594f8c92257837f1dea752-Austin Engine] |
| **Subject:** | RE: SolarWinds Core-IT Security Statement |

Managers,

I've gotten feedback that we don't do some of the things that are indicated in the statement below. I want to make sure that you all have an answer to this.

The simple response is: There is improvement needed to be able to meet the security expectations of a Secure Development Lifecycle. We will be working with teams throughout 2018 to begin incorporating the SDL into their development lifecycle. This begins with general SDL training for all of Engineering along with several SDL pilots with specific teams in Q1. We'll continue to pragmatically roll out the SDL to additional teams each quarter.

Questions?

**From:** Colquitt, Steven
**Sent:** Thursday, January 25, 2018 11:24 AM
**To:** Brno Engineering Management <BrnoEngineeringManagement7f58c@solarwinds.com>; Krakow Engineering Management <KrakowEngineeringManagement@solarwinds.com>; CTO Direct Reports <CTODirectReports@solarwinds.com>; Austin Engineering Management <AustinEngineeringManagement@solarwinds.com>
**Subject:** SolarWinds Core-IT Security Statement

I think it's important that our engineering teams be aware of this which is a public facing security statement on Solarwinds.com. Please share with your teams.

https://www.solarwinds.com/security/security-statement

**TL;DR**

## Software Development Lifecycle

We follow a defined methodology for developing secure software that is designed to increase the resiliency and trustworthiness of our products. Our products are deployed on an iterative, rapid release development lifecycle. Security and security testing are implemented throughout the entire software development methodology. Quality Assurance is involved at each phase of the lifecycle and security best practices are a mandated aspect of all development activities.

Our secure development lifecycle follows standard security practices including vulnerability testing, regression testing, penetration testing, and product security assessments. The SolarWinds architecture teams review our development methodology regularly to incorporate evolving security awareness, industry practices and to measure its effectiveness.

**Steven Colquitt |** Director, Software Development
**SolarWinds |** IT Management, Inspired By You
**mobile:** 8018986102

explore our IT management solutions for:
**networks** | **security** | **applications** | **storage** | **virtualization**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                    SW-SEC00238142