# EXHIBIT A

| | |
|---|---|
| **From:** | Campbell, Danielle [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BF58A9FD896640A592DDD2AF5D6DA453-CAMPBELL, D] |
| **Sent:** | 3/2/2020 9:11:47 PM |
| **To:** | Ensminger, Sandy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=05e9c9c023b449b794de995f6362b10d-Ensminger,]; Day, Chris [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=aa9a0d2c87114c0898a128020a311291-Day, Chris]; Wehrmann, August [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=73ef7e48062645d5be3af7b9068c1f15-Wehrmann, A]; Kemmerer, Joel [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7001182857294219b50223772a1dd507-Kemmerer, J]; Owens, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a4c0c534892740c8b2af623237debff0-Owens, Davi] |
| **CC:** | Johnson, Rani [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ee57945f15e47b3abaa99a59170ad3f-Johnson, Ra] |
| **Subject:** | SOX: Control Deficiencies FY19 |
| **Attachments:** | FY2019 Deficiencies and Recommendations - Final.xlsx |

Hi –

I wanted to send you an email to let you know that we have control deficiencies from our FY19 SOX Audit that will need to be remediated by your teams. I have set up meetings with the control owners over the next couple of weeks. The goal of these meetings will be to determine what remediation steps will be taken and how quickly they can be put in place. I believe that most of the remediation efforts will be around re-training the teams on the process that should be followed for financially impacting changes. I don't believe that there will need to be any work around these unless the teams decide the old process will not work and need to be changed.

Attached is a summary of all the control deficiencies for both business and IT controls. There were 20 controls that were not remediated by yearend. I would like to have all of these remediated in Q1 or early Q2. If you filter on column K, the focus will be on those that have not been remediated yet. Majority of the teams are already aware of these since they were heavily involved in the discussions with Internal Audit and PwC. Just in case they did not make it to you, I wanted to present them to you. (the IT controls are on the last tab)

| Area of Testing | # of Controls Tested | Total Control Deficiencies | Remediated | Not Remediated |
|---|---|---|---|---|
| Business Controls | 300 | 28 | 18 | 10 |
| IT General Controls | 100 | 27 | 17 | 10 |
| **Total** | **400** | **55** | **35** | **20** |

✓ Great appreciation for discipline
✓ Buy-in from Management and Executives
✓ Successfully utilized AuditBoard for internal and external audit

- Room for process improvement
- Re-training on areas of focus / high risk
- Lack of useful technology to automate
- Work in synergy with process owners

We have the Security & Compliance Quarterly Risk Review (QRR) meeting tomorrow with Jason Bliss and Bart Kalsu. We have a couple slides dedicated to the SOX findings. I did not want it to be a surprise to you that these are included in that discussion.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00388330

Please let me know if you have any questions or if you would like for me to have a separate call with you to review.  I have already included you on the meeting invites with your teams to review these as well.

Overall, for our first year as a public company, I believe the teams did a good job.  However, we do have areas for improvement around these controls.

Thanks,



**Danielle Campbell | Director of Internal Audit**
Office: 512.874.3389  |  Mobile: 972.467.8926

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                                  SW-SEC00388331