# EXHIBIT C

**Excerpts of SW-SEC000148267**



5/21/20: i

@solarwinds

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                    SW-SEC00148267



@solarwinds