# EXHIBIT E

**Excerpts of SW-SEC00042893**



# MAJOR PROJECT PORTFOLIO

MARCH 2018

DEVELOPMENT, OPERATIONS & INFORMATION TECHNOLOGY (DOIT)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00042893



10/16/2017 Update – Identity management continues to be a concern.  Appropriate checks are in place to grant access but audit of access is not consistently implemented.   Multi-Factor authentication should also be utilized in more environments.  A risk assessment will be completed by 12/31

Review Roles
Review Membership

Implement MFA for high value areas
VPN
Determine volume through GlobalProtect