# EXHIBIT 26

# SECURITY & COMPLIANCE PROGRAM QUARTERLY

## OVERVIEW & STATUS
### DEVELOPMENT, OPERATIONS & INFORMATION TECHNOLOGY (DOIT)

MAY 17, 2019

solarwinds

SW-SEC00001635

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

Lead – Danielle Campbell
Business – Enterprise
Executive Sponsor – Rani Johnson

# FINANCIAL: ENTERPRISE ACCESS MANAGEMENT (SOX COMPLIANCE)

## Description

Access management describes the management of individual identities, their authentication, authorization, roles, and privileges within the enterprise in order to minimize security risks associated with the use of privileged and non-privileged access.

## Scope:

- Enterprise information systems (CoreIT, MSP, Cloud)
- Privileged and non-privileged users
- On-premise & SaaS applications

## KPIs

| Cost | Schedule | Scope | | |
|---|---|---|---|---|
| | | | Resources | Risk |

## Timeline

Assess → Design → Plan → Build → Test → Go Live → Stabilize

## Key Milestones / Status

| Ph. | Milestone | Start | Finish | Status |
|---|---|---|---|---|
| 1 | Align access controls and permissions to security standards and guidelines | 1/1/2018 | 4/20/2018 | Complete |
| 2 | Map existing assessment of access controls to defined guidelines and standards. | 2/1/2018 | 6/29/2018 | Complete |
| 3 | Align / validate access controls with SOX compliance requirements. Outline MVP objectives | 6/29/2018 | 7/31/2018 | Complete |
| 4 | Identify extended team roles and responsibilities | 7/1/2018 | 7/31/2018 | Complete |
| 5 | Identify admins / approvers, define ABAC | 7/1/2018 | 8/30/2018 | Complete |
| 6 | Define standards, approval workflows, long term solution/recommendations/POC | 8/1/2018 | 9/30/2018 | Complete |
| 7 | Finalize Access SARF. Implement SARF changes / exceptions | 12/2019 | 2/2019 | Complete |
| 8 | Internal audit, Holtzman audit, Audit remediation | 1/2019 | 2/2019 | In Progress |

## Budget

| Q1 18 | Q2 18 | Q3 18 | Q4 18 | TOTAL |
|---|---|---|---|---|
| $0 | $0 | $0 | $0 | $0 |

## Issues, Risks & Dependencies

| Cat No. | Description | Action Required |
|---|---|---|
| I.1 | Concept of least privilege not followed as a best practice | ID existing permission levels within the enterprise |
| I.2 | Use of shared accounts throughout internal and external applications | Work with teams to decommission use of shared accounts |
| I.3 | Project scope expanded to include SOX compliance requirements | Need to assess existing controls to ensure alignment with SOX requirements |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001644