# EXHIBIT 29

| | |
|---|---|
| From: | Day, Chris [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AA9A0D2C87114C0898A128020A311291-DAY, CHRIS] |
| Sent: | 11/18/2019 3:27:45 PM |
| To: | Brown, Timothy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a1bcd95116e84d6692dd89f9d55c5b7a-Brown, Timo] |
| Subject: | RE: https://jira.solarwinds.com/browse/BR-9800 |

HI Tim – We'll execute...but Tim O'Brien should be the one who signs off on this right? --C


From: Brown, Timothy <timothy.brown@solarwinds.com>
Sent: Monday, November 18, 2019 10:19 AM
To: Rodushkin, Andrey <andrey.rodushkin@solarwinds.com>; Holmberg, Rick <rick.holmberg@solarwinds.com>
Cc: Day, Chris <chris.day@solarwinds.com>; Quilter, Alex <alex.quilter@solarwinds.com>; O'Shea, Sean <sean.oshea@solarwinds.com>; Quitugua, Eric <eric.quitugua@solarwinds.com>; Magnuson, Josh <josh.magnuson@solarwinds.com>; Gracanin, Dzenana <dzenana.gracanin@solarwinds.com>; Kemmerer, Joel <joel.kemmerer@solarwinds.com>; Smolsky, Sergey <Sergey.Smolsky@solarwinds.com>; Van Steenbergen, Rene <rene.vansteenbergen@solarwinds.com>; Johnson, Rani <rani.johnson@solarwinds.com>; OBrien, Timothy <timothy.obrien@solarwinds.com>
Subject: RE: https://jira.solarwinds.com/browse/BR-9800

RAF has been submitted by Rick and approved.   Please move forward with the plan.

Tim



**Tim Brown | VP Security**
timothy.brown@solarWinds.com
Office: 512.498.6549   |   Mobile: 518.879.6169


From: Rodushkin, Andrey <andrey.rodushkin@solarwinds.com>
Sent: Monday, November 18, 2019 1:57 AM
To: Holmberg, Rick <rick.holmberg@solarwinds.com>; Brown, Timothy <timothy.brown@solarwinds.com>
Cc: Day, Chris <chris.day@solarwinds.com>; Quilter, Alex <alex.quilter@solarwinds.com>; O'Shea, Sean <sean.oshea@solarwinds.com>; Quitugua, Eric <eric.quitugua@solarwinds.com>; Magnuson, Josh <josh.magnuson@solarwinds.com>; Gracanin, Dzenana <dzenana.gracanin@solarwinds.com>; Kemmerer, Joel <joel.kemmerer@solarwinds.com>; Smolsky, Sergey <Sergey.Smolsky@solarwinds.com>; Van Steenbergen, Rene <rene.vansteenbergen@solarwinds.com>; Johnson, Rani <rani.johnson@solarwinds.com>; OBrien, Timothy <timothy.obrien@solarwinds.com>
Subject: Re: https://jira.solarwinds.com/browse/BR-9800

Hi Rick,

Could you please confirm that DevOps can proceed with short-term solution and unblock BizApps?

Thanks in advance,
Andrey



**Andrey Rodushkin | Senior Product Manager | SolarWinds Backup**
Office: +31.885.222.219 | Mobile: +375.29.536.4363

---

**From:** "Holmberg, Rick" <rick.holmberg@solarwinds.com>
**Date:** Friday, November 15, 2019 at 21:08
**To:** "Brown, Timothy" <timothy.brown@solarwinds.com>
**Cc:** "Day, Chris" <chris.day@solarwinds.com>, "Quilter, Alex" <alex.quilter@solarwinds.com>, "O'Shea, Sean" <sean.oshea@solarwinds.com>, "Rodushkin, Andrey" <andrey.rodushkin@solarwinds.com>, "Quitugua, Eric" <eric.quitugua@solarwinds.com>, "Magnuson, Josh" <josh.magnuson@solarwinds.com>, "Gracanin, Dzenana" <dzenana.gracanin@solarwinds.com>, "Kemmerer, Joel" <joel.kemmerer@solarwinds.com>, "Smolsky, Sergey" <Sergey.Smolsky@solarwinds.com>, "Van Steenbergen, Rene" <rene.vansteenbergen@solarwinds.com>, "Johnson, Rani" <rani.johnson@solarwinds.com>, "OBrien, Timothy" <timothy.obrien@solarwinds.com>
**Subject:** RE: https://jira.solarwinds.com/browse/BR-9800

Hi All,

Below is a summary of activities that will unblock the BizApps team and allow us to continue working.
**Current Situation:**
- BizApps has a couple of shared logins with Superuser access to Production Backup data in order to pull data for billing (using 2 different API's)
- Currently BizApps is blocked with moving forward with the Backup O365 billing project because they need access to one more API to pull this data from Backup.

**Short-Term Solution:**
- BizApps would be granted Superuser access to the new API which would unblock us and we could move forward with our Backup O365 billing project. This would not require any development efforts, just new user creation for access to the API.
- New users would be created for the existing API's as well which would get BizApps off of the shared logins.

**Long-term Solution:**
- Create Read-only role that BizApps would use to access production data for Backup billing and for Backup O365 billing. This work would take approximately 2 weeks but as the Backup team has some commitments they are wrapping up, a likely go-live with this role would be in the first 2 weeks of January.

**I'll work with Tim to get the Security Risk Acceptance Form (RAF) created that documents the risk here until we can get the Long-term solution in place in January.**

*NOTE: Longer-term solution for after we get migrated to the Billing Platform and work on subsequent features and projects:*
- After we get our billing migrated to the Billing Platform, we would like to have a TEST environment where we could test new features against before moving those features to production. This new test Backup environment would require several servers to be created to host it.

Let me know if you have any questions or concerns.

Thanks!
Rick

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00254255

**From:** Brown, Timothy
**Sent:** Thursday, November 14, 2019 5:30 PM
**To:** Holmberg, Rick <rick.holmberg@solarwinds.com>
**Cc:** Day, Chris <chris.day@solarwinds.com>; Quilter, Alex <alex.quilter@solarwinds.com>; O'Shea, Sean <sean.oshea@solarwinds.com>; Rodushkin, Andrey <andrey.rodushkin@solarwinds.com>; Quitugua, Eric <eric.quitugua@solarwinds.com>; Magnuson, Josh <josh.magnuson@solarwinds.com>; Gracanin, Dzenana <dzenana.gracanin@solarwinds.com>; Kemmerer, Joel <joel.kemmerer@solarwinds.com>; Smolsky, Sergey <Sergey.Smolsky@solarwinds.com>; Van Steenbergen, Rene <rene.vansteenbergen@solarwinds.com>; Johnson, Rani <rani.johnson@solarwinds.com>; OBrien, Timothy <timothy.obrien@solarwinds.com>
**Subject:** Re: https://jira.solarwinds.com/browse/BR-9800

As with a number of the issues we deal with it looks like this is going to take some time to appropriately design and resolve. We have built our RAF Risk Acceptance Form model for these cases. We should not disrupt business, we should file a RAF accept risk for a period of time so that we can develop the correct approach. I'll synch with Rick tomorrow to understand the options and timeframe

Tim

**Tim Brown | VP Security**
timothy.brown@solarWinds.com
Office: 512.498.6549   | Mobile: 518.879.6169

> On Nov 14, 2019, at 3:40 PM, Holmberg, Rick <rick.holmberg@solarwinds.com> wrote:
>
> This was a good summary.
>
> We might have some other options as well that we should talk about.
> I.e., Could we HA the database and set up the services to point to that one instead so we're not pointing to a true Production DB? There are only 2 services we use currently I believe. I have a meeting with Andrey tomorrow AM to do a bit of brainstorming on other options and other ways we might be able to mitigate this.
>
> Rick
>
> **From:** Day, Chris
> **Sent:** Thursday, November 14, 2019 3:30 PM
> **To:** Quilter, Alex <alex.quilter@solarwinds.com>; O'Shea, Sean <sean.oshea@solarwinds.com>; Rodushkin, Andrey <andrey.rodushkin@solarwinds.com>; Holmberg, Rick <rick.holmberg@solarwinds.com>; Quitugua, Eric <eric.quitugua@solarwinds.com>; Magnuson, Josh <josh.magnuson@solarwinds.com>; Gracanin, Dzenana <dzenana.gracanin@solarwinds.com>
> **Cc:** Kemmerer, Joel <joel.kemmerer@solarwinds.com>; Smolsky, Sergey <Sergey.Smolsky@solarwinds.com>; Van Steenbergen, Rene <rene.vansteenbergen@solarwinds.com>; Johnson, Rani <rani.johnson@solarwinds.com>; Brown, Timothy <timothy.brown@solarwinds.com>; OBrien, Timothy <timothy.obrien@solarwinds.com>
> **Subject:** RE: https://jira.solarwinds.com/browse/BR-9800

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                              SW-SEC00254256

Andrey's response was a good summary.

Just to add clarity – this is not a DevOps issue to resolve. We can easily setup the accounts with the requested access.
This is a separation of duties and a control issue that needs to be decided between **Tim O, Rani, and Tim Brown.**
It is clearly bad – violation of SOX controls and an ISO violation that we will need to register as there is no separate of duties and developers have full access to a billing environment (which we need to file regardless as it already exists).

And given past history with billing there is no way I am setting that up until **Tim says "OK, I understand the risk, and I accept it".**

But that is not my call – if Rani/Tim et all accept the risk we can turn it on.

--C

**From:** Quilter, Alex <alex.quilter@solarwinds.com>
**Sent:** Thursday, November 14, 2019 4:19 PM
**To:** O'Shea, Sean <sean.oshea@solarwinds.com>; Rodushkin, Andrey <andrey.rodushkin@solarwinds.com>; Holmberg, Rick <rick.holmberg@solarwinds.com>; Quitugua, Eric <eric.quitugua@solarwinds.com>; Magnuson, Josh <josh.magnuson@solarwinds.com>; Gracanin, Dzenana <dzenana.gracanin@solarwinds.com>
**Cc:** Day, Chris <chris.day@solarwinds.com>; Kemmerer, Joel <joel.kemmerer@solarwinds.com>; Smolsky, Sergey <Sergey.Smolsky@solarwinds.com>; Van Steenbergen, Rene <rene.vansteenbergen@solarwinds.com>; Johnson, Rani <rani.johnson@solarwinds.com>; Brown, Timothy <timothy.brown@solarwinds.com>; OBrien, Timothy <timothy.obrien@solarwinds.com>
**Subject:** Re: https://jira.solarwinds.com/browse/BR-9800

Thanks Sean, very helpful.

I am reading between the lines here, so please advise:

- Are we able to continue moving forward as-is while we resolve this issue on the Dev side?
- If so, how should we mitigate this risk/issue while we start the resolution project?

-ALX

**From:** "O'Shea, Sean" <sean.oshea@solarwinds.com>
**Date:** Thursday, November 14, 2019 at 4:14 PM
**To:** "Quilter, Alex" <alex.quilter@solarwinds.com>, "Rodushkin, Andrey" <andrey.rodushkin@solarwinds.com>, "Holmberg, Rick" <rick.holmberg@solarwinds.com>, "Quitugua, Eric" <eric.quitugua@solarwinds.com>, "Magnuson, Josh" <josh.magnuson@solarwinds.com>, "Gracanin, Dzenana" <dzenana.gracanin@solarwinds.com>
**Cc:** "Day, Chris" <chris.day@solarwinds.com>, "Kemmerer, Joel" <joel.kemmerer@solarwinds.com>, "Smolsky, Sergey" <Sergey.Smolsky@solarwinds.com>, "Van Steenbergen, Rene" <rene.vansteenbergen@solarwinds.com>, "Johnson, Rani" <rani.johnson@solarwinds.com>, "Brown, Timothy" <timothy.brown@solarwinds.com>, "OBrien, Timothy" <timothy.obrien@solarwinds.com>
**Subject:** RE: https://jira.solarwinds.com/browse/BR-9800

Hi Alex,

The main issue here is there was a request made to DevOps to add IASO SuperUser access to BizApps team.

*Our BizApps (Finance) team is constantly working on improving our billing system and they need to have Backup accounts per each developer to reduce risk of data leak when employee leaves.*
*List of people:*
*yurii.mocherniuk@solarwinds.com*
*oleksandr.mogilchenko@solarwinds.com*
*Serhiy.Yerokhov@solarwinds.com*
*Viktor.Bidnyna@solarwinds.com*
*bankole.kehinde@solarwinds.com*
*vincent.dastoli@solarwinds.net*

*Also I would like to have a separate integration user created to production system only like:*
*bizapps@solarwinds.com*

This is a request we will always challenge as with SuperUser access you can make edits, changes, etc and also it is unusual to give this level of access to developers on production systems. When challenged it turns out they are all using a common login currently which is also not secure.

Also during discussion I asked:

*When thinking about the separation of developers from production systems what is the justification for them just not having this access is dev/staging only?*

*Good question, I would love to develop only on staging, but our billing system is complicated and our staging doesn't reflect production customer tree and also staging doesn't have all billing cases which we have in production. We've been trying to move them to staging for a while, but it's hard to resolve items above...*

Nothing is broken or not working.

What are our options to continue forward?

We (Engineering & DevOps) should resolve the issues with the staging environment so it can be used. This is realistically a long term project. We need the team to get their own logins and stop using a common login and to decide if the request for IASO SuperUser access should be granted.

Cheers,

Sean

---

**From:** Quilter, Alex <alex.quilter@solarwinds.com>
**Sent:** Thursday, November 14, 2019 8:27 PM
**To:** Rodushkin, Andrey <andrey.rodushkin@solarwinds.com>; Holmberg, Rick <rick.holmberg@solarwinds.com>; Quitugua, Eric <eric.quitugua@solarwinds.com>; Magnuson, Josh <josh.magnuson@solarwinds.com>; Gracanin, Dzenana <dzenana.gracanin@solarwinds.com>; O'Shea, Sean <sean.oshea@solarwinds.com>
**Cc:** Day, Chris <chris.day@solarwinds.com>; Kemmerer, Joel <joel.kemmerer@solarwinds.com>; Smolsky, Sergey <Sergey.Smolsky@solarwinds.com>; Van Steenbergen, Rene <rene.vansteenbergen@solarwinds.com>; Johnson, Rani <rani.johnson@solarwinds.com>; Brown,

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                    SW-SEC00254258

Timothy <timothy.brown@solarwinds.com>; OBrien, Timothy <timothy.obrien@solarwinds.com>
**Subject:** Re: https://jira.solarwinds.com/browse/BR-9800

+TimO for awareness of potential financial impact to MSP via Backup.

I want to ask everyone to work towards finding us a solution we can put in place to keep us moving forward. We have a tight roadmap/release scheduled for December, and can't spin our wheels on this one too long.

Can someone summarize the exact issue?

- What changed?
- Based on that change, what do we think is no longer working? (C2C billing, Backup Billing, Both?)
- What are our options to continue forward? (keep using it with some other controls until we can fix it, stop using it until we fix it (not sure that is a real option), other)

Please advise,

-ALX

---

**From:** "Rodushkin, Andrey" <andrey.rodushkin@solarwinds.com>
**Date:** Thursday, November 14, 2019 at 2:48 PM
**To:** "Holmberg, Rick" <rick.holmberg@solarwinds.com>, "Quitugua, Eric" <eric.quitugua@solarwinds.com>, "Magnuson, Josh" <josh.magnuson@solarwinds.com>, "Gracanin, Dzenana" <dzenana.gracanin@solarwinds.com>, "O'Shea, Sean" <sean.oshea@solarwinds.com>
**Cc:** "Day, Chris" <chris.day@solarwinds.com>, "Kemmerer, Joel" <joel.kemmerer@solarwinds.com>, "Smolsky, Sergey" <Sergey.Smolsky@solarwinds.com>, "Quilter, Alex" <alex.quilter@solarwinds.com>, "Van Steenbergen, Rene" <rene.vansteenbergen@solarwinds.com>, "Johnson, Rani" <rani.johnson@solarwinds.com>, "Brown, Timothy" <timothy.brown@solarwinds.com>
**Subject:** Re: https://jira.solarwinds.com/browse/BR-9800

While you thinking what options we have, please keep in mind that current users are used for Backup billing, and if we remove access then we lose all Backup money...

<image001.png>
**Andrey Rodushkin | Senior Product Manager | SolarWinds Backup**
Office: +31.885.222.219 | Mobile: +375.29.536.4363

---

**From:** "Holmberg, Rick" <rick.holmberg@solarwinds.com>
**Date:** Thursday, November 14, 2019 at 9:32 PM
**To:** "Quitugua, Eric" <eric.quitugua@solarwinds.com>, "Magnuson, Josh" <josh.magnuson@solarwinds.com>, "Gracanin, Dzenana" <dzenana.gracanin@solarwinds.com>, "Rodushkin, Andrey" <andrey.rodushkin@solarwinds.com>, "O'Shea, Sean" <sean.oshea@solarwinds.com>
**Cc:** "Day, Chris" <chris.day@solarwinds.com>, "Kemmerer, Joel" <joel.kemmerer@solarwinds.com>, "Smolsky, Sergey" <Sergey.Smolsky@solarwinds.com>, "Quilter, Alex" <alex.quilter@solarwinds.com>, "Van Steenbergen, Rene"

<rene.vansteenbergen@solarwinds.com>, "Johnson, Rani" <rani.johnson@solarwinds.com>, "Brown, Timothy" <timothy.brown@solarwinds.com>
**Subject:** RE: https://jira.solarwinds.com/browse/BR-9800

Thanks Eric!  We're working on determining what options we have here and then I'll circle back with you and plan the best path forward.  We're reinforcing with the team that we have to take special precautions and have standards we need to adhere to when working with production data in any environment.

Thx!
Rick

**From:** Quitugua, Eric
**Sent:** Thursday, November 14, 2019 11:35 AM
**To:** Holmberg, Rick <rick.holmberg@solarwinds.com>; Magnuson, Josh <josh.magnuson@solarwinds.com>; Gracanin, Dzenana <dzenana.gracanin@solarwinds.com>; Rodushkin, Andrey <andrey.rodushkin@solarwinds.com>; O'Shea, Sean <sean.oshea@solarwinds.com>
**Cc:** Day, Chris <chris.day@solarwinds.com>; Kemmerer, Joel <joel.kemmerer@solarwinds.com>; Smolsky, Sergey <Sergey.Smolsky@solarwinds.com>; Quilter, Alex <alex.quilter@solarwinds.com>; Van Steenbergen, Rene <rene.vansteenbergen@solarwinds.com>; Johnson, Rani <rani.johnson@solarwinds.com>; Brown, Timothy <timothy.brown@solarwinds.com>
**Subject:** RE: https://jira.solarwinds.com/browse/BR-9800
**Importance:** High

Team,

I appreciate the discussion on how best to secure access to production data in order to improve our billing systems.  However, the risk being brought up by the MSP DevOps team is valid.  I can't stress enough that any request made to make production data available to test and development environments need to be vetted through the security team.  Acceptance of this type of risk cannot be made by your teams.

We have experienced security incidents because of errors made when accessing production data and have also had to document compliance violations because of this poor security practice.  Let's continue to work together to make sure this doesn't happen again. Please ensure that the security team is looped in before any decision is made for making this production data available.

If you have any questions, please don't hesitate to reach out to me or @Brown, Timothy

**Eric Quitugua** | Sr. Manager | **SolarWinds Information Security**
eric.quitugua@solarwinds.com | 512-498-6200

**From:** O'Shea, Sean <sean.oshea@solarwinds.com>
**Sent:** Thursday, November 14, 2019 10:13 AM
**To:** Holmberg, Rick <rick.holmberg@solarwinds.com>; Day, Chris <chris.day@solarwinds.com>; Magnuson, Josh <josh.magnuson@solarwinds.com>; Johnson, Rani <rani.johnson@solarwinds.com>; Kemmerer, Joel <joel.kemmerer@solarwinds.com>; Brown, Timothy <timothy.brown@solarwinds.com>
**Subject:** RE: https://jira.solarwinds.com/browse/BR-9800

Hi Rick,

I will have to work with Igor the Minsk DevOps manager to plan out the work and see what will be required from DevOps and Engineering and then we can scope out timelines. I will reply to this email tomorrow after that is done.

If we can stick to read only access that would be the best short term solution. Also right now they are using a shared login so giving them their own read only login would be better than the current solution of a shared login.

Cheers,

Sean

**From:** Holmberg, Rick <rick.holmberg@solarwinds.com>
**Sent:** Thursday, November 14, 2019 4:02 PM
**To:** Day, Chris <chris.day@solarwinds.com>; Magnuson, Josh <josh.magnuson@solarwinds.com>; Johnson, Rani <rani.johnson@solarwinds.com>; Kemmerer, Joel <joel.kemmerer@solarwinds.com>; Brown, Timothy <timothy.brown@solarwinds.com>; O'Shea, Sean <sean.oshea@solarwinds.com>
**Subject:** RE: https://jira.solarwinds.com/browse/BR-9800

Thanks Chris.

Sean, understood that we're just finding out about this today. I'm guessing that you're going to have to work with the Product team to understand what exactly they need and fit that into your schedule so we're likely looking at a few weeks minimum. Can you let us know when you have an estimate?

I'll reach out to Duane / Alex to understand what the challenge is around read-only access.

Thanks!
Rick

**From:** Day, Chris
**Sent:** Thursday, November 14, 2019 9:52 AM
**To:** Holmberg, Rick <rick.holmberg@solarwinds.com>; Magnuson, Josh <josh.magnuson@solarwinds.com>; Johnson, Rani <rani.johnson@solarwinds.com>; Kemmerer, Joel <joel.kemmerer@solarwinds.com>; Brown, Timothy <timothy.brown@solarwinds.com>; O'Shea, Sean <sean.oshea@solarwinds.com>
**Subject:** RE: https://jira.solarwinds.com/browse/BR-9800

+Sean

Rick – Sean can be point of contact for DevOps.
To set expectations – this just hit us today so if you need a real release/Dev environment setup for billing it will be backlogged until future sprint. So you may need an interim plan regardless.
--C

**From:** Holmberg, Rick <rick.holmberg@solarwinds.com>
**Sent:** Thursday, November 14, 2019 10:42 AM
**To:** Magnuson, Josh <josh.magnuson@solarwinds.com>; Johnson, Rani <rani.johnson@solarwinds.com>; Kemmerer, Joel <joel.kemmerer@solarwinds.com>; Day, Chris

<chris.day@solarwinds.com>; Brown, Timothy <timothy.brown@solarwinds.com>
**Subject:** RE: https://jira.solarwinds.com/browse/BR-9800

Definitely agree that the right plan of action is to create an environment (can be read-only) that we can access that isn't production for our testing. Do they have an estimate on how long it would take to get this environment created? We're ultimately going to be pulling production data regularly so they need to have a solution for us to go live with.

In the interim the part that doesn't make sense is: *We have read-only level permissions, but we can't allow read new sensitive data for that users as we have a lot of them already.*

Chris, would you like to reach out to Duane or Alex or would you like me to?

Thx,
Rick

**From:** Magnuson, Josh
**Sent:** Thursday, November 14, 2019 9:21 AM
**To:** Johnson, Rani <rani.johnson@solarwinds.com>; Kemmerer, Joel <joel.kemmerer@solarwinds.com>; Day, Chris <chris.day@solarwinds.com>; Brown, Timothy <timothy.brown@solarwinds.com>
**Cc:** Holmberg, Rick <rick.holmberg@solarwinds.com>
**Subject:** Re: https://jira.solarwinds.com/browse/BR-9800

++Rick for visibility. He has history as well on this.

<image002.png>
**Josh Magnuson | Director, MSP Business Applications**
Office - 512-682-9337

**From:** "Magnuson, Josh" <josh.magnuson@solarwinds.com>
**Date:** Thursday, November 14, 2019 at 9:13 AM
**To:** "Johnson, Rani" <rani.johnson@solarwinds.com>, "Kemmerer, Joel" <joel.kemmerer@solarwinds.com>, "Day, Chris" <chris.day@solarwinds.com>, "Brown, Timothy" <timothy.brown@solarwinds.com>
**Subject:** Re: https://jira.solarwinds.com/browse/BR-9800

So they aren't developing in PROD – they are developing against read-only data in PROD that isn't available in a lower environment(?)

What's wrong with Andrey's highlighted suggestion below? It's either that or revoke access immediately and pause O365 provisioning/billing capability which was slated for December.

<image002.png>
**Josh Magnuson | Director, MSP Business Applications**
Office - 512-682-9337

**From:** "Johnson, Rani" <rani.johnson@solarwinds.com>
**Date:** Thursday, November 14, 2019 at 9:06 AM
**To:** "Kemmerer, Joel" <joel.kemmerer@solarwinds.com>, "Day, Chris" <chris.day@solarwinds.com>, "Brown, Timothy" <timothy.brown@solarwinds.com>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                           SW-SEC00254262

**Cc:** "Magnuson, Josh" <josh.magnuson@solarwinds.com>
**Subject:** RE: https://jira.solarwinds.com/browse/BR-9800

++ Tim Brown

**From:** Kemmerer, Joel
**Sent:** Thursday, November 14, 2019 9:02 AM
**To:** Day, Chris <chris.day@solarwinds.com>; Johnson, Rani <rani.johnson@solarwinds.com>
**Cc:** Magnuson, Josh <josh.magnuson@solarwinds.com>
**Subject:** RE: https://jira.solarwinds.com/browse/BR-9800

Let me get some more info on this and address.

Thanks, Joel

**From:** Day, Chris
**Sent:** Thursday, November 14, 2019 8:55 AM
**To:** Johnson, Rani <rani.johnson@solarwinds.com>; Kemmerer, Joel <joel.kemmerer@solarwinds.com>
**Subject:** FW: https://jira.solarwinds.com/browse/BR-9800

Sorry to pawn this on off on you – smells bad...

**From:** Rodushkin, Andrey <andrey.rodushkin@solarwinds.com>
**Sent:** Thursday, November 14, 2019 9:52 AM
**To:** Gracanin, Dzenana <dzenana.gracanin@solarwinds.com>; Smolsky, Sergey <Sergey.Smolsky@solarwinds.com>; Day, Chris <chris.day@solarwinds.com>; O'Shea, Sean <sean.oshea@solarwinds.com>; Lushchik, Igor <igor.lushchik@solarwinds.com>; Zanotto, Diego <diego.zanotto@solarwinds.com>; DeCapite, Duane <duane.decapite@solarwinds.com>; Quilter, Alex <alex.quilter@solarwinds.com>
**Cc:** Van Steenbergen, Rene <rene.vansteenbergen@solarwinds.com>
**Subject:** Re: https://jira.solarwinds.com/browse/BR-9800

Dzenana,

The problem is that new O365 data is very sensitive and it's limited to SuperUser access level. And this level has read&write permissions. We have read-only level permissions, but we can't allow read new sensitive data for that users as we have a lot of them already.

I'd go with creation of new SuperUser and plan creating an environment. Once environment ready we can revoke SuperUser permissions from production. That's my vision on how we can proceed here.

Andrey

<image003.png>
**Andrey Rodushkin | Senior Product Manager | SolarWinds Backup**
Office: +31.885.222.219 | Mobile: +375.29.536.4363

**From:** "Gracanin, Dzenana" <dzenana.gracanin@solarwinds.com>
**Date:** Thursday, November 14, 2019 at 5:47 PM
**To:** "Smolsky, Sergey" <Sergey.Smolsky@solarwinds.com>, "Rodushkin, Andrey"

<andrey.rodushkin@solarwinds.com>, "Day, Chris" <chris.day@solarwinds.com>, "O'Shea, Sean" <sean.oshea@solarwinds.com>, "Lushchik, Igor" <igor.lushchik@solarwinds.com>, "Zanotto, Diego" <diego.zanotto@solarwinds.com>, "DeCapite, Duane" <duane.decapite@solarwinds.com>, "Quilter, Alex" <alex.quilter@solarwinds.com>
Cc: "Van Steenbergen, Rene" <rene.vansteenbergen@solarwinds.com>, "Gracanin, Dzenana" <dzenana.gracanin@solarwinds.com>
Subject: RE: https://jira.solarwinds.com/browse/BR-9800

In the meantime, to not delay work, my understanding is that they are just looking at the data and read access was requested. Meaning there is no risk as to giving them access to continue current work until you are able to give us another environment with same data as prod.

Let me know! Thanks

<image004.png>
**Dzenana Gracanin | Product Manager | SolarWinds**
Office: 512.682.9299 | Mobile: 773.414.4813

---

**From:** Smolsky, Sergey
**Sent:** Thursday, November 14, 2019 8:38 AM
**To:** Rodushkin, Andrey <andrey.rodushkin@solarwinds.com>; Day, Chris <chris.day@solarwinds.com>; O'Shea, Sean <sean.oshea@solarwinds.com>; Lushchik, Igor <igor.lushchik@solarwinds.com>; Gracanin, Dzenana <dzenana.gracanin@solarwinds.com>; Zanotto, Diego <diego.zanotto@solarwinds.com>; DeCapite, Duane <duane.decapite@solarwinds.com>; Quilter, Alex <alex.quilter@solarwinds.com>
**Cc:** Van Steenbergen, Rene <rene.vansteenbergen@solarwinds.com>
**Subject:** Re: https://jira.solarwinds.com/browse/BR-9800

Just to be clear – this is **not** related to Backup Engineering (but to BizApps contractors).

The problem that Andrey has brought up (incomplete billing data in test environment) will require efforts from Backup Engineering/DevOps to obfuscate production data and have enough test data to avoid going to production. We need to plan these activities and prepare this environment.

<image005.png>
Sergey Smolsky | Director of Engineering | SolarWinds
Mobile: +375296235363

---

**From:** "Rodushkin, Andrey" <andrey.rodushkin@solarwinds.com>
**Date:** Thursday, November 14, 2019 at 4:52 PM
**To:** "Day, Chris" <chris.day@solarwinds.com>, "O'Shea, Sean" <sean.oshea@solarwinds.com>, "Lushchik, Igor" <igor.lushchik@solarwinds.com>, "Gracanin, Dzenana" <dzenana.gracanin@solarwinds.com>, "Zanotto, Diego" <diego.zanotto@solarwinds.com>, "DeCapite, Duane" <duane.decapite@solarwinds.com>, "Quilter, Alex" <alex.quilter@solarwinds.com>
**Cc:** "Van Steenbergen, Rene" <rene.vansteenbergen@solarwinds.com>, "Smolsky, Sergey" <Sergey.Smolsky@solarwinds.com>
**Subject:** Re: https://jira.solarwinds.com/browse/BR-9800

Hi Crhis,

+@Gracanin, Dzenana, @Zanotto, Diego, @DeCapite, Duane, @Quilter, Alex

As far as I know it's not something new, we were developing billing using production services since the beginning as only production has data to test billing. And if you want to stop it, okay, but it affects a lot of stuff: billing platform development/support and new O365 billing as well.

Andrey
<image005.png>
**Andrey Rodushkin | Senior Product Manager | SolarWinds Backup**
Office: +31.885.222.219 | Mobile: +375.29.536.4363

---

**From:** "Day, Chris" <chris.day@solarwinds.com>
**Date:** Thursday, November 14, 2019 at 4:48 PM
**To:** "O'Shea, Sean" <sean.oshea@solarwinds.com>, "Rodushkin, Andrey" <andrey.rodushkin@solarwinds.com>, "Lushchik, Igor" <igor.lushchik@solarwinds.com>
**Cc:** "Van Steenbergen, Rene" <rene.vansteenbergen@solarwinds.com>, "Smolsky, Sergey" <Sergey.Smolsky@solarwinds.com>
**Subject:** RE: https://jira.solarwinds.com/browse/BR-9800

Hello – highlighted item needs to stop immediately. Under no circumstances is development to be done in production. If that impacts deliverables please let August know. That is a significant security and Sox violation.
As part of our ISO it also need to be filed as a non-conformity and reported.

+Rene and Sergey

--Chris

---

**From:** O'Shea, Sean <sean.oshea@solarwinds.com>
**Sent:** Thursday, November 14, 2019 8:33 AM
**To:** Rodushkin, Andrey <andrey.rodushkin@solarwinds.com>; Lushchik, Igor <igor.lushchik@solarwinds.com>
**Cc:** Day, Chris <chris.day@solarwinds.com>
**Subject:** https://jira.solarwinds.com/browse/BR-9800

Hi Andrey,

This request has brought to light three problems:
- They are currently using a shared login currently of a different SolarWinds employee. This is definitely a security incident and needs to stop.
  - Solution – Granting the individual logins as requested.
- The developers are developing in Production as the staging/dev environments are not suitable.
  - Solution – Create a billing RC environment that is the same as production and then pulling access from all Developers.
- Because they are going to have Super User access and could potentially do actions that would have financial impact this should probably be under SOX control.
  - Solution – Speak to Danielle about this and decide.

I will catch up with Igor and Chris and we can process request tomorrow.

Cheers,

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                              SW-SEC00254265

Sean

<image005.png>
Sean O'Shea | Senior Manager, Operations Engineering | SolarWinds
Mobile: +44 7510 710718

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00254266