# EXHIBIT 32



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



# MSP Support Portal | Security Improvements
Enterprise Proposal

## Problem Statement

· **MSP Support staff has a significant level of system level access to both MSPs and MSP customers.** The level of access is excessive and if abused poses a significant insider threat. Currently, a support person has the ability to gain privileged access, connect or run procedures on one or more MSPs and their customer environments.

    ○ **N-Central:** Support staff has access to usernames and passwords for all MSP distributors and customers.

    ○ **RMM:** Support staff has access to a distribution portal that enables access directly to customer's environments. We have not seen any cases of this type of abuse from the support team but if an adversary was looking to circumvent our security an insider attack would be one of the easiest to perform.

· Recent incidents have involved support staff and engineering's inappropriate access to customers environments.

    ○ To diagnose product issues, the SolarWinds team used a remote session to a client environment without notifying the MSP or the client.

    ○ While testing a release, the SolarWinds engineering team copied a customer environment and inadvertently created 400+ tickets in a customer's PSA.

## Anticipated Outcomes

| Support roles aligned with least privilege | Improved ability of MSPs to easily disable SolarWinds access |
|---|---|
| ○ Super User / Admin separated from Support / Read only role | ○ N-Central token authentication will reduce the risk of support staff accessing distributor passwords |
| ○ Customer's legal documents reviewed for explicit consent | ○ RMM will do XYZ |
| ○ Customer Support will act as the gate keeper to customer system access | |

## Plan / Approach

· Implement changes in N-Central and RMM

## Success Criteria

| Customer Empowerment | Appropriate Access | Reduction in Incidents |
|---|---|---|

@solarwinds

What is PSA?

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

# N-Central
MSP Support Security Improvements

## Improvement Recommendation

- A
- **Enable token authentication**
    - Create a microservice, that grants remote access
        - Shared public key with microservice for JSON Web Token (JWT) authentication
        - Time boxed credentials to reduce risk with offboarding
        - Enables identification of the human using the credential
    - Requires effort on N-Central appliance, Activation Server, creation of Token Authority Microservice

## Enablement Request

- A
- Enable token authentication
    - 19 person weeks / consulting

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2019 SolarWinds Worldwide, LLC. All rights reserved.

@solarwinds    3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00631420



SW-SEC00631421





FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00631423



## SolarWinds Scorecard
### NIST Maturity Level

| Security Category | 2017 | 2018 | 2019 |
|---|---|---|---|
| Identify | 0.8 | 2.0 | 3.0 |
| Protect | 1.5 | 3.0 | 3.2 |
| Detect | 1.0 | 2.8 | 3.6 |
| Respond | 0.8 | 2.8 | 3.6 |
| Recover | 0.7 | 2.0 | 2.0 |
| Overall | 1.0 | 2.5 | 3.1 |

| Maturity Level | Description |
|---|---|
| 0 | There is no evidence of the organization meeting the security control objectives or is unassessed |
| 1 | The organization has an ad-hoc, inconsistent, or reactive approach to meeting the security control objectives |
| 2 | The organization has a consistent overall approach to meeting the security control objectives, but it is still mostly reactive and undocumented. The organization does not routinely measure or enforce policy compliance |
| 3 | The organization has a documented, detailed approach to meeting the security control objectives, and regularly measure its compliance |
| 4 | The organization uses an established risk management framework to measure and evaluate risk and integrate improvements beyond the requirements of applicable regulations |
| 5 | The organization has refined its standards and practices focusing on ways to improve its capabilities in the most efficient and cost effective manner |

CONFIDENTIAL – INTERNAL USE ONLY   © 2019 SolarWinds Worldwide, LLC. All rights reserved.

@solarwinds   7



495/6 =82.5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



399/5=79.8

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

