# EXHIBIT 33



# Summary of PEN Test results for MSP and Cloud performed Q2 2018

June 14, 2018

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS
SW-SEC00295588

# MSP PEN Test Scope



- **MSP Connect (MSPC)**
  - N-Central remote client access agent
  - MS Windows and MacOSx platforms agents
  - Desktop Agent and Web Service
- **MSP Single Sign-On Service**
  - Single Sign-On login for SolarWinds solutions
  - Web Application and Web Service
- **RMM Client-Side Agent**
  - Remote Management and Monitoring solution agents
  - MS Windows, MacOSx and Linux platforms agents
  - Desktop Agent and Web Service

- **N-Central (hosted version)**
  - All-In-One RMM Platform
  - Web Application
- **Netpath**
  - Network Performance Monitor solution
  - Web Service All in-scope products were tested from the perspective of an anonymous user from the Internet and also using the credentials provided by Customer.

INTERNAL USE ONLY – Confidential © 2018 SolarWinds Worldwide, LLC. All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00295589



## Cloud PEN Test Scope

Papertrail
Loggly
AppOptics
Pingdom

INTERNAL USE ONLY – Confidential © 2018 SolarWinds Worldwide, LLC. All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS          SW-SEC00295597