# EXHIBIT 35



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00623600

## PROTECT

| Security Category | Objective | Metric | 2019 NIST Maturity Level | 2020 NIST Maturity Level | 2017 YTD | 2018 YTD | 2019 YTD | Feb 2020 |
|---|---|---|---|---|---|---|---|---|
| Internal Access Control (formerly Next Generation Firewalls) | Palo Alto Firewalls are deployed and actively monitored across the company | KPI: Percentage of actively managed offices with firewalls | 5 | 5 | N/A | N/A | 100% 58 of 58 offices | 97% 2 out of 58 offices |
| External Access Controls (formerly Web Application Firewalls) | WAFs are deployed for marketing properties but not for production products | KPI: Establish security requirements and set up, assess across organization of both WebOps (IT) and Products DevOps (Stas) | 3 | 3 | N/A | N/A |  | Extend to include External Access No current data |
| Endpoint Protection and Encryption | Endpoint protection and encryption is deployed and actively managed across the company | KPIs: Total number of issued assets / Symantec deployments | 4 | 4 | N/A | N/A |  | 3380 – AD 2951 – SEP 87% coverage |
| Data Leakage Protection | Data leakage protection is deployed across the company and actively monitored | KPI: Total number of issued assets / Netscope deployments | 3 | 3 | N/A | N/A |  | 3380 – AD 1620 – Netskope 48% Coverage |
| Spam / Phishing Detection / Response | Email protections are in place to monitor spam, detect phishing and deter known email scammers | KPI: Count of number of blocked emails, Percentage of phishing email blocked | 3 | 3 | N/A | N/A |  | 116,694,394 / 53,786,743 75.89% blocks |
| Authentication, Authorization and Identity Management | User identity, authentication and authorization are in place and actively monitored across the company | KPI: Number of assets (mission/business critical) with AD Authentication enabled vs. not enabled | 1 | 1 | N/A | N/A | 67 – MC 65 – BC 132 Total AD Auth: 19 No AD: 113 14% | 67 – MC 65 – BC 132 Total AD Auth: 19 No AD: 113 14% |
|  |  |  | 3.2 | 3.2 |  |  |  |  |

CONFIDENTIAL – INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

10

399/5=79.8

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00623609