# EXHIBIT 37



# Q1 2020 QUARTERLY RISK REVIEW (QRR)

MARCH 3, 2020

SECURITY & COMPLIANCE PROGRAM OFFICE (DEV OPS + IT) + LEGAL + FINANCE

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00001608

# SolarWinds Scorecard
NIST Maturity Level

| Security Category | 2017 | 2018 | 2019 | 2020 Target | Key Risks | Key Improvements |
|---|---|---|---|---|---|---|
| Identify | 0.8 | 2.0 | 3.0 | ↑3.3 | • Security processes not consistently implemented | • Increase SDL adoption<br>• Expand product certifications |
| Protect | 1.5 | 3.0 | 3.2 | ↑3.3 | • Significant deficiencies in user access management | • AD Authentication for critical systems |
| Detect | 1.0 | 2.8 | 3.4 | 3.4 | • Inconsistent security scanning | • Expand and standardize VAT, Pen OpenSource, and code analysis |
| Respond | 0.8 | 2.8 | 3.6 | ↑3.8 | • Increase in events and complexity | • Continuous improvements in Security \| Major Incident Response |
| Recover | 0.7 | 2.0 | 2.0 | ↑2.3 | • Immature business continuity plan | • Outline and execute enterprise business continuity plan |
| Overall | 1.0 | 2.5 | 3.0 | ↑3.2 | | |

| Maturity | Description |
|---|---|
| 0 | No evidence |
| 1 | Reactive approach |
| 2 | Consistent approach. Somewhat reactive and undocumented |
| 3 | Documented, detailed approach. Regularly measure its compliance |
| 4 | Established risk management framework |
| 5 | Refined practice, focused on improvements and efficiencies |

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001611

# Security & Compliance Improvement Plans (SCIPs)



- Plan to rollout SCIPs in March 2020 to teams with higher risk

| Team | SolarWinds Security Categories | | | | | |
|---|---|---|---|---|---|---|
| | Identify | Protect | Detect | Respond | Recover | Compliance |
| **Architecture \| Engineering** | • Expand use CVSS scoring and Jira tagging | | | • Remediate LCEF vulnerabilities | | • Audit participation |
| **Customer Support** | | • Remediate access management risks | | | | |
| **DevOps \| IT** | | • Update policies and guidelines<br>• AD Authentication for critical systems | • Implement and monitor code analysis program<br>• Expand pen testing program | • Improve IRP integration<br>• Continuous improvements in Security \| Major Incident Response | • Outline and execute enterprise business continuity plan | • Security Awareness Training |
| **Product Management** | | • Data stewardship training | | • Prioritize security feature and vulnerabilities | | • Identify required product certifications |
| **Marketing** | | • Data stewardship training | | | | |

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00001613