# EXHIBIT 39



5/21/20: i

@solarwinds

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS  SW-SEC00148267



@solarwinds

