# EXHIBIT 40



# Q4 2020 Quarterly Risk Review (QRR)

DO + IT | LEGAL | FINANCE

October 27, 2020

solarwinds

SW-SEC00001582

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

# SolarWinds Scorecard

NIST Maturity Level

Steady progress in 1H. On track for overall improvement in 2020

| Security Category | 2017 | 2018 | 2019 | 2020 Target | Key Risks | 2H 2020 Improvement Plan |
|---|---|---|---|---|---|---|
| Identify | 0.8 | 2.0 | 3.0 | ↑3.3 | • Security processes not consistently implemented | • Increase SDL awareness and adoption<br>• Advance product certifications |
| Protect | 1.5 | 3.0 | 3.2 | ↑3.3 | • Significant deficiencies in user access management | • Continue to enable AD Authentication for critical systems |
| Detect | 1.0 | 2.8 | 3.4 | ↑3.6 | • Inconsistent security scanning | • Expand and standardize VAT, Pen, Open Source, and Code Analysis |
| Respond | 0.8 | 2.8 | 3.6 | ↑3.8 | • Increase in events and complexity | • Continuous improvements in Security I Major Incident Response |
| Recover | 0.7 | 2.0 | 2.0 | ↑2.3 | • Immature business continuity plan | • Operational Continuity Plan assessment and improvements |
| Overall | 1.0 | 2.5 | 3.0 | ↑3.3 | | |



| Maturity | Description |
|---|---|
| 0 | No evidence |
| 1 | Reactive approach |
| 2 | Consistent approach. Somewhat reactive and undocumented |
| 3 | Documented, detailed approach. Regularly measure its compliance |
| 4 | Established risk management framework |
| 5 | Refined practice, focused on improvements and efficiencies |

CONFIDENTIAL - NOT FOR DISTRIBUTION © 2020 SolarWinds Worldwide, LLC. All rights reserved.

@solarwinds

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00001587

# 2020 Penetration Testing Program

## External (3rd Party) Pen Testing Program

| | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| **ITOM-SaaS** | | ✓ AppOptics<br>✓ Loggly | • Pingdom<br>✓ ITSM<br>✓ DPM | • Papertrail |
| **MSP** | | | • RMM<br>• N-Central<br>• Take Control | • Passportal<br>• Backup<br>• Mail Assure |

## Internal Pen Testing Program (Burpsuite + Nessus)

| | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| **ITOM-SaaS** | | ✓ Pingdom<br>✓ Papertrail | | • AppOptics<br>• Loggly |
| **ITOM-OnPrem** | | ✓ Serv-U | ✓ Serv-U (App Test)<br>✓ Orion<br>✓ WHD | • SEM |
| **MSP** | | ✓ Take Control | ✓ N-central | • RMM<br>• Backup<br>✓ Passportal |
| **Web Properties** | ✓ Solarwinds.com | ✓ Solarwindsmsp.com<br>✓ Dameware.com<br>✓ Webhelpdesk.com | | • AppOptics (Marketing)<br>• Customer Portal |

## Pen Testing Program Goals

- Identify & Reduce Low Complexity Easily Found (LCEF) vulnerabilities
- Meet product certification requirements (SOC2 & ISO27001) and
- Improve overall security of SolarWinds products

## Roles and Responsibilities

- Security coordinates external pen testing and runs Burpsuite scans for any product / application not covered by DevOps
- DevOps to assist with external pen testing process and performs Nessus scans for MSP products.

As of 10/26/2020

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

SW-SEC00001590

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS