# EXHIBIT 42

Message

---

**From:** Anderson, Andrea (SWI) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C5533C68A96E4697A16FB2757F2A084B-ANDERSON, A]
**Sent:** 4/20/2021 12:53:58 AM
**To:** Pierce, Kellie [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0150ef14c7a24cb1a0e08ec9fcb06424-Pierce, Kel]; Brown, Timothy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a1bcd95116e84d6692dd89f9d55c5b7a-Brown, Timo]
**Subject:** RE: Policy Audit against NIST 800-53

Kellie – I will update the mapping with these policies released, and recalculate the %.
I think if we decide to include updating the Enterprise Security and Access Guidelines, the Detailed Security Statement adding the missing NIST requirements, we could probably get up to around 80% compliance.

Thanks,
Andrea

---

**From:** Pierce, Kellie <kellie.pierce@solarwinds.com>
**Sent:** Monday, April 19, 2021 6:00 PM
**To:** Brown, Timothy <timothy.brown@solarwinds.com>; Anderson, Andrea (SWI) <andrea.anderson@solarwinds.com>
**Subject:** RE: Policy Audit against NIST 800-53

We have the following in the DRAFT queue:
- Patching Policy (depending on previous email)
- Logging & Monitoring – awaiting EQ's final confirmation that this is ready for your review.
- DLP – EQ and Nelson to draft
- SDLC-dependent on S. Colquitt/R&D not Security
- AD – update only as the last draft was 2018, SbD projects will change this completely. We are circulating for updates, if any.
- Incident Response Overview – Harry is working on this doc and marching toward Sept per EQ's direction/guideance

There are a couple of policies that are drafted but I do not believe that the co is ready to adopt them:
- Cryptographic Controls
- Mobile Device Management/BYOD

@Anderson, Andrea (SWI) any ideas on how the % changes with the ones in draft?

Thanks.
Kellie

---

**From:** Brown, Timothy <timothy.brown@solarwinds.com>
**Sent:** Monday, April 19, 2021 5:25 PM
**To:** Pierce, Kellie <kellie.pierce@solarwinds.com>
**Cc:** Anderson, Andrea (SWI) <andrea.anderson@solarwinds.com>
**Subject:** RE: Policy Audit against NIST 800-53

Thank you for the review.

After the policies that are in draft/review are completed what will our % coverage look like?

**From:** Pierce, Kellie <kellie.pierce@solarwinds.com>
**Sent:** Monday, April 19, 2021 4:34 PM
**To:** Brown, Timothy <timothy.brown@solarwinds.com>
**Cc:** Anderson, Andrea (SWI) <andrea.anderson@solarwinds.com>
**Subject:** Policy Audit against NIST 800-53

Good afternoon Tim,
Andrea performed a policy audit of the SWI policies currently in place against the NIST800-53. Her audit report is attached for your review.

Please let us know if you have any questions and/or would like any additional information.
Thank you,
Kellie



Kellie Pierce | Security, Privacy & Compliance Director | SolarWinds
Office: 512.498.6248

CONFIDENTIAL

SW-SEC-SDNY_00046822