# EXHIBIT 43

**Email attachment excerpted and formatted for legibility**

**DOCUMENT PRODUCED IN NATIVE FORMAT**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                    SW-SEC00168780

7.13.2020 Review

| Item Number | Product | Summary of Request (provide specifics of risk to be accepted) | Benefits of Accepting This Risk | Remediation Plan (Describe the end state solution that remediates the risk) | Risk Acceptance Expiration (date by which risk will be remediated) | Alternatives Considered (Describe why other alternate solutions are not viable) | Approved By | Approval Date | Compensating Control | Level of Risk | Risk Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BizApps Billing DI | Developers have write access to production Backup data as a part of their permission set. They are using the API's just to pull data for usage billing but those (3) API's have write permissions which are not used or needed. | Allows BizApps Dev to continue their development work and not delay a major project. | Create Read-only role that BizApps would use to access production data for Backup billing and for Backup O365 billing. This work would take approximately 2 weeks but as the Backup team has some commitments they are wrapping up, a likely go-live with this role would be in the first 2 weeks of January. | 1/31/2020 | Creating another production data set that up to date that we can query against would take longer than the time it would take to create the read-only users. | Brown, Timothy | 11/18/2019 | 11/18/19: Risk reviewed by and accepted by Tim Brown. 1/7/20: Note sent to Rick to confirm this role has been established. 6/8/20: Email sent to Rick for update. | Low | Remediation In Progress |