# EXHIBIT 47

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:           )
                            )  File No. C-08755-A
SOLARWINDS                  )

WITNESS:  Timothy Gordon Brown

PAGES:    1 through 311

PLACE:    Securities and Exchange Commission

          100 F Street, N.E.

          Washington, D.C. 20549

DATE:     Tuesday, March 8, 2022


     The above-entitled matter came on for hearing, via WebEx, pursuant to notice, at 9:23 a.m.




Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

```
 1      APPEARANCES:
 2
 3      On behalf of the Securities and Exchange Commission:
 4          LORY STONE, ESQ., Senior Counsel
 5          WILLIAM BRAD NEY, ESQ., Senior Counsel
 6          BENJAMIN BRUTLAG, IT Forensic Staff
 7          KENNETH ZAVOS, IT Forensic Staff
 8          MARGARET VIZZI, IT Forensic Staff
 9          ERA CALHOUN, Paralegal
10          Securities and Exchange Commission
11          Division of Enforcement
12          100 F Street, NE
13          Washington, D.C. 20549
14
15
16      On behalf of the Witness:
17          JULIE RIEWE, ESQ.
18          BECKY MELTON
19          JASON BLISS
20          JONATHAN DeMARS
21          ANNA MOODY
22          Debevoise & Plimpton
23          801 Pennsylvania Avenue Network
24          Washington, D.C. 20004
25          (202) 383-8000
```

Page 3

```
 1                  CONTENTS
 2
 3      WITNESS                         EXAMINATION
 4      Timothy Brown                         5
 5
 6      EXHIBITS:    DESCRIPTION              IDENTIFIED
 7       1       SEC Form 1662                      6
 8       2       Supplemental Information Form      7
 9       3       Ground Rules                       9
10      144      Subpoena                          10
11      145      Background Questionnaire          13
12      146      Tim Brown message to multiple
13               people                            41
14      147      Email Eric Quitugua to multiple
15               people                            56
16      148      Email Rani Johnson to Tim Brown
17               11/29/18                         176
18      149      Emails, Kellie Pierce to Tim
19               Brown and Rani Johnson            87
20      150      Email, Kellie Pierce to
21               Tim Brown, Rani Johnson           96
22      151      Email, Tim Brown to Rani Johnson 120
23      152      Email, Eric Quitugua to Tim
24               Brown, 6/7/18                    131
25      153      Security Incident Response Plan  184
```

Page 4

```
 1                  CONTENTS(CONT.)
 2
 3      EXHIBITS:    DESCRIPTION              IDENTIFIED
 4      154      Email, Jennifer Zador to
 5               Kellie Pierce                    188
 6      155      Two IM's, Tim Brown to
 7               Destiny Bertucci                 228
 8      156      Email exchange, Tim Brown to
 9               Kellie Pierce, 5/29/19           234
10      157      Email exchange, 5/19/17,
11               Tim Brown to Joey Nelson         240
12      158      Email Tim Brown to Eric
13               Quitugua, 8/22/19                248
14      159      Email, 11/22/18, Tim Brown to
15               multiple people                  253
16      160      Email, 6/20/19, Tim Brown to
17               multiple people                  261
18      161      Email exchange, Tim Brown to
19               Kellie Pierce and Eric Quitugua  265
20      162      Calendar invite to Ashley
21               Thornton and others              275
22      163      Email, Destiny Bertucci to
23               Tim Brown, 10/8/19               299
24
25
```

Page 5

```
 1                  PROCEEDINGS
 2           MS. STONE:  We'll go ahead and go on the
 3      record.  It is 9:23 a.m., Eastern Standard Time, on
 4      March 8, 2022.
 5           Mr. Brown, please raise your right hand while
 6      I administer the oath.  Do you swear or affirm to tell
 7      the truth, the whole truth and nothing but the truth?
 8           THE WITNESS:  I do.
 9      Whereupon,
10                  TIMOTHY GORDON BROWN
11      was called as a witness and, having been first duly
12      sworn, was examined and testified as follows:
13                  EXAMINATION
14      BY MS. STONE:
15        Q   Mr. Brown, can you please state your full name
16      and spell your name for the record?
17        A   Sure.  Timothy Gordon Brown, T-i-m-o-t-h-y, G-
18      o-r-d-o-n, B-r-o-w-n.
19        Q   Thank you.  I'm Lory Stone.  Also with me
20      today from the Commission are Brad Ney, Benjamin
21      Brutlag, Era Calhoun, Ken Zavos and Margaret Vizzi.  We
22      are officers of the Commission for the purposes of this
23      proceeding.  This is an investigation by the United
24      States Securities and Exchange Commission, in the matter
25      of SolarWinds, Inc., C-08755, to determine whether there
```

Page 282

1  Q  And if Symantec or Defender ATP were disabled,
2  would SolarWinds receive an alert?
3  A  Yeah, absolutely.
4  Q  Who would that go to, the security --
5  A  As well as Netskope being disabled, would get
6  us a report. That would go to our security team, Eric's
7  group.
8  Q  Okay. So we just have one more topic area to
9  cover. Are we okay to push on?
10  A  Yes.
11  Q  So earlier in one of our exhibits this morning
12  -- I think it was Exhibit 19 -- there was a SolarWinds
13  scorecard. Are you familiar with the term SolarWinds
14  scorecard?
15  A  We have a number of scorecards, so we'll have
16  to determine which scorecard.
17  Q  Okay. Let's go ahead and look back at Exhibit
18  19.
19  A  Mm-hmm.
20  Q  And I believe -- so this is the Security and
21  Compliance Program Quarterly Overview, dated August 16,
22  2019, and there is a scorecard that I believe begins at
23  Page 8, Page 9, and it's just labeled "SolarWinds
24  Scorecard."
25  A  Can you show that one? Okay, so this

Page 283

1  scorecard, yeah. This is the NIST framework scorecard,
2  NIST control -- Scorecard, so yes.
3  Q  What is the NIST -- did you say NIST
4  Compliance Scorecard?
5  A  It's called the NIST CSF -- I don't remember
6  what the CSF stands for. But NIST defines -- so if you
7  go up a slide, here go back to the framework -- so the
8  NIST CSF defines -- keep going -- identify, detect --
9  yeah, detect, respond, recover, I believe. Go up one
10  more, I think. Yeah, so here are the NIST categories.
11  Identify, protect, detect, respond and recover, and
12  those are NIST categories for NIST maturity level, and
13  that's a NIST CSF is a standard model to measure
14  security levels.
15  Q  And when did the scorecard, the SolarWinds
16  scorecard based on NIST, when did that come into being?
17  A  This is from what year or what date?
18  Q  No, just generally, when -- were the
19  scorecards already being produced when you started at
20  SolarWinds, or was it something that you helped --
21  A  So we followed the NIST model for -- since
22  before I was here, right. Eric and team had put NIST in
23  as a framework to follow, in a framework to model. The
24  scorecard was a way to represent where we were, and
25  where we were going, so it was a measurement of the

Page 284

1  organizational maturity level utilizing the NIST
2  standard.
3  Q  So I'm going to ask again --
4  A  Yeah.
5  Q  When was the scorecard actually created?
6  A  Right. I'd have to -- I don't know
7  completely, right. I have this one reference, so it was
8  created at least before this reference, whatever the
9  date of the reference was.
10  Q  Did you help to create it or was it in
11  existence, the scorecard, was it in existence when you
12  arrived?
13  A  Prior to -- so, no, the scorecard was not in
14  existence prior to arrival. So this was part of the
15  overall deck, to be able to show -- show security for
16  the company, so the scorecard was a component of that
17  deck that was produced.
18  Q  Did you help create the scorecard, the
19  template?
20  A  Yeah, yes.
21  Q  Did anyone else help you in creating the
22  template?
23  A  Created with Rani Johnson prior to putting it
24  into the deck to be --
25  Q  The Slide 9 that we're looking at, on the

Page 285

1  right there are maturity levels. Did you create these
2  levels or does that come from NIST also?
3  A  Those are NIST levels.
4  Q  All right. So tell us how any given scorecard
5  is generated. What is the process? And again, the
6  interior pages break down the different categories and
7  assign numbers. What is the process for generating any
8  given in this scorecard?
9  A  So each one of these components, they
10  identify, protect, detect, respond, recover, have a
11  number of different items associated with them, a number
12  of different categories associated with them, and those
13  are given essentially a score for each one of those
14  components, and then those components are averaged to
15  give you the over all score for the area.
16  Q  And each of these pages, so Pages 10 through
17  14, at the top they have highlights. Did you put
18  together the highlights?
19     MS. RIEWE: Do you want to turn --
20     THE WITNESS: Where are we what --
21     MS. STONE: Sure.
22     BY MS. STONE:
23  Q  We can look at Page 11, which is protect.
24  A  Okay. Go to Exhibit 19. Here we go. Thank
25  you.

Page 286

1  Q  So there's, I don't know, maybe seven bullets
2  at the top under "Highlights."
3  A  Yeah.
4  Q  There's highlights on every page. I'm
5  wondering who puts together the highlights?
6  A  So the highlights were put together with
7  myself and Rani and discussing with, you know, Eric and
8  the security team. So again, this is part of our larger
9  deck for our Security and Compliance Program Quarterly
10 Review, so produced in August of 2019, and the scorecard
11 was one of the ways to explain where our program was,
12 how our program changed through time, and the categories
13 and the notes were produced by us.
14 Q  All right.
15 A  The maturity levels on the first page are a
16 NIST framework category component.
17 Q  So it looks like for Pages 10 to 14, it looks
18 like there's only one entry that received a NIST
19 maturity level of one, and that's on Page 11 under
20 "Protect," for authentication, authorization, and
21 identity management. Do you see that?
22 A  Yeah, correct.
23 Q  And at the top of the page under "Highlights,"
24 it says, "Access and privilege to critical systems/data
25 is inappropriate." Can you tell me specifically what

Page 287

1  factors contributed to the score of one for
2  authentication, authorization, and identify management.
3  A  Yeah. So when we -- so when we look at
4  authentication, authorization, identity management, in,
5  you know, in 2019 --
6  Q  August of 2019, yes.
7  A  2019. We had processes in place to be able to
8  create users, delete users, terminate users. All of
9  those processes were paper, so paper processes existed
10 to be able to do those functions, so somebody got hired,
11 what we call SC process was created. So HR drove the
12 SOC process, that person is joining engineering, they'll
13 get access to these resources. Then emails went out
14 from that SOC process, to say please create this user,
15 give them access to the system, but the process was
16 manual. The process went through and had -- it
17 essentially worked but it had humans involved, and
18 whenever humans are involved, it's not as efficient and
19 it's not as prescriptive as what we would like it to be.
20     So this is calling out that one of the places
21 where we need to improve is absolutely the identity
22 management side of the world, making it more automated,
23 making it more controlled, making it more mature from an
24 identity and access management perspective.
25 Q  Okay. So that was for -- I'm sorry, I'm just

Page 288

1  going to try to hurry you along a little bit. It's
2  late, beyond the scope of my question. So that was for
3  -- I think you said for hiring and terminating
4  employees; is that right, the paper process?
5  A  Yeah, paper process for that, correct.
6  Q  What about at the time in August 2019, was
7  SolarWinds not effectively limiting rights, based on an
8  employee's job function?
9  A  So, we had rights assigned and certain aspects
10 of the company were audited. 2018, I believe, we were
11 going public or had become public. I'm not sure exactly
12 the date of public, but as part of public we then had
13 SOX assets that were audited, and those audits were --
14 were fine from a program perspective. We had to attest
15 to having users having the right access rights for the
16 SOX controlled assets.
17     This is a general statement across the entire
18 company of identity, we should start a program for
19 identity, we should start a team for identity, we
20 should, you know, move forward with identity, and move
21 away from manual processes that are error prone, and
22 move towards automated processes and programs that are,
23 you know, more efficient and less error prone.
24 Q  So rights based on job function were also
25 manual at this point in time, is what I'm hearing?

Page 289

1  A  Correct.
2  Q  What about the granting of limited default
3  permissions, was that also manual at this time?
4  A  Through the SOC program, you -- you got
5  default permissions, based on your role within the
6  company, and that went through a process to be able to
7  get that. So you didn't get rights to everything by any
8  means. You're not given privileges on system. You were
9  given the rights that were assigned to you.
10     Also at this time, we had dash admin account,
11 so privileged accounts for IT need to have a separate
12 account and work with a separate account to do
13 administrative functions and control.
14     We also had privilege management systems in
15 place with Icotic (phonetic) to help administer
16 privileged account access, so you needed to be able to
17 authenticate to a different system, and get an
18 appropriate authentication to be able to access
19 privileged accounts in the system.
20     But still, you know, if you look at a one, the
21 one classification is that the organization has ad hoc
22 and consistent reactive approach to meeting the security
23 control objectives. That's what a level one is.
24     I'm not saying that there wasn't a program.
25 I'm saying that they, this program can be improved, and

```
                                              Page 310
 1              PROOFREADER'S CERTIFICATE
 2
 3   In the Matter of:   SOLAR WINDS
 4   Witness:      Timothy Brown
 5   File Number:  C-08755-A
 6   Date:         Tuesday, March 8, 2022
 7   Location:     Chicago, Illinois
 8
 9        This is to certify that I, Christine Boyce,
10   (the undersigned), do hereby certify that the foregoing
11   transcript is a complete, true and accurate
12   transcription of all matters contained on the recorded
13   proceedings of the investigative testimony.
14
15
16   _____     _____
17   (Proofreader's Name)         3-21-2022
18
19
20
21
22
23
24
25
```

```
                                              Page 311
 1              REPORTER'S CERTIFICATE
 2
 3   I, Jemima Nobleza Euell, reporter, hereby certify that
 4   the foregoing transcript is a complete, true and
 5   accurate transcript of the meeting indicated, held on
 6   3-8-22, at Chicago, Illinois, in the matter of:
 7   SOLAR WINDS.
 8
 9   I further certify that this proceeding was recorded by
10   me, and that the foregoing transcript has been prepared
11   under my direction.
12            3-21-2022
13
14
15
16
17
18
19
20
21
22
23
24
25
```