# EXHIBIT 57

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:        )
                         )  File No. C-08755-A
SOLARWINDS CORPORATION   )

WITNESS:  Kellie Jaie Pierce

PAGES:    1 through 195

PLACE:    Securities and Exchange Commission

          175 W. Jackson Blvd.

          Chicago, Illinois

DATE:     Wednesday, October 27, 2021

    The above-entitled matter came on for hearing, via WebEx, pursuant to notice, at 8:28 a.m. Central Time, 9:28 a.m. Eastern Time.

Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

1  APPEARANCES:
2
3  On behalf of the Securities and Exchange Commission:
4      LORY STONE, ESQ.
5      W. BRADLEY NEY, ESQ.
6      BENJAMIN BRUTLAG, ESQ.
7      MICHAEL BAKER, ESQ.
8      MARGARET VIZZI, Senior Staff Accountant
9      Division of Enforcement
10     Securities and Exchange Commission
11     175 W. Jackson Blvd
12     Chicago, Illinois
13
14
15
16
17
18  Also Present:
19      Era Calhoun, SEC Paralegal
20
21
22
23
24
25

Page 4

1                    C O N T E N T S
2  WITNESSES                              EXAMINATION
3  Kellie Jaie Pierce                          5
4
5  EXHIBITS:   DESCRIPTION              IDENTIFIED
6  69    Subpoenas                          9
7  70    Background questionnaire           11
8  71    08/07/2017 e-mail and attachment   34
9  72    01/13/2017 e-mail and attachment   52
10 73    10/18/2017 e-mail and attachment   66
11 74    01/13/2020 e-mail and attachment   76
12 75    01/13/2020 e-mail and attachment   81
13 76    01/13/2020 e-mail and attachment   85
14 77    02/19/2020 e-mail and attachment   90
15 78    09/09/2019 e-mail and attachment   127
16 79    07/13/2019 e-mail and attachment   136
17 80    07/23/2019 IM                      156
18 81    02/17/2020 Series of IMs           159
19 82    Spreadsheet                        162
20 83    06/25/2020 Calendar invite         167
21 85    01/03/2018 e-mail and attachment   186
22 86    02/26/2018 Calendar invite         182
23 106   08/12/2019 E-mail                  99
24
25

Page 3

1      APPEARANCES(CONT.):
2
3  On behalf of the Witness:
4      JULIE M. RIEWE, ESQ.
5      ANNA MOODY, ESQ.
6      ANDREAS GLIMENAKIS, ESQ.
7      Debevoise & Plimpton, LLP
8      801 Pennsylvania Avenue, N.W.
9      Washington, D.C. 20004
10     (202) 383-8070
11
12     JAMES T. DRAKELEY, ESQ.
13     Spencer Fane, LLP
14     5700 Granite Parkway
15     Suite 650
16     Plano, Texas 75024
17     (972) 324-0300
18
19
20
21
22
23
24
25

Page 5

1                    P R O C E E D I N G S
2        MS. STONE: It is 9:28 a.m. on October 27th of
3  2021.
4        Ms. Pierce, before I administer the oath, I want to
5  confirm that you agree to have the oath administered via
6  WebEx instead of in-person today.
7        MS. PIERCE: I agree.
8        MS. STONE: If you could please raise your right
9  hand while I administer the oath.
10       Do you swear to tell the truth, the whole truth?
11       MS. PIERCE: I do.
12 Whereupon,
13              KELLIE JAIE PIERCE
14 was called as a witness and, having been first duly
15 sworn, was examined and testified as follows:
16              EXAMINATION
17    BY MS. STONE:
18    Q  Thank you. Ms. Pierce, can you please state your
19 full name and spell your name for the record?
20    A  My name is Kellie Jaie Pierce, Kellie, K-e-l-l-i-e,
21 J-a-i-e, and the last name is Pierce, P-i-e-r-c-e.
22    Q  I'm Lory Stone. Also with me from the Commission
23 today is Benjamin Brutlag, Michael Baker and Bradley Ney,
24 Margaret Vizzi and Era Calhoun. We are officers of the
25 Commission for purposes of this proceeding. This is an

Page 174

1   A   I do.
2   Q   Does that mean that Orion was testing internally in
3   Q3 2020 by a member of the security team?
4   A   It was scheduled to be scanned for Q3 2020 by the
5   security team.
6   Q   Okay, the items that are pointed out, does that
7   mean they have, happened, the two columns that are greyed
8   out?
9   A   Correct.
10  Q   All right, let's look at slide three which is 2020
11  external penetration testing.  So, there are several items
12  listed followed by one word in parenthesis.  For instance, if
13  we look at quarter 3, you'll see Kingdom followed by Rocket7
14  in parenthesis.
15      Can you tell me what we're looking at here?
16  A   Yeah, so this is the product Kingdom and then we
17  had the third-party Rapid7 who would be performing the Pen
18  Tests, but for DPM we had –- which was the third-party vendor
19  or –- for end central.
20  Q   Okay, why are there different third-parties hired
21  for product testing?
22  A   We hired different product Pen Testers for
23  availability, and also to get diversity in results.
24  Q   And what is the, I think you've answered this, the
25  purpose of Pen Testing Solarwinds products is to identify

Page 175

1   vulnerabilities.  Do I have that right?
2   A   Correct.
3   Q   Any other reason?
4   A   No.
5   Q   And why are third-parties hired to Pen Test these
6   products?  Why not just do these internally also?
7   A   Oftentimes customers request a Pen Test summary to
8   show that, that companies are performing Pen Testing and it's
9   best practice to have a third-party perform that so that you
10  have an official report.  So, so it's a common practice to
11  have third-parties perform the Pen Testing.
12  Q   Okay, and how did Solarwinds decide which products
13  to have tested by third-parties?
14  A   The products listed here are either under SOC2 or
15  ISO 27001.
16  Q   So, it's something that was under the purview of
17  the audit?
18  A   Correct.
19  Q   And because it was being audited Solarwinds also
20  decided to have it Pen Tested, or was it a requirement?
21  A   Pen Testing was a control under those, under ISO
22  27001 and SOC2.
23  Q   And how frequently were products Pen Tested
24  externally?
25  A   Pen Testing occurs annually.

Page 176

1   Q   And tell us about the results for these third-party
2   Pen Test, how did the results come to Solarwinds if they did?
3   A   The third-party tester would create a report, a
4   draft report and provide that to Solarwinds for review.  And
5   they would, Solarwinds would review the results and then we
6   would meet with the Pen Tester, talk through any area of
7   concern or in some cases the results that were found
8   externally may have been like a false positive or something
9   that the engineering team felt they didn't test quite right.
10  So, they would, we would talk through those items, they would
11  then revise and update the report and then provide us a final
12  report and an executive summary.
13  Q   Who would the draft report go to?  You used we a
14  few times, who is the we there?
15  A   The report would, for the external Pen Test they
16  would come to me or to Eric Quitugua, and then we would
17  coordinate with the product teams.
18  Q   So, then you would reach out to the relevant
19  product team for Kingdom or Ap Optics who, whatever product
20  it was is that right?
21  A   Correct.
22  Q   Would you review the reports?
23  A   I would coordinate the reports, but I'm not a
24  technical person so I, I basically would just coordinate to
25  make sure that the right people had the reports and that we

Page 177

1   could have the conversations with the third-party.
2   Q   So, you could not review the reports for content is
3   that correct?
4   A   Correct.
5   Q   What if anything was done with the results?  So,
6   you said there was a final report issued and an executive
7   summary?
8   A   The, any vulnerabilities that were identified as
9   high or critical would be prioritized by the product teams
10  for remediation.  And then the report itself would be stored,
11  and if requested by a customer under NDA would be provided,
12  the summary would be provided to them.
13  Q   If vulnerabilities were identified as high or
14  critical would those be tracked somewhere in one of the
15  systems we've discussed already today?
16  A   Those would be a task within GIRA.
17  Q   And beyond the product team would anyone ask to see
18  those, those vulnerabilities that the Pen Tester identified?
19  A   The report would be reviewed, also sent to the
20  legal team.
21  Q   Anyone else?
22  A   No.
23  Q   Do you know when Solarwinds first started
24  conducting third-party Pen Tests of it's products?
25  A   I don't know.

<mark>Page 178</mark>

1  Q  The chart at page three, there's no third-parties
2  listed for the quarter four, the products are there, but
3  there's no third-parties. Do you know if the same companies
4  were used in quarter four to Pen Test Solarwinds products?
5  A  We have three vendors on, under contract, so it
6  could have been Rapid7. Actually we, we had four, there was
7  another company. So, the process would be during the, the
8  specific quarter that we were in I would identify which
9  vendor we had under contract for which product. And as we
10 got closer to the next quarter I would assign and made sure
11 we had the right contracts for the specific products by
12 vendor.
13 Q  And do you know, in 2019 if Pen Testing was done in
14 2019 would it have been these same four vendors?
15 A  I don't know.
16 Q  Who was the fourth vendor?
17 A  Information Security I think is their name.
18 Q  In quarter two at the top of the, the list is Ap
19 Optics, do you see that?
20 A  I do.
21 Q  Is that the same, that's the same product we were
22 talking about in Exhibit 82, correct?
23 A  Correct, yes.
24 Q  I can't remember if you told me how that came to
25 your attention the, the line item in Exhibit 84 that dealt

<mark>Page 179</mark>

1  with Ap Optics. Did it come to your attention because of a
2  Pen Test, do you know?
3  A  Let me just make sure, Exhibit 84?
4  Q  Exhibit 84, and I think it was line, no, it was the
5  last line I think, line 20.
6  A  The risk, line 20 was from the SOC2 audit not, not
7  the Pen Test.
8  Q  Okay, so the SOC2 audit identified the issue
9  independent of the Pen Test?
10 A  Correct.
11 Q  For Q4 going back to Exhibit 83, for Q4 Papertrail
12 is listed, what is Papertrail?
13 A  Papertrail is a Solarwinds product.
14 Q  What does it do?
15 A  It is a logging tool.
16 Q  What does it log?
17 A  I don't know.
18 Q  Do you know which vendor did the Pen Testing for
19 Papertrail in Q4 of 2020?
20 A  No, I don't recall.
21 Q  In Q3 for N Central, the third-party Pen Tester is
22 listed, listed as Verisprite. Do you see that?
23 A  I do.
24 Q  Do you recall Verisprite conducting testing in Q3
25 of 2020?

<mark>Page 180</mark>

1  A  Other than the information provided here, no.
2  Q  Okay, so you don't recall any high or critical
3  findings for N Central?
4  A  No, I don't.
5  Q  And Rapid7 is listed as another third-party tester
6  that was used in Q3. Are you familiar with Rocket7?
7  A  Yes.
8  Q  Do you know the period of engagement for which
9  Rocket7 was used by Solarwinds?
10 A  No, I don't.
11 Q  On slide three there's a, a row called Pen Testing
12 notes, do you see that?
13 A  Yes.
14 Q  There's some discussion in the, in the notes about
15 re-testing. For Q2 is says no re-testing was written in the
16 contract, and in Q3 it says Rapid7 no re-testing was applied
17 due to cost of tests. Netitude and Verisprite agreed to
18 perform re-testing on SOW. What is re-testing?
19 A  It's an external Pen Test when a Pen Tester runs
20 the first scan and they come up with vulnerability. The team
21 will go and do the remediation and then they will, the Pen
22 Testing company will then come back and re-test.
23 Q  Okay, and what is the purpose of re-testing?
24 A  To look for any new vulnerabilities, but also to
25 confirm that the previously found vulnerabilities have been

<mark>Page 181</mark>

1  remediated.
2  Q  Why was there no re-testing for Rapid7 due to cost?
3  I guess, what can you tell me about that, that bullet and
4  entry?
5  A  We didn't contract with Rapid7 to do any re-
6  testing.
7  Q  And that was due to the expense?
8  A  That, yeah, I don't recall the exact reason other
9  than what's written here as to why we didn't have re-testing
10 with Rapid7. They were one of the more, of these listed they
11 were one of the more expensive Pen Testers that we had.
12 Q  Do you know if they would have been making the
13 decision not to do re-testing because of cost?
14 A  No.
15 Q  Would this be, was Pen Testing part of the security
16 IT budget or where would that fall, if you know?
17 A  I don't recall.
18 Q  Do you have an opinion as to the effectiveness of
19 Rapid7 or how it compared to these other third-parties listed
20 on slide three?
21 A  As I stated earlier I'm not highly technical, and
22 so I would take the feedback of the team, but I don't have an
23 opinion.
24 Q  All right, so we talked about some ways that risks
25 are identified. Any other ways that risks were identified by

<mark>46 (Pages 178 to 181)</mark>

Page 182

1 Solarwinds that we haven't discussed?
2   A   Not that I'm aware.
3   Q   Do you want to go ahead and take a 10 minute break?
4       MR. DRAKELEY: Yes.
5       MS. STONE: Okay, why don't, why don't we do that.
6 So, we are off the record at 4:15 p.m.
7       (Off the record.)
8       BY MS. STONE:
9   Q   If you could please confirm that there were no
10 conversations of substance between SEC staff and yourself
11 during the break?
12   A   I agree.
13   Q   So, we've been talking about identification of
14 risks. Let's switch now to tracking of risk. And I know
15 you've told us a bit about the risk register, are there other
16 ways that Solarwinds tracked any risk it identified?
17   A   Not that I'm aware of.
18   Q   Okay, let's talk a bit more about the risk register
19 then and I, I apologize if some of these questions are
20 duplicative. It's getting to be a long day and I'm not sure,
21 I, I don't have all the answers at the forefront. But my
22 understanding from what you've told me is that the risk
23 register is populated by the Risk Acceptance Forms that are
24 submitted, is that correct?
25   A   Correct.

Page 183

1   Q   Is there any other way that content is populated
2 into the risk register?
3   A   No.
4   Q   Okay, so it's solely through the Risk Acceptance
5 Form process?
6   A   Yes.
7   Q   And am I remembering correctly that anyone can
8 enter, enter a RAF, is that correct?
9   A   Correct.
10   Q   Okay, and the RAFs can be entered at any time and
11 then they're reviewed on a monthly basis by you, remind me,
12 is it Eric, Tim and sometimes Ashley, is that correct?
13   A   Yes.
14   Q   Okay. All right, and I think you were not sure how
15 long Solarwinds has been using the risk, risk register is
16 that right?
17   A   Yes.
18   Q   Let's go ahead and look at Exhibit 86. Exhibit 86
19 is a calendar invitation Bates stamped 100988 with two
20 attachments, a PowerPoint at 100999 and an Excel spreadsheet
21 at 101005. The calendar invite is from Eric Quitugua to
22 Kellie Pierce, the subject is GDPR risk register status
23 update/next steps, the date is 2/26/2018.
24       Ms. Pierce, do you recognize Exhibit 86?
25       (SEC Exhibit No. 86 was marked for

Page 184

1 identification.)
2   A   I don't recall the, the exhibits or the
3 attachments.
4   Q   This would have been the time that you served in a
5 consulting capacity for Solarwinds, is that right?
6   A   That's correct.
7   Q   And you were working on GDPR related issues, is
8 that correct?
9   A   Correct.
10   Q   Okay, Mr. Quitugua writes, let's go over the
11 formatting of the risk register as well as next steps on how
12 we'll take items from each individual team self-assessment to
13 populate this document moving forward. Do you recall having
14 a meeting with Mr. Quitugua to discuss these issues?
15   A   I don't recall this meeting, no.
16   Q   Okay, do you still believe that the risk register
17 is only populated through RAFs, or does this change your,
18 your recollection?
19   A   My, during my, when I worked with the risk register
20 we received risks from the Risk Acceptance Form.
21   Q   And what's the time period for that?
22   A   That would be February 2019 through May of 2020,
23 well, through 2021.
24   Q   Do you recall a time prior where assessments were
25 also used to populate the RAF, the risk, the risk register?

Page 185

1   A   I, I don't.
2   Q   So, Eric is suggesting that you go over the
3 formatting of the risk register. Does this help job your
4 memory as to whether the risk register was just being set up
5 in February of 2018?
6   A   I don't, I don't know.
7   Q   When he writes how we'll take items from each
8 individual team's self-assessment to populate this document
9 moving forward, do you understand that to be referencing the
10 self-assessments that we discussed earlier that derived from
11 the security guidelines?
12   A   Yes.
13   Q   Okay, let's take a minute to look at the attached
14 document. Not the PowerPoint, just the risk register, so the
15 document at 101005, it's an Excel spreadsheet.
16       Do you recognize the risk register at 101005?
17   A   The structure is similar but this is different than
18 the risk register that I worked with.
19   Q   Okay, do you think maybe this is an early iteration
20 of it, a precursor to the risk register you worked with?
21       MS. RIEWE: I guess, just if, if you know, Kellie.
22 Just no speculation, if you know, great.
23       THE WITNESS: I don't know.
24       BY MS. STONE:
25   Q   Can you tell us column E is system name, what are

Page 194

1     PROOFREADER'S CERTIFICATE
2
3    In the Matter of:   SOLAR WINDS, INC.
4    Witness:        Kellie Pierce
5    File Number:    C-08755-A
6    Date:           Wednesday, October 27, 2021
7    Location:       Chicago, Illinois
8
9        This is to certify that I, Christine Boyce,
10   (the undersigned), do hereby certify that the foregoing
11   transcript is a complete, true and accurate transcription
12   of all matters contained on the recorded proceedings of
13   the investigative testimony.
14
15
16   _____    _____
17   (Proofreader's Name)      11-9-2021

Page 195

1         REPORTER'S CERTIFICATE
2
3        I, Andy Kreczko, reporter, hereby certify that the
4    foregoing transcript of 193 pages is a complete, true and
5    accurate transcript of the testimony indicated, held on
6    October 27, 2021, at Washington, D.C., in the matter of:
7    Solarwinds Corporation
8
9        I further certify that this proceeding was recorded by
10   me, and that the foregoing transcript has been prepared under
11   my direction.
12
13   Date:  November 8, 2021
14
15   _____
16   OFFICIAL REPORTER
17   Diversified Reporting Services, Inc.

50 (Pages 194 to 195)