# EXHIBIT 59

**Page 1**

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE    )
     COMMISSION,              )
 5                            )
          Plaintiff,   )
 6                            ) Case No.
        vs.            ) 23-cv-9518-PAE
 7                            )
     SOLARWINDS CORP. and     )
 8   TIMOTHY G. BROWN,        )
                              )
 9          Defendants.   )
10   _____)
11
12
13            VIDEOTAPED DEPOSITION OF
14              WOONG JOSEPH KIM
15                Austin, Texas
16          Monday, September 16, 2024
17
18
19
20
21
22
23
24   Reported by:
     Micheal A. Johnson, RDR, CRR
25   Job No. 240916MJ
```

**Page 2**

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE    )
     COMMISSION,              )
 5                            )
          Plaintiff,   )
 6                            ) Case No.
        vs.            ) 23-cv-9518-PAE
 7                            )
     SOLARWINDS CORP. and     )
 8   TIMOTHY G. BROWN,        )
                              )
 9          Defendants.   )
10   _____)
11
12
13
14        Videotaped Deposition of WOONG JOSEPH KIM,
15   taken on behalf of Plaintiff, at Latham & Watkins,
16   LLP, 300 Colorado Street, Suite 2400, Austin, Texas,
17   beginning at 9:11 a.m. and ending at 6:02 p.m. on
18   September 16, 2024, before Micheal A. Johnson, a
19   Registered Diplomate Reporter, Certified Realtime
20   Reporter, and Notary Public of the State of Texas.
21
22
23
24
25
```

**Page 3**

```
 1   APPEARANCES:
 2   ON BEHALF OF PLAINTIFF:
 3      U.S. SECURITIES AND EXCHANGE COMMISSION
        BY:  Kristen M. Warden
 4          John J. Todor
            Christopher J. Carney
 5          Lory C. Stone (Via Zoom)
        100 F Street, NE
 6      Washington, D.C. 20549
        (202) 256-7941
 7      wardenk@sec.gov
        todorj@sec.gov
 8      carneyc@sec.gov
        stonel@sec.gov
 9
10   ON BEHALF OF DEFENDANTS
     SOLAR WINDS CORP. AND TIMOTHY G. BROWN:
11
12      LATHAM & WATKINS LLP
        BY:  Serrin Turner
13      1271 Avenue of the Americas
        New York, New York 10020
14      (212) 906-1330
        serrin.turner@lw.com
15      LATHAM & WATKINS LLP
        BY:  Kirsten Caroline Lee
16      330 North Wabash Avenue, Suite 330
        Chicago, Illinois 60611
17      (312) 777-7281
        kirsten.lee@lw.com
18
19   ON BEHALF OF DEFENDANT
     TIMOTHY G. BROWN:
20
        KING & SPALDING LLP
21      BY:  Michael J. Biles (Via Zoom)
        500 West 2nd Street, Suite 1800
22      Austin, Texas 78701
        (512) 457-2051
23      mbiles@kslaw.com
24
25
```

**Page 4**

```
 1   APPEARANCES (CONTINUED):
 2   ON BEHALF OF THE WITNESS:
 3      CHOATE HALL & STEWART LLP
        BY:  Michael T. Gass
 4          April C. DeLuca
        Two International Place, 31st Floor
 5      Boston, Massachusetts 02110
        (617) 248-4750
 6      mgass@choate.com
        adeluca@choate.com
 7
 8   ALSO PRESENT:
 9      Becky Melton
        Cope Davis
10
11   VIDEOGRAPHER:
12      Timothy Desadier
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1   **Q.**   And when did you begin utilizing NIST
2   CSF?
3       **A.**   I cannot recall exactly which date it
4   was.  But obviously it was -- it was definitely
5   before July of 2017.
6       **Q.**   In July 2017 did you notice any issues
7   with respect to access controls at SolarWinds?
8           MR. TURNER:  Objection to form.
9       **A.**   Can you clarify -- can you clarify what
10  you mean by "access controls"?
11  BY MS. WARDEN:
12      **Q.**   Your understanding of the company's
13  controls over access to data.
14          MR. TURNER:  Objection to form.
15  Issues?
16      **A.**   I had just mentioned as well, I mean, for
17  me the piece that I going after was the
18  standardization around these practices, including
19  access control.  I didn't have any other real
20  concerns about, like, is the practice working well
21  or is it not working well.  My primary concern was
22  around how can we standardize access control.
23  Because you can have processes and technologies that
24  you would utilize internally well and the example
25  that I used was if I'm using Identity from Google

77

1   versus Microsoft as an example.
2           And you can still be doing it well from a
3   manual process perspective, but the more that you
4   can standardize and automate those practices across
5   the board, the better that you're going to make sure
6   that, you know, you're not, you know, unconsciously
7   or accidentally, you know, updating records
8   incorrectly or, you know, things like that.
9           So that was my, you know, primary thing
10  that I went after around not just access control,
11  but across all of the different areas of NIST CSF.
12  BY MS. WARDEN:
13      **Q.**   Is it fair to say that in July 2017
14  access controls were not standardized?
15      **A.**   In terms of July 2017 access control was
16  standardized in terms of there was an internal
17  process -- even before I had joined, February of
18  2016, an internal process called SARF, S-A-R-F.  I
19  can't recall what the acronym was used for.  But in
20  terms of the way that I'm talking about
21  standardization was more from a technology
22  perspective with a process that existed even before
23  I got into SolarWinds.
24      **Q.**   The internal process called SARF --
25      **A.**   Yeah.

78

1   -- was a access controls standardization?
2           MR. TURNER:  Objection to form.
3       **A.**   The internal control for SARF was a -- it
4   absolutely helped with access control.  What SARF
5   was utilized for was when a company would -- when
6   somebody would join the company, to be able to give
7   them appropriate access to systems within your
8   organization and make sure that you only had access
9   to the areas that you should and not in areas that
10  you should not.
11          And then similar process, again,
12  utilizing SARF, was followed for you to be able to
13  do the same thing when you're changing from one job
14  to another.  That would actually get sent and
15  completed, that ticket.  And then if somebody was
16  getting terminated, it would also go through the
17  SARF process to make sure that you are -- you know,
18  your access was going away from any of the company
19  systems.  So that existed even before I had joined
20  SolarWinds.
21  BY MS. WARDEN:
22      **Q.**   And in July 2017 did you suggest any
23  additional standardization processes with respect to
24  access controls?
25          MR. TURNER:  Objection to form.

79

1       **A.**   Are you -- again, just to clarify the
2   question, are you asking specifically in July of
3   2017 if we kicked off any projects around access
4   control or is it just anything relative to that time
5   frame, did we do anything?
6   BY MS. WARDEN:
7       **Q.**   Sure.  Beginning in July 2017 through
8   November 2020.
9       **A.**   We had --
10          MR. TURNER:  Wait a minute.  What is
11  the question?  Beginning July 2017 to November 2020,
12  what?
13  BY MS. WARDEN:
14      **Q.**   Between July 2017 and November 2020, did
15  you suggest any additional standardization processes
16  with respect to access controls?
17          MR. TURNER:  Objection to form.
18      **A.**   Did I specifically suggest access control
19  projects?  I cannot recall if I specifically
20  requested access control projects, but we did have
21  access control-related projects that were running --
22  BY MS. WARDEN:
23      **Q.**   Sure.
24      **A.**   -- for sure.
25      **Q.**   Can you explain to me an example?

80

1    Q.    What is it?
2    A.    "Least privileged" means only having
3  access to the systems that you need for you to be
4  able to do your job.
5    Q.    Okay.  Do you recall beginning in
6  July 2017 any initiatives at SolarWinds regarding
7  the concept of least privilege?
8    A.    As I answered earlier, we're always
9  looking to run each of these initiatives to get
10  better every single day.  And so, again, I don't
11  know the -- if there were exact projects or anything
12  like that that was running at the time, but I mean,
13  it's always something that we looked at is how do we
14  do better role-based access control even outside of
15  the SARF, which existed before I joined SolarWinds
16  as a process, how do we continue to improve that so
17  that we can continue to make sure that you only have
18  access to the systems that you need for you to be
19  able to do your job.  So it's something that we
20  would continuously run and improve on.
21       So to give you an example, even when I
22  joined, February of 2016, even I, myself, as the CTO
23  did not have administrative privileges to things
24  like systems and equipment and items like that.  But
25  we're always running improvement projects.

93

1    Q.    And you were executive vice president for
2  over three years at the company?
3    A.    Yes, I was.
4    Q.    And you do not recall any specific
5  initiatives over the concept of least privileged?
6    A.    Not anything specific, but things like
7  Azure AD project would help you with
8  least-privileged-related projects as well, right.
9       MR. TURNER:  If you want to ask him
10  about a specific initiative, you may do so.  You had
11  three years of investigation to come up with more
12  specific questions.  But it's a vague question.
13  BY MS. WARDEN:
14    Q.    Do you recall any -- were there any
15  issues -- starting in July 2017, were there any
16  issues with password policies?
17       MR. TURNER:  Objection to form.
18    A.    We had password policies both before July
19  of 2017.  Can you clarify what the question -- what
20  is the question that you are asking?
21  BY MS. WARDEN:
22    Q.    Did you observe any problems with
23  password policies at SolarWinds --
24       MR. TURNER:  Objection to form.
25

94

1  BY MS. WARDEN:
2    Q.    -- starting in July 2017?
3    A.    Starting in July 2017, nothing that I can
4  recall specifically around password policies.
5    Q.    Password issues?
6       MR. TURNER:  Same objection.
7    A.    Nothing specifically I can recall.
8  BY MS. WARDEN:
9    Q.    Starting in July 2017, did you notice
10  that there were any issues with respect to network
11  monitoring?
12       MR. TURNER:  Objection to form.
13    A.    Can you clarify the question?  Are you
14  asking if network monitoring was being done or if
15  there were additional improvements that we can make
16  around network monitoring?
17  BY MS. WARDEN:
18    Q.    Are you --
19    A.    Because I'm trying to clarify that in a
20  good -- just it's more than security practice,
21  monitoring practice, engineering practice.  You're
22  always looking to do better.  And so can you clarify
23  the question, please?
24    Q.    Starting in July 2017, were you aware of
25  any deficiencies with respect to network monitoring

95

1  at the company?
2    A.    Nothing specific that I can remember.
3    Q.    Okay.  Mr. Kim --
4       MS. WARDEN:  Should we take a break?
5  We can take a break.
6       THE WITNESS:  Okay.
7       THE VIDEOGRAPHER:  Going off the
8  record.  Time is 11:22.
9       (Recess taken from 11:22 a.m. to
10  11:41 a.m.)
11       THE VIDEOGRAPHER:  Back on the
12  record.  Time is 11:41.
13  BY MS. WARDEN:
14    Q.    Mr. Kim, are you aware that SolarWinds
15  published a security statement on its public
16  website?
17    A.    I am aware.
18    Q.    And you've referred to the security
19  statement in your investigative testimony as general
20  direction and aspirations around protecting our
21  products.
22       Is that a fair understanding -- fair --
23  is that still your recollection of the purpose of
24  the security statement?
25       MR. TURNER:  Objection to form.

96

1    **A.**   I mean, I've -- if I answered that way,
2  yes.  I mean, I still feel like that that's the
3  case.  It's everything that was on the security
4  statement obviously we were doing.  But, yeah, it
5  was just to let people know on what type of
6  processes and things like that that we were
7  following.
8  BY MS. WARDEN:
9    **Q.**   And what do you mean by aspirations
10 around protecting our products?
11   **A.**   Well, it's specific areas that we were
12 looking at and how do we continue to improve in
13 those areas.  A very specific example that I think
14 we talked quite a bit up until this point is around,
15 for example, access control.  Right.  I had
16 mentioned that we had a SARF process in place around
17 how to do access and things like least privileged
18 per your commentary earlier.  And that process
19 existed even before I got to SolarWinds.
20        But obviously as you continue to improve
21 in those areas is sort of the way that I meant by
22 aspirational, how do we continue to do these things
23 at industry best practices and standards.
24   **Q.**   Did the security statement reflect the
25 current state of SolarWinds' cybersecurity

97

1  practices?
2    **A.**   In terms of exactly when it was
3  published, I can't remember.  I do remember very
4  briefly taking a look at it and saying everything on
5  here looks pretty good in terms of what we were
6  already covering from the security statement and the
7  activities that we were doing internally within the
8  company.
9    **Q.**   What do you mean by everything on here
10 referring to the security statement looks pretty
11 good?
12   **A.**   Meaning like everything that was in the
13 security statement we were performing those duties
14 within the company.
15   **Q.**   And just to backtrack a second.  Did you
16 see a draft of the security statement before it was
17 put up on the website?
18   **A.**   I do remember somebody sending me an
19 e-mail with the security statement.  I can't
20 remember exactly what date or who it came from, but
21 I do remember taking a quick look at it via e-mail
22 and saying, Yeah, this looks pretty good or
23 something to that degree.
24   **Q.**   Okay.  Who drafted the security
25 statement?

98

1    **A.**   I don't recall on who drafted the
2  security statement.
3    **Q.**   Who had input in the security statement?
4    **A.**   I mean, I had a pretty large
5  organization.  I don't recall exactly who had all of
6  the input into the security statement.  It was not
7  something that I had drafted.  So I -- I would have
8  no idea everyone that had input into the security
9  statement.
10   **Q.**   Did you give final approval for the
11 security statement to be put on the website?
12   **A.**   I didn't run all of the different
13 departments when the security statement was going
14 out.  Obviously you need folks in marketing
15 and -- as I mentioned earlier, like product
16 management and other areas, make sure that, you
17 know, from a legal perspective, you know, things are
18 covered, right.  There's many other folks that would
19 need input into there.  I didn't have final
20 assessment on it, but I do remember somebody sending
21 me a copy of it where I said, This looks pretty
22 good, again, something to that degree.
23   **Q.**   And who had the final assessment of the
24 security statement?
25   **A.**   I just stated I don't recall who would

99

1  have a final, you know, quote/unquote assessment or
2  a final judgment around the security statement.  I
3  just looked for are these things that we have in the
4  security statement accurate in terms of the
5  activities that we were performing.  And like I
6  stated in the e-mail, I said this looks pretty
7  accurate, looks pretty good and that was it.  It was
8  a very quick kind of review and e-mail on
9  confirmation that it looked okay.
10   **Q.**   Do you recall who e-mailed you a draft of
11 the security statement?
12   **A.**   I do not recall who sent me the e-mail.
13 It's probably -- I mean, it's got to be somebody
14 like, you know, a Tim or a Rani or somebody like
15 that probably sent it to me, but I don't recall
16 exactly who sent it to me.
17   **Q.**   Okay.  But do you know what Tim
18 Brown's -- did Tim Brown participate in the drafting
19 of the security statement?
20   **A.**   I'm sure he did, but, again, like
21 normally he would be.  I just don't know what the
22 timing was when, you know, he had come on board
23 versus when the security statement was being
24 reviewed or whatever the case might be.
25        Do you guys have, like, a specific

100

1 document that I can look at around the security
2 statement?
3    Q.   I have the security statement.
4    A.   Okay.
5    Q.   I don't have an e-mail of the security
6 statement to you.
7    A.   Okay.
8    Q.   Okay.  But you reviewed the security
9 statement for accuracy before it was put on the
10 SolarWinds website?
11    A.   Yeah.  I mean, are we doing those
12 activities?  Yes, I did have a quick review at it.
13    Q.   I'm going to hand you what I'm going to
14 mark Kim 3.
15         (Deposition Exhibit 3 marked for
16 identification.)
17 BY MS. WARDEN:
18    Q.   Take your time looking at it, Mr. Kim.
19         (Witness reviews document.)
20 BY MS. WARDEN:
21    Q.   Now, recognize this document, sir?
22    A.   I'm still reading through it, but --
23    Q.   Sure.  Go ahead.  Tell me when you're
24 ready.
25    A.   Yeah.

1         (Witness reviews document.)
2 BY MS. WARDEN:
3    Q.   Okay.  Do you recognize this document,
4 sir?
5    A.   I do.
6    Q.   What is it?
7    A.   It's the SolarWinds security statement
8 that we just talked about in its draft form when it
9 was sent to me for check on, you know, accuracy and
10 does it look good kind of thing.
11    Q.   So if you look at the top left, it has a
12 date 7/8/2021.
13    A.   Uh-huh.
14    Q.   I can represent to you that this is a
15 July 8, 2021, web capture of the security statement
16 that was posted on SolarWinds' website.
17    A.   Okay.
18    Q.   I'll also represent to you that
19 SolarWinds has agreed that the security statement
20 was on the website in substantially verbatim form
21 between October 2018 and January 12th, 2021.
22    A.   Okay.
23    Q.   Okay.  So directing your attention to
24 page 3 of Exhibit Kim 3, it says 3 out of 4 at the
25 bottom.

1    A.   Yes.
2    Q.   Do you see the subheading Access
3 Controls?  It's towards the top.
4    A.   I do.
5    Q.   And under that do you see the subheading
6 Role-Based Access?
7    A.   Correct.
8    Q.   So it says:  Role-based access controls
9 are implemented or access information systems,
10 processes and procedures are in place to address
11 employees who are voluntarily or involuntarily
12 terminated.
13    A.   Uh-huh.
14    Q.   Access controls to sensitive data in our
15 databases systems and environments are set on a
16 need-to-know least-privilege-necessary basis.
17    A.   Correct.
18    Q.   Access control lists define the behavior
19 of any users within our information systems and
20 security policies limit them to authorized
21 behaviors.
22         Do you see that language?
23    A.   I do.
24    Q.   All right.  Was the statement:  Access
25 controls to sensitive data in our databases, systems

1 and environments are set on a need-to-know
2 least-privilege-necessary basis true in October 2018
3 when it went on the website?
4    A.   It was true in October of -- you said
5 2018?
6    Q.   Uh-huh.
7    A.   It was true and actually the way that
8 it's stated here, it was true even before I had
9 joined the organization in February of 2016.
10 Because you have the SARF process that basically
11 looks at role-based access.
12    Q.   Okay.  Just to correct you, sorry.  The
13 security statement went up on the website I'm saying
14 October 2018.  It's January 2018.  So I'll --
15    A.   January 2018.
16    Q.   -- revise it going forward.
17    A.   But on that statement, I would say,
18 again, with the SARF process that was already in
19 place even before I joined, this would be true as
20 well.
21    Q.   So are you saying, Mr. Kim, that a policy
22 was in place in January 2018, a need-to-know,
23 least-privilege-necessary basis policy was in place
24 as of January 2018?
25    A.   Correct.  As I mentioned earlier, even

1  before this going up we had the SARF process in
2  place for you to be able to look at things like
3  role-based access and least privilege.
4       MR. TURNER:  Can I make a suggestion
5  just to save time because we went through this with
6  Rani?  Do you just want to ask him if it was true
7  throughout his tenure at SolarWinds, so we don't
8  have to jump around from date to date.
9       MS. WARDEN:  Yeah.  I'm just -- right
10  now I'm -- yes.
11  BY MS. WARDEN:
12     Q.   Does that mean that the SARF policy,
13  Mr. Kim, was followed as of January 2018?
14     A.   Yes, it was followed as of January 2018.
15     Q.   Okay.
16     A.   Yeah.
17     Q.   And what are you basing that on?
18     A.   Again, like, all of the processes and
19  projects and things like that would be in, you know,
20  different parts of my organization, but what I can
21  base it on is just -- you know, just even a few
22  personal things.  I would say on my own access to
23  systems.  Obviously I had different access to
24  systems when I was the SVP and, you know, global CTO
25  and I had access to different systems as I moved

105

1       A.   Can you describe what you mean by well --
2  well followed?  I don't understand what you mean.
3  Does -- go ahead.
4  BY MS. WARDEN:
5       Q.   Well, you mentioned that the SARF policy,
6  right, related to least-privilege, need-to-know --
7       A.   Yeah.
8       Q.   -- basis, correct?
9       A.   Yes.
10      Q.   And you said that the SARF policy was in
11  place as of January 2018?
12      A.   Yes.
13      Q.   Okay.  And was the SARF policy
14  followed --
15      A.   The SARF policy --
16      Q.   -- in January of 2018 --
17       (Simultaneous discussion interrupted
18  by reporter.)
19      A.   Go ahead.
20       MR. TURNER:  Again, objection, asked
21  and answered.
22      A.   The SARF policy was followed January of
23  2018.
24  BY MS. WARDEN:
25      Q.   And why do you say that?

107

1  into the EVP role.  Obviously I did not have access
2  to, you know, specific parts of the engineering
3  system as part of my previous role.  And so
4  certainly I was -- I gained access to additional
5  systems as I personally went from one role to
6  another.
7       The other piece I would tell you is
8  although I was not -- again, like somewhere in the
9  org, there's, like, audits and assessments and
10  things like that that were conducted, and
11  although -- I don't know exactly what the schedule
12  for those were, you know, from my tenure there, but
13  I do very specifically remember getting requests
14  for, Hey, this specific person is supposed to have
15  access to the system, can we make sure that they
16  have it.
17       And so, again, those would be coming from
18  kind of outputs from audits or assessments that were
19  continuously being conducted to make sure that our
20  process didn't need -- that our process didn't miss
21  anything.
22      Q.   How well was the SARF policy followed in
23  January 2018?
24       MR. TURNER:  Objection to form and
25  foundation.

106

1       MR. TURNER:  Objection, asked and
2  answered.
3       A.   Again, the reason why I say that is
4  because, again, I don't -- I'm not personally
5  involved or I can't, you know, talk to what the
6  assessment or the audit steps were that was
7  happening within the organization, but there's two
8  very specific examples that I mentioned already, one
9  of which is I did get periodic requests if something
10  was manually missed for certain people to have
11  access to systems as part of their role change that
12  the assessment or the audit stated that additional
13  system access needed to be given to certain
14  individuals.  And so those reports I know
15  that -- were to make sure that we're auditing the
16  SARF process.  And then secondarily me personally
17  having gone from an SVP role to an EVP role taking
18  on additional departments.  For example, the folks
19  in the engineering team, I gained access to
20  different engineering systems that I did not have
21  access to before.  So those are the two very
22  specific examples that I mentioned.
23  BY MS. WARDEN:
24      Q.   Did the audits or the SARF process reveal
25  any deficiencies?

108

**Page 109**

1      MR. TURNER:  Objection, form,
2  foundation, lack of time frame.
3  BY MS. WARDEN:
4      Q.   Starting in January 2018?
5      MR. TURNER:  Same objection.
6      A.   The SARF process, again, like I stated
7  before, was in place even before I got there.  We
8  were -- we were always looking to improve the
9  processes.  It's part of the way that we looked at,
10  you know, security and compliance projects where we
11  were never done with these projects, we want to
12  continue to make improvements to them.  So we were
13  always making improvements around automation and
14  areas like that.
15  BY MS. WARDEN:
16      Q.   Mr. Kim, my question was, in the audit of
17  the SARF process which you said that you saw,
18  correct?
19      A.   I saw some results from audits.  I don't
20  know if it is specific during that time frame, but,
21  yeah, I do remember seeing a result of an audit.
22      Q.   Okay.
23      A.   Okay.
24      Q.   In the results of the audit that you
25  remember seeing --

**Page 110**

1      A.   Yes.
2      Q.   -- do you recall any -- it, the results
3  of the audit, identifying any problems with respect
4  to the SARF process?
5      MR. TURNER:  Objection to form.
6  Problems with the SARF process?
7      A.   In regards to the process there wasn't
8  anything in the audit that would say these are
9  things that are deficient in the process.  But like
10  I stated earlier, any of the -- because there's a
11  lot of manual pieces as well as automated components
12  in there that if people were updating some of the
13  things incorrectly, the audit and the assessment
14  would catch it.
15      Again, they -- you know, folks within the
16  team would run those and what was given to me -- a
17  very specific example that I remember is some -- in
18  general, again, I can't remember the -- if it was an
19  e-mail or if it was, you know, something like that,
20  but somebody actually having change to their role
21  that needed access to additional systems that they
22  did not have before.
23      Now, does that mean that there was
24  something missing in the process?  No, that was
25  the -- that's why we ran the assessment and the

**Page 111**

1  audits was so that if you miss something in any part
2  of the process, that you can rectify and correct it.
3  BY MS. WARDEN:
4      Q.   Do you -- were there any users that
5  had -- starting in January 2018, were there any
6  users that had privileges set higher than they
7  needed to be?
8      MR. TURNER:  Objection to form and
9  foundation.
10      A.   I can't specifically recall on a report
11  like that.
12  BY MS. WARDEN:
13      Q.   And beginning in January 2018, were you
14  aware of any problems with respect to elevated
15  privileges?
16      MR. TURNER:  Objection to form.
17      A.   Nothing specific that I can recall.
18  BY MS. WARDEN:
19      Q.   Was the statement that I just read to
20  you, one of the sentences said:  Processes and
21  procedures are in place to address employees who are
22  voluntarily or involuntarily terminated.
23      Was that true starting in -- was that
24  true as of January 2018?
25      A.   That was true as of January 2018.

**Page 112**

1      Q.   And it was true for the whole time you
2  were at SolarWinds?
3      A.   It was true the whole time that I was at
4  SolarWinds.
5      Q.   Did you ever consider revising the Access
6  Control section of the security statement?
7      A.   Did I ever look at advising [sic] it?
8  No.
9      Q.   Did anyone ever consider revising the
10  security statement?
11      MR. TURNER:  Objection, foundation.
12      A.   Not that I'm aware.
13  BY MS. WARDEN:
14      Q.   And did you have any discussion with
15  Tim Brown regarding revising the security statement?
16      A.   Not that I'm aware, except the initial
17  draft being sent over my way as a quick read and
18  approval.  Outside of that, I can't recall any
19  additional conversations or anything like that about
20  advising -- changing the security statement.
21      Q.   And that e-mail from Tim Brown that you
22  recall was prior to when the security statement was
23  posted on the website, right?
24      A.   Yes.
25      Q.   Okay.  Let me direct you to the Password

1  section.  Okay.  Under -- do you see where it says
2  Authentication and Authorization?  Sorry, we're
3  still on page 3.
4      **A.**  Okay.
5      **Q.**  Okay.  So it says:  Our password policy
6  covers all applicable information systems,
7  applications and databases.  Our password best
8  practices enforce the use of complex passwords that
9  include both alpha and numeric characters which are
10 deployed to protect against unauthorized use of
11 passwords.  Passwords are individually salted and
12 hashed.
13      Do you see that language, Mr. Kim?
14      **A.**  I do.
15      **Q.**  Were those statements true in
16 January 2018 and the whole time you were at
17 SolarWinds?
18      MR. TURNER:  Objection to form with
19 respect to the first of those sentences which has no
20 truth value.
21      You may answer.
22      **A.**  Yeah.  I mean, the passwords, you know,
23 needing, you know, complex passwords and, you know,
24 having policies around resetting the passwords and
25 all of that item that is listed here is true.

113

1  BY MS. WARDEN:
2      **Q.**  And does that mean that SolarWinds'
3  policies -- password policies were followed in
4  January 2018?
5      MR. TURNER:  Objection to form and
6  foundation.
7      **A.**  Again, I don't recall any individual
8  cases where things weren't followed.  These were the
9  policies that were in place for passwords for
10 SolarWinds at that time.
11 BY MS. WARDEN:
12     **Q.**  And in your opinion as EVP of the company
13 for three and a half years, how well were the
14 company's password policies followed?
15     MR. TURNER:  Objection to form.
16     **A.**  Do you have a report on how well these
17 were followed or not?  I'm just trying to get to --
18 BY MS. WARDEN:
19     **Q.**  I'm just basing it on your recollection.
20     **A.**  Nothing in terms of red flags or anything
21 like that that I can recall.  I can tell you, like,
22 personally, you know, I had to reset passwords very
23 regularly and, you know, obviously I found that
24 annoying, but obviously the policies were being
25 instituted to make sure that, you know, we had

114

1  better security.  But I do remember personally
2  resetting my passwords multiple times throughout the
3  year.
4      **Q.**  Do you recall any instances in which a
5  SolarWinds product had a default password of, quote,
6  password, end quote?
7      **A.**  I do remember something like that
8  happening, but that was way before this -- from my
9  recollection of when that occurred was before the
10 security statement, but that doesn't mean there
11 weren't instances where I was not aware of it.  But
12 I do remember somebody using password or something
13 like that before I had joined the company, somebody
14 had shared a story like that with me before.
15     **Q.**  Before you joined the company in
16 February 2017?
17     **A.**  February 2016.
18     **Q.**  2016.
19     **A.**  Yeah.  So somebody had mentioned that
20 that had happened when I had joined the company.
21     **Q.**  Were you aware that multiple critical
22 systems did not comply with the password --
23 SolarWinds' password policy?
24     MR. TURNER:  Objection to form.
25     **A.**  I was not aware.

115

1  BY MS. WARDEN:
2      **Q.**  And did you have discussions with anyone
3  at SolarWinds regarding revising the password policy
4  portion of the security statement?
5      **A.**  I did not.  Like I stated earlier, the
6  first draft that was sent to me was when I looked at
7  it.  I did not have any other additional discussions
8  on, you know, something needed to be revised or
9  anything like that.
10     **Q.**  Okay.  Directing your attention to the
11 next paragraph, title is Software Development
12 Lifecycle on page 3 of Kim Exhibit 3.
13     **A.**  Yeah.
14     **Q.**  So under software development lifecycle
15 it says:  We follow a defined methodology for
16 developing secure software.  It is designed to
17 increase the resiliency and trustworthiness of our
18 products.
19     **A.**  Yeah.
20     **Q.**  Our products are deployed on an iterative
21 rapid release development lifecycle.
22     **A.**  Uh-huh.
23     **Q.**  Security and security testing are
24 implemented throughout the entire software
25 development methodology.

116

1  **A.**  Uh-huh.
2  **Q.**  Quality assurance is involved in each
3  phase of the lifecycle and security best practices
4  are a mandated aspect of all development activities.
5  **A.**  Yeah.
6  **Q.**  And then the last paragraph is:  Our
7  secure development lifecycle follows standard
8  security practices including vulnerability testing,
9  regression testing, penetration testing and product
10  security assessments.
11  **A.**  Correct.
12  **Q.**  Do you see that?
13  **A.**  I do.
14  **Q.**  Okay.  Was the statement that we followed
15  a defined methodology for developing secure software
16  that's designed to increase the resiliency and
17  trustworthiness of our products true in the time you
18  were at SolarWinds?
19  **A.**  It was true at the time I was at
20  SolarWinds.
21  **Q.**  And why?
22  **A.**  The reason was we -- the software
23  development lifecycle that we followed internally
24  was based off of something called SAFe.  It's a
25  more, you know, rigorous software development

117

1  lifecycle than something like a Scrum methodology.
2  It was a combination of Scrum where you're doing
3  very quick iterative releases to production.  And
4  what we followed with SAFe, which is a version of
5  that, but when you're doing deployment to production
6  you're doing extra checks and things like that
7  before you actually release to production.
8      And as stated here, things like
9  vulnerability testing, regression testing,
10  penetration testing and product security assessments
11  were conducted on the products as part of the SDLC.
12  **Q.**  So you said you followed an SDL that's
13  called SAFe?
14  **A.**  SAFe.
15  **Q.**  Okay.
16  **A.**  Yeah.
17  **Q.**  That was starting in January 2018?
18  **A.**  Yeah.
19      MR. TURNER:  Objection.  I think he
20  said SDLC.
21  **A.**  Yeah, SDLC, but the very specific
22  methodology was SAFe, and that was even before this
23  security statement.
24  BY MS. WARDEN:
25  **Q.**  Okay.  When you joined SolarWinds,

118

1  SolarWinds followed SAFe?
2  **A.**  No, not when I joined SolarWinds, but
3  before this security statement.  You said it was in
4  2018?
5  **Q.**  Yeah.
6  **A.**  Yeah, we were already following SAFe as
7  our general practice.
8  **Q.**  When did you begin following SAFe?
9  **A.**  I can't recall the exact -- exact time
10  frame.  I can't recall the exact time frame on when
11  we started to follow SAFe.
12  **Q.**  Did SolarWinds use Agile development
13  methodology?
14  **A.**  Yes.  SAFe is a type of Agile
15  methodology.
16  **Q.**  Okay.  And what is an Agile -- what is
17  Agile development methodology?
18  **A.**  Agile development methodology is a
19  software practice where you're trying to get the
20  value that you're creating from your products to the
21  hands of your end users as quickly and safely and
22  robustly as possible.
23  **Q.**  Were there any assessments to track
24  whether SolarWinds was following SAFe?
25  **A.**  Yes.  Internally we would look at -- I

119

1  don't know how much detail we want to get into SAFe.
2  But internally we were looking at things like
3  burn-down charts and, you know, following practices
4  around user stories and all of the different
5  methodologies, and we would review that, again, not
6  certainly at my level, but the teams would review
7  that on a fairly regular basis to make sure that
8  they were following SAFe effectively.
9  **Q.**  And in the -- in the -- in the internal
10  documentation that you mentioned reviewing whether
11  or not the company was following SAFe --
12  **A.**  Uh-huh.
13  **Q.**  -- did you recall any -- did that -- did
14  that documentation reflect any deficiencies with
15  respect to following SAFe?
16      MR. TURNER:  Objection to form.
17  **A.**  In terms of following the SAFe
18  methodology, no red flags or deficiencies in terms
19  of following the methodology.  No, there wasn't any
20  glaring red problems or something like that.  But
21  I -- but as I stated earlier where part of the team
22  kind of mantra is to continue to get better in terms
23  of any practice that you are utilizing internally
24  every single release.  So we're always looking for
25  opportunities to improve.

120

1 lifecycle?
2    **A.**   I do see that.
3    **Q.**   Okay.  Does this language look familiar
4 to you?  You could also look at Exhibit Kim 3 in the
5 security statement.
6    **A.**   Yeah, I mean, it looks like it's the
7 statement from -- the security statement.
8    **Q.**   Okay.
9    **A.**   Yeah.
10    **Q.**   So do you recall taking any next steps
11 after you received this January 25th, 2018, e-mail
12 from Mr. Colquitt?
13    **A.**   Like I said already, I don't necessarily
14 recall this specific e-mail.  Obviously I received a
15 lot of e-mails at SolarWinds.  If it's helpful, I
16 can provide a bit of context to what Steve was
17 running at the time.
18    **Q.**   Sure.
19    **A.**   If that's helpful.  So after we were
20 looking at sort of the cybersecurity components and
21 following the NIST CSF framework, one of the
22 initiatives that I wanted Steve and Tim Brown to run
23 was how do we better improve -- just like we're
24 doing with the rest of cybersecurity -- the product
25 stance within our software development lifecycle as

133

1 well.
2          And so this is -- if I were reading into
3 this, this is probably a result of kicking off an
4 initiative like that one between Steve and Tim
5 Brown.
6    **Q.**   And you had a conversation with Tim Brown
7 regarding how to better improve cybersecurity
8 product stance including software development
9 lifecycle, correct?
10    **A.**   Yes.  How can we get better around
11 continuing to improve, just like any other part of
12 our security practices around software development
13 as well.
14    **Q.**   And do you recall specifically improve
15 upon what in particular?
16    **A.**   Things like standardization, like I, you
17 know, stated earlier.  So the example that I used
18 was around access control, like as an example with,
19 like, Google Identity versus, you know, what's
20 happening with Microsoft Identity, can we
21 standardize on those things.  And it was similar in
22 terms of products and capabilities that we would
23 utilize to do, you know, all of the things that are
24 listed here.  I mean, we did things like
25 vulnerability testing, regression testing,

134

1 penetration testing and product security
2 assessments.  Although all those activities were
3 being conducted, you know, one of the items that we
4 wanted to also look at is how do we standardize
5 across the different products in terms of how we did
6 that kind of testing.
7          So it was very much, you know, a similar
8 kind of vein of can we get to additional
9 standardization and improvements of all the products
10 that we utilize.
11    **Q.**   And Mr. Colquitt included the whole CTO
12 direct report distribution list.  I mean, is the
13 security statement -- is it fair to say the security
14 statement was in your bucket of responsibilities?
15          MR. TURNER:  Objection to form.
16    **A.**   What do you mean, is the security
17 statement in my bucket of responsibilities?
18 BY MS. WARDEN:
19    **Q.**   Well, he e-mailed you --
20    **A.**   Yeah.
21    **Q.**   -- a concern over the software
22 development language in the security statement.
23          MR. TURNER:  Objection to form.
24    **A.**   He e-mailed me I think -- again, I don't
25 know what the -- you know, why Steve would, you

135

1 know, write the e-mail or, you know, what his
2 motivations are behind the e-mail, but I would think
3 that because I had Steve and Tim looking at how do
4 we continue to improve the way that we do software
5 development in the security practice within a
6 software development lifecycle, I think that's
7 probably where this e-mail is coming from and the
8 motivation is coming from.  But again, I think you
9 would have to ask Steve about what his motivations
10 were around this.
11          The part that's under my purview when I
12 look at this isn't the security statement.  The
13 purview here is how do we continue to do security
14 within software development better for, you know,
15 every single release in every single year.
16 BY MS. WARDEN:
17    **Q.**   So continuing to look at Bates ending in
18 8141 at the top, five days later Mr. Colquitt
19 e-mails the same group, including CTO direct reports
20 and he says:  Managers have gotten feedback that we
21 don't do some of the things that are indicated in
22 the statement below.  I want to make sure that
23 you-all have an answer to this.  The simple response
24 is there is improvement needed to be able to meet
25 the security expectations of a secure development

136

1  around security, which is in the second paragraph,
2  our secure development lifecycle follows standard
3  security practices.  Those security practices were
4  areas like vulnerability testing, regression
5  testing, penetration testing and product security
6  assessments.
7          So you can say those things from a
8  security perspective without having to state which
9  software development lifecycle that you're
10  utilizing.
11  BY MS. WARDEN:
12      Q.  I'm going to hand you an exhibit.  It's
13  got two attachments, so we'll mark this Kim 7 and
14  then the attachments will be Kim 7A and Kim 7B.
15      A.  Okay.
16          (Deposition Exhibit 7 marked for
17  identification.)
18          (Deposition Exhibit 7A marked for
19  identification.)
20          (Deposition Exhibit 7B marked for
21  identification.)
22  BY MS. WARDEN:
23      Q.  Okay.  It's a big document.  Take your
24  time.
25          MR. GASS:  Just to be clear, are

1  these all part of the same exhibit?
2          MS. WARDEN:  Yeah.  The A and B are
3  the attachments to Kim 7.
4          MR. GASS:  Great.  Thank you.
5          (Witness reviews document.)
6  BY MS. WARDEN:
7      Q.  All set?
8      A.  Yes.
9      Q.  Okay.  Just for the record, Kim 7 is
10  Bates SW-SEC-SDNY4 through 5.  Kim 7A is
11  SW-SEC-SDNY6.  And Kim 7B is SW-SEC-SDNY6 as well.
12          Mr. Kim, do you recognize -- let's start
13  with Exhibit Kim 7, the e-mail.
14      A.  I don't recognize it just by the e-mail,
15  but I see that I am included in the to section, so I
16  probably did receive it.
17      Q.  Okay.  And it's from August Wehrmann.
18  Who is that.
19      A.  August Wehrmann was the head of the MSP
20  business units engineering organization.
21      Q.  So he's one of your direct reports?
22      A.  Okay.  He was my direct report for the MSP
23  business unit.  He had the engineers reporting to
24  him for the MSP business unit.
25      Q.  Okay.  Did he -- did he e-mail you

1  frequently?
2      A.  I would think so, yeah.  I would think he
3  would e-mail me pretty frequently.  He was part of
4  staff.
5      Q.  Okay.  So if you look at page 2 of Kim 7
6  Bates ending in 5 -- sorry.  This e-mail was from
7  February 13, 2019.
8          Do you see that?
9      A.  Yes.
10      Q.  Okay.  And Mr. Wehrmann wrote:  Hello
11  everyone.  Thanks for attending today's all-hands.
12  Please see the slides we presented attached.
13          Do you see that?
14      A.  I do.
15      Q.  Okay.  Do you recall what this -- do you
16  recall this all-hands meeting in February 2019?
17      A.  I do not.
18      Q.  Okay.  Did Mr. Wehrmann present at
19  all-hands meetings?
20      A.  I encouraged all my direct staff to have
21  all-hands with their teams.  So I'm sure he
22  presented at his own staff meetings for sure.
23      Q.  What's -- what was an all-hands meeting?
24      A.  An all-hands meeting in the case of
25  August or -- in this case it would be his R&D

1  department, giving them an update on what is
2  happening with the business and what their
3  initiatives look like for the year, et cetera.  So I
4  would think that -- again, I don't recall the
5  specifics of this e-mail or this document, but it
6  would be with his staff.
7      Q.  Okay.
8      A.  Yeah.
9      Q.  So when you say "R&D department," what
10  does that stand for?
11      A.  R&D is research and development.
12      Q.  Okay.
13      A.  Typically it's the vernacular that we
14  would use in exchange for engineering.
15      Q.  Okay.  So the R&D staff are
16  Mr. Wehrmann's engineering group --
17      A.  Yes.
18      Q.  -- that he supervised?
19      A.  Yes.
20      Q.  Approximately how many people is that?
21      A.  I don't recall.
22      Q.  Okay.  So if you take a look at, then,
23  Kim 7A, it's a blank page, but at -- and this is
24  Bates ending in 6.  It says:  This Document Produced
25  in Native Format.

1          Do you see?
2     **A.**   I do.
3     **Q.**   So that's just to reflect that Kim 7B is
4  the native version of the attachment.
5     **A.**   Okay.
6     **Q.**   Does this document -- do you recognize
7  this document?
8     **A.**   I don't specifically recognize this
9  document.
10    **Q.**   Okay.  Do you recall -- do you know who
11 prepared it?
12    **A.**   I do not know who prepared this document.
13    **Q.**   Okay.  Is it fair to say Wehrmann at
14 least contributed to this document, e-mailed it?
15    **A.**   I think it's fair to say that August
16 contributed to it, but I don't know that for
17 100 percent, yeah.
18    **Q.**   Do you recall having any discussions with
19 Mr. Wehrmann about a slide deck involving the MSP
20 R&D in 2019?
21    **A.**   Not for this specific document.  As I
22 stated, I don't recall this specific document, but
23 I'm sure he -- you know, like I'm on the here,
24 right.  I'm sure he sent me many documents.
25          Typically unless I'm making a showing at

173

1  the staff -- that specific staff's all-hands
2  meeting, because I've got other activities going on
3  as well, they would normally run the staff -- kind
4  of the organizational meeting without me.  So I'm
5  not sure if I was at this one or not.
6     **Q.**   Okay.  So if you look at slide 4, do you
7  see at the top it says Introduction?
8     **A.**   Yes.
9     **Q.**   And then it has your picture, right?
10    **A.**   Sure.
11    **Q.**   That's you?
12    **A.**   Yeah.
13    **Q.**   In the top right?
14    **A.**   It's got August's picture as well.
15    **Q.**   Which one is August?
16    **A.**   He's the one in the bottom right-hand
17 corner:  One Voice.  Same page.
18    **Q.**   The top left is CEO Kevin Thompson,
19 right?
20    **A.**   Correct.
21    **Q.**   And who's the bottom?
22    **A.**   The bottom is John Pagliuca.  He was the
23 general manager for the MSP business unit.
24    **Q.**   Okay.  Does this jog your memory as to
25 whether you participated in this presentation?

174

1     **A.**   It does not.
2     **Q.**   Okay.  If you look at slide 6, please.
3  Do you see at the top it says -- and this is --
4  yeah.  It says:  Goal for FY19:  Grow Together.
5          Do you see that?
6     **A.**   Yes, I do.
7     **Q.**   And then under it says:  Joe's goals.
8          Do you see that?
9     **A.**   I do.
10    **Q.**   Does that refer to your goals?
11    **A.**   It does.
12    **Q.**   Okay.  How do you know?
13    **A.**   Because it says Joe's goals.
14    **Q.**   Okay.  But do you recall -- do you
15 recall, like, having a discussion with Mr. Wehrmann
16 about, like, the content of Kim 7B?
17    **A.**   I do not for this specific one because
18 it's also got August's goals listed here as well.
19 And so I'm sure there's a -- again, I don't have the
20 document obviously.  I don't have any of the
21 SolarWinds documents, but I'm sure there is
22 something that is out there around my specific
23 goals.  Here it's got a lot of overlay into the MSP
24 business unit specifically.  So I don't know which
25 one of these would be mine versus August's goals.  I

175

1  wouldn't be able to tell you by looking at this.
2     **Q.**   You don't know?
3     **A.**   No.
4     **Q.**   Okay.  KPI, does that stand for Kellie
5  Pierce?
6     **A.**   No.  That stands for key performance
7  indicators.
8     **Q.**   And what is that?
9     **A.**   It's metrics that would -- you can --
10 again, in engineering you can capture, many, many,
11 many, many metrics.  These are the most important
12 metrics for the organization to make sure they
13 understand that they are moving in the right
14 direction in regards to these goals that are listed
15 here.
16    **Q.**   Okay.  Directing your attention to the
17 third bullet, do you see it says:  Improved security
18 both in our products and our positioning?
19    **A.**   Yes, I do see that.
20    **Q.**   Okay.  And was that your goal?
21    **A.**   I don't know in reference to this
22 document specifically, but as I stated earlier, one
23 of the things that I did want to make sure is that
24 we continue improvement around the security stance
25 and standardization across our products.  So here in

176

1  terms of SDL, it's the project that I had Steven
2  Colquitt and Tim Brown launch to see if we can
3  better standardize and improve product security.  So
4  it's got -- it looks like there's sort of a MSP
5  flavor to the SDL that's listed here.
6      Q.   Let's take it one at a time.  So what --
7  what is your understanding of improved security both
8  in our products and our positioning?  What does that
9  mean?
10     A.   Again, like I don't -- I don't
11 necessarily recall this specific document.  So are
12 you asking me to interpret what it could mean?
13     Q.   Well, you don't recognize it as one of
14 your goals, but you did say it was a goal of yours,
15 right?
16     A.   Yes.  It is to improve product security
17 standardization and, you know, continue to improve
18 the way that, you know, we build in security into
19 our products.
20     Q.   And what does our positioning refer to?
21     A.   Positioning --
22          MR. TURNER:  Objection to form.
23     A.   Positioning here, again, I would --
24 again, are you asking me to interpret what August is
25 saying here?  Because I can -- I mean, I can give

177

1  you my opinion on what he may mean.
2  BY MS. WARDEN:
3      Q.   Yeah.  What's your opinion?
4      A.   My opinion here would be in the MSP
5  business we not only built products, but we also had
6  security products that we would sell.  So
7  positioning here I would think what August meant was
8  how do we build additional security features and
9  capabilities that the MSP business would sell to
10 their end customers.
11     Q.   Okay.  Is there -- so this is like a --
12 hold on.  Do you know what data Kim Exhibit 7B is
13 based on?
14          MR. TURNER:  Objection to form.
15 BY MS. WARDEN:
16     Q.   What information?
17     A.   Again, like I stated earlier, I don't
18 necessarily remember this specific document.  And so
19 I don't know how I would be able to make a
20 connection between a document I hadn't -- I don't
21 recall.
22     Q.   Okay.  Below the first bullet that I read
23 to you, it says:  Audit MSP engineering training
24 level and adoption of SDL (Secure Development
25 Lifecycle).

178

1      Do you see that?
2      A.   I do see that.
3      Q.   Okay.  And what do you take that to mean?
4      A.   Again, I would have to interpret what
5  August may mean here.  If I were to interpret it, he
6  probably means the new SDL kind of initiative that
7  Tim and Steven Colquitt had launched, and as part of
8  their findings some additional training that they're
9  putting in place to make sure that MSP engineering
10 teams are, you know, getting trained on sort of
11 that -- the findings from that initiative.
12     Q.   So the reference to secure development
13 lifecycle in this case you don't think it is
14 referring to the SDLC.
15     A.   I don't -- I don't think this is SDLC.
16 This is clearly capitalized as Secure Development
17 Lifecycle for SDL.  So this is probably referring to
18 SDL or SSDL as we mentioned earlier.
19     Q.   Okay.  And the next bullet down says:
20 Drive down the number of incidents introduced by
21 MSP -- strike that.
22          What was the next one I wanted?  Oh.  So
23 just going back to the audit MSP engineering
24 training level.  Did you ever have anyone do an
25 audit to see whether the SDL practices were being

179

1  implemented?
2      A.   Again, like in terms of the processes
3  that Tim and Steven was putting in place, I don't
4  know.  I don't specifically recall, you know, audits
5  or, you know, things like that at this point.
6      Q.   Oh, do you remember audits over -- at
7  some later point?
8      A.   Not that I recall.  I mean, the
9  general -- not SSDL or SDL as listed here.  The
10 general kind of compliance and security training was
11 conducted annually per, you know, previous
12 statement.  So I know that that was going on from a
13 yearly basis.  For this specific training I'm not
14 sure.
15     Q.   Okay.  Is it a best practice to be doing
16 an audit, as it said, audit MSP engineering training
17 level?  Is that a best practice?
18     A.   I think for any process or any kind of
19 initiative that you want to improve, audits should
20 be conducted at all points --
21     Q.   Okay.
22     A.   -- to make sure that people are attending
23 the trainings.
24     Q.   But you don't recall whether audits were
25 being conducted?

180

1    **A.**    I don't -- I don't recall specific --
2    specifically if audits were being conducted, but it
3    does look like here from August that this is
4    something that he was either going to do or had done
5    or, you know, whatever the case might be.  Because I
6    can't tell by the tense in here too in terms of if
7    it's something that he did or that he is going to
8    do.
9        **Q.**    Okay.  And I didn't ask you.  Do you
10   recall audits of the adoption of SDL, secure
11   development lifecycle, being done?
12            MR. TURNER:  Objection to form.
13   **A.**    I do not recall.
14   BY MS. WARDEN:
15       **Q.**    And was secure development lifecycle
16   being followed as of the date of this exhibit,
17   February 2019?
18            MR. TURNER:  Objection, foundation.
19   **A.**    For the secure development lifecycle
20   as -- as stated here, I am not sure.
21   BY MS. WARDEN:
22       **Q.**    Because this is different than S --
23   **A.**    SDLC.
24   **Q.**    -- DLC?
25   **A.**    Yeah.

                            181

1    Especially it looks like this is like a kickoff
2    meeting, right, to say, As other people are adopting
3    it, let's make sure you are adopting it as well.
4        **Q.**    And how did you evaluate the progress
5    that the company was making with respect to adoption
6    of SDL post-February 2019?
7        **A.**    Again, there isn't any specific thing
8    that I recall around looking at SDL specifically
9    because that was a project run by Steve and Tim.
10   That's why I had tasked them to go do some
11   improvements here.  I'm sure I got updates in, you
12   know, this meeting and that meeting, but nothing
13   specific comes to mind in terms of looking at this
14   specific program specifically on, you know, what
15   progress we were making, et cetera.  Because there
16   were a lot of security- and compliance-related
17   projects running across the organization.
18       **Q.**    The next bullet is -- says:  Drive down
19   the number of incidents introduced by MSP
20   engineering.
21   **A.**    Yeah.
22       **Q.**    Do you know what the reference to
23   "incidents" means?
24   **A.**    I mean, I -- I would -- again, I don't
25   recall the document, but I would think since it's

                            183

1        **Q.**    Okay.  And did you have any discussions
2    with anyone at SolarWinds regarding auditing the
3    adoption of secure development lifecycle?
4        **A.**    Nothing specific that I can -- I can
5    recall.  As I stated earlier, the piece that I
6    initiated was more with Tim and Steve on how do we
7    standardize and better improve, continue to improve
8    the security stance in our training, and this is the
9    initiative that they took on.  This is sort of like
10   the two of them running it together.
11           So outside of that, I'm sure it
12   periodically came up, but nothing specific around
13   audits to the SDL or anything like that that I can
14   recall.
15       **Q.**    You're saying the project, the adoption
16   of SDL, secure development lifecycle, was in August
17   and Mr. Brown's buckets?
18   **A.**    It was -- I had tasked Tim and
19   Steven Colquitt to push this -- you know, whatever
20   we're going to call it, SSDL or in this case, you
21   know, SDL for us to be able to help standardize on a
22   lot of things.  So it wouldn't be abnormal for Steve
23   and Tim to sit down with August and say, The
24   standard that we're pushing out for other parts of
25   the organization, how do we get together.

                            182

1    part of the, you know, improved security both in
2    product and our positioning, I mean, I would have to
3    guess that they're talking about security incidents
4    specifically, but I can't say for sure.  I don't
5    know what -- you know, what that specific line item
6    means.  But if I were to read into it, that's
7    probably what it is.
8        **Q.**    Why do you say -- why do you say that?
9        **A.**    Because it's under the header Improved
10   Security Both in Our Products and Our Positioning.
11       **Q.**    Do you recall there being a number of
12   cybersecurity incidents introduced by MSP
13   engineering?
14   **A.**    Nothing specifically.  But again, like,
15   security incidents happen to the most secure
16   companies or government institutions or anybody,
17   right.  And so, again, if I were -- if I were to
18   really have additional input here on similar
19   language, I probably wouldn't have put it this way,
20   is to reduce the number of incidents.  So it makes
21   me almost say, like, this definite -- this line item
22   definitely was not written by me because you can't
23   control the number of incidents that your
24   engineering team is going to hit.  It just depends
25   on how many people externally are looking to get

                            184

1  into your environments and if there's more noise and
2  things like that, no matter how good you are, how
3  you're going to end up getting hit with incidents.
4      So I necessarily wouldn't have, you know,
5  put this bullet item here but, again, I don't know
6  what August meant by it.
7      Q.   Is the statement:  Drive down the number
8  of incidents introduced by MSP engineering not
9  accurate according to you?
10          MR. TURNER:  Objection.  It doesn't
11  have truth value.
12      A.   Again, I don't know what he meant by that
13  line specifically.  All I can think is, you know,
14  just kind of reading into it.  Again, the way that I
15  would have advised August isn't necessarily the
16  number of incidents.  That is not a good KPI.
17  Obviously if you have more people coming after you
18  externally you're going to get hit naturally with
19  more incidents than if you have nobody that is
20  coming after you, even if your security stance is
21  good or bad or whatever the case is.  So for me it
22  wouldn't have been necessarily incidents.  It's what
23  additional standardization and best practices can
24  you put in place.
25          MS. WARDEN:  Can we take a break?

185

1          THE VIDEOGRAPHER:  Going off the
2  record.  Time is 2:35.
3          (Recess taken from 2:35 p.m. to
4  2:56 p.m.)
5          THE VIDEOGRAPHER:  Back on the
6  record.  Time is 2:56.
7  BY MS. WARDEN:
8      Q.   Mr. Kim, I'm handing you what will be
9  marked Kim 8.  It is document Bates SW-SEC-SDNY6030
10  through 6036.
11          (Deposition Exhibit 8 marked for
12  identification.)
13          (Witness reviews document.)
14  BY MS. WARDEN:
15      Q.   All set, Mr. Kim?
16      A.   Yeah.
17      Q.   All right.  Do you recognize this
18  document?
19      A.   I do recognize this document.
20      Q.   Okay.  So focusing in on the June 28,
21  2019, e-mail that you sent at 5:07 p.m.
22          Do you see that?
23      A.   I do see that.
24      Q.   And the subject says Monthly Technology
25  Newsletter for June 2019.

186

1          Do you see that?
2      A.   I do.
3      Q.   Okay.  Attached to this e-mail is Bates
4  31 through -- what did I just say?  36.  And at the
5  top it says:  Technology, Momentum.  Together.
6  Mid-Year Update.
7          Do you see that?
8      A.   I do.
9      Q.   Did you write this document starting at
10  Bates 31?
11      A.   I did write this document.  I got a lot
12  of obviously input from the team to make sure that I
13  wasn't leaving off any parts of the organization and
14  I got some, you know, folks to give me some
15  additional input on it.  But, yeah, I mean, I do
16  remember writing most of this.
17      Q.   Okay.  And can you turn to Bates 35
18  quickly.  Okay.  That's your signature block at the
19  bottom, right?
20      A.   It is.
21      Q.   Okay.  So what was the purpose of a
22  monthly technology newsletter?
23      A.   The purpose of the monthly technology
24  newsletter was because the organization was very,
25  very large and we had a lot of business units and,

187

1  you know, products, organizations, et cetera.  You
2  know, we periodically rotated on who would send the
3  newsletter and from which perspective.  And -- to
4  give everyone an update on what's happening across
5  the organization monthly.  This specific one was for
6  June, kind of the mid-year one.  I would tend to
7  send out, you know, just to go, Hey, look, kind of a
8  half-year check in terms of what's happening across
9  the different parts of the organization.
10      Q.   And you said various other people
11  contributed to that.  Who do you recall contributing
12  to it?
13      A.   I don't recall any one specific person.
14  Obviously they were -- it's even stated here, right,
15  we have over 1,000 engineers, 150 people we manage
16  from 30 offices.  And so, you know, I might, you
17  know, ask any of my direct reports on what's
18  happening in each of the BUs.
19      Q.   Okay.  If you can turn to page Bates
20  ending in 35, please.
21      A.   Okay.
22      Q.   Do you see the bullet that says in the
23  middle of the page above the pictures:  Ensure the
24  successful implementation of SDL secure development
25  lifecycle?

188

1  is a low score?
2         MR. TURNER: Objection to form. Are
3  you asking him whether the number 1 is less than the
4  other numbers on the page? Is that what you're
5  asking him?
6  BY MS. WARDEN:
7      Q.  Per the legend that's on Bates ending in
8  19, do you see the description for 1? It's the
9  organization has an ad hoc inconsistent or reactive
10 approach to meeting the security control objectives,
11 right?
12     A.  I do see that, yeah.
13     Q.  And you see that the lowest level is 0
14 and the highest level is 5, right?
15     A.  Yes.
16     Q.  So how is the score of 1?
17        MR. TURNER: Objection to form and to
18 the repetitious questions. He's explained at least
19 half a dozen times what 1 means. And that it's not
20 a score of effectiveness but a score of maturity and
21 consistency.
22     A.  I could answer again if it's helpful.
23 BY MS. WARDEN:
24     Q.  Was the score of 1 a low score?
25        MR. TURNER: Objection to form.

273

1      A.  I think --
2  BY MS. WARDEN:
3      Q.  You can answer.
4      A.  Yeah. I think if the question is would I
5  like all of these scores to be a 5, I would
6  absolutely love all of these scores to be a 5.
7  Obviously here being a 1, as I stated earlier, it
8  doesn't have a relevance in terms of its scoring
9  being a 1 because there was ineffective identity
10 management, authentication, authorization. Like I
11 stated earlier, two of the main sources of identity
12 that we're utilizing internally were around
13 Microsoft AD, which was on-prem at the time. And we
14 were using Google Identity specifically with our
15 software as a service products. And because we were
16 using multiple different systems to do identity
17 management, what we wanted to do as part of the
18 maturity model but also to make sure that we have
19 better baseline and better practices around how we
20 can improve, we wanted to migrate that to a single
21 identity management service which was Azure AD.
22     Q.  Did SolarWinds try to improve its NIST
23 maturity level score with respect to authentication,
24 authorization and identity management after
25 August 2019?

274

1      A.  Absolutely. It's partly why the Azure AD
2  project is listed here is to get that to improve.
3      Q.  And how would you describe the
4  improvement in the NIST maturity level for
5  authentication, authorization and identity
6  management?
7         MR. TURNER: Objection to form.
8      A.  In terms of the NIST CSF maturity, unless
9  the project was concluded where we centralize
10 identity in Azure AD -- to Azure AD, I don't think
11 you can necessarily improve that score until you had
12 standardized that on Azure AD. So I don't know
13 exactly what the status of the project was by the
14 time I was leaving, but obviously migrating your
15 identity service to a single service actually takes
16 a very long time. So I don't know what the status
17 of that was by the time I was leaving.
18 BY MS. WARDEN:
19     Q.  Fair to say that improvement in the
20 category of authentication, authorization and
21 identity management was slow?
22        MR. TURNER: Objection to form to
23 form and foundation.
24     A.  I'm trying to get a clear understanding
25 of what your question is. There was an active

275

1  project where a ton of people were working on
2  centralizing to standardize identity management to
3  Azure AD.
4  BY MS. WARDEN:
5      Q.  How long -- I'm sorry, go ahead.
6      A.  No, go ahead.
7      Q.  How long did it take to centralize --
8  centralizing -- strike that.
9         How long did it take to standardize
10 identity management to Azure AD?
11        MR. TURNER: Objection, asked and
12 answered. He just testified he didn't know when it
13 was finished by.
14     A.  Yeah, I -- as I stated earlier, I'm not
15 sure exactly when that project finished or whatever
16 the case might have been with that project.
17        MS. WARDEN: I object to Mr. Turner
18 with his speaking objections.
19        MR. TURNER: I'm just trying to move
20 it along. You've asked the same question half a
21 dozen times and it's getting late in the day and
22 it's time to wrap up.
23 BY MS. WARDEN:
24     Q.  What does it mean to follow the NIST
25 cybersecurity framework?

276

Woong Kim
9/16/2024

1  at the time?
2          MR. TURNER:  Objection, foundation.
3      **A.**   Just as I stated on the other parts of
4  the appendix slides, I don't -- I would need, again,
5  the context and things like that around what that
6  line item means or what in progress means.
7          MR. TURNER:  Then you don't need to
8  answer further.
9          MS. WARDEN:  Let's take a break.
10          MR. TURNER:  How long?
11          THE VIDEOGRAPHER:  Going off the
12  record.  Time is 5:48.
13          (Recess taken from 5:48 p.m. to
14  6:02 p.m.)
15          THE VIDEOGRAPHER:  Back on the
16  record.  Time is 6:02.
17          MS. WARDEN:  Mr. Kim, we have no
18  further questions at this time.
19          MR. TURNER:  No redirect.
20          THE WITNESS:  Thank you.
21          THE VIDEOGRAPHER:  This concludes
22  today's testimony of Joseph Kim.  Going off the
23  record.  Time is 6:02.
24          (Deposition concluded at 6:02 p.m.)
25

289

1          REPORTER'S CERTIFICATION
2      I, Micheal A. Johnson, Registered Diplomate
3  Reporter and Notary Public in and for the State of
4  Texas, certify that on the 16th day of
5  September, 2024 I reported the Videotaped Deposition
6  of WOONG JOSEPH KIM, after the witness had first
7  been duly cautioned and sworn to testify under oath;
8  said deposition was subsequently transcribed by me
9  and under my supervision and contains a full, true
10  and complete transcription of the proceedings had at
11  said time and place; and that reading and signing
12  was not requested.
13      I further certify that I am neither counsel
14  for nor related to any party in this cause and am
15  not financially interested in its outcome.
16      GIVEN UNDER MY HAND AND SEAL of office on
17  this 23rd day of September, 2024.
18
19          _____
          MICHEAL A. JOHNSON, RDR, CRR
20          NCRA Registered Diplomate Reporter
          NCRA Certified Realtime Reporter
21
          Notary Public in and for the
22          State of Texas
          My Commission Expires:  8/8/2028
23
24
25

290

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 1:23-cv-09518-PAE |
| v. | ) ) |
| SOLARWINDS CORP. and TIMOTHY G. BROWN, | ) ) ) |
| Defendants. | ) ) ) |

<u>Notice of Errata – Deposition of Woong Joseph Kim
(September 16, 2024)</u>

I, the undersigned, do hereby declare that I have read the deposition transcript of Woong Joseph Kim dated September 16, 2024 and that to the best of my knowledge, said testimony is true and accurate, with the exception of the following changes listed below:

| Pages and Line(s) | Change | | Reason |
|---|---|---|---|
| | From | To | |
| 8:25 | Stuart | Stewart | Typographical error |
| 18:1 | recording | testimony | Clarification |
| 31:1 | "much more hand" | "much greater hand" | Clarification |
| 52:9 52:23 53:9 53:10 55:1 238:18 240:13 241:11 264:21 265:16 | Zader | Zador | Typographical error |
| 68:16 | "expertise as these" | "expertise in these" | Typographical error |
| 73:21–22 | "to run reports up against those specific reports against framework" | "to run reports against the framework" | Clarification |
| 76:3 | "That there weren't something where" | "that there wasn't something where" | Clarification |
| 91:23 | "not those things" | "not that those things" | Typographical error |
| 102:8-9 | "when it was sent to me for check on" | "when it was sent to me to check on" | Clarification |
| 111:10 | "on a" | "any" | Typographical error |
| 144:23 | "Software Development Lifecycle" | "software development lifecycle" | Typographical error |
| 191:1 | "was successfully implemented" | "were successfully implemented" | Clarification |
| 277:19 | "run" | "runs" | Typographical error |
| 283:6 | "tool" | "tools" | Typographical error |

I declare under penalty of perjury that the foregoing is true and correct.

Date: *Oct 24th, 2024*          Signed: _[signature]_

Woong ~~Joe~~ Kim
        Joseph
        WJK

12390034v1