# EXHIBIT 61

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:      )
                       ) File No. C-08755-A
SOLARWINDS CORPORATION )

WITNESS:  Danielle Campbell

PAGES:    1 through 234

PLACE:    Securities and Exchange Commission

          175 W. Jackson Blvd, Ste 1450

          Chicago, IL 60604

DATE:     Monday, October 18, 2021


     The above-entitled matter came on for hearing via Webex, pursuant to notice, at 9:32 a.m.


Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

```
 1   APPEARANCES:
 2
 3   On behalf of the Securities and Exchange Commission:
 4       BENJAMIN BRUTLEG, ESQ., Senior Counsel
 5       WILLIAM NEY, ESQ., Senior Counsel
 6       LORY STONE, ESQ., Senior Counsel
 7       MICHAEL BAKER, ESQ., Senior Counsel
 8       MARGARET VIZZY, Staff Accountant
 9       ERA CALHOUN, Paralegal
10       Division of Enforcement
11       Securities and Exchange Commission
12       175 W. Jackson Blvd, Ste 1450
13       Chicago, IL 60604
14       neyw@sec.gov
15
16   On behalf of the Witness:
17       JULIE RIEWE, ESW.
18       ANNA MOODY, ESQ.
19       JONATHAN DeMARS, ESQ.
20       Debevoise & Plimpton
21       801 Pennsylvania Avenue, NW
22       Washington, D.C. 20004
23       (202) 383-8070
24       jriewe@debevoise.com
25
```

Page 3

```
 1   APPEARANCES (CONT.):
 2
 3   On behalf of SolarWinds Corporation:
 4       JASON BLISS, ESQ.,
 5           EVP and Chief Administrative Officer
 6       BECKY MELTON, ESQ., Vice President Of Legal
 7       SolarWinds Corporation
 8       7171 Southwest Parkway
 9       Austin, Texas  78735
10       (512) 682-9300
```

Page 4

```
 1                  C O N T E N T S
 2   WITNESS:                              EXAMINATION
 3   Danielle Campbell                          6
 4
 5   EXHIBITS:   DESCRIPTION                IDENTIFIED
 6    3   Procedures for Testimony by Audiovisual
 7        Means                                11
 8   17   E-mail Campbell to Multiple Recipients
 9        Dated 4/13/2018                     137
10   18   Security and Compliance Program Quarterly
11        Dated 5/17/2019                      68
12   25   Q1/2020 Quarterly Risk Review (QRR)
13        Dated 3/3/2020                       63
14   33   Q4/2020 Quarterly Risk Review (QRR)
15        Dated 10/27/2020                    190
16   50   SEC Form 1662                         8
17   51   Subpoena, dated 10/11/2021           12
18   52   Background Questionnaire, dated 10/13/2021   16
19   54   Meeting Invite fro Bart Kalsu to Campbell
20        and Others, dated 4/13/2020         105
21   55   Meeting Invite from Pierce to Campbell,  115
22        Dated 3/13/2019
23   56   Excerpt of FY 2020 Form 10-K Filed by    124
24        SolarWinds Corporation
25
```

Page 5

```
 1              C O N T E N T S (CONT.)
 2   EXHIBITS:   DESCRIPTION                IDENTIFIED
 3   59   E-mail from Campbell to Knight,         152
 4        Dated 6/21/2019
 5   60   E-mail from Campbell to Reddy,          162
 6        Dated 2/5/2019
 7   62   E-mail from Campbell to Pierce,         176
 8        Dated 2/26/2020
 9   63   E-mail from Pierce to Campbell,         197
10        Dated 1/15/2020
11   64   E-mail from Campbell to Pierce,         209
12        Dated 10/6/2020
13   65   E-mail from Pierce to Campbell,         209
14        Dated 10/6/2020
15   68   E-mail from Campbell to Quitugua and Day,   218
16        Dated 1/24/2021
```

2 (Pages 2 to 5)

Page 178

1  Johnson as to what should be included in the -- in the --
2  in the deck.
3    Q  All right. And what did Rani Johnson suggest
4  that you should include for the quarterly risk review
5  slides that you prepared?
6    A  It was going to be the results of the 2019
7  audit and then also just a summary of what systems would
8  be in scope for -- for 2020.
9    Q  Okay. Did you prepare the slides that are
10 attached to Exhibit 62?
11   A  I did.
12   Q  Okay. What did you do to prepare these slides?
13   A  Can you repeat that or maybe ask it a different
14 way?
15   Q  Sure. What did you do to prepare these slides?
16 So, for example, what -- what sources of information did
17 you look at to compile them? What particular documents,
18 for example?
19   A  Yes, we - -I would have used the Excel file we
20 were talking about earlier which would have had a list of
21 all of the deficiencies that were found, both at interim
22 and year-end. That would be the source behind these
23 slides.
24   Q  Okay. Behind all of them?
25   A  Yeah. Except for the last one, the Tech

Page 179

1  Matrix, that would not have come from that. That would
2  have just been a review of what -- from our -- what I was
3  talking about earlier today, too, from the scoping and
4  materiality review. This would have been a separate
5  determination.
6    Q  Okay. So if we look at the slide on the second
7  page of the document ending in 406, it lists the SOX
8  results for Fiscal Year 2019 and provides a chart with
9  number of controls tested, total control deficiencies,
10 remediated, and not remediated. It's actually easier for
11 me to look on the screen here because the printout is a
12 little bit small.
13      All right. So you identify 22 control
14 deficiencies and then 10 of those which were not
15 remediated. So is it accurate to say that on the next
16 slide these are the controls that were not yet
17 remediated?
18   A  That is correct.
19   Q  Okay. So I'm just trying to count this up in
20 terms, you know, to get to 10. I mean, is this -- is
21 this all of them, and how do you count -- count that up?
22   A  It -- without having it in front of me, it
23 would be -- this would be a summary of all 10. In some
24 of the cases they have multiple systems listed there.
25 Like, for example, on Line 2, it's like both RMM and

Page 180

1  NetSuite are on that -- they have that same type of
2  remediation efforts to be made. So it would be a
3  combination of these were the -- the systems that were
4  impacted, but this is a high-level summary of -- of the
5  results.
6    Q  So the review not being complete for RMM and
7  NetSuite, those are two separate not remediated control
8  deficiencies?
9    A  Yes.
10   Q  Okay. Were any of these deficiencies
11 significant?
12   A  No.
13   Q  Okay. Did you identify any material weaknesses
14 in the control deficiencies identified in Fiscal Year
15 2019 SOX results?
16   A  No.
17   Q  Okay. What is the difference between just a
18 control deficiency, a significant deficiency, and a
19 material weakness?
20   A  So for a control deficiency, the identified --
21 sorry -- the identified deficiency is more -- it's lower
22 risk. It -- there's an analysis that's done when you
23 have a deficiency to see if the impact was material,
24 which would then put it into a material weakness
25 category, but you also with your significant

Page 181

1  deficiencies, like I was about to use the word
2  "significant," but for the significant deficiency piece
3  of it, when you're doing the analysis on if it's
4  aggregated, you're looking to see how prevalent it was,
5  do you have multiple deficiencies that are in the same
6  area that could add up to a significant deficiency or to
7  a material weakness.
8      So there's an analysis or there's a flow that
9  you go through as you have a deficiency to determine what
10 category it goes into.
11   Q  Okay. And those have to be disclosed
12 differently, like if it's a deficiency versus a material
13 weakness?
14   A  Yes, for the control deficiencies, those are to
15 be reported internally with management and with the
16 teams. If it's a significant deficiency and higher, so
17 significant or material weakness, that needs to be -- it
18 needs to be reported to the Audit Committee, and if you
19 have a material weakness, then that actually would be
20 reported in your filing.
21   Q  Okay. And so I think you previously said that
22 it's the case that all control deficiencies, whether
23 significant or not, were reported to the Audit Committee?
24   A  That is correct.
25   Q  Okay. And that was the case from 2018 through

46 (Pages 178 to 181)

Page 182

1  the present?
2      A   Yes.
3      Q   Okay. So if we look at the areas that are
4  still indicated as to be remediated, I just noticed that
5  three of these areas all which involve change management
6  relate to RMM. What is RMM?
7      A   RMM is one of the products that SolarWinds
8  sold. This -- it was part of an acquisition we did, that
9  SolarWinds did, but this is the product specific. This
10 is one of the usage-based billing products.
11     Q   Okay. And if we just take this one change
12 management deficiency, misclassification of
13 financially-impacting changes for RMM, can you explain
14 what that means?
15     A   Yes, so there -- the -- one of the change
16 management approaches within the Jira tickets, one of
17 those, the global solutions that were rolled out in 2018
18 was around identifying if the change was financially
19 impacting or not, and so by -- by -- by having that
20 identification when -- when we would test, we would look
21 at all of the financially-impacting changes and that's
22 what we would make our selections from.
23         So in this case we found a change that was
24 identified as financially-impacting but it actually was
25 not.

Page 183

1      Q   Oh, I see. So, in other words, it should not
2  have been tested for SOX control deficiencies at all?
3      A   Exactly.
4      Q   Okay, okay. All right. With respect to your
5  classification of SOX IT control deficiencies, the vast
6  majority were lack of evidence to show appropriate level
7  of review and approval. That's a change management
8  issue. Was this an ongoing issue from 2019 onwards?
9  There's a lack of it to show appropriate level of review
10 for -- under the change management controls?
11     A   We --
12         MS. RIEWE: Just to clarify, ongoing issue
13 meaning like a recurring deficiency?
14         MR. BRUTLAG: Yeah.
15         BY MR. BRUTLAG:
16     Q   Is this -- is this generally where you see the
17 highest level of control deficiency?
18     A   We performed -- you know, when we're doing our
19 controls testing, we do them on the same, you know,
20 change management controls for every system each year.
21 For this year, the year that we're looking at, it appears
22 that that was the highest one that we found, but we may
23 not have that in a different year. It may not be that
24 same result of -- of that being the top one.
25     Q   Was there any particular concern in Fiscal Year

Page 184

1  2019 that the appropriate level of review and approvals,
2  you know, was not occurring?
3      A   When we presented the findings to the business,
4  to the control owners, for those systems that would have
5  had this as a deficiency, we would have gone into detail
6  as to what the explanation was behind that particular
7  instance. So with this and this kind of summarized
8  wording, it's -- it's hard for me to tell of the 11 which
9  of these -- which type of it it would have been. Like
10 this is a summary -- a summarized version of like that
11 type of control. So each of them could have had a
12 different story kind of around why their particular
13 instance had a deficiency.
14     Q   Okay. But you weren't aware of any systemic
15 issue with respect to the level of review and approvals
16 required during the change management processes?
17     A   I was not aware.
18     Q   Okay. All right. Going back to the slide on
19 Page 406, why'd you add these bullets under SOX Results
20 for Fiscal Year 2019?
21     A   This slide was similar to a slide that was used
22 that was presented to our Audit Committee, as well, and
23 so this was just summarizing kind of the pros and cons,
24 if you will, of, you know, the FY '19 audit, kind of the
25 good and what we saw and things that to be worked on just

Page 185

1  based on the -- the deficiencies that we had seen.
2      Q   Okay. You mentioned retraining on areas of
3  focus and high risk. So does this mean SOX compliance
4  training for SolarWinds employees?
5      A   It would be more around the process itself.
6  Like when we do see some of these deficiencies, it
7  could -- a lot of the time it's, you know, a person knows
8  the process and they need to put it in place to make sure
9  that it -- it will -- you know, that it follows the
10 control. So really what the retraining is is if we're --
11 if we had deficiencies in those types of areas, it was,
12 you know, retraining, just teaching them.
13         So it wasn't specific to only a SOX control.
14 It really would have been more around the process itself.
15 So, you know, for that control owner to work with their
16 team to make sure that they understand that XYZ needs to
17 be followed in order, you know, for the control to work
18 and the process to work the way that it's supposed to.
19     Q   All right. So, I mean, are you suggesting
20 enhanced formal training, for example, or simply, you
21 know, informal reminders by the control owners as to how
22 these processes function?
23     A   It depends on what the team and what the
24 finding was. A lot of them, it's not a formalized
25 training. It would be more reminders of just what we had

Page 230

1  at that point.
2     Q   Okay.  And what generally was the role of your
3  team members in connection with the internal audit
4  between 2012 and 2016?
5     A   Our time was -- the roles of them -- there was
6  a -- we had a manager who at some point was promoted to a
7  senior manager.  We had a senior that was on the IT side
8  and then the rest of the team was staff level.  So we
9  kind of had built it out similar to like you would have
10 like in public accounting.  So we kind of did -- I did --
11 I built up that same structure to have it kind of follow
12 those -- those hierarchical levels and their focus was
13 around -- around SOX, as well.
14    Q   Okay.  And when did SolarWinds begin using
15 Holtzman Partners just as its internal audit control
16 testing?
17    A   Holtzman has been working on SolarWinds since
18 before I was at SolarWinds, so even prior to 2011.
19    Q   Okay.  So when your title changed from director
20 to senior director, this was, you know, this year, was
21 there any change in responsibility or was it simply a
22 change in title?
23    A   It was really just a change in title.  Majority
24 of my interactions are with people at that level or
25 higher, but it was -- the role -- my role stayed the

Page 231

1  same.  It was just a title change.
2     Q   Okay.
3        MR. BRUTLAG:  I just want to open it up to the
4  SEC staff.  If there are any other questions for Ms.
5  Campbell, just let us know.
6        MS. STONE:  I've got one, Ben.  Thank you.
7        BY MS. STONE:
8     Q   This is Lory.  Hi, Ms. Campbell.  Thank you for
9  spending the day with us.
10       Just a question, if you know.  So you talked
11 about kind of the genesis from 2012 and how you had a
12 team of six and then in 2018 you were a team of one again
13 when you went public.
14       Was there any discussion about hiring your
15 team -- hiring additional members for -- for a team in
16 2018?
17    A   There was.  We had talked about looking at a
18 plan that would kind of go over three years of ramping
19 back up my team so that I would have, you know, direct
20 reports that were internal.  Again, as I was mentioning
21 earlier, I really was able to augment a lot of the -- I
22 augmented all the testing with Holtzman's staff.  So it
23 really was more around, you know, at that time just
24 trying to build up my team itself.
25       So, yes, the discussions had been there and

Page 232

1  then finally this year in 2021 I was able to start
2  building up my team again.
3     Q   Okay.  Thank you.
4        MR. BRUTLAG:  Okay.  So, Ms. Campbell, we don't
5  have any further questions for you at this time.  We may
6  however call you again to testify in this investigation.
7  Should that be necessary we will contact your counsel.
8        So thank you again for speaking with us.
9  Before we go off the record, I just want to give you an
10 opportunity if there's anything that you would like to
11 clarify or add to the statements that you made today.
12       THE WITNESS:  No.
13       MR. BRUTLAG:  Julie, also, same question to
14 you.  Is there any clarifying questions you wanted to ask
15 Ms. Campbell?
16       MS. RIEWE:  No, thanks.
17       MR. BRUTLAG:  Okay.  All right.  So we'll go
18 off the record at 4:48 p.m. Eastern.
19       (Whereupon, at 4:48 p.m., the examination was
20 concluded.)
21              *****

Page 233

1              PROOFREADER'S CERTIFICATE
2  In The Matter of:   SOLARWINDS CORPORATION
3  Witness:       Danielle Campbell
4  File Number:   C-08755-A
5  Date:          Monday, October 18, 2021
6  Location:      Chicago, IL

8        This is to certify that I, Maria E. Paulsen,
9  (the undersigned), do hereby certify that the foregoing
10 transcript is a complete, true and accurate transcription
11 of all matters contained on the recorded proceedings of
12 the investigative testimony.

14 _____        _____
15 (Proofreader's Name)      (Date)

```
                              Page 234
 1              REPORTER'S CERTIFICATE
 2
 3      I, KEVIN CARR, reporter, hereby certify that the
 4      foregoing transcript of 232 pages is a complete, true and
 5      accurate transcript of the testimony indicated, held on
 6      October 18, 2021, at Chicago, IL in the matter of:
 7      SOLARWINDS CORPORATION.
 8
 9      I further certify that this proceeding was recorded by
10      me, and that the foregoing transcript has been prepared
11      under my direction.
12
13
14            Date:_____
15         Official Reporter:_____
16         Diversified Reporting Services, Inc.
17
18
19
20
21
22
23
24
25
```

60 (Page 234)