# EXHIBIT B

**Excerpts of SW-SEC00001497**

SW-SEC00001497

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



# SECURITY & COMPLIANCE PROGRAM QUARTERLY OVERVIEW

AUGUST 16, 2019

# PROTECT

## Highlights

- Access and privilege to critical systems / data is inappropriate. Need to improve internal processes | procedures
- Comprehensive firewall protection for Corporate IT and web properties (Palo Alto Next Gen firewalls in place (58) | Web Application Firewalls (WAF) on all key marketing properties)
- Improved end point protection. End user devices coverage: 80% SEP | 85% encryption | 95% DLP. IT servers coverage: 91% SEP. Hosted environment assessment WIP
- Moving towards Zero Trust model (where we loosely protect all and strongly protect those that can-do material harm). Less requirements on VPN
- Spam / Phishing still a challenge. Adversaries are getting better. Increase in whale phishing (55 million messages blocked 1H2019)
- Movement to make Azure AD authoritative source of identity. Plan to enable federation for all critical assets
- Additional monitoring via SOC is planned for 2nd half of the year

| Security Category | Objective | NIST Maturity Level |
|---|---|---|
| Next Generation Firewalls | Palo Alto Firewalls are deployed and actively monitored across the company | 5 |
| Web Application Firewalls | WAFs are deployed for marketing properties but not for production products | 3 |
| Endpoint Protection and Encryption | Endpoint protection and encryption is deployed and actively managed across the company | 4 |
| Data Leakage Protection | Data leakage protection is deployed across the company and actively monitored | 3 |
| Spam / Phishing Detection / Response | Email protections are in place to monitor spam, detect phishing and deter known email scammers | 3 |
| Authentication, Authorization and Identity Management | User identity, authentication and authorization are in place and actively monitored across the company | 1 |
| **Protect Maturity Level** | | **3.2** |

CONFIDENTIAL – INTERNAL USE ONLY © 2019 SolarWinds Worldwide, LLC. All rights reserved.

@solarwinds

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001507