# EXHIBIT D

**Excerpts of SW-SEC00001551**

# SECURITY & COMPLIANCE PROGRAM QUARTERLY

**NOVEMBER 15, 2019**

DEVELOPMENT, OPERATIONS & INFORMATION TECHNOLOGY (DOIT)

solarwinds

SW-SEC00001551

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

# SolarWinds Security | Risk Scorecard
## Quarterly Review

| Security Category | Objectives | 2019 Score | Key Risks | Key Asks | Plans in Progress |
|---|---|---|---|---|
| **Identify** | • Asset | Vendor Management<br>• SSDL<br>• Product Certifications | **3.0** | | |
| **Protect** | • Firewalls | Endpoint Protection<br>• Spam/Phishing<br>• Authentication | ID Management | **3.2** | • MSP Portal<br>• ITSM G-Suite<br>• AD Authentication Requirements | • Effort to reduce Support's ability to easily access customer data<br>• ITSM G-Suite potentially externally exposes financial data<br>• Pushing forward with AD authentication guidelines for mission critical systems |
| **Detect** | • Vendor Data Protection Audits<br>• Vulnerability Scanning | PEN Testing<br>• Code Analysis | **3.6** | | |
| **Respond** | • Incident Response<br>• Data Privacy Operations<br>• Continuous Improvement | **3.6** | • Undersized Staff | • Building out Security SOC<br>• Additional Budget for Staffing 2H 2020 |
| **Recover** | • Backup & Recovery<br>• DR/BCP<br>• Forensics Program | **2.0** | • Data Retention | • 2020 effort to standardize on data retention practices |
| **Overall** | | **3.1** | | |

| Maturity | Description |
|---|---|
| 0 | No evidence |
| 1 | Reactive approach |
| 2 | Consistent approach, Somewhat reactive and undocumented |
| 3 | Documented, detailed approach. Regularly measure its compliance |
| 4 | Established risk management framework |
| 5 | Refined practice, focused on improvements and efficiencies |

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2019 SolarWinds Worldwide, LLC. All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC0001552