# EXHIBIT E

**Excerpts of SW-SEC00001608**

# Q1 2020 QUARTERLY RISK REVIEW (QRR)

MARCH 3, 2020

SECURITY & COMPLIANCE PROGRAM OFFICE (DEV OPS + IT) + LEGAL + FINANCE

solarwinds

SW-SEC00001608

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

# SolarWinds Scorecard
NIST Maturity Level

| Security Category | 2017 | 2018 | 2019 | 2020 Target | Key Risks | Key Improvements |
|---|---|---|---|---|---|---|
| **Identify** | 0.8 | 2.0 | 3.0 | ↑3.3 | • Security processes not consistently implemented | • Increase SDL adoption<br>• Expand product certifications |
| **Protect** | 1.5 | 3.0 | 3.2 | ↑3.3 | • Significant deficiencies in user access management | • AD Authentication for critical systems |
| **Detect** | 1.0 | 2.8 | 3.4 | 3.4 | • Inconsistent security scanning | • Expand and standardize VAT, Pen OpenSource, and code analysis |
| **Respond** | 0.8 | 2.8 | 3.6 | ↑3.8 | • Increase in events and complexity | • Continuous improvements in Security \| Major Incident Response |
| **Recover** | 0.7 | 2.0 | 2.0 | ↑2.3 | • Immature business continuity plan | • Outline and execute enterprise business continuity plan |
| **Overall** | 1.0 | 2.5 | 3.0 | ↑3.2 | | |

| Maturity | Description |
|---|---|
| 0 | No evidence |
| 1 | Reactive approach |
| 2 | Consistent approach, Somewhat reactive and undocumented |
| 3 | Documented, detailed approach. Regularly measure its compliance |
| 4 | Established risk management framework |
| 5 | Refined practice, focused on improvements and efficiencies |

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001611