# EXHIBIT F

**Excerpts of SW-SEC00001602**



# Q2 2020 Quarterly Risk Review (QRR)

DO + IT | LEGAL | FINANCE

May 22, 2020

SW-SEC00001602

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

# SolarWinds Scorecard

NIST Maturity Level

## Steady progress in 1H. On track for 2020 Improvement

| Security Category | 2017 | 2018 | 2019 | 2020 Target | Key Risks | 1H 2020 Improvement Plan |
|---|---|---|---|---|---|---|
| **Identify** | 0.8 | 2.0 | 3.0 | ↑3.3 | • Security processes not consistently implemented | • Increase SDL adoption<br>• Advance product certifications |
| **Protect** | 1.5 | 3.0 | 3.2 | ↑3.3 | • Significant deficiencies in user access management | • Enforce AD Authentication for critical systems |
| **Detect** | 1.0 | 2.8 | 3.4 | ↑3.6 | • Inconsistent security scanning | • Expand and standardize VAT, Pen, Open Source, and Code Analysis |
| **Respond** | 0.8 | 2.8 | 3.6 | ↑3.8 | • Increase in events and complexity | • Continuous improvements in Security \| Major Incident Response |
| **Recover** | 0.7 | 2.0 | 2.0 | ↑2.3 | • Immature business continuity plan | • Operational Continuity Plan assessment and improvements |
| **Overall** | 1.0 | 2.5 | 3.0 | ↑3.3 | | |

| Maturity | Description |
|---|---|
| 0 | No evidence |
| 1 | Reactive approach |
| 2 | Consistent approach, Somewhat reactive and undocumented |
| 3 | Documented, detailed approach. Regularly measure its compliance |
| 4 | Established risk management framework |
| 5 | Refined practice, focused on improvements and efficiencies |

CONFIDENTIAL – NOT FOR DISTRIBUTION © 2020 SolarWinds Worldwide, LLC. All rights reserved.

@solarwinds

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001605