# EXHIBIT G

| | |
|---|---|
| **From:** | Pierce, Kellie [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0150EF14C7A24CB1A0E08EC9FCB06424-PIERCE, KEL] |
| **Sent:** | 8/28/2019 4:40:52 PM |
| **To:** | Kuchler, Keith [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b0c5336a7edf45c3a451a754004c4444-Kuchler, Ke]; Day, Chris [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=aa9a0d2c87114c0898a128020a311291-Day, Chris]; Johnson, Rani [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ee57945f15e47b3abaa99a59170ad3f-Johnson, Ra]; Brown, Timothy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a1bcd95116e84d6692dd89f9d55c5b7a-Brown, Timo]; Cline, Brad [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c1da7afa0bce413f9c32ce66040660f3-Cline, Brad] |
| **CC:** | Fujii, Ross [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f2007a77afcc470289c878f02563304e-Fujii, Ross] |
| **Subject:** | FedRAMP_Security_Controls_Baseline as of 06282019_1 08272019.xlsx |
| **Attachments:** | FedRAMP_Security_Controls_Baseline as of 06282019_1 08272019.xlsx |

Good morning everyone,
FedRAMP is once again an item of discussion.

Denny asked Engineering scope the resources needed for a FedRAMP certification; with 2020 being used for readiness and 2021 for the actual certification process. Keith reached out for assistance in sizing the effort at the control level. In performing this exercise and with the upcoming 2020 budget cycle, we wanted to share this information with you, as you may also want to include a staffing/resource ask.

In the attached spreadsheet (green tabs), you will find that for each for the 325 controls, a Team (or Teams) have been identified. The Team identified potentially will play a part in the documentation, implementation and/or testing of the individual control. In the spreadsheet, you will also find a 2nd tab that includes a "Staffing Strawman" to outline/identify what resources are needed for a FedRamp effort. (Being a strawman, this is a template that you are free to use/adjust/revise/scrap.)

In summary, of the 325 controls, the top teams impacted are: InfoSec, DevOps, IT Ops and Engineering.

| Team | Total # of controls involving Team | % of Total Controls |
|---|---|---|
| DOIT_InfoSec | 285 | 88% |
| DevOps | 259 | 80% |
| DOIT_ITOPs | 219 | 67% |
| Engineering | 210 | 65% |
| Facilities | 24 | 7% |
| Legal | 13 | 4% |
| Internal Audit | 11 | 3% |
| Procurement | 10 | 3% |
| Marketing | 5 | 2% |
| Human Resources | 2 | 1% |
| Product Mgmt | 1 | 0% |

**The ask:**
- Assumptions:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                    SW-SEC00045356

- - There are four products in scope of FedRAMP: AppOptics, Loggly, Papertrail and possibly Pingdom are in scope of FedRAM  [Pingdom Server Monitor and Librato - out of scope.]
  - Timing:
    - Formal Gap Assessment for all in scope products, to begin either Q4-2019 or Q1-2020
    - Gap Remediation effort will be performed from Q1-Q4 of 2020, with FedRAMP process beginning in Q1-2021
- To support the business case and upcoming 2020 budget process.
  - Please identify any additional resources needed for a FedRAMP effort (gap remediation, FedRAMP process and on-going management of the FedRAMP process).
  - Please include this in your 2020/2021 budget request.
  - Please cc: your estimate and I will include in our business case.

Thank you,
Kellie

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                              SW-SEC00045357