IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> SOLARWINDS CORP. and TIMOTHY G. BROWN, <br><br> Defendants. | Civil Action No. 1:23-cv-09518-PAE-BCM |

### DECLARATION OF DR. GREGORY RATTRAY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Gregory Rattray, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I have been retained as an expert witness on behalf of the Defendants in this action, SolarWinds Corp. and Tim Brown. I submit this Declaration in support of the Defendants' motion for summary judgment. I have personal knowledge of the facts and circumstances set forth herein and, if called as a witness, I can and will competently testify to these facts.

2. Attached hereto as Exhibit A is a true and correct copy of my expert report in this matter, dated November 22, 2024 ("Expert Report"). I hereby incorporate by reference the contents of my Expert Report as my sworn testimony as if fully set forth herein.

[*signature on following page*]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 24, 2025

Dr. Gregory Rattray