# EXHIBIT A

**Excerpts of SW-SEC00259782**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                    SW-SEC00259782



# A PROACTIVE SECURITY MODEL
- $660K INVESTMENT REQUEST. ACCELERATION OPPORTUNITY

**Budget Request**

| Description | Annual $ |
|---|---|
| Security Program Manager | $180 |
| Security Analyst | $180 |
| Application Firewall | $40 |
| Internal/External PEN test | $100 |
| Security Training | $30 |
| Secure Development Training | $30 |
| Commercial application code scanners | $100 |
| **Total** | **$660** |

**Risk of Non-Investment**

- Current state of security leaves us in a very *vulnerable state* for our critical assets. A compromise of these assets would *damage our reputation and impact us financially*.
- Lack of cyber hygiene leaves us *open to being a target* of opportunity and a compromise will create downtime and lost revenue
- We have had *28 logged security incidents* this year to date. Reactive responses costs significantly more than being proactive.
- We have *lost a renewal* of DPA for Accenture (192K) due to utilizing free code scanning tools that did not find all vulnerabilities.
- Without training our *employees* will continue to be one of our *biggest risks*
- Appropriate security policies, procedures, training, PEN testing are required by our commercial customers and asked for in *qualifying questionnaires*. Without appropriate answers we will lose business

7

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                                                                                                                               SW-SEC00259788