# EXHIBIT B

**Excerpts of SW-SEC00313351**

# INFORMATION SECURITY -

Risk review October 2018

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS SW-SEC00313351



## A Proactive Security Model – Updated October 2018 with status

**Risk of Non-Investment**
- Current state of security leaves us in a very vulnerable state for our critical assets. A compromise of these assets would damage our reputation and financially.
- Lack of cyber hygiene leaves us open to being a target of opportunity and a compromise will create downtime and lost revenue
- We have had 22 reported security incidents this year. Reactive responses costs significantly more than being proactive.
- We have lost a renewal of DPA for Accenture (192K) due to utilizing free code scanning tools that did not find all vulnerabilities.
- Without training our employees will continue to be one of our biggest risks
- Appropriate security policies, procedures, training, PEN testing are required by our commercial customers and asked for in qualifying questionnaires. Without appropriate answers we will lose business

**Overall Budget Request:**

| Item | Cost |
|---|---|
| Security Program Manager | $180 IT/Dev Ops |
| Security Architect | $180 IT/Dev Ops |
| Application Firewall | $40K per year (Webdev team) |
| Internal/External PEN test | $50K = $25K Spent (25K Cloud PEN test, MSP Security team (2) established, Core Security team established) |
| Company wide Security Training | $30K |
| Secure development training | $30K |
| Commercial application code scanner | $70K (Checkmarx acquired) |
| **Total** | **$580K + 30% time of 4 Security Champions** |

11