# EXHIBIT D

**Excerpts of SW-SEC00386134**



