# EXHIBIT F

**Excerpts of SW-SEC00006628**



# PM Security Vulnerability & Incident Review

July 10, 2020

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS
SW-SEC00006628

# ITOM Core Highlights and Asks

## Highlights

- Customers continue to actively engage 3rd party penetration testers as part of their compliance efforts
- Low complexity, easily found vulnerabilities continue to trend in reports submitted to PSIRT from external researchers and customers
- Department of Justice (DOJ) Orion customer compromise
  - Sophisticated attack that was successful against the DOJ
  - Attackers mimicked our OIP traffic to obfuscate their activity
  - Recon conducted as early as mid-2019 against SWI
  - Internal investigation uncovered additional risks with OIP as an overall service
- Inconsistent internal security testing as part of product final security reviews don't always include web application testing before release.
  - ✓ Whitesource
  - ✓ Checkmarx

## Asks

- A number of improvements have been proposed. Please support and prioritize the work

@solarwinds