IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SOLARWINDS CORP. and TIMOTHY G. BROWN,<br><br>Defendants. | Civil Action No. 23-cv-9518-PAE |

## DECLARATION OF MARK G. GRAFF IN SUPPORT OF PLAINTIFF SEC'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Mark G. Graff, pursuant to 28 U.S.C. § 1746(2), do hereby declare under penalty of perjury the following:

1. I have been retained as an expert witness on behalf of the Plaintiff in this action, the Securities and Exchange Commission ("SEC"). I submit this Declaration in support of the SEC's Opposition to Defendants' motion for summary judgment. I have personal knowledge of the facts and circumstances set forth herein and, if called as a witness, I can and will competently testify to these facts.

2. Attached hereto as Exhibit 1 is a true and correct copy of my expert report in this action, dated October 25, 2024 ("Graff Expert Report").

3. Attached hereto as Exhibit 2 is a true and correct copy of my rebuttal expert report in this action, dated January 24, 2025 ("Graff Rebuttal Expert Report").

4. I hereby incorporate by reference the contents of the Graff Expert Report and the Graff Rebuttal Expert Report as my sworn testimony as if fully set forth herein.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: June 6, 2025

_____
Mark G. Graff

2