# Exhibit 1

**Excerpts of SW-SEC00350067**

| | |
|---|---|
| From: | Quitugua, Eric [/O=SOLARWINDS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=78D6F037FD3A4708AD1940703AE34840-ERIC QUITUGUA] |
| Sent: | 8/9/2017 8:41:16 PM |
| To: | Brown, Timothy [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2c7bcdfd72b7408cb161ab787299e231-Timothy Brown] |
| Subject: | SWI Security Program Assessment |
| Attachments: | SolarWinds Critical Security Controls Assessment workbook - 2017 - CoreIT and MSP.xlsx; SolarWinds Security Program Assessment.xlsx |
| Flag: | Follow up |

Here is my assessment of the state of our security program here at SWI with my assessment based on the CIS top 20 critical security controls mapped to the NIST Cybersecurity framework.  Monitoring cloud is mostly unobserved/unassessed, so I did not complete a controls assessment workbook on them.  My assessment for monitoring cloud is based purely on my observations/interactions with that team over my time here with the company.



**Eric Quitugua | Information Security Manager**
Office: 512.498.6200

**DOCUMENT PRODUCED IN NATIVE FORMAT**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS          SW-SEC00350068

**DOCUMENT PRODUCED IN NATIVE FORMAT**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS					SW-SEC00350069

| | Function | Category | CSC Top 20 Controls | | Organization | | |
|---|---|---|---|---|---|---|---|
| | | | | | CoreIT | MSP | Monitoring Cloud |
| Governance | Identify | Asset Management | 1, 2 | | 2 | 2 | 0 |
| | | Business Environment | - | | 0 | 0 | 0 |
| | | Risk Assessment | - | | 1 | 1 | 0 |
| | | Governance | 4 | | 2 | 2 | 1 |
| | Protect | Risk Management Strategy | - | | 2 | 1 | 1 |
| | | Access Control | 5, 9, 11, 12, 13, 14, 15, 16 | | 2 | 2 | 1 |
| | | Awareness and Training | 5, 17 | | 1 | 1 | 0 |
| | | Data Security | 1, 2 | | 1 | 1 | 1 |
| | | Information Protection Processes and Procedures | 3, 4, 7, 9, 10, 11, 18, 19 | | 2 | 1 | 1 |
| | | Maintenance | 3, 4, 5, 11, 12 | | 2 | 2 | 0 |
| | | Protective Technology | 5, 6, 7, 8, 11, 13, 14, 16 | | 2 | 2 | 1 |
| | Detect | Anomalies and Events | 6, 9, 12, 19 | | 2 | 2 | 0 |
| | | Security Continuous Monitoring | 4, 8, 16, 19 | | 3 | 3 | 0 |
| | | Detection Processes | 19 | | 3 | 3 | 3 |
| | Respond | Response Planning | 19 | | 4 | 4 | 4 |
| | | Communications | 19 | | 4 | 4 | 4 |
| | | Analysis | 6, 19 | | 3 | 3 | 3 |
| | | Mitigation | 4, 19 | | 3 | 3 | 3 |
| | | Improvements | 19, 20 | | 3 | 3 | 3 |
| | Recover | Recovery Planning | 10 | | 2 | 2 | 2 |
| | | Improvements | 20 | | 2 | 2 | 2 |
| | | Communications | - | | 2 | 2 | 2 |

| Legend | |
|---|---|
| Maturity Level | Description |
| 0 | There is no evidence of the organization meeting the security control objectives or is unassessed. |
| 1 | The organization has an ad-hoc, inconsistent, or reactive approach to meeting the security control objectives |
| 2 | The organization has a consistent overall approach to meeting the security control objectives, but it is still mostly reactive and undocumented. The organization does not routinely measure or enforce policy compliance. |
| 3 | The organization has a documented, detailed approach to meeting the security control objectives, and regularly measures its compliance |
| 4 | The organization uses an established risk management framework to measure and evaluate risk and integrate improvements beyond the requirements of applicable regulations |
| 5 | The organization has refined its standards and practices focusing on ways to improve its capabilities in the most efficient and cost-effective manner. |