# Exhibit 3

**Excerpts of SW-SEC00262716**

| | |
|---|---|
| **From**: | Brown, Timothy [/O=SOLARWINDS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C7BCDFD72B7408CB161AB787299E231-TIMOTHY BROWN] |
| **Sent**: | 12/14/2017 1:58:14 PM |
| **To**: | Johnson, Rani [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=61ad383fe3474bf084190056f2ce567b-johnson, rani] |
| **Subject**: | RE: 2018 Roadmap Overview / Team Goals Review |
| **Attachments**: | Tim Brown 90 Days.pptx |

This was a combination of my 90days.  Not really the roadmap goals.  Here are the goals that map to Joe's goals.
Security Operations Goals

1. Leverage scale & synergies to optimize operations and drive technical differentiation (Joe)
   a. Create consistent security practices that can be shared across the organization.  Share vulnerability and threat intel, Security operations best practices, measurement and monitoring.  Create a loosely coupled global security operations function that works across core, msp and cloud.
2. Drive Technology & Systems Excellence (Joe)
   a. Proactively manage and measure the security risk for the company.  Drive the consolidation of tools utilized for secure code development and security operations.  Provide global measurement and monitoring of overall security risk.   Drive remediation architecture and design to reduce the risk.
3. Provide Technology & Security Strategy and Agility to Innovate (Joe)
   a. Drive a security by design process in everything we do.  This includes development, operations, architecture, sales, support, marketing, etc.  Innovate in our ability to design, detect, respond and recover.
4. Develop High Performance Team Culture (Joe)
   a. Develop security skills, threat intelligence knowledge, security by design and product knowledge.  Continue to build the team's skills by self-learning, internal training, conferences, peer sessions and product specific training.  Create opportunities for the team to take on new challenges, new projects and grow their overall skill set

I had a call with John P last week and I'm working on documenting some goals for his group as well.

Tim


**From:** Johnson, Rani
**Sent:** Thursday, December 14, 2017 3:52 AM
**To:** Kemmerer, Joel <joel.kemmerer@solarwinds.com>; Brown, Timothy <timothy.brown@solarwinds.com>; Mills, David <David.Mills@solarwinds.com>
**Subject:** 2018 Roadmap Overview / Team Goals Review

Hi Guys,
Can you send me the slides you presented in your Roadmap / Goal  reviews.

-----Original Appointment-----
**From:** Johnson, Rani
**Sent:** Monday, November 20, 2017 10:34 AM
**To:** Johnson, Rani; Kemmerer, Joel; Brown, Timothy; Mills, David
**Subject:** Biz Apps 2018 Roadmap Overview / Team Goals Review

**When:** Tuesday, December 5, 2017 4:00 PM-5:00 PM (UTC-06:00) Central Time (US & Canada).
**Where:** Rani's Office

High level overview of 2018 key projects/ operational initiatives, org structure, 2018 R4R Goals

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                           SW-SEC00262717



# SECURITY 90 DAY REVIEW
TIM BROWN

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00262718



## A proactive security model

**Risk Mitigation Plan for IT Security** Operations

Lock down our critical assets that could cause a major event
- External PEN test of our environment – Provide a baseline
- Lock down administrative access and improve identity management process and procedures
- Implement Web Application FW to protect our critical web properties

Improve Cyber Hygiene so we are not a target of opportunity
- Improve coverage for endpoint security, encryption, event management
- Improve system scanning coverage, monitoring and patching
- Implement DLP on the endpoints
- Implement security training for all employee's

Focus on security areas that provide the biggest impact
- Coordinate IT Security Ops activities across all organizations. Standardize policies, share best practices and coordinate the measurement of risk for the organization
- Create legal approved security questionnaire answers.
- Reduce the number of security incidents by implementing industry standard best practices.
- Accelerate cross company adoption of all security controls

**Overall Budget Request:**

| | |
|---|---|
| Security Program Manager | $180 IT/Dev Ops |
| Security Architect | $180 IT/Dev Ops |
| Application Firewall | $40K per year |
| Internal/External PEN test | $100K |
| Company wide Security Training | $30K |
| Secure development training | $30K |
| Commercial application code scanner | $70K |
| **Total** | **$680K + 30%** |

time of 4 Security Champions

**Risk Mitigation Plan for Product Security/Dev Ops**

Establish a global, cross-pillar Security Champions – Product team members with 30% of their time dedicated to security. Dotted line report to VP Security Architecture
- Internal Training and Outreach
- Coordinate internal product security testing and application vulnerability scanning
- Internal bug bounty program
- Product Management and Engineering management coordination
- Measurement of risk and effectiveness of program per product line

**Invest in Commercial code scanning tool**
**Invest in developer security training**

**Risk of Non-Investment**
- Current state of security leaves us in a very vulnerable state for our critical assets. A compromise of these assets would damage our reputation and financially.
- Lack of cyber hygiene leaves us open to being a target of opportunity and a compromise will create downtime and lost revenue
- We have had 22 reported security incidents this year. Reactive responses costs significantly more than being proactive.
- We have lost a renewal of DPA for Accenture (192K) due to utilizing free code scanning tools that did not find all vulnerabilities.
- Without training our employees will continue to be one of our biggest risks
- Appropriate security policies, procedures, training, PEN testing are required by our commercial customers and asked for in qualifying questionnaires. Without appropriate answers we will lose business

26

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00262743