# Exhibit 4

**Excerpts of SW-SEC00013676**

| | |
|---|---|
| **From**: | Quitugua, Eric [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=227693E84BC0400B84364660F692BC85-QUITUGUA, E] |
| **Sent**: | 10/1/2018 10:14:56 PM |
| **To**: | Starikevich, Stas [o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3d9f9e066cc7408db86a6930b1f5283f-Starikevich] |
| **CC**: | Pitera, Wojciech [o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bfaa5564342d48259ec6c07248e40441-Pitera, Woj]; Brown, Timothy [o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a1bcd95116e84d6692dd89f9d55c5b7a-Brown, Timo] |
| **Subject**: | Re: OWASP SAMM Project |
| **Attachments**: | SolarWinds Security Program Assessment - Sep 2018.xlsx |

Thanks, I'll check it out.

Here is the excel file I showed during our meeting this AM.



**Eric Quitugua | Information Security Manager**
Office: 512.498.6200

---

**From:** Starikevich, Stas
**Sent:** Monday, October 1, 2018 2:26 PM
**To:** Quitugua, Eric
**Cc:** Pitera, Wojciech; Brown, Timothy
**Subject:** OWASP SAMM Project

Eric,

Here the OWASP SAMM (Software Assurance Maturity Model) we mentioned during the call:

https://www.owasp.org/index.php/OWASP_SAMM_Project#tab=Downloads

# OWASP SAMM Project - OWASP

www.owasp.org

The foundation of the model is built upon the core business functions of software development with security practices tied to each (see diagram below).

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                                                SW-SEC00013676



**Stas Starikevich, CISSP | Operations Engineer | SolarWinds MSP**
Office: 984.227.6498

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00013677

**DOCUMENT PRODUCED IN NATIVE FORMAT**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                    SW-SEC00013678

| | Function | Category | CSC Top 20 Controls | Organization | | |
|---|---|---|---|---|---|---|
| | | | | CoreIT | MSP | Cloud |
| Cybersecurity Framework | Identify | Asset Management | 1, 2 | 2 | 2 | 2 |
| | | Business Environment | - | 3 | 3 | 2 |
| | | Risk Assessment | - | 3 | 3 | 1 |
| | | Governance | 4 | 3 | 3 | 1 |
| | | Risk Management Strategy | - | 3 | 3 | 1 |
| | Protect | Access Control | 5, 9, 11, 12, 13, 14, 15, 16 | 2 | 2 | 2 |
| | | Awareness and Training | 5, 17 | 1 | 1 | 1 |
| | | Data Security | 1, 2 | 2 | 2 | 1 |
| | | Information Protection Processes and Procedures | 3, 4, 7, 9, 10, 11, 18, 19 | 3 | 3 | 1 |
| | | Maintenance | 3, 4, 5, 11, 12 | 3 | 3 | 0 |
| | | Protective Technology | 5, 6, 7, 8, 11, 13, 14, 16 | 2 | 2 | 1 |
| | Detect | Anomalies and Events | 6, 9, 12, 19 | 3 | 3 | 1 |
| | | Security Continuous Monitoring | 4, 8, 16, 19 | 3 | 2 | 0 |
| | | Detection Processes | 19 | 3 | 3 | 0 |
| | Respond | Response Planning | 19 | 4 | 4 | 4 |
| | | Communications | 19 | 4 | 4 | 4 |
| | | Analysis | 6, 19 | 3 | 3 | 3 |
| | | Mitigation | 4, 19 | 3 | 3 | 3 |
| | | Improvements | 19, 20 | 3 | 3 | 3 |
| | Recover | Recovery Planning | 10 | 3 | 3 | 3 |
| | | Improvements | 20 | 3 | 3 | 3 |
| | | Communications | - | 4 | 4 | 4 |

| Legend | |
|---|---|
| Maturity Level | Description |
| 0 | There is no evidence of the organization meeting the security control objectives or is unassessed. |
| 1 | The organization has an ad-hoc, inconsistent, or reactive approach to meeting the security control objectives |
| 2 | The organization has a consistent overall approach to meeting the security control objectives, but it is still mostly reactive and undocumented. The organization does not routinely measure or enforce policy compliance. |
| 3 | The organization has a documented, detailed approach to meeting the security control objectives, and regularly measures its compliance. |
| 4 | The organization uses an established risk management framework to measure and evaluate risk and integrate improvements beyond the requirements of applicable regulations. |
| 5 | The organization has refined its standards and practices focusing on ways to improve its capabilities in the most efficient and cost-effective manner. |