# Exhibit 5

**Excerpts of SW-SEC00001497**



# SECURITY & COMPLIANCE PROGRAM QUARTERLY OVERVIEW

AUGUST 16, 2019

# Agenda
Security & Compliance Program



- Security | Compliance Project Highlights
    - Executive Asks
- Introduce Security Score Card
- Security Incident Improvement Plan (SIIP) Update

@solarwinds

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS	SW-SEC00001498

# SolarWinds Security Program
## SECURITY CONTROLS BASED ON NIST CONTROLS



### Protect
- Next Generation Firewalls / Web Application Firewalls
- Endpoint Protection and Encryption
- Data Leakage Protection
- Spam / Phishing Detection / Response
- Authentication, Authorization and Identity Management

### Respond
- Cyber Incident Response Program
- GDPR Operations
- Major Incident Response
- Continuous Improvement

### Identify
- Asset Management
- Secure Software Development Lifecycle (SSDL)
- Open Source License Scanning
- Product Certifications (ISO, SOC2)
- NIST internal program assessment
- Vendor Management/Procurement

### Detect
- Vendor Data Protection Audits
- Vulnerability Scanning
- Internal / External PEN Testing
- Static / Dynamic Code Analysis
- Open Source Code Inspection

### Recover
- Backup
- Disaster Recovery / Business Continuity
- Forensics

CONFIDENTIAL – INTERNAL USE ONLY © 2019 SolarWinds Worldwide, LLC. All rights reserved.



8

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                   SW-SEC00001504



# SolarWinds Scorecard
## NIST Maturity Level



| Security Category | 2017 | 2018 | 2019 |
|---|---|---|---|
| Identify | 0.8 | 2.0 | 3.0 |
| Protect | 1.5 | 3.0 | 3.2 |
| Detect | 1.0 | 2.8 | 3.6 |
| Respond | 0.8 | 2.8 | 3.6 |
| Recover | 0.7 | 2.0 | 2.0 |
| Overall | 1.0 | 2.5 | 3.1 |

| Maturity Level | Description |
|---|---|
| 0 | There is no evidence of the organization meeting the security control objectives or is unassessed |
| 1 | The organization has an ad-hoc, inconsistent, or reactive approach to meeting the security control objectives |
| 2 | The organization has a consistent overall approach to meeting the security control objectives, but it is still mostly reactive and undocumented. The organization does not routinely measure or enforce policy compliance |
| 3 | The organization has a documented, detailed approach to meeting the security control objectives, and regularly measure its compliance |
| 4 | The organization uses an established risk management framework to measure and evaluate risk and integrate improvements beyond the requirements of applicable regulations |
| 5 | The organization has refined its standards and practices focusing on ways to improve its capabilities in the most efficient and cost effective manner |

© 2019 SolarWinds Worldwide, LLC. All rights reserved.

@solarwinds     9

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS     SW-SEC00001505

 

# INDENTIFY

## Highlights

- Instituted standardized security scoring method (CVSS). 421 internally discovered issues marked security | 292 resolved in 1H 2019
- Open Source License Scanning coverage across entire portfolio
- Full lifecycle software asset management
- ISO certifications achieved for RMM, Backup, Take Control. N-central, Mail Assure (In progress), SOC 2 Type 1 for Passportal, Loggly & App Optics (in progress)
- Threat intel ingestion remains a manual process

| Security Category | Objective | NIST Maturity Level |
|---|---|---|
| Asset Management | Internally and externally facing assets are identified and actively managed | 3 |
| Secure Software Development Lifecycle (SSDL) | Employees are aware of an utilize a security software development lifecycle in their day to day activities | 2 |
| Open Source License Scanning | Open source code used is scanned and remediated as needed | 3 |
| Product Certifications | ISO 27001 information security management system (ISMS) framework of policies and procedures are followed and audited annually | 3 |
| NIST internal program assessment | The internal security program and practices are aligned with NIST | 3 |
| Vendor Management / Procurement | Vendor management and procurement practices include security reviews for each asset | 5 |
| | **Identify Maturity Level** | **3.2** |

CONFIDENTIAL – INTERNAL USE ONLY © 2019 SolarWinds Worldwide, LLC.  All rights reserved.

@solarwinds    10

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS        SW-SEC00001506




# PROTECT

### Highlights

- Access and privilege to critical systems / data is inappropriate. Need to improve internal processes | procedures
- Comprehensive firewall protection for Corporate IT and web properties (Palo Alto Next Gen firewalls in place (58) | Web Application Firewalls (WAF) on all key marketing properties)
- Improved end point protection. End user devices coverage: 80% SEP | 85% encryption | 95% DLP.  IT servers coverage: 91% SEP. Hosted environment assessment WIP
- Moving towards Zero Trust model (where we loosely protect all and strongly protect those that can-do material harm). Less requirements on VPN
- Spam / Phishing still a challenge.  Adversaries are getting better. Increase in whale phishing (55 million messages blocked 1H2019)
- Movement to make Azure AD authoritative source of identity. Plan to enable federation for all critical assets
- Additional monitoring via SOC is planned for 2nd half of the year

| Security Category | Objective | NIST Maturity Level |
|---|---|---|
| Next Generation Firewalls | Palo Alto Firewalls are deployed and actively monitored across the company | 5 |
| Web Application Firewalls | WAFs are deployed for marketing properties but not for production products | 3 |
| Endpoint Protection and Encryption | Endpoint protection and encryption is deployed and actively managed across the company | 4 |
| Data Leakage Protection | Data leakage protection is deployed across the company and actively monitored | 3 |
| Spam / Phishing Detection / Response | Email protections are in place to monitor spam, detect phishing and deter known email scammers | 3 |
| Authentication, Authorization and Identity Management | User identity, authentication and authorization are in place and actively monitored across the company | 1 |
| | **Protect Maturity Level** | 3.2 |

CONFIDENTIAL – INTERNAL USE ONLY © 2019 SolarWinds Worldwide, LLC.  All rights reserved.

@solarwinds    11

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001507

DOIT Lead – Rick Holmberg, Kellie Pierce
Business – Enterprise
Executive Sponsor – Rani Johnson



# FINANCIAL: ENTERPRISE ACCESS MANAGEMENT (SOX COMPLIANCE)

## Description

Access management describes the management of individual identities, their authentication, authorization, roles, and privileges within the enterprise in order to minimize security risks associated the use of privileged and non-privileged access.

### Scope:
- Enterprise information systems (CoreIT, MSP, Cloud)
- Privileged and non-privileged users
- On-premise & SaaS applications

## KPIs

| Cost | Schedule | Scope | Resources | Risk |
|------|----------|-------|-----------|------|
| green | green | green | green | yellow |

## Timeline

Assess → Design → Plan → Build → Test → Go Live → Stabilize

## Budget

| Q1 18 | Q2 18 | Q3 18 | Q4 18 | TOTAL |
|-------|-------|-------|-------|-------|
| $0 | $0 | $0 | $0 | $0 |

## Issues, Risks & Dependencies

| Cat No. | Description | Action Required |
|---------|-------------|-----------------|
| I.1 | Concept of least privilege not followed as a best practice | ID existing permission levels within the enterprise |
| I.2 | Use of shared accounts throughout internal and external applications | Work with teams to decommission use of shared accounts |
| I.3 | Project scope expanded to include SOX compliance requirements | Need to assess existing controls to ensure alignment with SOX requirements |

## Key Milestones / Status

| Ph. | Milestone | Start | Finish | Status |
|-----|-----------|-------|--------|--------|
| 1 | Align access controls and permissions to security standards and guidelines | 1/1/2018 | 4/20/2018 | Complete |
| 2 | Map existing assessment of access controls to defined guidelines and standards. | 2/1/2018 | 6/29/2018 | Complete |
| 3 | Align / validate access controls with SOX compliance requirements. Outline MVP objectives | 6/29/2018 | 7/31/2018 | Complete |
| 4 | Identify extended team roles and responsibilities | 7/1/2018 | 7/31/2018 | Complete |
| 5 | Identify admins / approvers, define ABAC | 7/1/2018 | 8/30/2018 | Complete |
| 6 | Define standards, approval workflows, long term solution/recommendations/POC | 8/1/2018 | 9/30/2018 | Complete |
| 7 | Finalize Access SARF. Implement SARF changes / exceptions | 12/2019 | 2/2019 | Complete |
| 8 | Internal audit, Holtzman audit, Audit remediation | 1/2019 | 2/2019 | Audit in Progress |

# InfoSec: DOIT
## SECURITY INCIDENT IMPROVEMENT PLAN (SIIP)



| Security Focus Area | Action | Owner | Target Timing | July 2019 Status |
|---|---|---|---|---|
| Process Improvements | Evaluate product, network and system security.<br>• Checkmarx adoption / KPI<br>• JIRA Security Tagging adoption / KPI<br>• Vulnerability Scanning & Reviews with DOIT | T. Brown<br>E. Quitugua<br>K. Pierce | Ongoing | KPI creation: Underway<br>DOIT vulnerability review: Ongoing |
| | Build Library of authoritative source of practices/processes, agreed to by engineering leadership | K. Pierce | • Q2-2019: List compiled<br>• Q3-2019: Alignment with Engineering | Complete |
| | Improve Security Practice for the Company (SIIP) | T. Brown<br>E. Quitugua<br>K. Pierce | Ongoing | In Progress |
| Tools & Technology | Compile cumulative list of security tools and services for the organization (Security Tool Rationalization) | T. Brown<br>E. Quitugua<br>K. Pierce | Q2-2019 | Complete |
| Training | Implement quarterly Incident Response Training | E. Quitugua | Ongoing<br>Q2-Complete<br>Q3- 8/19/19<br>Q4-TBD | In Progress |
| | Continue GDPR Bootcamp training.<br>Refresh training materials | K. Pierce | Ongoing | Ongoing |

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2019 SolarWinds Worldwide, LLC. All rights reserved.

54

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS SW-SEC00001550