# Exhibit 6

**Excerpts of SW-SEC00001551**



# SECURITY & COMPLIANCE PROGRAM QUARTERLY

NOVEMBER 15, 2019

DEVELOPMENT, OPERATIONS & INFORMATION TECHNOLOGY (DOIT)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001551



# SolarWinds Scorecard
## NIST Maturity Level



| Security Category | 2017 | 2018 | 2019 |
|---|---|---|---|
| Identify | 0.8 | 2.0 | 3.0 |
| Protect | 1.5 | 3.0 | 3.2 |
| Detect | 1.0 | 2.8 | 3.6 |
| Respond | 0.8 | 2.8 | 3.6 |
| Recover | 0.7 | 2.0 | 2.0 |
| Overall | 1.0 | 2.5 | 3.1 |

| Maturity Level | Description |
|---|---|
| 0 | There is no evidence of the organization meeting the security control objectives or is unassessed |
| 1 | The organization has an ad-hoc, inconsistent, or reactive approach to meeting the security control objectives |
| 2 | The organization has a consistent overall approach to meeting the security control objectives, but it is still mostly reactive and undocumented. The organization does not routinely measure or enforce policy compliance |
| 3 | The organization has a documented, detailed approach to meeting the security control objectives, and regularly measure its compliance |
| 4 | The organization uses an established risk management framework to measure and evaluate risk and integrate improvements beyond the requirements of applicable regulations |
| 5 | The organization has refined its standards and practices focusing on ways to improve its capabilities in the most efficient and cost effective manner |

© 2019 SolarWinds Worldwide, LLC.  All rights reserved.

@solarwinds    26

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS        SW-SEC00001576

 

# INDENTIFY

### Highlights

- Instituted standardized security scoring method (CVSS). 421 internally discovered issues marked security | 292 resolved in 1H 2019
- Open Source License Scanning coverage across entire portfolio
- Full lifecycle software asset management
- ISO certifications achieved for RMM, Backup, Take Control. N-central, Mail Assure (In progress), SOC 2 Type 1 for Passportal, Loggly & App Optics (in progress)
- Threat intel ingestion remains a manual process

| Security Category | Objective | NIST Maturity Level |
|---|---|---|
| Asset Management | Internally and externally facing assets are identified and actively managed | 3 |
| Secure Software Development Lifecycle (SSDL) | Employees are aware of an utilize a security software development lifecycle in their day to day activities | 2 |
| Open Source License Scanning | Open source code used is scanned and remediated as needed | 3 |
| Product Certifications | ISO 27001 information security management system (ISMS) framework of policies and procedures are followed and audited annually | 3 |
| NIST internal program assessment | The internal security program and practices are aligned with NIST | 3 |
| Vendor Management / Procurement | Vendor management and procurement practices include security reviews for each asset | 5 |
| | **Identify Maturity Level** | **3.2** |

CONFIDENTIAL – INTERNAL USE ONLY © 2019 SolarWinds Worldwide, LLC.  All rights reserved.    @solarwinds    27

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001577

 

# PROTECT

### Highlights
- Access and privilege to critical systems / data is inappropriate. Need to improve internal processes | procedures
- Comprehensive firewall protection for Corporate IT and web properties (Palo Alto Next Gen firewalls in place (58) | Web Application Firewalls (WAF) on all key marketing properties)
- Improved end point protection. End user devices coverage: 80% SEP | 85% encryption | 95% DLP.  IT servers coverage: 91% SEP. Hosted environment assessment WIP
- Moving towards Zero Trust model (where we loosely protect all and strongly protect those that can-do material harm). Less requirements on VPN
- Spam / Phishing still a challenge.  Adversaries are getting better. Increase in whale phishing (55 million messages blocked 1H2019)
- Movement to make Azure AD authoritative source of identity. Plan to enable federation for all critical assets
- Additional monitoring via SOC is planned for 2nd half of the year

| Security Category | Objective | NIST Maturity Level |
|---|---|---|
| Next Generation Firewalls | Palo Alto Firewalls are deployed and actively monitored across the company | 5 |
| Web Application Firewalls | WAFs are deployed for marketing properties but not for production products | 3 |
| Endpoint Protection and Encryption | Endpoint protection and encryption is deployed and actively managed across the company | 4 |
| Data Leakage Protection | Data leakage protection is deployed across the company and actively monitored | 3 |
| Spam / Phishing Detection / Response | Email protections are in place to monitor spam, detect phishing and deter known email scammers | 3 |
| Authentication, Authorization and Identity Management | User identity, authentication and authorization are in place and actively monitored across the company | 1 |
| | **Protect Maturity Level** | **3.2** |

CONFIDENTIAL – INTERNAL USE ONLY © 2019 SolarWinds Worldwide, LLC.  All rights reserved.

@solarwinds   28

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                                                          SW-SEC00001578



# RECOVER

**Highlights**
- Recovery for basic incidents managed well
- Differencing DR/BCP level of capabilities per product, datacenter region
- Need to model major events and define necessary data to appropriately perform forensics

| Security Category | Objective | NIST Maturity Level |
|---|---|---|
| Backup and Recovery Program | Across SolarWinds products and other mission critical assets, a backup and recover plans are in place | 2 |
| Disaster Recover / Business Continuity Program | Across SolarWinds products and other mission critical assets, disaster recovery and business continuity plans are in place | 2 |
| Forensics Program | A forensics program is established and actively managed within the company | 2 |
| | **Recover Maturity Level** | **2.0** |

CONFIDENTIAL – INTERNAL USE ONLY © 2019 SolarWinds Worldwide, LLC. All rights reserved.

@solarwinds   31

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                   SW-SEC00001581