# Exhibit 7

SW-SEC00001602



# Q2 2020 Quarterly Risk Review (QRR)

DO + IT | LEGAL | FINANCE

May 22, 2020



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001602

# AGENDA



**Security**
- Risk Scorecard | 2020 Plan
- Incident Response Status
- Product Security Improvements
- Security & Compliance Improvement Plans (SCIP)

**Policy**
- Policy Review Update

**Compliance**
- SOX Controls Status
- GDPR| Data Privacy Operations
- Security Training & Employee Background Checks
- Call Recording | Call Monitoring Update

**Certifications**
- Product Certification Roadmap | Status

**Continuity**
- COVID-19 Operational Continuity Response

CONFIDENTIAL - NOT FOR DISTRIBUTION © 2020 SolarWinds Worldwide, LLC. All rights reserved.

@solarwinds    2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001603



# Security

- Risk Scorecard | 2020 Plan
- Incident Response Status
- Product Security Improvements
- Security & Compliance Improvement Plans (SCIP)



CONFIDENTIAL - NOT FOR DISTRIBUTION © 2020 SolarWinds Worldwide, LLC. All rights reserved.

@solarwinds   3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001604

# SolarWinds Scorecard

NIST Maturity Level



## Steady progress in 1H. On track for 2020 Improvement

| Security Category | 2017 | 2018 | 2019 | 2020 Target | Key Risks | 1H 2020 Improvement Plan |
|---|---|---|---|---|---|---|
| Identify | 0.8 | 2.0 | 3.0 | ↑3.3 | • Security processes not consistently implemented | • Increase SDL adoption<br>• Advance product certifications |
| Protect | 1.5 | 3.0 | 3.2 | ↑3.3 | • Significant deficiencies in user access management | • Enforce AD Authentication for critical systems |
| Detect | 1.0 | 2.8 | 3.4 | ↑3.6 | • Inconsistent security scanning | • Expand and standardize VAT, Pen, Open Source, and Code Analysis |
| Respond | 0.8 | 2.8 | 3.6 | ↑3.8 | • Increase in events and complexity | • Continuous improvements in Security \| Major Incident Response |
| Recover | 0.7 | 2.0 | 2.0 | ↑2.3 | • Immature business continuity plan | • Operational Continuity Plan assessment and improvements |
| Overall | 1.0 | 2.5 | 3.0 | ↑3.3 | | |

| Maturity | Description |
|---|---|
| 0 | No evidence |
| 1 | Reactive approach |
| 2 | Consistent approach, Somewhat reactive and undocumented |
| 3 | Documented, detailed approach. Regularly measure its compliance |
| 4 | Established risk management framework |
| 5 | Refined practice, focused on improvements and efficiencies |

CONFIDENTIAL - NOT FOR DISTRIBUTION © 2020 SolarWinds Worldwide, LLC. All rights reserved.    @solarwinds    4

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001605

# Systems Separation Assessment

Initial Assessment to Separate Critical Systems



Critical Systems (shared)

Finance
Sales
Support
Renewals | Success
Legal
DW | Integrations
Marketing
Web Properties | DNS
HR
Active Directory
Email | Collab
Network | UC
Server | Storage
Engineering
DevOps
Security

**Preliminary Systems Assessment**

- Critical System
- Description
- Effort | Complexity Rating
- TSA
- Acceleration Opportunity
- External Investment

CONFIDENTIAL - NOT FOR DISTRIBUTION © 2020 SolarWinds Worldwide, LLC. All rights reserved.   @solarwinds   5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS   SW-SEC00001606

# Systems Separation Assessment

Next Steps



| Critical Systems (shared) |
| --- |
| Finance |
| Sales |
| Support |
| Renewals \| Success |
| Legal |
| DW \| Integrations |
| Marketing |
| Web Properties \| DNS |
| HR |
| Active Directory |
| Email \| Collab |
| Network \| UC |
| Server \| Storage |
| Engineering |
| DevOps |
| Security |

**Separation Project Planning**

- Disposition Agreement
- Project Plan
  - Project sizing
  - Budget review
  - Recourse planning
  - Portfolio prioritization | re-balancing
  - TSA outlines
  - Executive Reviews | Cadence synchs

CONFIDENTIAL - NOT FOR DISTRIBUTION © 2020 SolarWinds Worldwide, LLC. All rights reserved.    @solarwinds    6

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001607