# Exhibit 8

**Excerpts of SW-SEC00001608**



# Q1 2020 QUARTERLY RISK REVIEW (QRR)

MARCH 3, 2020

SECURITY & COMPLIANCE PROGRAM OFFICE (DEV OPS + IT) + LEGAL + FINANCE

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001608

# SolarWinds Scorecard

NIST Maturity Level



| Security Category | 2017 | 2018 | 2019 | 2020 Target | Key Risks | Key Improvements |
|---|---|---|---|---|---|---|
| **Identify** | 0.8 | 2.0 | 3.0 | ↑3.3 | • Security processes not consistently implemented | • Increase SDL adoption<br>• Expand product certifications |
| **Protect** | 1.5 | 3.0 | 3.2 | ↑3.3 | • Significant deficiencies in user access management | • AD Authentication for critical systems |
| **Detect** | 1.0 | 2.8 | 3.4 | 3.4 | • Inconsistent security scanning | • Expand and standardize VAT, Pen OpenSource, and code analysis |
| **Respond** | 0.8 | 2.8 | 3.6 | ↑3.8 | • Increase in events and complexity | • Continuous improvements in Security \| Major Incident Response |
| **Recover** | 0.7 | 2.0 | 2.0 | ↑2.3 | • Immature business continuity plan | • Outline and execute enterprise business continuity plan |
| **Overall** | 1.0 | 2.5 | 3.0 | ↑3.2 | | |

| Maturity | Description |
|---|---|
| 0 | No evidence |
| 1 | Reactive approach |
| 2 | Consistent approach, Somewhat reactive and undocumented |
| 3 | Documented, detailed approach. Regularly measure its compliance |
| 4 | Established risk management framework |
| 5 | Refined practice, focused on improvements and efficiencies |

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

4

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                SW-SEC00001611

# Security & Compliance Improvement Plans (SCIPs)



- Plan to rollout SCIPs in March 2020 to teams with higher risk

|  | SolarWinds Security Categories | | | | | |
|---|---|---|---|---|---|---|
| Team | Identify | Protect | Detect | Respond | Recover | Compliance |
| Architecture \| Engineering | • Expand use CVSS scoring and Jira tagging |  |  | • Remediate LCEF vulnerabilities |  | • Audit participation |
| Customer Support |  | • Remediate access management risks |  | • Improve IRP integration |  |  |
| DevOps \| IT |  | • Update policies and guidelines<br>• AD Authentication for critical systems | • Implement and monitor code analysis program<br>• Expand pen testing program | • Continuous improvements in Security \| Major Incident Response | • Outline and execute enterprise business continuity plan | • Security Awareness Training |
| Product Management |  | • Data stewardship training |  | • Prioritize security feature and vulnerabilities |  | • Identify required product certifications |
| Marketing |  | • Data stewardship training |  |  |  |  |

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00001613

# SOX | FY2019 Results | Summary



| Area of Testing | # of Controls Tested | Total Control Deficiencies | Remediated | Not Remediated |
|---|---|---|---|---|
| **Business Controls** | 300 | 28 | 18 | 10 |
| **IT General Controls** | 100 | 27 | 17 | 10 |
| Total | **400** | **55** | **35** | **20** |

- ✓ Great appreciation for discipline
- ✓ Buy-in from Management and Executives
- ✓ Successfully utilized AuditBoard for internal and external audit

- Room for process improvement
- Re-training on areas of focus / high risk
- Lack of useful technology to automate
- Work in synergy with process owners

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

11

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001618

# SOX | To Be Remediated (IT Controls)



## Areas of Remediation (at end of 2019)

| # | Area of Focus | Finding | Occurrence | System(s) | (VP) Owner | Rededication Status | Target |
|---|---|---|---|---|---|---|---|
| 1 | User Access | Lack of independent reviewer | Quarterly | N-Activate | Chris Day | Planning | Q2 2020 |
| 2 | User Access | Reviews included incomplete data or not effective | Quarterly | RMM, Netsuite | Chris Day, Sandy Ensminger | Planning | Q2 2020 |
| 3 | User Access | Access removal not timely | Daily | NetSuite, Zuora | Joel Kemmerer, Bill Emerick | Complete | 2/11/2020 |
| 4 | User Access | Segregation of duty conflicts | Daily | Zuora MSP UK | Melodie Caron | Planning | Q2 2020 |
| 5 | Change Management | Change monitoring review not completed timely or not completed at all | Monthly | RMM | Chris Day / August Wehrmann | Planning | Q2 2020 |
| 6 | Change Management | Misclassification of financially impacting changes | Daily | RMM | August Wehrmann | Planning | Q2 2020 |
| 7 | Change Management | No evidence of approval prior to deployment | Daily | RMM | August Wehrmann | Planning | Q2 2020 |
| 8 | General | Password requirements not met | Annually | RMM, Backup | August Wehrmann | Planning | Q2 2020 |

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001620

# Remote Workforce Readiness | Phone Calliing



### SoftPhone Readiness - Jabber Installation

| Office Location | Ready | Action Required | Readiness |
|---|---|---|---|
| Brno Office | 145 | 228 | 38.9% |
| Austin Office | 455 | 139 | 76.6% |
| Minsk Office | 7 | 92 | 7.1% |
| Ottawa Office | 148 | 82 | 64.3% |
| Poland Office | 103 | 69 | 59.9% |
| Bucharest Office | 22 | 62 | 26.2% |
| Netanya Office | 9 | 60 | 13.0% |
| US Remote | 51 | 48 | 51.5% |
| Dundee Office | 55 | 42 | 56.7% |
| Durham Office | 235 | 40 | 85.5% |
| Philippines Office | 376 | 39 | 90.6% |
| Edinburgh Office | 48 | 39 | 55.2% |
| Berlin Office | 38 | 19 | 66.7% |
| Cork Office | 159 | 12 | 93.0% |
| Lehi Office | 103 | 7 | 93.6% |
| Herndon Office | 38 | 5 | 88.4% |
| Singapore Office | 52 | 3 | 94.5% |
| Utrecht Office | 33 | 3 | 91.7% |
| Sydney Office | 27 | 2 | 93.1% |
| Other Sites | 79 | 112 | 41.4% |

### SoftPhone Readiness – Cisco UC (Call Queue)

| Office Location | Ready | Action Required | Readiness |
|---|---|---|---|
| Austin Office | 10 | 182 | 5.2% |
| Philippines Office | 211 | 113 | 65.1% |
| Cork Office | 25 | 68 | 26.9% |
| Singapore Office | 4 | 46 | 8.0% |
| Ottawa Office | 33 | 45 | 42.3% |
| Durham Office | 50 | 21 | 70.4% |
| Lehi Office | 42 | 18 | 70.0% |
| Sydney Office | 1 | 9 | 10.0% |
| Utrecht Office | 2 | 8 | 20.0% |
| Dundee Office | 38 | 3 | 92.7% |
| Minsk Office | 6 | 2 | 75.0% |
| Edinburgh Office | 13 | 1 | 92.9% |
| Herndon Office | 0 | 1 | 0.0% |
| Lisbon Office | 9 | 1 | 90.0% |
| Australia Remote | 1 | 0 | 100.0% |
| Tokyo Office | 2 | 0 | 100.0% |
| Berlin Office | 5 | 0 | 100.0% |
| Bucharest Office | 8 | 0 | 100.0% |
| US Remote | 3 | 0 | 100.0% |
| Other Sites | 4 | 0 | 100.0% |

### Softphone Readiness- Cisco UC (No Call Queue)

| Office Location | Ready | Action Required | Readiness |
|---|---|---|---|
| Austin Office | 28 | 321 | 8.0% |
| Brno Office | 1 | 203 | 0.5% |
| Ottawa Office | 42 | 81 | 34.1% |
| Poland Office | 71 | 53 | 57.3% |
| Durham Office | 90 | 50 | 64.3% |
| Herndon Office | 5 | 33 | 13.2% |
| Philippines Office | 45 | 24 | 65.2% |
| Cork Office | 39 | 20 | 66.1% |
| Lehi Office | 28 | 18 | 60.9% |
| Sydney Office | 1 | 17 | 5.6% |
| Miami Office | 0 | 12 | 0.0% |
| Utrecht Office | 12 | 11 | 52.2% |
| US Remote | 26 | 10 | 72.2% |
| Almere Office | 0 | 9 | 0.0% |
| Edinburgh Office | 18 | 7 | 72.0% |
| Boston Office | 5 | 5 | 50.0% |
| Singapore Office | 0 | 5 | 0.0% |
| Dundee Office | 30 | 4 | 88.2% |
| Minsk Office | 22 | 3 | 88.0% |
| Other Sites | 126 | 2 | 98.4% |

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001634