# Exhibit 10

**Excerpts of SW-SEC00305126**





solarwinds
MONTHLY 1:1 MEETING
1:1 WITH CEO, KEVIN B. THOMPSON
CONFIDENTIAL
DEVELOPMENT OPERATIONS & INFORMATION TECHNOLOGY (DOIT)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS SW-SEC00305126



| Security Category | Objective | NIST Maturity Level |
|---|---|---|
| Next Generation Firewalls | Palo Alto Firewalls are deployed and actively monitored across the company | 5 |
| Web Application Firewalls | WAFs are deployed for marketing properties but not for production products | 3 |
| Endpoint Protection and Encryption | Endpoint protection and encryption is deployed and actively managed across the company | 4 |
| Data Leakage Protection | Data leakage protection is deployed across the company and actively monitored | 3 |
| Spam / Phishing Detection / Response | Email protections are in place to monitor spam, detect phishing and deter known email scammers | 3 |
| Authentication, Authorization and Identity Management | User identity, authentication and authorization are in place and actively monitored across the company | 1 |
| | Protect Maturity Level | 3.2 |

399/5=79.8



01110100 01101000 01100001 01101110 01101011 01110011
01110100 01101000 01100001 01101110 01101011 01110011
01110100 01101000 01100001 01101110 01101011 01110011
01110100 01101000 01100001 01101110 01101011 01110011
solarwinds
DEVELOPMENT, OPERATIONS & INFORMATION TECHNOLOGY
DOIT
Thank You!
01110100 01101000 01100001 01101110 01101011 01110011
01110100 01101000 01100001 01101110 01101011 01110011
01110100 01101000 01100001 01101110 01101011 01110011

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS SW-SEC00305155