# Exhibit 12

**Excerpts of SW-SEC00259782**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS   SW-SEC00259782





FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS              SW-SEC00259803

| .DAT File Field Headers | .DAT File Field Values |
|---|---|
| FIRSTBATES | SW-SEC00259782 |
| LASTBATES | SW-SEC00259803 |
| ATTACHRANGE | SW-SEC00259782 - SW-SEC00259806 |
| BEGATTACH | SW-SEC00259782 |
| ENDATTACH | SW-SEC00259806 |
| PARENT_BATES | |
| CHILD_BATES | SW-SEC00259804;SW-SEC00259805;SW-SEC00259806 |
| CUSTODIAN | Johnson, Rani |
| FROM | |
| TO | |
| CC | |
| BCC | |
| SUBJECT | |
| FILE_NAME | 20170830ITLeadershipMeeting.pptx |
| DATE_SENT | |
| TIME_SENT | |
| TIME_ZONE | (UTC) Coordinated Universal Time |
| MIME_TYPE | Microsoft Office PowerPoint Open XML Format |
| FILE_EXTEN | PPTX |
| AUTHOR | Hedge, Chris |
| LAST_AUTHOR | |
| DATE_CREATED | 8/18/2017 |
| TIME_CREATED | 3:14 PM |
| DATE_MOD | 9/27/2017 |
| TIME_MOD | 4:43:26 PM |
| DATE_ACCESSD | 9/27/2017 |
| TIME_ACCESSD | 4:43:26 PM |
| PRINTED_DATE | 7/26/2017 |
| FILE_SIZE | 1257892 |
| PGCOUNT | 22 |
| PATH | \Johnson, Rani\Johnson, Rani\rani_johnson_solarwinds_com\Documents\H Drive\My Documents\20170830ITLeadershipMeeting.pptx |
| INTFILEPATH | \Johnson, Rani\Johnson, Rani\rani_johnson_solarwinds_com\Documents\H Drive\My Documents\20170830ITLeadershipMeeting.pptx |
| INTMSGID | |
| HEADER | |
| MD5HASH | 56CF838BC57EC2F005AEC869C3F69DE3 |
| TEXTPATH | .\SW-SEC032\TEXT\TEXT0001\SW-SEC00259782.txt |
| LINK | .\SW-SEC032\NATIVES\NATIVES0001\SW-SEC00259782.PPTX |