# Exhibit 14

**Excerpts of SW-SEC00042892**

| | |
|---|---|
| From: | Cline, Brad [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C1DA7AFA0BCE413F9C32CE66040660F3-CLINE, BRAD] |
| Sent: | 3/16/2018 11:50:59 PM |
| To: | Johnson, Rani [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ee57945f15e47b3abaa99a59170ad3f-Johnson, Ra] |
| Subject: | Updated slides |
| Attachments: | 032018DOITMajorProjectPortfolio_Draft.pptx |

Hi Rani,

Here are the updated slides. Let me know if you want any other changes.

2 - Jazz Hands.
8 - I closed out the Gsuite portion, the original scope is complete and updated the 365 portion, if you concur that project is back on track.
9
17
20 - No changes, on track.
22 - Exchange and SQL complete, we also completed internal DNS and DHCP, Skype is the last on this project.
29 - Was sidelined for the 365 project, back on track.
33
34
35
39
Second 39 ?
40
44

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                    SW-SEC00042892



# MAJOR PROJECT PORTFOLIO
MARCH 2018
DEVELOPMENT, OPERATIONS & INFORMATION TECHNOLOGY (DOIT)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



DOIT Lead – Eric Quitugua
Business – Enterprise
Executive Sponsor – Joe Kim, Rani Johnson, Tim Brown

## #5 - SECURITY ASSESSMENT AND REMEDIATION

solarwinds

### Description

Conduct an enterprise-wide security assessment of access control and security standards and guidelines using the NIST Cybersecurity framework. Develop a risk register and provide security guidance as part of remediation efforts to prevent, detect, and respond to cybersecurity attacks and comply with applicable regulations.

**PLEASE UPDATE**

domains.

- CoreIT, MSP, Cloud Monitoring

### KPIs

| Cost | Schedule | Scope | Resources | Risk |
|---|---|---|---|---|

### Timeline

### Budget

| Q1 18 | Q2 18 | Q3 18 | Q4 18 | TOTAL |
|---|---|---|---|---|
| $0 | $0 | $0 | $0 | $0 |

### Issues, Risks & Dependencies

| Cat No. | Description | Action Required |
|---|---|---|
| I.1 | Inconsistent application of baseline security controls | Develop security baseline |
| I.2 | Enterprise adoption of NIST security framework | ID stakeholders and brief security framework |
| R.1 | Need to identify security controls that don't already map to NIST framework | Review of all existing security processes and procedures |

### Key Milestones / Status

| Ph. | Milestone | Start | Finish | Status |
|---|---|---|---|---|
| 1 | Conduct risk assessment against existing security processes | 8/1/17 | 8/15/17 | Complete |
| 2 | Map existing security controls to NIST framework | 8/15/2017 | 11/3017 | Complete |
| 3 | Align security assessment to GDPR functional team CAP | 11/30/2017 | 1/15/2018 | Complete |
| 4 | Develop risk register to document exceptions (format) | 1/5/2018 | 1/30/2018 | 3/2/2018 |
| 5 | Complete security assessments | 1/15/2018 | 2/15/2018 | 3/16/2018 |
| 6 | Approved Risk Acceptance (business / function) | 2/15/2018 | 2/28/2018 | 3/30/2018 |

10/16/2017 – As part of GDPR we are collecting and accessing the security controls across the environment. Pen tests are planned across the MSP customer facing infrastructure and hopefully across the shared IT infrastructure. Security guidelines and Access Control Guidelines closely aligning to NIST have been created as part of GDPR



DOIT Lead – Eric Quitugua
Business – Enterprise
Executive Sponsor – Joe Kim, Rani Johnson, Tim Brown

solarwinds

## #6 – ENTERPRISE ACCESS MANAGEMENT (STANDARDS & AUDIT)

**Description**

Access management describes the management of individual identities, their authentication, authorization, roles, and privileges within the enterprise in order to minimize security risks associated the use of privileged and non-privileged access.

**Scope:**

**KPIs**

Cost | Schedule | Scope | Resources | Risk

**Timeline**

**PLEASE UPDATE**

**Budget**

| Q1 18 | Q2 18 | Q3 18 | Q4 18 | TOTAL |
|---|---|---|---|---|
| $0 | $0 | $0 | $0 | $0 |

**Issues, Risks & Dependencies**

| Cat No. | Description | Action Required |
|---|---|---|
| I.1 | Concept of least privilege not followed as a best practice | ID existing permission levels within the enterprise |
| I.2 | Use of shared accounts throughout internal and external applications | Work with teams to decommission use of shared accounts |

**Key Milestones / Status**

| Ph. | Milestone | Start | Finish | Status |
|---|---|---|---|---|
| 1 | Conduct risk audit and risk assessment against privileged and non-privileged user accounts | 10/1/2017 | 11/30/2017 | Complete |
| 2 | Prioritize risk against security standards and guidelines | 12/1/2017 | 12/31/2017 | In Progress |
| 3 | Identify high risk accounts for remediation | 12/1/2017 | 12/31/2017 | In Progress |
| 4 | Validate privilege levels and access permissions | 1/1/2018 | 2/28/2018 | In Progress |
| 5 | Align access controls and permissions to security standards and guidelines | 1/1/2018 | 2/28/2018 | In Progress |
| 6 | Track remediation and map to access control guidelines and standards | Q1 2018 | Q1 2018 | Not Started |
| 7 | Document results and establish repeatable security assessment methodology for continuous monitoring | Q1 2018 | Q1 2018 | Not Started |

10/16/2017 Update – Identity management continues to be a concern. Appropriate checks are in place to grant access but audit of access is not consistently implemented. Multi-Factor authentication should also be utilized in more environments. A risk assessment will be completed by 12/31

Review Roles
Review Membership

Implement MFA for high value areas
VPN
Determine volume through GlobalProtect

## KPI LEGEND

Cost | Schedule | Scope | Resources | •Only use grey @ pre-assement Risk

solarwinds

| KPI | Green *or* On Track | Yellow *or* Minor Variance *(Managing issues and risks)* | Red *or* Significant Variance *(Management decision required)* |
|---|---|---|---|
| Cost | • Funding is secured and sufficient to complete the project | • Anticipate additional budget request allocation to complete the project (example: need < $50k or <15%) | • No budget allocated or budget allocation is insufficient to complete the project (example: by >$50k or >15%) |
| Schedule | • Milestones are well defined (solid work breakdown structure) and work to date is on schedule | • Milestones are identified and work to date is within a manageable / acceptable variance of the committed schedule | • Milestones are not identified or work to date will not be delivered within an acceptable variance of the committed schedule |
| Scope | • Scope is clear or work to date has met the project objectives<br>*Scope can may be vague if understood/accepted by sponsor* | • Scope is vague or and work to date is behind achieving objectives within a manageable / acceptable variance. | • There is significant variance from the scope or the work to date has not met objectives and de-scoping is required. |
| Resources | • The project is appropriately staffed | • Staffing is impacting delivery but is within a manageable / acceptable variance | • The project is understaffed; anticipate missed deliverables |
| Risk | • No major, foreseeable impediments to delivery | • Issues, risks or dependencies exist but are manageable / acceptable | • Some issues and risks do not have acceptable corrective action plans; anticipate missed deliverables |

