# Exhibit 16

**Excerpts of SW-SEC00310427**



# BI-WEEKLY DOIT STAFF MEETING

1:1 WITH CTO
CONFIDENTIAL
DEVELOPMENT OPERATIONS & INFORMATION TECHNOLOGY (DOIT)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS
SW-SEC00310427



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS        SW-SEC00310440

**AGENDA**



- Asset Rationalization Update
- Engineering Shared Services Budget Recommendation
- Austin Office (data center) DR Plan
- Flood Damage Assessment – Vendor Recommendation
- SOX Change Mgmt/ Access Control
- Microsoft Gold Partnership – Site Migration
- EUS BluePrint
- CTO Seating Plan : Facilities
- Site Strategy
- Quarterly Risk Reports (+Juliet, Hosted DNS)
- DOIT 20/20 Vision : 2 Year Strategic Plan
- Lehi Hiring
- Product Management Quarterly (list of products)
- Acquisition Integration

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00310447

| .DAT File Field Headers | .DAT File Field Values |
|---|---|
| FIRSTBATES | SW-SEC00310427 |
| LASTBATES | SW-SEC00310447 |
| ATTACHRANGE | SW-SEC00310427 - SW-SEC00310450 |
| BEGATTACH | SW-SEC00310427 |
| ENDATTACH | SW-SEC00310450 |
| PARENT_BATES | |
| CHILD_BATES | SW-SEC00310448;SW-SEC00310449;SW-SEC00310450 |
| CUSTODIAN | Johnson, Rani |
| FROM | |
| TO | |
| CC | |
| BCC | |
| SUBJECT | |
| FILE_NAME | 201800905JK.pptx |
| DATE_SENT | |
| TIME_SENT | |
| TIME_ZONE | (UTC) Coordinated Universal Time |
| MIME_TYPE | Microsoft Office PowerPoint Open XML Format |
| FILE_EXTEN | PPTX |
| AUTHOR | Hedge, Chris |
| LAST_AUTHOR | |
| DATE_CREATED | 9/5/2018 |
| TIME_CREATED | 9:08 PM |
| DATE_MOD | 9/19/2018 |
| TIME_MOD | 11:51:17 PM |
| DATE_ACCESSD | 9/19/2018 |
| TIME_ACCESSD | 11:51:16 PM |
| PRINTED_DATE | 3/19/2018 |
| FILE_SIZE | 1602782 |
| PGCOUNT | 21 |
| PATH | \Johnson, Rani\Johnson, Rani\rani_johnson_solarwinds_com\Documents\H Drive\My Documents\201800905JK.pptx |
| INTFILEPATH | \Johnson, Rani\Johnson, Rani\rani_johnson_solarwinds_com\Documents\H Drive\My Documents\201800905JK.pptx |
| INTMSGID | |
| HEADER | |
| MD5HASH | 571A569F2C6602CD0DA2E80C994C5920 |
| TEXTPATH | .\SW-SEC037\TEXT\TEXT0007\SW-SEC00310427.txt |
| LINK | .\SW-SEC037\NATIVES\NATIVES0007\SW-SEC00310427.PPTX |