# Exhibit 18

**Excerpts of SW-SEC00313350**

| | |
|---|---|
| **From:** | Brown, Timothy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A1BCD95116E84D6692DD89F9D55C5B7A-BROWN, TIMO] |
| **Sent:** | 10/29/2018 9:14:30 PM |
| **To:** | Johnson, Rani [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ee57945f15e47b3abaa99a59170ad3f-Johnson, Ra] |
| **Subject:** | Solarwinds state of security operations [Autosaved].pptx |
| **Attachments:** | Solarwinds state of security operations [Autosaved].pptx |

This powerpoint contains the current state of security slides updated for October.   A review of what we asked for last August and a red yellow green status showing how we have done on our initiatives.   A 2019 plan and ask for security.   We can review in tomorrow but it's a reasonable place to start.


Tim

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00313350



# INFORMATION SECURITY -

Risk review  October 2018

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS   SW-SEC00313351

## A Proactive Security Model – Original plan and request from August 2017

**solarwinds**

**Risk Mitigation Plan for IT Security Operations**

Lock down our critical assets that could cause a major event
- External PEN test of our environment – Provide a baseline
- Lock down administrative access and improve identity management process and procedures
- Implement Web Application FW to protect our critical web properties

Improve Cyber Hygiene so we are not a target of opportunity
- Improve coverage for endpoint security, encryption, event management
- Improve system scanning coverage, monitoring and patching
- Implement DLP on the endpoints
- Implement security training for all employee's

Focus on security areas that provide the biggest impact
- Coordinate IT Security Ops activities across all organizations. Standardize policies, share best practices and coordinate the measurement of risk for the organization.
- **Redacted**
- Reduce the number of security incidents by implementing industry standard best practices.
- Accelerate cross company adoption of all security controls

**Risk Mitigation Plan for Product Security/Dev Ops**

**Establish a global, cross-pillar Security Champions – Product team members with 30% of their time dedicated to security. Dotted line report to VP Security Architecture**
- Internal Training and Outreach
- Coordinate internal product security testing and application vulnerability scanning
- Internal bug bounty program
- Product Management and Engineering management coordination
- Measurement of risk and effectiveness of program per product line

**Invest in Commercial code scanning tool**
**Invest in developer security training**

### Overall Budget Request:

| | |
|---|---|
| Security Program Manager | $180 IT/Dev Ops |
| Security Architect | $180 IT/Dev Ops |
| Application Firewall | $40K per year |
| Internal/External PEN test | $50K |
| Company wide Security Training | $30K |
| Secure development training | $30K |
| Commercial application code scanner | $70K |
| **Total** | **$580K + 30%** |

time of 4 Security Champions

### Risk of Non-Investment

- Current state of security leaves us in a very vulnerable state for our critical assets. A compromise of these assets would damage our reputation and financially.
- Lack of cyber hygiene leaves us open to being a target of opportunity and a compromise will create downtime and lost revenue
- We have had 22 reported security incidents this year. Reactive responses costs significantly more than being proactive.
- We have lost a renewal of DPA for Accenture (192K) due to utilizing free code scanning tools that did not find all vulnerabilities.
- Without training our employees will continue to be one of our biggest risks
- Appropriate security policies, procedures, training, PEN testing are required by our commercial customers and asked for in qualifying questionnaires. Without appropriate answers we will lose business

9

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS   SW-SEC00313359



## A Proactive Security Model – Updated October 2018 with status

**Risk of Non-Investment**
- Current state of security leaves us in a very vulnerable state for our critical assets. A compromise of these assets would damage our reputation and financially.
- Lack of cyber hygiene leaves us open to being a target of opportunity and a compromise will create downtime and lost revenue
- We have had 22 reported security incidents this year. Reactive responses costs significantly more than being proactive.
- We have lost a renewal of DPA for Accenture (192K) due to utilizing free code scanning tools that did not find all vulnerabilities.
- Without training our employees will continue to be one of our biggest risks
- Appropriate security policies, procedures, training, PEN testing are required by our commercial customers and asked for in qualifying questionnaires. Without appropriate answers we will lose business

**Overall Budget Request:**

| | |
|---|---|
| Security Program Manager | $180 IT/Dev Ops |
| Security Architect | $180 IT/Dev Ops |
| Application Firewall | $40K per year (Webdev team) |
| Internal/External PEN test | $50K = $25K Spent (25K Cloud PEN test, MSP Security team (2) established, Core Security team established) |
| Company wide Security Training | $30K |
| Secure development training | $30K |
| Commercial application code scanner | $70K (Checkmarx acquired) |
| Total | $580K + 30% time of 4 Security Champions |

solarwinds

11

# Nov 2018 – 2019 Security Plan

**Risk Mitigation Plan for IT Security Operations**

Reduce number of incidents overtime (Training will most likely increase the number of incidents)
- Train users, Train developers, Train data owners.
- Utilize security subgroups within Core and MSP to coordinate testing, developer support and incident support
- Improve adherence to policy or new policy creation where necessary.  User errors account for many of our high risk incidents.

Discover incidents earlier in the lifecycle
- Record, manage, track and appropriately prioritize internally reported security issues (In Process)
- PEN test internal and external.  Create Internal Bug Bounty program and external recognition program
- Extend monitoring to production environments of cloud and MSP
- Increase active monitoring of O365, Azure AD, Netskope, Akamai, and Palo Alto.
- Implement SOC services with real time monitoring.  (Utilize Threat Monitor)

Contain, track progress and manage risk
- Discover and manage access control for existing users and administrators
- Implement overall identity management program for privileged users and all users.  Use AD as primary source of truth.
- Model and adjust breach containment approach (PEN Test Core Infrastructure)
- Consolidate and track progress with MSP, Core Dev Ops and IT security teams

**A proactive security model**
- Utilize Security Champions within MSP (2) and Core (2) to assist with education, training and internal incident tracking and remediation
- Develop internal Bug Bounty program to promote self reporting and awareness
- Work closely with the security PM and Engineering team to drive real world knowledge and requirements.
- Utilize SOC running Threat Monitor to improve overall security, decrease time to discover/resolve incidents and develop Content for Threat Monitor that can be utilized in customer environments

**Overall Budget Request:**

| | |
|---|---|
| Staff Security Operations Center  (3 Brno) | $90K |
| Internal/External PEN test  (External PEN test for Core Infrastructure and Core products) | $50K |
| Internal Bug Bounty program | $10K |
| Company wide Security Training (training) | $30K |
| Secure development training | $30K |
| **Total** | **$210K** |

**Risk of Non-Investment**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS   SW-SEC00313362