# Exhibit 20

**Excerpts of SW-SEC00638663**



# SECURITY OPERATIONS SUMMARY
DECEMBER 2018
DEVELOPMENT, OPERATIONS & INFORMATION TECHNOLOGY (DOIT)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                    SW-SEC00638663

# SECURITY PROJECTS
## KEY AREAS TO ADDRESS GAPS IN INFORMATION SECURITY

solarwinds

| CSF Mapping | Focus Area | Gap Analysis |
|---|---|---|
| Identify | Mobile Device Management (MDM) | Enable and manage employee mobile devices for remote access to the corporate network |
| Identify | Security Assessment and Remediation | Conduct an enterprise-wide security assessment using the NIST Cybersecurity framework |
| Identify | Security Standards and Governance | Develop a set of security standards and guidance documentation that aligns with our adoption of the NIST Cybersecurity framework |
| Identify | Security Awareness Training | Establish a formal program to educate users on the importance of protecting SolarWinds information and information systems |
| Protect | Enterprise Access Management (Standard and Audits) | Define standards and best practices for Role Based Access Controls and Least Privilege |
| Protect | Security & SSDLC | Integrate and formalize security best practices into existing secure development lifecycle |
| Protect | Phishing as a Service | Education and training program to raise awareness and understand potential impact to individual and the company |
| Protect | Privilege Access Management (PAM) and Multifactor Authentication | Address the use of local administrator access to non-privileged users. Manage, audit, and apply security controls around privileged access. |
| Protect | Data Loss Prevention, Cloud Access Security Broker (CASB) | DLP, Management of security controls around cloud based applications, threat intelligence around compromised corporate email |
| Detect | Product Penetration Testing | No formalized testing, Identify and integrate penetration testing into product development phases |
| Respond / Recover | BCP/ Disaster Recovery Planning | Formalize DRP and exercise on a routine basis |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00638674

## Other Items/Notes 

- Evaluation of Nexpose vulnerability scanner against OpenVAS (MSP)
- Scheduling After Action Reviews (AAR) to close out MSP incidents
- Security standards and guidelines for use in GDPR corrective action plan (CAP) items.
- Security statements around InfoSec program
    - NDA vs. non-NDA versions for customer inquiries
    - Internet facing security statement for publishing on website
    - GDPR statement (Published)



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00638677