# Exhibit 21

**Excerpts of SW-SEC00001635**



# SECURITY & COMPLIANCE PROGRAM QUARTERLY

MAY 17, 2019

## OVERVIEW & STATUS
DEVELOPMENT, OPERATIONS & INFORMATION TECHNOLOGY (DOIT)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

# Security & Compliance Initiatives



| Initiative / Effort | Description | Status | Teams |
|---|---|---|---|
| **SECURITY** | | | |
| Secure Development Lifecycle (SDL) | Working with the engineering and development teams to continue to mature and adopt the SDL. | Operational | Engineering, DOIT |
| Security Tool Standardization & Rationalization | Multi-level project to assess and standardize security tools available and used for the organization. | Projects In Progress | Engineering, DOIT |
| Security Incident Improvement Plan (SIIP) | Effort working with the entire organization to improve the overall security posture, reduce incidents and monitor progress. | Project In Progress | Engineering, DOIT, Customer Support, Marketing |
| Security Training (SDL, IRC, GDPR Bootcamp) | There are several training efforts that are operational, such as annual SDL refresher, Incident Response Commander (IRC) and monthly GDPR Bootcamp. | Operational | Engineering, DOIT, Marketing |
| Security Policy / Guideline Management | On an annual basis, the security guidelines are reviewed and communicated across the organization. | Operational | DOIT |

7

Lead – Danielle Campbell
Business – Enterprise
Executive Sponsor – Rani Johnson

# FINANCIAL: ENTERPRISE ACCESS MANAGEMENT (SOX COMPLIANCE)

## Description

Access management describes the management of individual identities, their authentication, authorization, roles, and privileges within the enterprise in order to minimize security risks associated the use of privileged and non-privileged access.

### Scope:
- Enterprise information systems (CoreIT, MSP, Cloud)
- Privileged and non-privileged users
- On-premise & SaaS applications

## KPIs

| Cost | Schedule | Scope | Resources | Risk |
|---|---|---|---|---|
| green | green | green | green | yellow |

## Timeline

Assess → Design → Plan → **Build** → Test → Go Live → Stabilize

## Budget

| Q1 18 | Q2 18 | Q3 18 | Q4 18 | TOTAL |
|---|---|---|---|---|
| $0 | $0 | $0 | $0 | $0 |

## Issues, Risks & Dependencies

| Cat No. | Description | Action Required |
|---|---|---|
| I.1 | Concept of least privilege not followed as a best practice | ID existing permission levels within the enterprise |
| I.2 | Use of shared accounts throughout internal and external applications | Work with teams to decommission use of shared accounts |
| I.3 | Project scope expanded to include SOX compliance requirements | Need to assess existing controls to ensure alignment with SOX requirements |

## Key Milestones / Status

| Ph. | Milestone | Start | Finish | Status |
|---|---|---|---|---|
| 1 | Align access controls and permissions to security standards and guidelines | 1/1/2018 | 4/20/2018 | Complete |
| 2 | Map existing assessment of access controls to defined guidelines and standards. | 2/1/2018 | 6/29/2018 | Complete |
| 3 | Align / validate access controls with SOX compliance requirements. Outline MVP objectives | 6/29/2018 | 7/31/2018 | Complete |
| 4 | Identify extended team roles and responsibilities | 7/1/2018 | 7/31/2018 | Complete |
| 5 | Identify admins / approvers, define ABAC | 7/1/2018 | 8/30/2018 | Complete |
| 6 | Define standards, approval workflows, long term solution/recommendations/POC | 8/1/2018 | 9/30/2018 | Complete |
| 7 | Finalize Access SARF. Implement SARF changes / exceptions | 12/2019 | 2/2019 | Complete |
| 8 | Internal audit, Holtzman audit, Audit remediation | 1/2019 | 2/2019 | In Progress |

Lead - Tim Brown
Business - Enterprise
Executive Sponsor – Rani Johnson



# SECURITY: SECURITY INCIDENT IMPROVEMENT PLAN (SIIP)

## Description
- Project to operationalize and improve overall security for SolarWinds. This effort includes training (security and SDL), department plans for addressing security, KPIs and an annual audit to measure the effectiveness of security practices within SolarWinds.

## Scope
- Training: Engineering SDL process ( JIRA tags, security tools, the KPIs and the reporting of those KPIs), non-engineering (operational training and best practices)

## KPIs
Cost | Schedule | Scope | Resources | Risk

## Timeline
Assess → Design → Plan → Build → Test → Go Live → Stabilize

## Budget

| Q1 19 | Q2 19 | Q3 19 | Q4 19 | TOTAL |
|---|---|---|---|---|
| $0 | $0 | $0 | $0 | $0 |

## Issues, Risks & Dependencies

| Cat No. | Description | Action Required |
|---|---|---|
| R.1 | | |
| R.2 | | |
| R.3 | | |

## Key Milestones / Status

| No. | Milestone | Start | Finish | Status |
|---|---|---|---|---|
| 1 | Project kickoff / Executive Briefings | 11/2018 | 1/3/2019 | Complete |
| 2 | Audit Incidents / Build Corrective Action Plan | 1/9/2019 | 4/12/2019 | Complete |
| 3 | Monitor Progress (Build Reporting Framework) | 4/1/2019 | 5/30/2019 | In Progress |
| 4 | Address Concerns and Operationalize (Report KPIs / Remediate Issues) | 6/1/2019 | 6/30/2019 | In Progress |

@solarwinds

# Compliance Project
Project Life Cycle - Model



Need identified → Business Justification + Architecture review for initial /large gaps → ≥ GVP Authorization provided → The Work begins (Kickoff, Project Team Assesses Requirements) → Once assessment is complete, design can begin → During Design, Testing can begin. → Once testing is complete, the audit can begin → Once audit is complete, certification /attestation is provided

> A project is **temporary** in that it has a defined beginning and end in time, and therefore defined scope and resources.

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2019 SolarWinds Worldwide, LLC. All rights reserved.

18

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00001652