# Exhibit 23

**Excerpts of SW-SEC00045356**

| | |
|---|---|
| **From:** | Pierce, Kellie [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0150EF14C7A24CB1A0E08EC9FCB06424-PIERCE, KEL] |
| **Sent:** | 8/28/2019 4:40:52 PM |
| **To:** | Kuchler, Keith [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b0c5336a7edf45c3a451a754004c4444-Kuchler, Ke]; Day, Chris [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=aa9a0d2c87114c0898a128020a311291-Day, Chris]; Johnson, Rani [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ee57945f15e47b3abaa99a59170ad3f-Johnson, Ra]; Brown, Timothy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a1bcd95116e84d6692dd89f9d55c5b7a-Brown, Timo]; Cline, Brad [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c1da7afa0bce413f9c32ce66040660f3-Cline, Brad] |
| **CC:** | Fujii, Ross [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f2007a77afcc470289c878f02563304e-Fujii, Ross] |
| **Subject:** | FedRAMP_Security_Controls_Baseline as of 06282019_1 08272019.xlsx |
| **Attachments:** | FedRAMP_Security_Controls_Baseline as of 06282019_1 08272019.xlsx |

Good morning everyone,
FedRAMP is once again an item of discussion.

Denny asked Engineering scope the resources needed for a FedRAMP certification; with 2020 being used for readiness and 2021 for the actual certification process. Keith reached out for assistance in sizing the effort at the control level. In performing this exercise and with the upcoming 2020 budget cycle, we wanted to share this information with you, as you may also want to include a staffing/resource ask.

In the attached spreadsheet (green tabs), you will find that for each for the 325 controls, a Team (or Teams) have been identified. The Team identified potentially will play a part in the documentation, implementation and/or testing of the individual control. In the spreadsheet, you will also find a 2nd tab that includes a "Staffing Strawman" to outline/identify what resources are needed for a FedRamp effort. (Being a strawman, this is a template that you are free to use/adjust/revise/scrap.)

In summary, of the 325 controls, the top teams impacted are: InfoSec, DevOps, IT Ops and Engineering.

| Team | Total # of controls involving Team | % of Total Controls |
|---|---|---|
| DOIT_InfoSec | 285 | 88% |
| DevOps | 259 | 80% |
| DOIT_ITOPs | 219 | 67% |
| Engineering | 210 | 65% |
| Facilities | 24 | 7% |
| Legal | 13 | 4% |
| Internal Audit | 11 | 3% |
| Procurement | 10 | 3% |
| Marketing | 5 | 2% |
| Human Resources | 2 | 1% |
| Product Mgmt | 1 | 0% |

**The ask:**
- Assumptions:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                    SW-SEC00045356

- There are four products in scope of FedRAMP: AppOptics, Loggly, Papertrail and possibly Pingdom are in scope of FedRAM [Pingdom Server Monitor and Librato - out of scope.]
- Timing:
    - Formal Gap Assessment for all in scope products, to begin either Q4-2019 or Q1-2020
    - Gap Remediation effort will be performed from Q1-Q4 of 2020, with FedRAMP process beginning in Q1-2021
- To support the business case and upcoming 2020 budget process.
    - Please identify any additional resources needed for a FedRAMP effort (gap remediation, FedRAMP process and on-going management of the FedRAMP process).
    - <span style="color:red">Please include this in your 2020/2021 budget request.</span>
    - <span style="color:red">Please cc: your estimate and I will include in our business case.</span>

Thank you,
Kellie

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00045357

**DOCUMENT PRODUCED IN NATIVE FORMAT**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                    SW-SEC00045358



# FedRAMP

# FedRAMP Security Controls Baseline

## Overview

This document provides an overview of the security controls, enhancements, parameters, requirements and guidance listed in the FedRAMP System Security Plan (SSP) template.

Federal Agencies and Cloud Service Providers (CSPs) must implement these security controls, enhancements, parameters, and requirements within a cloud computing environment to satisfy FedRAMP requirements. The security controls and enhancements have been selected from the NIST SP 800-53 Revision 4 catalog of controls. The selected controls and enhancements are for cloud systems designated at the low, moderate, and high impact information systems as defined in the Federal Information Processing Standards (FIPS) Publication 199.

## Selection of Revision 4 Security Controls

and selected controls from the NIST SP 800-53 Revision 4 defined baseline for low, moderate, and high impact systems.

The JAB then selected additional controls and enhancements from the 800-53 Revision 4 catalog of controls and provided additional guidance and requirements around these controls. The controls were selected to address the unique risks of cloud computing environments, including but not limited to: multi-tenancy, visibility, control/responsibility, shared resource pooling, and trust.

In order to address the unique requirements of cloud computing for the Federal Government, some of the controls and enhancements selected are above the standard NIST guidelines and requirements for low, moderate, and high

## How to Read the Security Control Workbook

Each FedRAMP baseline has its own tab within this workbook. Links to each baseline's tab are included below:
· **Tailored (LI-SaaS)**
· **Low**
· **Moderate**
· **High**

The FedRAMP Tailored baseline follows a distinct format that is explained in detail on the "Key to LI-SaaS Baseline" tab (linked above). For the Low, Moderate, and High tabs, the FedRAMP security controls and associated fields for each control are organized as follows:

**Count (Column A):** Numbering for each security control in a sequential basis
**SORT ID (Column B):** Modified version of the NIST security control number to assist with spreadsheet sorting
**Family (Column C):** Control family designations in alignment with the NIST SP 800-53 organization.
**ID (Column D):** NIST security control number
**Control Name (Column E):** Name of the security control
**NIST Control Description (Column F):** Description of the security control, via NIST SP 800-53.
**FedRAMP-Defined Assignment / Selection Parameters (Column G):** This column lists the control parameters and selections for each control that have been specifically required by FedRAMP. Assignments or selections not defined by FedRAMP (blank parameters) are CSP defined.
**Additional FedRAMP Requirements and Guidance (Column H):** This column lists any additional requirements above the scope of the control as required by FedRAMP and also lists guidance for interpretation and implementation as defined by FedRAMP.
**FedRAMP Parameter (Column I):** Indicated whether the parameters are defined by FedRAMP (if the box is checked) or by the CSP (if the box is blank).