# Exhibit 24

SW-SEC00218068

| | |
|---|---|
| **From:** | Pierce, Kellie [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0150EF14C7A24CB1A0E08EC9FCB06424-PIERCE, KEL] |
| **Sent:** | 9/25/2019 9:28:47 PM |
| **To:** | Kuchler, Keith [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b0c5336a7edf45c3a451a754004c4444-Kuchler, Ke]; Day, Chris [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=aa9a0d2c87114c0898a128020a311291-Day, Chris]; Johnson, Rani [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ee57945f15e47b3abaa99a59170ad3f-Johnson, Ra] |
| **CC:** | Fujii, Ross [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f2007a77afcc470289c878f02563304e-Fujii, Ross] |
| **Subject:** | FedRAMP_Security_Controls_Baseline Updated 9_12_19.xlsx |
| **Attachments:** | FedRAMP_Security_Controls_Baseline Updated 9_12_19.xlsx |

Hello guys,

I've updated the spreadsheet with the latest figures.

I think we are good to go on Eng and DevOps resources and consultant costs; we will figure out additional costs (like infrastructure) after the assessment.

Please let me know if you see anything missing, as I plan to share this with Cillian on Friday.

Thanks,
Kellie

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                                    SW-SEC00218068

**DOCUMENT PRODUCED IN NATIVE FORMAT**