# Exhibit 26

SW-SEC00259614

All activities and milestones against 2H2017 Work Goal 1: Establish and Drive Information Technology Standards are substantially complete. See details below.

1.1 Define IT service catalog including IT supported systems and applications, Identify portfolio synergies and gaps AND
1.2 Inventory all MSP applications and build application rationalization strategy and roadmap
- Completed inventory of enterprise wide IT service services
- Defined service list (currently published internally for use by DOIT / Procurement only)
- Established IT Asset Management Program (including annual Rationalization Plans)
- 2017 Rationalization Accomplishments:
    - Collaboration Tools: Work underway to deploy O365 and rationalize from 14 tools to 4 standardize solutions. O365, G-Suite, WebEx, Slack
    - Billing Systems: Work underway to rationalize from 13 billing systems to 3 standard platforms. NetSuite, Zuora, Chargify
    - Phone System. Work underway to upgrade aging infrastructure and consolidate 4 systems to a single global platform. Provides advanced call queuing, SFDC integration
    - Telecom Contracts. Negotiated global contract with ATT. Migrated and renegotiated DIA services for $95k annual savings. Negotiated $104k in additional credits

1.3 Establish IT governance to ensure the effective allocation of IT resources
- Established enterprise wide IT Project Governance to ensure strategic Alignment and appropriate Prioritization
- Prioritize projects based on weighted evaluation criteria that align with business objectives
- Review priorities with business leaders in MBRs / QBRs
- Publish stack ranked portfolio to provide transparency
- Defined process for Project Authorization to ensure process compliance including requirements for project Justification and Executive Sponsorship
- Defined Root Cause Analysis (RCA) process and templates for service disruptions

1.4 Establish governance model for shared (and sharable) IT services. Build Centers of Excellence (CoE) to improve leverage of enterprise IT investments.
- Established SFDC Governance model and functional teams
    - Data Management Team (weekly) to proactively improve quality and usefulness of our SFDC data (i.e. manage introduction / removal of fields, changes to picklist values, mass data updates).
    - Architectural Team (monthly) to assess opportunities to achieve cross business unit SFDC instance leverage and efficiencies (also reviews information security, introduction/removal of data objects and relationships, introduction/upgrade of managed/unmanaged applications and APIs)
    - Functional Team (as required) to review and approve change and disseminate information (i.e. changes to workflow and process, screen layouts, permissions/ownership)
- Established Marketing Governance model and functional team
    - Bi-weekly meeting of the 3 BU Marketing/Demand Generation teams to assess opportunities to achieve cross business alignment, leverage efficiencies and address information security / data privacy concerns

1.5 Establish enterprise Security Standards
- Defined and published the following new security standards:
    - SWI Enterprise Security Guidelines
    - SWI Enterprise Access Controls Guidelines
    - 3rd Party Vendor Software Security Requirements
    - Cyber Incident Response Plan

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS            SW-SEC00259614

- - o   SWI Enterprise Business Continuity Plan
  - o   SWI Data Retention Guidelines
  - o   SWI Data Classification Guidelines
  - o   Acceptable Use (Technology) Guidelines for Global Employee Handbook
- Additionally drafted and externally published:
  - o   SolarWinds Security Statement (NDA and non-NDA)
  - o   SolarWinds Privacy Statement

1.6 Strengthen security position – internally and for SWI MSP products
- Led enterprise wide security / data privacy assessment (GDPR gap analysis) and remediation
- Established enterprise wide Cyber Incident Response Plan and trained relevant staff
- Inventoried and expanded use of security capabilities / tools
- Established NIST framework as the standard against which to measure our security position.
- Developed enterprise Security and Access Control Standards.
- Provide monthly vulnerability, SEP adoption, patching and risk reports
- Established monthly Information Security Operational Reviews to review operational reports, trends, threats, incidents and advance standards for Engineering and DOIT
- Defined Data Loss Prevention strategy
- Participated in the development of SDL. Guiding SDL training & operationalizing
- Developed Security Capability Roadmap
- Defining PEN testing strategy / approach
- Outlining Security Awareness Training Plan


All activities and milestones against 2H2017 Work Goal 2: Drive "Path to Great Products" & Technology Excellence" are substantially complete. See details below.

2.1 Utilize relevant SWI products (deploy release candidates) and provide meaningful feedback
- DOIT utilizes 26 of the 30 DOIT needed/relevant SWI Products.
  - o   Building plan for InfoSec to use MSP products: Risk Intelligence, Remote Control, Bitdefender
  - o   Reviewing business impact of AppOptics rather than New Relic, assessing timing for migration
- Regularly installed RCs and provide feedback back to Engineering.
  - o   2017 RC installs: VMAN, NTA, DPA, NPM 12.1 RC1, NPM-12.1.0-RC3, SAM 6.4RC1, SAM 6.4RC2/3, AppOptics beta, Pingdom RUM beta, Papertrail velocity charts

2.2 Provide collaboration solution(s) to enable knowledge sharing and driving toward common practices and tools
- Launched a collaboration tool assessment and produced a standardization / rationalization recommendation.
  - Rationalize from 14 tools to 4 standard solutions
  - Standardize around O365, G-Suite, WebEx
  - Put governance in place for Slack. Move sensitive / essential channels to managed enterprise version.
- Work underway to deploy O365. Target Q2 rollout

2.3 Enhance user experience of IT end users and drive additional self sufficiency
- Implemented bi-directional mail forwarding and calendar interop between G Suite & O365
- DOIT DevOps published Dev IT Service Catalog on a portal and created self-service portal for Private Cloud provisioning and management

- Enterprise Telephone infrastructure upgrade is underway which will provide advanced call queuing, SFDC integration, custom call-back, integrated video teleconferencing and address known call routing/dropping and jabber phone issues.
- Audio Visual upgrades in conference room and executive offices also contribute to improved IT user experience
- Completed enterprise wide MS Office 2016 upgrade
- Planning underway around multiple IT End User Support (EUS)
- O365 deployment is underway which seeks to improve user experience and self sufficiency

2.4 Create Product Security "Council" / Define Security Approach and Tools
- See response in 1.6

All activities and milestones against 2H2017 Work Goal 3: "Leverage SWI Scale & Synergies" are substantially complete. See details below.

3.1 Drive essential business projects to completion
- Completed 53 Major Projects in 2017. 35 completed in 2H 2017.
  - 2017 Project List / Status: https://solarwinds.sharepoint.com/sites/DOIT/_layouts/15/guestaccess.aspx?guestaccesstoken=FbxIf%2FoZOk3%2BfkG5YsB98fl2jyGuhCbroXm9EEZ0Ges%3D&docid=2_1530a9a4df0b244eda47ccf0d2d87657a&rev=1&e=3rpFsD

3.2 Lead enterprise GDPR Readiness
- Established a GDPR program, identified team, goals and timeline
- Engaged a compliance consulting firm to assess our data privacy practices and provide remediation guidance
- Designed process changes, guided new data privacy / security standards, and procurement requirements
- Guided the design and implementation of an automated service to request, manage, and audit the fulfillment of personal data privacy requests
- Published readiness statements on our corporate websites
- Drafted GDPR communication, training and audit plans. Overseeing execution.
- Auditing vendor readiness
- Positioned to be GDPR Ready prior to the May 25, 2018 effective date

3.3 Develop and leverage automation tools to increase efficiency and self service

- DOIT Dev/Web Ops automation tools are now performing 1000's of scripts/orchestrations a day through multiple platforms. This includes a wide variety of tasks such as GDPR verification, application deployment, and product builds.
- The SAM pilot enables the engineering team to perform tasks in a single month equivalent to 5000 hrs of wait time and 400 hours of work by an IT engineer.
- Team has built a foundation with ties into the hybrid cloud and orbit testing framework that should produce scale testing over the next year that will support scalability testing

3.4 Optimize spend through contract negotiations and application/service rationalization.
- See response in 1.2

3.5 Implement Run Book Automation
- See response in 3.2
- Planning underway for Biz Apps and ITSM run book & test automation

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                    SW-SEC00259616

3.6 Institute Program Management Office (PMO) to align IT & Business Applications Teams
- Developed a DOIT project delivery practice (IT, IS, BA) including project authorization, portfolio management, monthly reporting, standard KPIs, delivery performance analytics, and high level capacity management.
  - 2017 Project Metrics (stats & graphs tab): https://solarwinds.sharepoint.com/sites/DOIT/_layouts/15/guestaccess.aspx?guestaccesstoken=FbxIf%2FoZOk3%2BfkG5YsB98fI2jyGuhCbroXm9EEZ0Ges%3D&docid=2_1530a9a4df0b244eda47ccf0d2d87657a&rev=1&e=3rpFsD

3.7 Implement Operational Dashboard w/metrics & SLA's (IT Service Dashboard)
- Established SLOs / KPIs and Published operational dashboards:
  - Web Ops
  - Dev Ops
  - Project Delivery
  - InfoSec Operations
- Developing ITSM SLOs.
- Defined RPO / RTO targets for Infrastructure team

3.8 Implement enterprise DLP Program
- Defined Data Loss Prevention strategy including CASB, RBAC, Firewalls, SIEM, Security Analytics, Backup / Recovery capabilities. Established advisory team to lead CASB deployment. Attained advisory team approval / advocacy to move forward. Deployed Netskope pilot. Netskope enterprise roll out planned for 1H 2018.


All activities and milestones against 2H2017 Work Goal 4: "Develop High Performance Team Culture" are substantially complete. See details below.

4.1 Develop MSP staffing review and personnel strategy, including: assessment of competencies, work allocations, site strategy, professional growth plans
- In October 2017, Biz Apps redesigned the MSP org model (approved by MSP GM). Model changes included moving existing resources from management to individual contributor roles, hiring new Development and QA Manager, bringing on billing expertise, building an offshore capability in Manila, and restructuring the development/test scrum teams. Joel Kemmerer continues to refine this strategy in support of business objectives.

4.2 Evaluate career paths / growth opportunities for IT staff
- In July 2017, DOIT completed the People Planning and HPTS assessment, identifying future potential promotions and succession and contingency plans, and provided insight into attrition / termination risks.
- Additionally IT Ops refreshed the teams' role based career paths and will be reviewed with staff in Q1 2018.

4.3 Expose IT's 2's and 3's to PMM, TS&A, DevOps and Project Management work and senior leadership
- Several of the identified 2's and 3's are working with PMM on Product Feedback, TS&A on DOIT DevOps technical planning and are leading projects where they are directly engage with senior leadership.


Development Goal 1: Outline DOIT plan to sure up deficiencies that may affect IPO valuation / readiness

- Identified the following shortcomings that may affect IPO valuation / readiness. Work is underway to bolster by 2019.
    - Identity and Access Management
    - Asset Management
    - Application Sprawl
    - Billing System Consolidation
    - Security Standards

Development Goal 2: Develop Acquisition Run Book
- Developed and utilized run book for Spam Experts Acquisition. Reviewed lessons learned and revising run book for Loggly integration.

New Standard Development: Developed multiple new standards including:
- DOIT Project Justification Template / Authorization Process
- DOIT Project Status Update
- DOIT Project Portfolio List
- SWI Enterprise Security Guidelines
- SWI Enterprise Access Controls Guidelines
- 3rd Party Vendor Software Security Requirements
- Cyber Incident Response Plan
- SWI Enterprise Business Continuity Plan
- SWI Data Retention Guidelines
- SWI Data Classification Guidelines

Operationalizing New Standards / Requirements: Effectively design new standards / requirements to match the maturity, aptitude and change appetite aptitude of the impacted audience. Effectively design rollout and communication to optimize for acceptance.

Top 2 Areas for Development & Examples
Sales & Marketing Automation: Need more in depth understanding our sales and marketing automation tools, integrations, the business processes / motions they support.
Product Knowledge: Need to continue learn SW products and competitive landscape to increase DOIT utilization and provide impactful product feedback.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                         SW-SEC00259618