# Exhibit 27

SW-SEC00302323

# 1 Leverage scale & synergies to optimize operations and drive technical differentiation

1.1 Continue to drive operational excellence within existing DOIT
1.2 Establish G&A Systems Council to ensure proper prioritization and funding of critical systems activities
1.3 Create additional platforms to share and leverage technology best practices across the company (e.g. SolarWinds.io, Technology Forum, etc.)
1.4 Drive Unexpected Simplicity and Unified Experience for portfolio products
1.5 Create consistent security practices and policies that can be shared across the organization. Share vulnerability and threat intel, Security operations best practices, measurement and monitoring. Create a loosely coupled global security operations function that works across core, msp and cloud.

# 2 Drive Technology & Systems Excellence

2.1 Proactively manage and measure the security risk for the company. Drive the consolidation of tools utilized for secure code development and security operations. Provide global measurement and monitoring of overall security risk. Drive remediation architecture and design to reduce the risk
2.2 Drive consolidation of practices and tools across the business
2.3 Focus on activities that help us SCALE – Empowering Engineers, raising the bar on what "SolarWinds Engineering" means, increased efficiency, functional modularity, etc.

# 3 Provide Technology & Security Strategy and Agility to Innovate

3.1 Drive a security by design process in everything we do. This includes development, operations, architecture, sales, support, marketing, etc. Innovate in our ability to design, detect, respond and recover
3.2 Continue to support Corporate & Business Development activities
3.3 Continue to improve security posture (e.g. SDL, Product Scorecards, etc.) and adoption of industry regulations (e.g. GDPR, NIST, etc.)
3.4 Provide path for products to be leveraged in multiple RTM's

# 4 Develop High Performance Team Culture

4.1 Focus on team member growth & satisfaction (e.g. improvements in HPTS, utilization of R4R, utilization of proper communication channels, etc.)

4.2 Develop security skills, threat intelligence knowledge, security by design and product knowledge. Continue to build the team's skills by self-learning, internal training, conferences, peer sessions and product specific training. Create opportunities for the team to take on new challenges, new projects and grow their overall skill set

Work Goal 1
Leverage SWI Scale & Synergies 3.1 Drive essential business projects to completion 3.2 Lead enterprise GDPR Readiness 3.3 Develop and leverage automation tools to increase efficiency and self service 3.4 Optimize spend through contract negotiations and application/service rationalization. 3.5 Implement Run Book Automation 3.6 Institute Program Management Office (PMO) to align IT & Business Applications Teams 3.7 Implement Operational Dashboard w/metrics & SLA's (IT Service Dashboard) 3.8 Implement enterprise DLP Program

# 1 Leverage scale & synergies to optimize operations and drive technical differentiation

1.1 Continue to drive operational excellence within existing DOIT

**Drove 30 business projects to completion in 1H 2018 including:**

| No. | Priority | Exec Dept | Project Name |
|---|---|---|---|
| 1 | High | DOIT | General Data Protection Regulation (GDPR) Compliance |
| 2 | High | DOIT | Enterprise Telephone System/ Infrastructure Upgrade |
| 4 | High | Cloud | Cloud Technology Platform Assessment / Standardization Recommendation |
| 6 | High | Core IT | Enable Selling Backup to Core IT |
| 8 | High | DOIT | O365 Phase 1: Hybridization of Environment |
| 9 | High | DOIT | Enterprise Security Assessment & Remediation |
| 13 | High | MSP | MSP Consolidated Pricing-New Customer & Per Product |
| 14 | High | MSP | Contacts and Roles - (RMM) |
| 15 | High | Engineering | Build Engineering Optimization |
| 18 | High | Core IT | Q1 2018 Core IT Price Increase |
| 20 | High | Core IT | Product Upgrade Advisor Change for Falcon Installer |
| N/A | High | Core IT | Enable Orion Log Manager product launch |
| 20 | Medium | MSP | eComm UX Redesign |
| 21 | Medium | Finance | NetSuite Multi-book |
| 22 | Medium | Engineering | Engineering Private Cloud Buildout |
| 25 | Medium | Core IT | Auto Renewal Phase II |
| 26 | Medium | DOIT | Data Loss Prevention |
| 27 | Medium | MSP | Pendo /SFDC Integration (RMM) |
| 27 | Medium | DOIT | O365 Phase 3: Product Suite Deployment |
| 28 | Medium | Eng | Engineering Tools Assessment / Recommendation |
| 34 | Medium | Eng | JIRA Migration & Upgrade |

```
35      Medium          DOIT    Application Service Redundancy  (Business Continuity)
35      Medium          DOIT    Security Patching of Unmaintained Properties
37      Medium          MSP     MSP Engineering JIRA Consolidation
37      Medium          Finance         NetSuite Upgrade, 2018 V1
37      Medium          DOIT    Austin Systems Architecture Refresh
39      Medium          Core IT         IPV6 Web Property Compliance
40      Low     DOIT    Voice Redundancy Optimization
42      Low     Core IT         SQL Server 2016 Upgrade (Data Warehouse)
49      Low     DOIT    SIP Consolidation
```

## 1.2  Establish G&A Systems Council to ensure proper prioritization and funding of critical systems activities

Established Monthly Cloud Reviews and leverage bi-monthly G&A Synch, Core IT, MSP reviews and KBT 1:1 to review project authorization / validate prioritization of the DOIT project portfolio. Publish monthly business specific and enterprise portfolios to ensure transparency.

## 1.3  Create additional platforms to share and leverage technology best practices across the company (e.g. SolarWinds.io, Technology Forum, etc.)

Extended asset management / application rationalization practice to the enterprise. Led engineering tool rationalization effort to standardize around source control, issue tracking and wiki solutions. Partnered with marketing stakeholders to rationalize tools. Led Cloud rationalization strategy to standardize around sales CRM, marketing automation, and customer support platforms.

## 1.4  Drive Unexpected Simplicity and Unified Experience for portfolio products

Rapidly utilized and migrated to newly acquired/developed SolarWinds products including AppOptics, MAXMail, Loggly. Provided meaningful feedback to inform PMM staff.

## 1.5  Create consistent security practices and policies that can be shared across the organization.  Share vulnerability and threat intel, Security operations best practices, measurement and monitoring.  Create a loosely coupled global security operations function that works across core, msp and cloud.

Established SWI Enterprise Security Guidelines and Access Controls Guidelines. Published SolarWinds Privacy Statement and 3rd Party Vendor Software Security Requirements. Updated Cyber Incident Response Plan and documented SWI Data Retention Guidelines and SWI Enterprise Business Continuity Plans.

Provide monthly vulnerability, SEP adoption, patching and risk reports . Facilitate monthly Information Security Operational Reviews, to share trends, threats, incidents and advance standards for Engineering and DOIT. Deployed Netskope Data Loss Prevention solution. Participated in the development of SDL and enterprise wide training efforts.

Successfully planned and executed the Company's GDPR readiness efforts (data privacy and security) under budget and in advance of the May 25, 2018 effective date.

| | | | |
|---|---|---|---|
| Continue to drive operational excellence within existing DOIT (Development, Operations & IT) and GPF (Global Product Functions) organizations | Rani | Identify $150k/year of annualized cost savings based on current expenditures. | IT |
| | Rani | Deliver project portfolio, with particular attention to high-profile projects, including: GDPR, Billing Consolidation Roadmap, Backup to Core IT, RevRec Compliance, Pendo Integration, and MSP Marketing Data Attribution. | |
| Establish Architecture, UX & Engineering Operations organization to 1) centralize operational activities that burden engineering management, 2) drive best practices and 3) successfully run programs that must impact all business units | | | |
| Establish G&A Systems Council to ensure proper prioritization and funding of critical systems activities | Rani | | |
| Create additional platforms to share and leverage technology best practices across the company (e.g. SolarWinds.io, Technology Forum, etc.) | Rani | Extend software rationalization efforts to Enterprise. | IT |
| Drive Unexpected Simplicity and Unified Experience for portfolio products | Rani | Drive adoption of SolarWinds portfolio products and establish structured feedback mechanism. | IT |
| Create consistent security practices and policies that can be shared across the organization. Share vulnerability and threat intel, Security operations best practices, measurement and monitoring. Create a loosely coupled global security operations function that works across core, msp and cloud. | Rani | Continue to roll out SDL training and activities. Define internal risk prioritization to be used across organization | Security |
| | | Build out an Information Security collaboration portal to share published security standards and practices. Establish dynamic content around vulnerability and security trends and make these available across all business units | Security |
| | | | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

## 2 Drive Technology & Systems Excellence

### 2.1 Proactively manage and measure the security risk for the company. Drive the consolidation of tools utilized for secure code development and security operations. Provide global measurement and monitoring of overall security risk. Drive remediation architecture and design to reduce the risk

Established Information Security SharePoint site. Published list of available security capabilities / tools. As part of GDPR, completed global security assessment for all products and internal information systems. Established risk register to track any un-remediated risks through resolution. Piloted and selected Checkmarx as enterprise tool for secure application development; rollout is in progress. Updated security incident classification to improve standardization in security operation risk. Information Security team maintains / publishes real-time data on security trends, threats, and SWI incidents trends. Developing approach for PEN testing. Building plan to further tool standardization. Completed the O365 rollout, improving data security, remote management services and meta-data tagging.

### 2.2 Drive consolidation of practices and tools across the business

Executing engineering tool rationalization effort to standardize around source control, issue tracking and wiki solutions. Leading Cloud rationalization strategy to standardize around sales CRM, marketing automation, and customer support platforms. Executing billing system migration to consolidation billing systems. Completed MaxMail migration from in Product to Zoura. Initiated O365 Rollout to enable standardization of collaboration solutions.

### 2.3 Focus on activities that help us SCALE – Empowering Engineers, raising the bar on what "SolarWinds Engineering" means, increased efficiency, functional modularity, etc.

Successfully completed multiple projects that help SCALE and increase engineering efficiency including:
2      Enterprise Telephone System/ Infrastructure Upgrade
15     Build Engineering Optimization
22     Engineering Private Cloud Buildout
34     JIRA Migration & Upgrade
35     Application Service Redundancy (Business Continuity)
37     MSP Engineering JIRA Consolidation
37     Austin Systems Architecture Refresh
40     Voice Redundancy Optimization
49     SIP Consolidation

**Additionally** the MSP BizApps has successfully deployed offshore capabilities; onboarding 6 FTES in Manila and added 9 contract resources through SoftServe in the Ukraine.

## 3 Provide Technology & Security Strategy and Agility to Innovate

3.1 Drive a security by design process in everything we do.  This includes development, operations, architecture, sales, support, marketing, etc.  Innovate in our ability to design, detect, respond and recover

Please reference 1.5 and 2.1

3.2 Continue to support Corporate & Business Development activities

Developed DOIT acquisition integration playbook. Tested and refined playbook with Loggy integration.

3.3 Continue to improve security posture (e.g. SDL, Product Scorecards, etc.) and adoption of industry regulations (e.g. GDPR, NIST, etc.)

Please reference 1.5 and 2.1

## 4 Develop High Performance Team Culture

4.1 Focus on team member growth & satisfaction (e.g. improvements in HPTS, utilization of R4R, utilization of proper communication channels, etc.)

Redesigned Business Applications functional allocation to align with growing business needs and new leadership expectations.. Executed MSP Biz Appls staffing / site strategy plan to support variable demand.

Completed the People Planning and HPTS assessment, identifying future potential promotions and succession and contingency plans, and provided insight into attrition / termination risks. • Refreshed the IT teams' role based career paths

DevOps and Project Management work and senior leadership • Several of the identified 2's and 3's are working with PMM on Product Feedback, TS&A on DOIT DevOps technical planning and are leading projects where they are directly engage with senior leadership.

4.2  Develop security skills, threat intelligence knowledge, security by design and product knowledge.  Continue to build the team's skills by self-learning, internal training, conferences, peer sessions and product specific training.  Create opportunities for the team to take on new challenges, new projects and grow their overall skill set

| | | | |
|---|---|---|---|
| Create and deliver training content that will complement our corporate incident response plan, processes, and procedures. | Security | Brown, Quitugua | Create a playbook for IR tabletop exercises. |
| Develop automation for server upgrades | IT | Matthews | Establishment of tooling to upgrade at least one web property. |
| Develop automation for end user systems | IT | Taylor | SCCM (or other) tooling set up and tested for automation of end user application deployment. |
| Work with business units to define a recurring cadence by which to test their ability to detect, respond, and recover from a security event. | Security | Brown, Quitugua | SDL training complete and definition of risk prioritization complete |
| Develop Innovation Roadmap | IT | Matthews, Cline, Taylor | Creation of roadmap. |
| Evolve Architecture group engagement model and assignment of Architects to domains or projects. | | Brian | Build staffing model to assign architects to domains/assets and process for when/how to engage Architect in an initiative. |

Work Goal 4
Develop High Performance Team Culture 4.1 Develop MSP staffing review and personnel strategy, including: assessment of competencies, work allocations, site strategy, professional growth plans 4.2 Evaluate career paths / growth opportunities for IT staff 4.3 Expose IT's 2's and 3's to PMM, TS&A, DevOps and ProjMgmt work and senior leadership

Development Goal 1
Outline DOIT plan to sure up decencies that may affect IPO valuation / readiness

Development Goal 2
Develop Acquisition Run Book

Work Goal Achievement Summary
All activities and milestones against 2H2017 Work Goal 1: Establish and Drive Information Technology Standards are substantially complete. See details below. 1.1 Define IT service catalog including IT supported systems and applications, Identify portfolio synergies and gaps

AND 1.2 Inventory all MSP applications and build application rationalization strategy and roadmap • Completed inventory of enterprise wide IT service services • Defined service list (currently published internally for use by DOIT / Procurement only) • Established IT Asset Management Program (including annual Rationalization Plans) • 2017 Rationalization Accomplishments: o Collaboration Tools: Work underway to deploy O365 and rationalize from 14 tools to 4 standardize solutions. O365, G-Suite, WebEx, Slack o Billing Systems: Work underway to rationalize from 13 billing systems to 3 standard platforms. NetSuite, Zuora, Chargify o Phone System. Work underway to upgrade aging infrastructure and consolidate 4 systems to a single global platform. Provides advanced call queuing, SFDC integration o Telecom Contracts. Negotiated global contract with ATT. Migrated and renegotiated DIA services for $95k annual savings. Negotiated $104k in additional credits 1.3 Establish IT governance to ensure the effective allocation of IT resources • Established enterprise wide IT Project Governance to ensure strategic Alignment and appropriate Prioritization • Prioritize projects based on weighted evaluation criteria that align with business objectives • Review priorities with business leaders in MBRs / QBRs • Publish stack ranked portfolio to provide transparency • Defined process for Project Authorization to ensure process compliance including requirements for project Justification and Executive Sponsorship • Defined Root Cause Analysis (RCA) process and templates for service disruptions 1.4 Establish governance model for shared (and sharable) IT services. Build Centers of Excellence (CoE) to improve leverage of enterprise IT investments. • Established SFDC Governance model and functional teams o Data Management Team (weekly) to proactively improve quality and usefulness of our SFDC data (i.e. manage introduction / removal of fields, changes to picklist values, mass data updates). o Architectural Team (monthly) to assess opportunities to achieve cross business unit SFDC instance leverage and efficiencies (also reviews information security, introduction/removal of data objects and relationships, introduction/upgrade of managed/unmanaged applications and APIs) o Functional Team (as required) to review and approve change and disseminate information (i.e. changes to workflow and process, screen layouts, permissions/ownership) • Established Marketing Governance model and functional team o Bi-weekly meeting of the 3 BU Marketing/Demand Generation teams to assess opportunities to achieve cross business alignment, leverage efficiencies and address information security / data privacy concerns 1.5 Establish enterprise Security Standards • Defined and published the following new security standards: o SWI Enterprise Security Guidelines o SWI Enterprise Access Controls Guidelines o 3rd Party Vendor Software Security Requirements o Cyber Incident Response Plan o SWI Enterprise Business Continuity Plan o SWI Data Retention Guidelines o SWI Data Classification Guidelines o Acceptable Use (Technology) Guidelines for Global Employee Handbook • Additionally drafted and externally published: o SolarWinds Security Statement (NDA and non-NDA) o SolarWinds Privacy Statement 1.6 Strengthen security position – internally and for SWI MSP products • Led enterprise wide security / data privacy assessment (GDPR gap analysis) and remediation • Established enterprise wide Cyber Incident Response Plan and trained relevant staff • Inventoried and expanded use of security capabilities / tools • Established NIST framework as the standard against which to measure our security position. • Developed enterprise Security and Access Control Standards. • Provide monthly vulnerability, SEP adoption, patching and risk reports • Established monthly Information Security Operational Reviews to review operational reports, trends, threats, incidents and advance standards for Engineering and DOIT • Defined Data Loss Prevention strategy • Participated in the development of SDL. Guiding SDL training & operationalizing • Developed Security Capability

Roadmap • Defining PEN testing strategy / approach • Outlining Security Awareness Training Plan All activities and milestones against 2H2017 Work Goal 2: Drive "Path to Great Products" & Technology Excellence" are substantially complete. See details below. 2.1 Utilize relevant SWI products (deploy release candidates) and provide meaningful feedback • DOIT utilizes 26 of the 30 DOIT needed/relevant SWI Products. o Building plan for InfoSec to use MSP products: Risk Intelligence, Remote Control, Bitdefender o Reviewing business impact of AppOptics rather than New Relic, assessing timing for migration • Regularly installed RCs and provide feedback back to Engineering. o 2017 RC installs: VMAN, NTA, DPA, NPM 12.1 RC1, NPM-12.1.0-RC3, SAM 6.4RC1, SAM 6.4RC2/3, AppOptics beta, Pingdom RUM beta, Papertrail velocity charts 2.2 Provide collaboration solution(s) to enable knowledge sharing and driving toward common practices and tools • Launched a collaboration tool assessment and produced a standardization / rationalization recommendation. • Rationalize from 14 tools to 4 standard solutions • Standardize around O365, G-Suite, WebEx • Put governance in place for Slack. Move sensitive / essential channels to managed enterprise version. • Work underway to deploy O365. Target Q2 rollout 2.3 Enhance user experience of IT end users and drive additional self sufficiency • Implemented bi-directional mail forwarding and calendar interop between G Suite & O365 • DOIT DevOps published Dev IT Service Catalog on a portal and created self-service portal for Private Cloud provisioning and management • Enterprise Telephone infrastructure upgrade is underway which will provide advanced call queuing, SFDC integration, custom call-back, integrated video teleconferencing and address known call routing/dropping and jabber phone issues. • Audio Visual upgrades in conference room and executive offices also contribute to improved IT user experience • Completed enterprise wide MS Office 2016 upgrade • Planning underway around multiple IT End User Support (EUS) • O365 deployment is underway which seeks to improve user experience and self sufficiency 2.4 Create Product Security "Council" / Define Security Approach and Tools • See response in 1.6 All activities and milestones against 2H2017 Work Goal 3: "Leverage SWI Scale & Synergies" are substantially complete. See details below.

3.1 Drive essential business projects to completion • Completed 53 Major Projects in 2017. 35 completed in 2H 2017. o 2017 Project List / Status: https://solarwinds.sharepoint.com/sites/DOIT/_layouts/15/guestaccess.aspx?guestaccesstoken=FbxIf%2FoZOk3%2BfkG5YsB98fI2jyGuhCbroXm9EEZ0Ges%3D&docid=2_1530a9a4df0b244eda47ccf0d2d87657a&rev=1&e=3rpFsD 3.2 Lead enterprise GDPR Readiness • Established a GDPR program, identified team, goals and timeline • Engaged a compliance consulting firm to assess our data privacy practices and provide remediation guidance • Designed process changes, guided new data privacy / security standards, and procurement requirements • Guided the design and implementation of an automated service to request, manage, and audit the fulfillment of personal data privacy requests • Published readiness statements on our corporate websites • Drafted GDPR communication, training and audit plans. Overseeing execution. • Auditing vendor readiness • Positioned to be GDPR Ready prior to the May 25, 2018 effective date 3.3 Develop and leverage automation tools to increase efficiency and self service • DOIT Dev/Web Ops automation tools are now performing 1000's of scripts/orchestrations a day through multiple platforms. This includes a wide variety of tasks such as GDPR verification, application deployment, and product builds. • The SAM pilot enables the engineering team to perform tasks

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                                           SW-SEC00302331

in a single month equivalent to 5000 hrs of wait time and 400 hours of work by an IT engineer. • Team has built a foundation with ties into the hybrid cloud and orbit testing framework that should produce scale testing over the next year that will support scalability testing 3.4 Optimize spend through contract negotiations and application/service rationalization. • See response in 1.2 3.5 Implement Run Book Automation • See response in 3.2 • Planning underway for Biz Apps and ITSM run book & test automation 3.6 Institute Program Management Office (PMO) to align IT & Business Applications Teams • Developed a DOIT project delivery practice (IT, IS, BA) including project authorization, portfolio management, monthly reporting, standard KPIs, delivery performance analytics, and high level capacity management. o 2017 Project Metrics (stats & graphs tab): https://solarwinds.sharepoint.com/sites/DOIT/_layouts/15/guestaccess.aspx?guestaccesstoken=FbxIf%2FoZOk3%2BfkG5YsB98fI2jyGuhCbroXm9EEZ0Ges%3D&docid=2_1530a9a4df0b244eda47ccf0d2d87657a&rev=1&e=3rpFsD 3.7 Implement Operational Dashboard w/metrics & SLA's (IT Service Dashboard) • Established SLOs / KPIs and Published operational dashboards: o Web Ops o Dev Ops o Project Delivery o InfoSec Operations • Developing ITSM SLOs. • Defined RPO / RTO targets for Infrastructure team 3.8 Implement enterprise DLP Program • Defined Data Loss Prevention strategy including CASB, RBAC, Firewalls, SIEM, Security Analytics, Backup / Recovery capabilities. Established advisory team to lead CASB deployment. Attained advisory team approval / advocacy to move forward. Deployed Netskope pilot. Netskope enterprise roll out planned for 1H 2018. All activities and milestones against 2H2017 Work Goal 4: "Develop High Performance Team Culture" are substantially complete. See details below. 4.1 Develop MSP staffing review and personnel strategy, including: assessment of competencies, work allocations, site strategy, professional growth plans • In October 2017, Biz Apps redesigned the MSP org model (approved by MSP GM). Model changes included moving existing resources from management to individual contributor roles, hiring new Development and QA Manager, bringing on billing expertise, building an offshore capability in Manila, and restructuring the development/test scrum teams. Joel Kemmerer continues to refine this strategy in support of business objectives. 4.2 Evaluate career paths / growth opportunities for IT staff • In July 2017, DOIT completed the People Planning and HPTS assessment, identifying future potential promotions and succession and contingency plans, and provided insight into attrition / termination risks. • Additionally IT Ops refreshed the teams' role based career paths and will be reviewed with staff in Q1 2018. 4.3 Expose IT's 2's and 3's to PMM, TS&A, DevOps and Project Management work and senior leadership • Several of the identified 2's and 3's are working with PMM on Product Feedback, TS&A on DOIT DevOps technical planning and are leading projects where they are directly engage with senior leadership.

Development Goal 1: Outline DOIT plan to sure up deficiencies that may affect IPO valuation / readiness • Identified the following shortcomings that may affect IPO valuation / readiness. Work is underway to bolster by 2019. o Identity and Access Management o Asset Management o Application Sprawl o Billing System Consolidation o Security Standards Development Goal 2: Develop Acquisition Run Book • Developed and utilized run book for Spam Experts Acquisition. Reviewed lessons learned and revising run book for Loggly integration.

Top 2 Strengths & Examples
New Standard Development: Developed multiple new standards including: • DOIT Project Justification Template / Authorization Process • DOIT Project Status Update • DOIT Project Portfolio List • SWI Enterprise Security Guidelines • SWI Enterprise Access Controls Guidelines

• 3rd Party Vendor Software Security Requirements • Cyber Incident Response Plan • SWI Enterprise Business Continuity Plan • SWI Data Retention Guidelines • SWI Data Classification Guidelines Operationalizing New Standards / Requirements: Effectively design new standards / requirements to match the maturity, aptitude and change appetite aptitude of the impacted audience. Effectively design rollout and communication to optimize for acceptance.

Top 2 Areas for Development & Examples
Sales & Marketing Automation: Need more in depth understanding our sales and marketing automation tools, integrations, the business processes / motions they support. Product Knowledge: Need to continue learn SW products and competitive landscape to increase DOIT utilization and provide impactful product feedback.

**Attachments**

- _DOITFY2017 Goals 2H17.xlsx

## Manager Comments and Rating

Goal 1 Rating
Solid Contribution

Goal 2 Rating
Solid Contribution

Goal 3 Rating
Exceeds

Goal 4 Rating
Exceeds

Top 2 Strengths & Examples
Rani is one of the most prepared and program-focused executives I have met. This enables her to get the team focused on delivery and run operations at a very high performance level. She also has the ability to push organizations to improve respectfully, but fearlessly. Rani is also to coaching and continues to learn/improve (i've seen improvement even in the last 7 months).

Top 2 Areas for Development & Examples
As Rani stated, Sales & Marketing is a department that needs additional attention from DOIT and she can use more product knoweldge, but I don't necessarily see these as a personal development area for Rani. What I have witnessed is that Rani sometimes gets involved too deep in the details as she does not want to see any failure in the organization (which I can understand). My fear here is that this could prevents her management from growth opportunities (where sometimes they need to figure things out for themselves) and I absolutely believe Rani can add most value at the executive level. I would like Rani to find more balance on when she gets involved in the details vs. spending that time focusing more on high-level initiatives. One of the ways Rani can do this to "ASK and be PATIENT" more and "DO" less at the detail level. So understand the details, but ask and be patient :).

Overall Review

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                          SW-SEC00302333

For 2H17, I believe Rani has exceeded expectations and goals. She only joined us in the latter part of 1H17, but quickly on-boarded, earned the trust of the organization (DOIT, G&A, Executive Staff) and proceeded to improve the DOIT organization (reorganizations, become deliver-focused, help across all organizations, etc.). She also did a fantastic job bringing in the Portal and MSP organizations and on-board SPAMExperts and Loggly companies. She also took on "owning" the GDPR activities as well as Security for the company, I expect Rani to continue expanding her impact across the SolarWinds organization through governing of G&A related system decisions and projects and more involved in FY18 initiatives like ITDM and product direction.

Overall Rating
Exceeds

Create Adobe PDF version

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS       SW-SEC00302334