# Exhibit 29

**Excerpts of SW-SEC00648038**

| solarwinds | | Evaluation of ITGC Deficiencies | |
|---|---|---|---|
| | | | |
| Prepared by | Reviewed by | Date | Period-end |
| Internal Audit / KPMG | Bart Kalsu, EVP, CFO | 02/23/2020 | 12/31/2020 |

**Purpose**

This memo is intended to summarize management's evaluation of the severity of the IT general control deficiencies identified in SolarWinds Inc.'s (the Company) internal control over financial reporting (ICFR) as of December 31, 2020 (FY 2020) for consideration in the determination of the effectiveness of ICFR disclosed by management in Item 9A of Form 10-K, with particular focus on the ICFR implications of the cybersecurity event identified during FY 2020

Management is required to evaluate the severity of a deficiency in ICFR by considering whether there is a reasonable possibility that the entity's ICFR will fail to prevent or detect a material misstatement of the financial statement amount or disclosure; and the magnitude of the potential misstatement resulting from the deficiency[1]. The 2013 COSO Framework also requires management to assess the severity of identified control deficiencies[2]. Management utilized a six step process to identify and evaluate internal control deficiency/(ies). Considerations related to each step in that process are documented below.

**Step 1 -- Describe the control deficiency**

The Company's environment was compromised through a sustained series of malicious activities which resulted in inappropriate access to certain privileged and generic accounts. These activities resulted in unintended authentication by outside threat actors to SolarWinds' IT systems. As a result, the following design deficiencies were identified, :

- Lack of adequate preventative and/or detective authentication controls over domain administrator accounts to restrict access to financial reporting infrastructures to only approved and authorized users
- Lack of adequate preventative and/or detective authentication controls over user accounts to restrict access to financial reporting systems to only approved and authorized users

Through management's event investigation / analysis efforts, management noted that certain accounts were associated with Indicators of Compromise (IOC), such that all activity performed by these accounts was not assured of being performed as intended by the authorized account user. These accounts included certain Window administrative accounts (5), a generic service account (1), a generic email account (1), and certain user accounts (4). An additional impact was noted where the 1 compromised email account was able to view the email activity of 71 additional users. However, none of these user accounts were specifically accessed through compromised credentials.

Based on the identification of these compromised user id's, management concluded that the attributes lacked specificity in the designed control to effectively protect financial systems from perimeter cyber

[1] 17 CFR Part 241, Commission Guidance Regarding Management's Report on Internal Control over Financial Reporting Under Section 13(a) or 15(d) of the Securities and Exchange Act of 1934, p. 35

[2] COSO Internal Control-Integrated Framework (2013). See principle 17

- modified configurations, report structures, or underlying data as it relates to the completeness and accuracy of IPE
- unauthorized transaction approvals
- access to modify wire-related access (including the ability to setup or modify vendors) was changed

The specific business controls considered in this analysis are available below (See ***Appendix B***). Specific consideration of how these controls impact specific risks is available in the detailed testing found in the various analysis packages.

***Material Weakness Considerations***

Our evaluation of the severity of the deficiency considered the indicators of a material weakness in AS 2201.69:

- Identification of fraud, whether or not material, on the part of senior management;
  - *Through the course of management's investigation of the cybersecurity event, there is no indication of fraud on the part of management associated with this event.*
- Restatement of previously issued financial statements to reflect the correction of a material misstatement;
  - *There has been no identified financial statement misstatement as a result of the cybersecurity event.*
- Identification by the auditor of a material misstatement of financial statements in the current period in circumstances that indicate that the misstatement would not have been detected by the company's internal control over financial reporting; and
  - *Our external auditor has not identified any material misstatements in the current period audit.*
- Ineffective oversight of the company's external financial reporting and internal control over financial reporting by the company's audit committee.
  - *The audit committee has exhibited effective oversight of ICFR*

Based on our assessment of the ineffective ITGCs related to the cyber incident as discussed in Step 1, we assess that these control deficiencies rise to the level of significant deficiency.

**Step 6 – Aggregate similar deficiencies and evaluate the aggregated deficiencies for severity**

We note the nature of this deficiency at the ITGC level was exposed by and is unique to the cybersecurity event and is likely the result of a control failure that is not typically within the scope of an audit of ICFR. With regard to the FY20 assessment of internal controls, internal audit identified 8 deficiencies related to ITGC operating effectiveness and 3deficiencies related to design effectiveness. While these deficiencies are not related to the root cause of the cybersecurity event, management considered the potential risk associated with aggregating these deficiencies (See ***Appendix C***). For purposes of this evaluation, we noted that the following design deficiency should be aggregated with the deficiencies described in this memo:

- Lack of adequate preventative and/or detective controls over generic accounts to restrict access to financial reporting systems to only approved and authorized users; and,

**Overall Conclusion**

Management concluded that an internal control ***significant deficiency*** exists in aggregate for 1) authentication and 2) management of generic accounts, and therefore merits attention by those charged with oversight of the company's financial reporting.

**Other Considerations**

***Timing***

We note the cybersecurity event was discovered late in the Company's fiscal year and the investigation into the event is on-going. As of the date of this memo, management believes it has sufficient information in order to assess the impact on ICFR and its financial statements, including disclosures.

***Remediation***

Since the cybersecurity event, we have enhanced authentication requirements and extended our detection and monitoring capabilities through new technology deployments. Because the investigation is ongoing, we anticipate potential additional activities which may further impact remediation planning and control implementation efforts associated with the ICFR control deficiencies noted herein.

## Appendix C – 2020 ITGC Deficiencies

| Subsidiary | Process | Control Number | Issue Short Name | Rem in 2020? | Effectiveness Level | Impact Consideration |
|---|---|---|---|---|---|---|
| Backup | Change Management | 1.2, 1.5 | Lack of evidence to show appropriate level of review/approval (Change Mgmt) | Y | Operating Effectiveness | Identified issue was not related to system access |
| RMM Infrastructure | Change Management | 1.2, 1.4, 1.5 | Lack of evidence to show appropriate level of review/approval (Change Mgmt) | N | Operating Effectiveness | Identified issue was not related to system access |
| RMM Infrastructure | Change Management | 1.7 | Insufficient evidence of control performance, i.e. completeness, timeliness (Change Mgmt) | N | Operating Effectiveness | Identified issue was not related to system access |
| RMM | Access Provisioning | 2.2 | Insufficient evidence of control performance, i.e. completeness, timeliness (Access) | Y | Operating Effectiveness | Documentation issue only – access was confirmed to be appropriate |
| NetSuite | Access Provisioning | 2.2 | Insufficient evidence of control performance, i.e. completeness, timeliness (Access) | Y | Operating Effectiveness | Documentation issue only – access was confirmed to be appropriate |
| Billing Platform | Access Review | 2.5 | Lack of independent reviewer (Access) | N | Operating Effectiveness | Single individual reviewed themselves |
| Visual Lease | Access Review | 2.5 | Lack of independent reviewer (Access) | N | Operating Effectiveness | Single individual reviewed themselves |
| N-Activate | User Access Management | 2.2, 2.5 | Incomplete access listing / ineffective review | N | Operating Effectiveness | Single individual inadvertently left out of review |
| Core IT | Authentication | 2.1 | Missing attributes relevant to address potential impact of cybersecurity event | N | Design Effectiveness | Primary subject of this memo |
| Core IT | Generic Account Management | 2.5 | Lack of specific review performed on underlying access to generic / non-individual accounts | N | Design Effectiveness | Incremental consideration of access to system generic id's is warranted |
| Netsuite | Privileged Access | A2.5 | Users had inappropriate privileged access | N | Operating Effectiveness | There are compensating controls in place to address the risk |
| Zuora | Access Provisioning | 2.2 | Insufficient evidence of control performance, i.e. completeness, timeliness (Access) | N | Operating Effectiveness | Documentation issue only – access was confirmed to be appropriate |
| License Orchestration / GL Updater / Zuora Connector | Access Review | 2.5 | Lack of independent reviewer (Access) | N | Operating Effectiveness | Single individual reviewed themselves |
| Zuora MSP CA | Privileged Access | A2.5 | Users had inappropriate privileged access | Y | Operating Effectiveness | Confirmed no inappropriate activity performed |
| Backup | Access Review | 2.5 | Users had inappropriate access | N | Operating Effectiveness | Read-only users had write access |