# Exhibit 32

**Excerpts of SW-SEC00012265**

**From**: Brown, Timothy [/O=SOLARWINDS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C7BCDFD72B7408CB161AB787299E231-TIMOTHY BROWN]
**Sent**: 3/15/2018 5:18:32 PM
**To**: Quitugua, Eric [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=78d6f037fd3a4708ad1940703ae34840-eric quitugua]
**Subject**: Security Projects - Mar 2018 Tim's changes.pptx
**Attachments**: Security Projects - Mar 2018 Tim's changes.pptx

Take a look I moved a couple of dates back



MAJOR PROJECT PORTFOLIO
JANUARY 2018
DEVELOPMENT, OPERATIONS & INFORMATION TECHNOLOGY (DOIT)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS SW-SEC00012266

DOIT Lead – Eric Quitugua
Business – Enterprise
Executive Sponsor – Joe Kim, Rani Johnson, Tim Brown

solarwinds

# #7 – ENTERPRISE ACCESS MANAGEMENT (STANDARDS & AUDIT)

**Description**

Access management describes the management of individual identities, their authentication, authorization, roles, and privileges within the enterprise in order to minimize security risks associated the use of privileged and non-privileged access.

**Scope:**

- Enterprise information systems (CoreIT, MSP, Cloud)
- Privileged and non-privileged users

**KPIs**

Cost | Schedule | Scope | Resources | Risk

**Timeline**

Assess → Define → Educate → Monitor → Protect → Expand

**Budget**

| Q1 18 | Q2 18 | Q3 18 | Q4 18 | TOTAL |
|---|---|---|---|---|
| $0 | $0 | $0 | $0 | $0 |

**Issues, Risks & Dependencies**

| Cat No. | Description | Action Required |
|---|---|---|
| I.1 | Concept of least privilege not followed as a best practice | ID existing permission levels within the enterprise |
| I.2 | Use of shared accounts throughout internal and external applications | Work with teams to decommission use of shared accounts |
| R.1 | Lack of leadership support across the businesses | Stakeholder buy-in |

**Key Milestones / Status**

| Ph. | Milestone | Start | Finish | Status |
|---|---|---|---|---|
| 1 | Conduct risk audit and risk assessment against privileged and non-privileged user accounts | 10/1/2017 | 11/30/2017 | Complete |
| 2 | Prioritize risk against security standards and guidelines | 12/1/2017 | 12/31/2017 | Complete |
| 3 | Identify high risk accounts for remediation | 12/1/2017 | 12/31/2017 | Complete |
| 4 | Validate privilege levels and access permissions | 1/1/2018 | 2/28/2018 | In Progress |
| 5 | Align access controls and permissions to security standards and guidelines | 1/1/2018 | 2/28/2018 | In Progress |
| 6 | Track remediation and map to access control guidelines and standards | Q1 2018 | Q1 2018 | Not Started |
| 7 | Document results and establish repeatable security assessment methodology for continuous monitoring | Q1 2018 | Q1 2018 | Not Started |

10/16/2017 Update – Identity management continues to be a concern. Appropriate checks are in place to grant access but audit of access is not consistently implemented. Multi-Factor authentication should also be utilized in more environments. A risk assessment will be completed by 12/31

Review Roles
Review Membership

Implement MFA for high value areas
VPN
Determine volume through GlobalProtect



DOIT Lead – Eric Quitugua
Business – Enterprise
Executive Sponsor – Joe Kim, Jason Bliss, Rani Johnson, Tim Brown

solarwinds

# #31 - SECURITY AWARENESS TRAINING

**Description**

Establish a formal program to educate users on the importance of protecting SolarWinds information and information systems by providing user awareness and training that helps them identify threats and promotes a corporate culture of security awareness.

**Scope:** All employees

**KPIs**

| Cost | Schedule | Scope | Resources | Risk |
|---|---|---|---|---|

**Timeline**

Assess → Define → Educate → Monitor → Protect → Expand

**Budget**

| Q1 18 | Q2 18 | Q3 18 | Q4 18 | TOTAL |
|---|---|---|---|---|
| $20k | $0 | $0 | $0 | $0 |

**Issues, Risks & Dependencies**

| Cat No. | Description | Action Required |
|---|---|---|
| | | |
| | | |
| | | |

**Key Milestones / Status**

| Ph. | Milestone | Start | Finish | Status |
|---|---|---|---|---|
| 1 | Conduct risk assessment | Q4 2017 | Q4 2017 | Complete |
| 2 | Determine delivery vehicle(s) for training content | Q4 2017 | 1/30/2018 | Complete |
| 3 | Establish cadence for delivery | 1/15/2018 | 1/30/2018 | Complete |
| 4 | Finalize content delivery mechanisms | 2/1/2018 | 3/31/2018 | Complete |
| 5 | Coordinate and communicate training plan with HR, Marketing, Legal | 2/15/2018 | 4/15/2018 | 3/23/2018 |
| 6 | Submit for review and approval; Phase 1 complete | 2/1/2018 | 4/20//2018 | 3/31/2018 |

10/16/2017 Update – We have evaluated a number of vendors. Waiting for funding to implement security awareness program globally. We are also investigating Secure Developer training.