# Exhibit 33

**SW-SEC00043080**

| | |
|---|---|
| **From:** | Cline, Brad [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C1DA7AFA0BCE413F9C32CE66040660F3-CLINE, BRAD] |
| **Sent:** | 4/13/2018 11:13:08 PM |
| **To:** | Mills, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=39807570d2924680b3129f6920f14824-Mills, Davi]; Reddy, Smitha [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b41de3ce8a34a3388f9cd49cc80ea04-Reddy, Smit]; Quitugua, Eric [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=227693e84bc0400b84364660f692bc85-Quitugua, E] |
| **Subject:** | Re: Please follow up on Risk / Compensating Controls |

I'm sure Eric and Smitha can add clarity, my understanding is these are old sql accounts that are shared among multiple dbs/websites and pose a security risk. It's been tough to get all the teams involved to assist and get these older accounts removed.

---

**From:** Mills, David
**Sent:** Friday, April 13, 2018 6:06:33 PM
**To:** Cline, Brad; Reddy, Smitha; Quitugua, Eric
**Subject:** Fwd: Please follow up on Risk / Compensating Controls

Brad/Smitha/Eric,

Can you guys clarify what the first two items are that we are responsible for and what the status is?  This goes to Joe next week, so want to make sure I understand where we are with our commits.

Sent from my iPhone

Begin forwarded message:

> **From:** "Johnson, Rani" <rani.johnson@solarwinds.com>
> **Date:** April 13, 2018 at 1:44:27 PM CDT
> **To:** "Kemmerer, Joel" <joel.kemmerer@solarwinds.com>, "Brown, Timothy" <timothy.brown@solarwinds.com>, "Mills, David" <David.Mills@solarwinds.com>
> **Cc:** "Quitugua, Eric" <eric.quitugua@solarwinds.com>, "Pierce, Kellie" <kellie.pierce@solarwinds.com>
> **Subject: Please follow up on Risk / Compensating Controls**

| Risk # |
|---|
| 1 |
| 2 |
| 3 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00043080

| 4 |
|---|
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |

| Business Unit |
|---|
| DOIT-Operations |
| DOIT-Operations |
| DOIT-BizApps |
| DOIT-BizApps |
| DOIT-BizApps |
| DOIT-BizApps |
| DOIT-BizApps |
| Engineering-Core |
| DOIT-BizApps |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

| |
|---|
| DOIT-BizApps |
| DOIT-BizApps |
| DOIT-BizApps |

| Risk |
|---|
| Shared SQL legacy account login credentials used |
| Shared SQL legacy account login credentials used |
| SQL DB passwords are not encrypted within the configuration file |
| Passwords are not encrypted in web configuration files |
| Login account credentials are stored in plain text in configuration files |
| Login account credentials are stored in plain text in configuration files |
| Production data is replicated into lower level instances (test, QA) |
| Shared SQL legacy account login credentials used |
| Password are stored in plain text on the public web servers in the web.configuration file and in the system registry of the machine |
| Non-privileged accounts being granted local administrator permissions on server |
| Endpoint Security (Antivirus) not installed on server |
| Non-privileged accounts being granted local administrator permissions on server |

| System |
|---|
| eCommerce |
| SolarWeb |
| N-Able BizApps Database |

| Service Tier |
| --- |
| Netsuite |
| Salesforce |
| Salesforce |
| OIP/Phone Home DB |
| Juliet |
| Juliet |
| SolarBIDB01 |
| SolarBIDB01 |

| Risk Level |
| --- |
| High |
| High |
| High |
| High |
| High |
| High |
| High |
| High |
| High |
| High |

| High |
|------|
| High |

| Target Remediation |
|--------------------|
| Q2 2018 |
| Q2 2018 |
| TBD |
| APR 2018 |
| TBD |
| TBD |
| TBD |
| Q2 2018 |
| Q2 2018 |
| Q2 2018 |
| APR 2018 |
| Q2 2018 |

Kind regards.



**Rani Johnson** | Chief Information Officer | **SolarWinds**
Office: 512.682.9541 | Mobile: 512.299.0610 |Wearable: 512.736.3400