# Exhibit 39

**SW-SEC00150761**

**From:** Colquitt, Steven [/O=SOLARWINDS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0294A8D2FD6E40FA84FE5BAA92BC97CD-COLQUITT, STE]
**Sent:** 2/1/2018 4:33:28 PM
**To:** Pierce, Kellie [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c60637762d9c4ea29729c77460571790-pierce, kelli]
**CC:** Johnson, Rani [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=61ad383fe3474bf084190056f2ce567b-johnson, rani]
**Subject:** RE: SDL Training
**Attachments:** SDL-AppSec-Training.pptx

Latest attached. Includes updated numbers for the 37 incidents.

---

**From:** Pierce, Kellie
**Sent:** Wednesday, January 31, 2018 2:36 PM
**To:** Colquitt, Steven <steven.colquitt@solarwinds.com>
**Cc:** Johnson, Rani <rani.johnson@solarwinds.com>
**Subject:** RE: SDL Training

Got it. I will set up a meeting early next week with Rani, as she wants to review the final materials.
As we are reviewing implementation work of the MSP teams, they would like to be looped into the training.
That being said, we need to loop August into the rollout for MSP. We can discuss this as well with Rani.
Thanks,
Kellie

---

**From:** Colquitt, Steven
**Sent:** Wednesday, January 31, 2018 3:30 PM
**To:** Pierce, Kellie <kellie.pierce@solarwinds.com>
**Cc:** Johnson, Rani <rani.johnson@solarwinds.com>
**Subject:** RE: SDL Training

No. I have made a few adjustments to help with flow. I am also updating the SDL graphic with SWi colors and few other graphical changes. I won't have that for a few more days. But for all intents and purposes, the content is the same

---

**From:** Pierce, Kellie
**Sent:** Wednesday, January 31, 2018 2:28 PM
**To:** Colquitt, Steven <steven.colquitt@solarwinds.com>
**Cc:** Johnson, Rani <rani.johnson@solarwinds.com>
**Subject:** SDL Training

Hello Steven,
Is this your latest SDL training materials?
Thanks,
Kellie

solarwinds
**Kellie Pierce** | GDPR Project Manager | SolarWinds
Office: 512.498.6575



High-level SDL training (no operational content)
Bar (What we want to achieve over 2018)
We will be audited

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



This was said as a jest but in truth, security can be perceived as boring and a burden with overhead that will slow teams down; more "things" we have to do. But I believe we are approaching security in a pragmatic manner so that it won't be heavy process that disrupts our development.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

## Agenda

solarwinds

- What is an SDL?
- Why do we need an SDL?
- The SolarWinds SDL
- The activities
- Q&A



INTERNAL USE ONLY – NOT FOR DISTRIBUTION   © 2017 SolarWinds Worldwide, LLC. All rights reserved.





These activities help us focus security throughout the lifecycle of application development. This enables us to design, build and ship more secure software. It give us the opportunity to think through the potential risks and make calculated decisions about mitigations and acceptable levels of risk. While no application is 100% secure, we can be more confident that we are shipping secure software.

A Secure Development Lifecycle
Enables the construction of secure software
Supports Security by Design
Repeatable security activities
Prioritizes security and privacy
Defines checkpoints
Provides oversight
Improves engineering efficiency
Reduces costs – earlier detection

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



SDL – Secure Development Lifecycle – this is a set of repeatable activities that are applied to software development to create secure products
+
SDLC – Software Development Lifecycle – this is a set of repeatable activities that produces software
=
SSDLC – Secure Software Development Lifecycle – all activities enable engineers to produce secure software.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



Applying an SDL shifts security left

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS





We started tracking incidents mid Q1 of this year. These are externally reported incidents that then required us to initiate the incident response plan.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



Every time we have to react to a security incident there is a time and financial cost.

Incidents have time and financial costs associated
Costing exercise
131 hours start to remediate
Lost opportunity *
No renewal due to vulnerabilities
Total cost of 2017 incidents
(Time * Cost) + Lost Opportunity


Extrapolated loss over 3 years... $570

We are building new products this year. How much time has been spend thinking about the security and privacy considerations?



Most of you strongly agree that our customers expect Swi software to be secure.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                    SW-SEC00150772



### Brand Damage Example

solarwinds

**From:**
**Sent:** Monday, November 13, 2017 4:18 PM
**To:**
**Cc:** office
**Subject: RE: SolarWinds Renewal -**

Hi
We are not certain at this time.

With a product that, within this year, saw a security flaw discovery elevated to the President of Solarwinds, we do have some obvious concerns with the product. We will reach a decision prior to the expiration date.

Thanks!

Phone:
Email:

INTERNAL USE ONLY – NOT FOR DISTRIBUTION    © 2017 SolarWinds Worldwide, LLC. All rights reserved

This is an reply from a customer to an email sent to inquire about renewing a product. Their response....

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



https://gdpr-info.eu/art-25-gdpr/
https://gdpr-info.eu/art-32-gdpr/

'The controller shall..implement appropriate technical and organisational measures..in an effective way.. in order to meet the requirements of this Regulation and protect the rights of data subjects'

Art. 25
Data protection and privacy by design and by default
Art. 32
encryption of personal data;
ensure the ongoing confidentiality, integrity, availability
ensuring the security of the processing [of data]

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



We must be able to defend our processes as secure
We must be able to demonstrate how we apply security

**An SDL will help us:** 

# Reduce the number of security incidents

## Protect our brand

## Meet security expectations

## Comply with GDPR privacy laws

INTERNAL USE ONLY – NOT FOR DISTRIBUTION    © 2017 SolarWinds Worldwide, LLC. All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



In a repeatable fashion, focus is applied to each of the following security activities during development:
Security Training
Requirements Analysis
Secure Development
Secure Design
Secure Coding
Security Testing
Static Analysis
Dynamic Analysis
Release
Final Security Review
Respond
Incident Response Plan

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



Security awareness
Security best practices
Industry standards
Secure design
Secure coding
Security testing

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



What are we building?
What are the security requirements?
What are the privacy constraints?
How will these effect development and testing?
Ex., define security test cases based on requirements analysis



Secure Design
3rd party components
Using latest?
Are there known vulnerabilities?
Cryptography requirements
Privacy considerations
Authentication and access
Reducing the attack surface – do we understand the risks?
Threat modeling

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

## What's Wrong?

solarwinds

```
HRESULT GetMachineName(
    WCHAR *pwszPath,
    WCHAR wszMachineName[MAX_COMPUTERNAME_LENGTH_FQDN+1])
{
    pwszServerName = wszMachineName;
    LPWSTR pwszTemp = pwszPath + 2;
    while ( *pwszTemp != L'\\' )
        *pwszServerName++ = *pwszTemp++;
        /* … */
}
```

INTERNAL USE ONLY – NOT FOR DISTRIBUTION    2017 Solarwinds Worldwide, LLC All rights reserved

3.37 million support calls

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                   SW-SEC00150782



Secure Coding
Leverage best practices
OWASP (Top 10)
SANS (25)
SEI – CERT

Best practices such as:
Error Handling
Authentication and Access Control
Session Management
Handling input and output
Data protection (privacy)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



Static Analysis (SAST)
Evaluates the source code
Supports Shifts security left

Dynamic Analysis (DAST)
Evaluates the running program
Vulnerability scanning
Penetration testing
Fuzz testing



Final Security Review
Reviews collateral
Threat models, security testing output, security test cases
Establishes security and privacy confidence level

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



Incident Response Plan
Established process for response
Ensures the right people engaged at the right time
Manages prioritization and timelines
Manages communication
Provides tracking

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



In a repeatable fashion, focus is applied to each of the following security activities during development:
Security Training
Requirements Analysis
Secure Development
Secure Design
Secure Coding
Security Testing
Static Analysis
Dynamic Analysis
Release
Final Security Review
Respond
Incident Response Plan

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

## Next steps

solarwinds

- Train and operationalize for Core IT, MSP and Cloud teams
  - Pragmatic approach
  - Pilot implementation
  - Adjust



INTERNAL USE ONLY – NOT FOR DISTRIBUTION    © 2017 SolarWinds Worldwide, LLC. All rights reserved.



## References and Resources

solarwinds

### External References

- Microsoft
  - SDL: https://www.microsoft.com/en-us/SDL
  - Threat Modeling Tool: https://www.microsoft.com/en-us/download/details.aspx?id=49168
- SANS:
  - TOP 25: https://www.sans.org/top25-software-errors/
  - https://software-security.sans.org/resources/swat
- OWASP
  - Top 10 2017: https://www.owasp.org/images/7/72/OWASP_Top_10-2017_%28en%29.pdf.pdf
  - Secure Coding: https://www.owasp.org/images/0/08/OWASP_SCP_Quick_Reference_Guide_v2.pdf
  - Secure Testing: https://www.owasp.org/images/1/19/OTGv4.pdf
  - Threat Modeling: https://www.owasp.org/index.php/Application_Threat_Modeling
- Web Application training
  - https://asd.pluralsight.com/library/courses/beginning-web-html-fundamentals
- GDPR: https://www.eugdpr.org/the-regulation.html

### Internal References

- https://cp.solarwinds.com/display/SAMRD/Cyber+Security+-+Learning+Materials
- https://cp.solarwinds.com/display/Eng/Security+Portal
- https://cp.solarwinds.com/display/Eng/Peer+To+Peer+Security+Training
- SolarWinds Secure Development Lifecycle – Core IT
  - https://cp.solarwinds.com/display/Eng/Secure+Development+Lifecycle

INTERNAL USE ONLY – NOT FOR DISTRIBUTION · © 2017 SolarWinds Worldwide, LLC. All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00150789





FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS





## Core IT Engineering Security Phase Matrix

solarwinds

| SWI CORE IT PHASE | SDL PHASE | ACTIVITIES | ASSERTION |
|---|---|---|---|
| Planning | Requirements Analysis | • Determine security requirements<br>• Determine privacy constraints | Product Architect |
| Development and Testing | Secure Design | • Threat modeling (TM)<br>• Attack surface reduction (ASR)<br>• Establish security & privacy design requirements | Product Architect |
| | Secure Coding | • Apply secure design principles<br>• Apply secure coding principles | |
| | Static Analysis | • Leverage static analysis tool | Engineering Manager |
| | Dynamic Analysis | • Vulnerability scanning<br>• Penetration testing | |
| Regression | Final Security Review | • Review of threat model and ASR<br>• Review security test scans output | Product Architect |

Overlap

Iterative

INTERNAL USE ONLY — NOT FOR DISTRIBUTION    2017 SolarWinds Worldwide, LLC. All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

## Secure Coding – OWASP Top 10 2017

 solarwinds

- Injection
- Broken Authentication
- Sensitive Data Exposure
- XML External Entities
- Broken Access Control
- Security Misconfiguration
- XSS
- Insecure Deserialization
- Using Components with Known Vulnerabilities
- Insufficient Logging & Monitoring

INTERNAL USE ONLY – NOT FOR DISTRIBUTION    © 2017 SolarWinds Worldwide, LLC. All rights reserved.



Software centric approach to TM

What are we building?
Deconstruct the application
Where are the risks?
Identify the trust boundaries
Entry points
What data or control exchanged between entities
How do we mitigate or eliminate the risks?
What technical controls can we add to reduce the impact and likelihood?
How can we design security controls that will prevent a vulnerability?


Risk = Likelihood * Impact

STRIDE – Microsoft
Spoofing
Tampering
Repudiation
Information Disclosure
Denial of Service
Elevation of Privilege

Microsoft Threat Modeling Tool - https://www.microsoft.com/en-us/download/details.aspx?id=49168

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

## Secure Coding – CERT Secure Coding (C++, Java)

solarwinds

- Declaration and initialization
- Expressions
- Integers
- Containers
- Characters and strings
- Memory management

INTERNAL USE ONLY — NOT FOR DISTRIBUTION    © 2013 SolarWinds Worldwide, LLC. All rights reserved.

**Secure Coding – Web Application Best Practices**


solarwinds

- Error handling and logging
  - Handle exceptions properly and generically
  - Log authentication activities
- Authentication
  - Store credentials securely
  - Run with minimal permissions
- Access control
  - Apply the principle of least privilege

INTERNAL USE ONLY – NOT FOR DISTRIBUTION    © 2017 SolarWinds Worldwide, LLC. All rights reserved.

## Secure Coding – Web Application Best Practices

 solarwinds

- Data protection
  - Secure data at rest and in flight
- Session management
  - Ensure sufficient entropy with tokens and identifiers
  - Implement session timeouts
- Handling input and output
  - Apply contextual encoding
  - Use parameterized queries
  - Validate all input

INTERNAL USE ONLY – NOT FOR DISTRIBUTION    © 2013 SolarWinds Worldwide, LLC. All rights reserved.