# Exhibit 40

**Excerpts of Steven Colquitt
Deposition Transcripts**

**Page 1**

1    UNITED STATES DISTRICT COURT
2    SOUTHERN DISTRICT OF NEW YORK
3
4  SECURITIES AND EXCHANGE    )
   COMMISSION,              )
5                           )
          Plaintiff,    )
6                     ) Case No.
     vs.          ) 23-cv-9518-PAE
7                     )
   SOLARWINDS CORP. and    )
8  TIMOTHY G. BROWN,        )
                           )
9        Defendants.  )
   _____)
10
11
12
13      VIDEOTAPED DEPOSITION OF
14         STEVEN COLQUITT
15          Austin, Texas
16     Wednesday, September 18, 2024
17
18
19
20
21
22
23
24  Reported by:
   Micheal A. Johnson, RDR, CRR
25  Job No. 240918MJ

**Page 2**

1    UNITED STATES DISTRICT COURT
2    SOUTHERN DISTRICT OF NEW YORK
3
4  SECURITIES AND EXCHANGE    )
   COMMISSION,              )
5                           )
          Plaintiff,    )
6                     ) Case No.
     vs.          ) 23-cv-9518-PAE
7                     )
   SOLARWINDS CORP. and    )
8  TIMOTHY G. BROWN,        )
                           )
9        Defendants.  )
   _____)
10
11
12
13
14      Videotaped Deposition of STEVEN COLQUITT,
15  taken on behalf of Plaintiff, at Latham & Watkins,
16  LLP, 300 Colorado Street, Suite 2400, Austin, Texas,
17  beginning at 9:26 a.m. and ending at 4:56 p.m. on
18  September 18, 2024, before Micheal A. Johnson, a
19  Registered Diplomate Reporter, Certified Realtime
20  Reporter, and Notary Public of the State of Texas.
21
22
23
24
25

**Page 3**

1  APPEARANCES:
2  ON BEHALF OF PLAINTIFF:
3    U.S. SECURITIES AND EXCHANGE COMMISSION
     BY:  Christopher J. Carney
4        John J. Todor
     100 F Street, NE
5    Washington, D.C. 20549
     (202) 256-7941
6    carneyc@sec.gov
     todorj@sec.gov
7
8  ON BEHALF OF DEFENDANTS
   SOLAR WINDS CORP. AND TIMOTHY G. BROWN:
9
     LATHAM & WATKINS LLP
10   BY:  Serrin Turner
        Nicolas Luongo
11   1271 Avenue of the Americas
     New York, New York 10020
12   (212) 906-1330
     serrin.turner@lw.com
13   nicolas.luongo@lw.com
14
   ALSO PRESENT:
15
     Becky Melton
16   Laurie Hakes
     Jason Bliss
17
18  VIDEOGRAPHER:
19   Timothy Desadier
20
21
22
23
24
25

**Page 4**

1         INDEX
        STEVEN COLQUITT
2       September 18, 2024
3
   APPEARANCES                    3
4
   PROCEEDINGS                    7
5
6
   EXAMINATION OF STEVEN COLQUITT:
7
   BY MR. CARNEY                  8
8
   BY MR. TURNER                179
9
   BY MR. CARNEY                207
10
   BY MR. TURNER                208
11
   BY MR. CARNEY                211
12
   BY MR. TURNER                211
13
14
   REPORTER'S CERTIFICATION          214
15
16
17
18
19
20
21
22
23
24
25

DEPOSITION EXHIBITS
STEVEN COLQUITT
September 18, 2024

| EXHIBIT NO. | DESCRIPTION | MARKED |
|---|---|---|
| Exhibit 1 | Amazon Article, What is SDLC (Software Development Lifecycle)? | 24 |
| Exhibit 2 | Slide Presentation SW-SEC00007881 - SW-SEC00007892 | 33 |
| Exhibit 3 | Slide Presentation, SolarWinds Secure Development Lifecycle SW-SEC00150762 - SW-SEC00150799 | 44 |
| Exhibit 4 | January 30, 2018 E-mail, Steven Colquitt to Brno Engineering Management, et al. SW-SEC00238141 - SW-SEC00238142 | 90 |
| Exhibit 5 | January 30, 2018 E-mail, Timothy Brown to Steven Colquitt SW-SEC00336293 - SW-SEC00336294 | 122 |
| Exhibit 6 | September 20, 2018 E-mail, Rani Johnson to Joe Mitchen SW-SEC00237608 - SW-SEC00237609 | 132 |
| Exhibit 7 | May 1, 2018 E-mail, Joe Kim to IT Department, et al. SW-SEC00016513 - SW-SEC00016521 | 147 |

5

DEPOSITION EXHIBITS
STEVEN COLQUITT
September 18, 2024

| EXHIBIT NO. | DESCRIPTION | MARKED |
|---|---|---|
| Exhibit 8 | June 19, 2018 E-mail, Steven Colquitt to Eric Quitugua and Jamie Hynds SW-SEC00048985 - SW-SEC00048987 | 160 |
| Exhibit 9 | SolarWinds KBT Offsite, DOIT and R&D SW-SEC00262250 - SW-SEC00262261 | 165 |
| Exhibit 10 | July 2019 MSP Products Security Evaluation SW-SEC00166790 - SW-SEC00166799 | 168 |
| Exhibit 11 | March 9, 2018 E-mail, Timothy Brown to Jonathan Lozinski SW-SEC00013553 - SW-SEC00023558 | 172 |
| Exhibit 12 | October 22, 2018 E-mail, Matej Uhrin to Steven Colquitt, et al. SW-SEC00023343 - SW-SEC00023344 | 175 |
| Exhibit 13 | January 30, 2018 E-mail, Lukas Vrbecky to Steven Colquitt SW-SEC-SDNY_00055079 - SW-SEC-SDNY_00055080 | 197 |

6

---

1    Austin, Texas, Wednesday, September 18, 2024
2         9:26 a.m. - 4:56 p.m.
3
4              PROCEEDINGS
5         THE VIDEOGRAPHER:  This is the
6    videotaped deposition of Steven Colquitt in the
7    matter of the Securities and Exchange Commission
8    versus SolarWinds Corp. et al., Case No.
9    23-cv-9518-PAE.  This deposition is being held at
10   Latham & Watkins at 300 Colorado Street, Austin,
11   Texas.
12         Today's date is September 18th, 2024.
13   Time on the video is 9:26 a.m.  My name is Timothy
14   Desadier, certified legal video specialist with
15   Gradillas Court Reporters located at 400 North Brand
16   Boulevard, Suite 950, Glendale, California 91203.
17         Would counsel and all present please
18   voice identify themselves.
19         MR. CARNEY:  Christopher Carney for
20   the Securities and Exchange Commission.
21         MR. TODOR:  John Todor, Securities
22   and Exchange Commission.
23         MR. TURNER:  Serrin Turner, Latham &
24   Watkins, for defendants.
25         MR. LUONGO:  Nicolas Luongo, Latham &

7

1    Watkins, for defendants.
2         MS. MELTON:  Becky Melton,
3    SolarWinds.
4         MR. BLISS:  Jason Bliss, SolarWinds.
5         THE WITNESS:  Steven Colquitt,
6    SolarWinds.
7         THE VIDEOGRAPHER:  And we have one in
8    the Zoom.
9         MS. HAKES:  Laurie Hakes, Analysis
10   Group.
11         THE WITNESS:  Would the court
12   reporter please swear in the deponent.
13         STEVEN COLQUITT,
14   having been first duly sworn, was examined and
15   testified as follows:
16              EXAMINATION
17   BY MR. CARNEY:
18      Q.   Good morning, Mr. Colquitt.
19      A.   Morning, Chris.
20      Q.   We just met off the record.  As I said,
21   my name is Chris Carney.  Could you state and spell
22   your full name for the record.
23      A.   My name is Steven Colquitt, S-t-e-v-e-n,
24   C-o-l-q-u-i-t-t.
25      Q.   And, Mr. Colquitt, have you ever had your

8

17

1    A.   Not in the sense of delivering product to
2 customers, no.
3    Q.   And did you have responsibility in a
4 different sense?
5    A.   Yes.
6    Q.   And what was that responsibility?
7    A.   It began with -- at some point in 2016,
8 2017 as we were preparing to be ready for GDPR
9 compliance in May of 2018, there were some changes
10 again within the company where I was given
11 responsibility to represent engineering and
12 preparing for GDPR readiness, and that's when I
13 became more involved with the Orion product suite.
14    Q.   And GDPR is the general data protection
15 regulation?
16    A.   Yeah, I believe that's the acronym.  Yes.
17    Q.   And that's a European standard; is that
18 right?
19    A.   Yes.
20    Q.   And you said you were given the
21 responsibility to represent engineering in preparing
22 for GDPR readiness.
23         What responsibilities were you given?
24    A.   I was liaisoning between the engineering
25 leadership that was in place at the time that had

18

1 the responsibilities for delivering Orion to
2 customers between those team members and the
3 consultant, the GDPR readiness consultant, that was
4 representing SolarWinds.
5    Q.   And who was that consultant?
6    A.   I don't recall.  Or I should say I don't
7 remember.
8    Q.   That's fair enough.  And what sort
9 of -- when you were doing this liaisoning between
10 engineering leadership and the consultant, what were
11 your specific responsibilities?
12    A.   I don't remember specifics.  This was
13 six-plus years ago.  I do know at the time he would
14 ask for certain artifacts and then I would try to
15 produce those artifacts by either looking into our
16 documentation platform or communicating with the
17 existing leadership at the time, who would then
18 point me to our documentation platform most of the
19 times.
20    Q.   And when you say "artifacts," what do you
21 mean?
22    A.   I mean documentation.
23    Q.   And what would that documentation
24 document?
25    A.   Our engineering processes and activities.

19

1    Q.   And were those the engineering processes
2 and activities for software development?
3    A.   Among -- anything that engineering was
4 doing to produce customer-facing software was
5 documented in some -- some form.
6    Q.   And in terms of the GDPR requirements,
7 were there additional requirements that you
8 understood had to be met to develop software?
9    A.   I don't recall anything that we weren't
10 already doing.  It was more of an effort to produce
11 a consistent and concise set of documentation around
12 those activities.
13    Q.   And are you familiar with the concept of
14 a secure development lifecycle?
15    A.   It depends in which context you're using
16 that phrase.
17    Q.   What are the different contexts that
18 you've heard that phrase used?
19    A.   When I use the phrase "secure
20 development," especially when I use it in the sense
21 of not a title, so if I just refer to secure
22 development, it's just referencing the indication
23 that there are security activities that are a part
24 of your development lifecycle.
25         When you use the phrase as a title, it

20

1 could potentially mean something different.  In my
2 case it would refer to a process that would overlay
3 those particular security activities.
4    Q.   So let me try to break apart those two
5 different contexts.  You said the first context is
6 that it could be part of your development lifecycle;
7 is that right?
8    A.   What could be?
9    Q.   So that a secure development lifecycle
10 you said could be part of your development
11 lifecycle; is that right?
12    A.   So generally when you refer to software
13 development, it is a lifecycle.  You go through a
14 set of processes that have to be completed before
15 you can deliver that software.  Security is a part
16 of that lifecycle.  So when I refer to, lower case,
17 a secure development lifecycle, I'm indicating that
18 along with all the other activities there are also
19 security activities that happen as part of that
20 lifecycle.
21    Q.   Okay.  Great.  Actually -- and is
22 a -- and is that -- the overall process, is that
23 referred to as a software development lifecycle?
24         MR. TURNER:  Objection to form.
25    A.   When you refer to the overall process,

1    Q.   And -- but other parts of the
2  requirements are the performance of the product,
3  right?
4    A.   Yes.
5    Q.   And you mentioned a little while ago that
6  you can talk about secure development lifecycle in
7  the context of the overall development of software,
8  right?
9    A.   Yes.
10    Q.   And then the other context is you can
11  talk about secure development lifecycle as a
12  stand-alone thing; is that right?
13        MR. TURNER:  I'm going to object to
14  form.
15    A.   I'm not following.
16  BY MR. CARNEY:
17    Q.   So you described two contexts.  So we
18  just talked about the secure development lifecycle
19  as part of the overall software development
20  lifecycle.  What was the other context that you said
21  that you can talk about secure development
22  lifecycle?
23    A.   In the beginning I referred to a
24  distinction between secure development lifecycle and
25  a process entitled Secure Development Lifecycle.  Is

29

1  that what you're asking me to do -- to explain that?
2    Q.   Yes.
3    A.   As I mentioned earlier, when you refer to
4  a secure development lifecycle as just a phrasing,
5  not a title, you're indicating that as part of your
6  development lifecycle you're also focused on
7  security.  One way to better provide visibility and
8  consistency is to enhance the processes in which you
9  may overlay what is titled a Secure Development
10  Lifecycle.
11    Q.   Okay.  And so now I want to focus on what
12  is titled a Secure Development Lifecycle.  What is
13  that?
14    A.   It is a set of processes that overlay the
15  existing security activities and help bring those
16  into a set of documentation or processes that can be
17  tracked and communicated more efficiently.
18    Q.   So when you say it's a set of processes
19  that overlay the existing security activities, what
20  do you mean by that?
21    A.   In the context of SolarWinds, we were
22  performing multiple aspects of security activities
23  in our development process.  Overlaying a process
24  added better visibility into a very large
25  organization's activities and made it easier to

30

1  report on and track those activities.
2    Q.   And can you explain what you mean by
3  "overlaying a process"?
4    A.   It means surfacing from a -- to make
5  visible in a large organization where you have many
6  teams, many roles of differing seniority levels and
7  involvement, ensuring that everybody has a
8  visibility into those security activities.
9    Q.   And how do you go about doing that?
10    A.   There are probably many aspects, many
11  ways to address that.  One such way would be to add
12  additional documentation at the end of the release
13  that consolidates the outputs of all those
14  activities into a single document.
15    Q.   You said one such way.  Are there other
16  ways of creating a process?
17    A.   I mean, I'm not a process -- I'm not a
18  program manager.  I'm sure -- I'm making an
19  assumption that there's probably hundreds of ways
20  you can improve process.  I focused on a few
21  specific things that would improve process at
22  SolarWinds.
23    Q.   And what were the few specific things
24  that you focused on?
25    A.   So one was the addition of what is

31

1  referred to as a final security review.  So rather
2  than having each team independently do their reviews
3  and sign off, it was bringing them all together for
4  a complete view of the posture, just to improve the
5  visibility of what the teams have been doing from
6  their testing and design.
7    Q.   And you had mentioned a few things.  Were
8  there other things besides that, the FSR?
9    A.   Yes.  Some of the -- we have -- we follow
10  what's called a release checklist.  Those are
11  milestones at each phase.  They included some
12  security milestones and we expanded those milestones
13  to bring a few more visibility points to the release
14  checklist.
15    Q.   Are there any particular milestones that
16  you can think of that you added?
17    A.   Without referencing a checklist right
18  now, I can't remember at the time what was added.
19  It would have been a focus on planning -- security
20  activities during planning and design which we were
21  doing and just making sure there was a sign-off on
22  that.  The final security review was added.  I don't
23  recall what the other ones are at the moment.
24    Q.   Okay.  And so besides the final security
25  review and the updated checklist, are there other

32

1    **Q.**    So in the design phase, how do you assess
2    risks?
3        **A.**    As teams receive a requirement to
4    implement a piece of code, those teams are assessing
5    risks at that time as they're designing.  And it's
6    differing levels.  It may be a simple solution, it
7    may be a complex solution where architecture may be
8    involved.
9        **Q.**    You said it may be a complex solution
10   where architecture may be involved.  What do you
11   mean by that?
12       **A.**    If data is crossing multiple trust
13   boundaries, it may be a complex solution that
14   require a -- what's called a feature spec where
15   engineering and architecture will collaborate to
16   design the correct implementation.
17       **Q.**    And what kind of tools are teams using to
18   assess risk as they're designing?
19           MR. TURNER:  Objection just to the
20   vague form of the question.
21       **A.**    To design software tools use IDEs
22   provided by, for example, Microsoft provides an IDE
23   that we use.  Those IDEs are used to design that
24   software, and then documentation.  Confluence is our
25   platform for documenting or writing documents.

41

1    engineers, it can be as complex as a design
2    document.  It depends on the situation.
3        **Q.**    So when you say "implement a security
4    control," what's an example of a security control?
5        **A.**    Implementing authorization controls to
6    make sure you have the right access to be able to
7    access that data.  A password, certificate-based
8    authentication, validating user input, encrypting
9    data, those type things.
10       **Q.**    And I think you touched on this earlier,
11   but just to clarify, we talked a bit earlier when I
12   showed you the Exhibit 1, the Amazon document,
13   there's the planning phase, the design phase, the
14   implementation phase, the testing phase and the
15   deployment phase.
16           Is security being considered in all those
17   phases?
18           MR. TURNER:  Just objection.  Are we
19   talking about at SolarWinds or are we talking about
20   at Amazon?  What?
21           MR. CARNEY:  At SolarWinds.
22       **A.**    Can you rephrase the question?
23   BY MR. CARNEY:
24       **Q.**    Sure.  And I'm really just trying to
25   clarify that I had used the design phase as an

43

1    BY MR. CARNEY:
2        **Q.**    What is IDE?
3        **A.**    It's an acronym for something development
4    environment.  I'm totally forgetting the "I" at the
5    moment.  Integrated development environment.
6        **Q.**    So in the design phase are they analyzing
7    the code to assess risks?
8            MR. TURNER:  Objection to the form of
9    the question.
10       **A.**    During the design phase we will analyze a
11   requirement that we've gotten from product
12   management and flesh out the implementation from
13   that requirement.
14   BY MR. CARNEY:
15       **Q.**    And you also mentioned that you do risk
16   assessment in the implementation phase.  Is that a
17   different type of assessment than in the design
18   phase?
19       **A.**    It's pretty simple in that as an engineer
20   if I am receiving a requirement to take user input
21   and store it in a database, I am making an
22   assessment that there is a risk.  At that point at
23   which the data leaves the user and goes to the
24   database, then I will implement a security control.
25   It can be as simple as a conversation between two

42

1    example, but in all phases of software development,
2    security is being assessed; is that fair?
3        **A.**    Where applicable security is assessed at
4    every single phase of development.  Yeah.
5        **Q.**    Okay, great.  Thank you.
6            (Deposition Exhibit 3 marked for
7    identification.)
8    BY MR. CARNEY:
9        **Q.**    Mr. Colquitt, once again, you take as
10   much time as you need to look over the document as
11   you're answering the questions.
12           For the record, Exhibit 3 is a PowerPoint
13   presentation entitled Secure Development Lifecycle,
14   Steven Colquitt, and it begins at Bates stamp
15   SW-SEC00150762.
16           Are you familiar with this document?
17       **A.**    Yes, I am.
18       **Q.**    Did you prepare this presentation?
19       **A.**    Yes, I did.
20       **Q.**    And do you recall when you prepared it?
21       **A.**    Leading up to December of 2017 I would
22   have worked to produce this.
23       **Q.**    And what was the purpose of this
24   document?
25       **A.**    I was introducing a new process to

44

1 overlay our security activities that we were
2 labeling Secure Development Lifecycle, capital S,
3 capital D, capital L. That was the title. So I was
4 producing materials to help present that to
5 engineering.
6    Q.   And when you say that "overlay our
7 security activities," what do you mean?
8    A.   It means that during the time of GDPR
9 readiness, as I talked to engineering, as I searched
10 through all of our documentation, I found a
11 tremendous amount of artifacts pointing to our
12 security testing and practices that we were doing at
13 the time. I found it very difficult to compile that
14 into a single source of documentation and I saw an
15 opportunity to improve our processes to bring more
16 awareness and visibility to those activities. So I
17 produced some marketing materials that were
18 presented at a technical summit in the Czech
19 Republic in December of 2017.
20          MR. TURNER:  Can I just ask a
21 clarifying question?  Just in terms of marketing,
22 can you explain what you mean?  Do you mean outside
23 marketing?
24          THE WITNESS:  I mean internal
25 marketing.  I would be asking engineering to make

45

1 within SolarWinds. I had heard the term
2 "operationalize" used referring to processes in the
3 past. I think I was replicating that here to
4 mean -- I was going to introduce this new process,
5 train teams and then operationalize the new process,
6 meaning implement it. So I think it's just
7 terminology for myself.
8    Q.   Okay. And then the next note says:  Bar,
9 and then in parentheses it says:  What we want to
10 achieve over 2018.
11          Do you know what you meant by that?
12    A.   Again, I think I'm referring to improving
13 the process that's being documented here as the SDL.
14    Q.   And then the next sentence says:  We will
15 be audited.
16          Do you know what you meant by that?
17    A.   I suspect that the initial -- or I
18 suspect that that's referring to GDPR, which was the
19 initial reason I was pulling all these documentation
20 artifacts together.
21    Q.   And, sir, if I could ask you to turn to
22 the third page, the page ending in 764 with the
23 Agenda.
24          Do you see that?
25    A.   Yes, sir.

47

1 some changes to their processes and to do some extra
2 documentation, so I was trying to market this
3 as -- socialize it with them.
4          MR. TURNER:  Thank you. I just
5 didn't want to create a confusion.
6          MR. CARNEY:  Thanks.
7 BY MR. CARNEY:
8    Q.   And the technical summit in the Czech
9 Republic, was that an internal SolarWinds technical
10 summit?
11    A.   Yes, sir.
12    Q.   And you'll notice on the first page it
13 has some notes underneath the slides. Are those
14 your notes?
15    A.   I have to assume. I don't remember if
16 those are my notes or if those are part of the
17 template that I used. I believe those -- I think
18 those are probably my notes.
19    Q.   And the first note says:  High-level SDL
20 training and then in parentheses it says:  No
21 operational content.
22          Do you know what that means, no
23 operational content?
24    A.   I don't know what I meant. I can assume
25 that what I was suggesting is we were using a term

46

1    Q.   And the first agenda item is:  What is an
2 SDL? Let me ask you, at this point when you were
3 doing your presentation, was the concept of an SDL
4 something that was new to SolarWinds?
5    A.   I don't know if the general concept was
6 new to SolarWinds in engineering. From -- this
7 process would have been new to SolarWinds.
8    Q.   And just for the record, when you say
9 "this process," what are you referring to?
10    A.   What I'm stating is that we were already
11 following the tenets of a secure development
12 lifecycle, lower case. We were already
13 participating in security during design. We were
14 testing, we were doing vulnerability, penetration
15 testing, we were assessing the results of those
16 tests and we were determining based on the results
17 of those tests the security posture of our product.
18          All those things were already happening.
19 So when I refer to the SDL here, I'm referring to
20 the process that overlays and exposes those
21 activities in a more -- a broader perspective to all
22 of engineering and others who might be consuming the
23 results of that -- those activities.
24    Q.   Sir, if I could ask you to turn to the
25 page ending in 766 and it says:  What is a secure

48

Steven Colquitt
9/18/2024

1    **Q.** But I'm just asking here in this context,
2    it's describing a security training; is that fair?
3    **A.** It says security training.
4    **Q.** And so is security training focused on
5    secure design and coding?
6    **A.** It can be -- it can be. It can be
7    focused on what the current security posture within
8    the industry is seeing. It can be focused on
9    different tactics and techniques that malicious
10   actors are using. Very broad.
11   **Q.** So it could focus on -- and correct me if
12   I'm wrong, on best practices in secure design and
13   coding?
14   **A.** It could take from what are considered
15   best practices, the ones that are applicable for
16   that particular engineering team.
17   **Q.** And could it also refer to industry
18   standards for secure design and coding?
19   **A.** Again, industry standards is very broad
20   and within a standard across an entire software
21   industry, there's going to be things that are
22   applicable to a particular team and particular
23   software product.
24   **Q.** Is security training a requirement of
25   following the SDL at SolarWinds?

57

1        MR. TURNER: Objection to form.
2    **A.** The SDL overlaying, again, is a process
3    that enables each of these things to happen. It
4    enables security training. Teams were involved in
5    security training as part of the -- part of our
6    software development lifecycle.
7    BY MR. CARNEY:
8    **Q.** So is the SDL a process to be followed?
9        MR. TURNER: Objection to form.
10   **A.** Can you rephrase that?
11   BY MR. CARNEY:
12   **Q.** Sure. Sure. You've described a number
13   of times the SDL as being a process that overlays
14   existing activities. And I guess what I'm
15   wondering, is the intent of setting up this process
16   having a process to follow?
17   **A.** So we have --
18       MR. TURNER: Objection to form.
19   **A.** We followed a Agile frame methodology as
20   an approach. Within that, there were processes. We
21   followed a release checklist full of milestones that
22   included security. The SDL was an overlay on top of
23   that that exposed and gave visibility into those
24   activities at a much higher level and centralized
25   and formalized that documentation.

58

1    BY MR. CARNEY:
2    **Q.** And what was the purpose of centralizing
3    and formalizing the documentation through this SDL
4    process?
5    **A.** The catalyst was to consolidate formal
6    documentation for GDPR readiness.
7    **Q.** Were you using the SDL process in an
8    effort to track security activities to improve
9    performance?
10       MR. TURNER: Objection to form.
11   **A.** So that was a two-part question. Which
12   question do you want me to answer?
13   BY MR. CARNEY:
14   **Q.** Well, so let me -- I'll break it apart.
15   Were you using the SDL process to track security
16   activities?
17   **A.** Security activities were already being
18   tracked. The SDL gave exposure and made it much
19   more easier for us to pull that together. It also
20   enabled us to better communicate to other
21   departments what engineering was doing from a
22   security perspective.
23   **Q.** And when you say it made it easier to
24   pull that together, pull what together?
25   **A.** So engineering, again, is a very large

59

1    organization, a very large code base and multiple
2    teams, each team producing artifacts. At the time
3    those artifacts weren't being produced in one
4    centralized way for us to consume. They were each
5    producing their own artifacts, which made it very
6    difficult to consolidate all that information.
7    **Q.** Was the -- and so now my sort of -- in
8    that context, my earlier question, the SDL process
9    that you were standing up, was that a centralized
10   process that you wanted the engineering teams to
11   follow in developing software?
12   **A.** I wanted the SDL process to help
13   reinforce what we were already doing as well as add
14   a few additional tracking processes, including the
15   final security review which was one of the biggest
16   changes that would have to be adopted.
17   **Q.** And was one of the goals of this process
18   to improve the performance of the security
19   activities?
20       MR. TURNER: Object to form.
21   **A.** There is always a goal to improve in
22   whatever you're doing. I would not say -- the goal
23   of the SDL, again, was to give visibility into what
24   we were already focused on and what we were already
25   doing.

60

1  requirements might require security control.  And
2  during the secure development phase or during the
3  development phase you will implement that security
4  control, along with all the other feature
5  implementation.
6      Q.   And it looks like subcomponents of that
7  are secure design and secure coding.
8          What is secure design?
9      A.   It's the next step of assessing a
10 requirement.  I need to implement a security
11 control.  The design part would be how will I do
12 that.  The secure coding part is the actual
13 implementation.
14     Q.   Is threat modeling part of secure
15 development?
16     A.   Threat modeling is inherent.  In fact,
17 what we just did was threat modeling.
18     Q.   When you say "what we just did," what do
19 you mean?
20     A.   This exchange that we just had where I
21 explained that when I assess a particular
22 requirement, I identify a risk and I mitigate that
23 risk, that is threat modeling.
24     Q.   And at SolarWinds, who is responsible for
25 conducting threat modeling?

65

1      A.   Any engineer involved within
2  implementation.  He may make that assessment on his
3  own or he may work with architecture to produce a
4  more complex solution to mitigate those risks.
5      Q.   Does SolarWinds use any external
6  consultants or entities to do threat modeling?
7      A.   I'm -- I can't be definitive with that.
8  I don't know what the individual teams may -- or may
9  have done with threat modeling.
10     Q.   But in your experience, the SolarWinds
11 was threat modeling that was done internally by
12 SolarWinds employees?
13     A.   Absolutely.
14     Q.   And just with respect to secure design,
15 does that require that all third-party and open
16 source components that are planned to be used in the
17 design are scanned for vulnerabilities?
18     A.   We use a third-party application to scan
19 and assess our third-party libraries, yeah.
20     Q.   And what is -- what is that third party
21 that you use?
22         MR. TURNER:  Sorry, third-party
23 application?
24         MR. CARNEY:  Sorry, third-party
25 application, yeah.

66

1      A.   There were multiple tools.  One that I
2  recall was called Black Duck.  There are other tools
3  we were using internally for doing scans.  I gave a
4  list of those tools to -- to the attorneys.  I don't
5  recall every name of the tools that we're using.
6  BY MR. CARNEY:
7      Q.   When you say you gave them a list, when
8  was this?
9      A.   I produced an artifact out of Confluence,
10 that was our documentation store, from our security
11 team that listed all of the tools that we were using
12 to do vulnerability, pen testing and other security
13 assessments.
14     Q.   You might not know this, but was this,
15 the intent to produce to the SEC, the document?
16     A.   I don't know what the intent of where it
17 was to go, but I was just showing that as of -- you
18 know, even prior to 2018 we were already using -- we
19 were already using -- we were following these
20 security practices already and we were using these
21 tools.
22     Q.   So all the tools you just described were
23 ones you were using prior to 2018?
24     A.   Yes.
25     Q.   And were those tools being used on all

67

1  SolarWinds products?
2      A.   My responsibility were security and tools
3  portfolio and I was aware of Orion products because
4  of my association with that particular leadership.
5  So I know it was being used there.  I can't speak to
6  the rest of the products that I wasn't responsible
7  for.
8      Q.   And I think you touched a little on
9  secure coding already, so forgive me if you already
10 said.  But what is the secure coding aspect of this?
11     A.   So, again, once you've made an assessment
12 that there happens to be a potential risk and you've
13 determined a solution to mitigate that risk, it's
14 just phrasing the idea that you're now implementing
15 that piece of code.  And these are just broad labels
16 to kind of indicate the phases of development we go
17 through.
18     Q.   And was secure coding in place for all of
19 the SolarWinds products that you were familiar with
20 as of the time you put this presentation together?
21     A.   Yes, it was.
22     Q.   How do you know that?
23     A.   Documentation and because we were
24 following the processes for secure coding.
25     Q.   All right.  The next part of the circle

68

1  to release, we go through a phase where we do
2  additional testing until we've achieved a particular
3  quality bar, along with a lot of other ancillary
4  supporting activities to prepare to release the
5  product.  As part of that we added an additional
6  process there to bring all of the security
7  activities across a double-digit number of teams
8  into one centralized review called a final security
9  review.
10     Q.   And how did that differ from what was
11 being done before?
12     A.   Previously it was just being done
13 individually on each team.  So if you wanted to
14 understand the posture, you had to go to each team
15 individually.
16     Q.   Is there an audit as part of the final
17 security review?
18         MR. TURNER:  Objection to form.
19     A.   The final security review is bringing all
20 of the artifacts and results and assessments of our
21 testing together into a central form that's then
22 reviewed by stakeholders.
23 BY MR. CARNEY:
24     Q.   So is that in itself an audit?
25         MR. TURNER:  Objection to form.

77

1      A.   You can choose to label it that way.
2  BY MR. CARNEY:
3      Q.   So is the final security review, is that
4  part of the secure development that is described in
5  the security statement?
6      A.   By label this is an additional process.
7  At the time and related to the security statement,
8  teams were doing their assessments of the results of
9  their development and the results of their testing
10 and determining whether we reached a quality and
11 security bar to support a release.
12         MR. TURNER:  Can I just try a
13 clarifying question if it would help?
14         MR. CARNEY:  Yeah, go ahead.  Sure.
15         MR. TURNER:  When the security
16 statement was published in early January 2018, by
17 that point had you implemented a final security
18 review as part of the secure development lifecycle?
19         THE WITNESS:  What were the dates
20 again?
21         MR. TURNER:  Beginning of
22 January 2018.
23         THE WITNESS:  At that point we had
24 updated the -- I can't recall exactly what the date
25 to the day was, but at the beginning of 2018 we had

78

1  updated the release checklist with a requirement to
2  have a final security review.
3          So teams, depending on their release
4  cadence coming into their next release, would have
5  started with the final security review.
6  BY MR. CARNEY:
7      Q.   Okay.  Thanks.  I guess what I was trying
8  to understand, you had mentioned earlier that the
9  security training, the requirements analysis, secure
10 development, security testing, those are all
11 requirements of the secure development lifecycle
12 described in the security statement, right?
13         MR. TURNER:  Objection to form.
14     A.   Analyzing what you're going to implement
15 as an engineer is a standard practice.  Testing what
16 you've implemented is a standard practice.
17 Reviewing and assessing the outputs of what you've
18 implemented and tested is a standard practice and
19 was all part of the security statement.  That was
20 indicated in that document.
21 BY MR. CARNEY:
22     Q.   Right.  I guess what I was trying to
23 understand, was this -- these requirements related
24 to the release that you described here, is that also
25 something that's encompassed in following the secure

79

1  development in the security statement?
2          MR. TURNER:  Objection to form, he's
3  already testified he didn't write the security
4  statement.  The security statement says what it
5  says.  What exactly are you asking him?
6          MR. CARNEY:  So a number of times
7  when I was asking about this secure development
8  lifecycle that's laid out here on this slide, he
9  tied it back to the security statement and said
10 these were all -- when I asked if they were
11 requirements of SolarWinds' secure development
12 lifecycle, he said they're requirements embodied in
13 the security statement.  And so I was trying to
14 understand whether that also applied to this
15 category as well.  So just trying to --
16         MR. TURNER:  Yeah.  Hang on.  I just
17 object to the use of the word "requirements" without
18 any further definition of the term.
19         But go ahead, if you have another
20 question.
21     A.   I'm lost in that question.  If you're
22 asking me if we were applying the activities that
23 supported what is listed in the security statement,
24 the answer is yes.  It's inherent in software
25 development that you have to understand what is

80

1    **A.**    I don't recall the exact number.  Five or
2    less.
3    **Q.**    And you say in the bottom e-mail:  I
4    think it's important that our engineering teams be
5    aware of this which is a public-facing security
6    statement on solarwinds.com.  Please share with your
7    teams.
8         And then were you including a link to the
9    SolarWinds public security statement?
10    **A.**    Based on the text of that link, I believe
11    that's what I was linking to.
12    **Q.**    And then did you copy and paste the
13    software development lifecycle portion of the
14    security statement into the text of your e-mail?
15    **A.**    Yes, I did.
16    **Q.**    And this might seem obvious based on what
17    you've testified to already, but why was it that
18    portion of the security statement that you were
19    pasting into your e-mail?
20    **A.**    Because the software development
21    lifecycle is directly related to what engineering
22    does.
23    **Q.**    And is it more directly related to the
24    work that you did than perhaps the other portions of
25    the security statement?

93

1    **A.**    I'm -- you can -- I lost you on that
2    question.
3    **Q.**    Sure.  Sure.  So the security statement
4    has a number of other areas besides software
5    development lifecycle, right?
6    **A.**    Are you referring to the complete
7    security document?
8    **Q.**    Exactly.
9    **A.**    Now in that context, what's your
10    question?
11    **Q.**    So my question is then is it fair to say
12    that you were copying the software development
13    lifecycle portion into the text of your e-mail
14    because that's the portion of the security statement
15    that relates the most to the work that you do?
16    **A.**    An accurate statement would be that I
17    copied that in because the software development
18    lifecycle statement is related to the engineering
19    activities that produce software that we sell to
20    customers.
21    **Q.**    And why did you think it was important
22    that your engineering teams be aware of it?
23    **A.**    Exactly for that reason, awareness.  If
24    you recall, I gave you an example earlier.  When I
25    worked at Altiris as an associate developer, I was a

94

1    brand new -- I was very focused, very limited in my
2    seniority.  I didn't have visibility.  That was
3    something that overall I was working to improve
4    across SolarWinds was to bring more awareness and
5    visibility to all activities, not just security.
6    Just happened to be we were examining this
7    particular one at this time.
8    **Q.**    Okay.  And you see you sent that out on
9    Thursday, January 25th; is that right?
10    **A.**    Yes.
11    **Q.**    And then it looks like the top e-mail is
12    five days later, the following Tuesday; is that
13    right?
14    **A.**    I don't know what day that is.  I know it
15    was 5:00 in the afternoon.  Almost 5:00.
16    **Q.**    And it's January 30th --
17    **A.**    January 30th.
18    **Q.**    -- 2018?
19         And you say -- in the first line you say:
20    Managers, I have gotten feedback that we don't do
21    some of the things that are indicated in the
22    statement below.
23         First of all, the statement below refers
24    to the software development lifecycle section of the
25    SolarWinds security statement; is that right?

95

1    **A.**    It is referring to both paragraphs of
2    that complete statement.
3    **Q.**    Okay.  And by "that complete statement,"
4    you mean the software development lifecycle?
5    **A.**    Lifecycle.
6    **Q.**    And so first of all, who was giving you
7    this feedback?
8    **A.**    I received this via an e-mail from one
9    engineering manager.
10    **Q.**    And who was that engineering manager?
11    **A.**    His name was Lukas Vrbecky, L-u-k-a-s,
12    V-r-b-e-c-k-y.
13    **Q.**    And sitting here today, how do you recall
14    that you received this feedback from Lukas Vrbecky?
15    **A.**    Do you mean what was the content of it?
16    **Q.**    No.  I'm asking how do you, like -- how
17    do you remember that that -- when you say, I've
18    gotten feedback, that it was one e-mail from Lukas
19    Vrbecky?
20    **A.**    I've seen the copy of the e-mail that was
21    sent.
22    **Q.**    And did anyone else besides Lukas Vrbecky
23    give you feedback that you don't do some of the
24    things in the statement below?
25    **A.**    No.

96

1    **Q.**   And sitting here today, how do you know
2    that he's the only one that gave you that feedback?
3        **A.**   This e-mail is in direct response to
4    exactly what he gave me as a response in his e-mail.
5    The quote, We don't do some of the things, is
6    exactly the feedback that he gave me.
7        **Q.**   And so you didn't receive any feedback
8    from anyone else in response to your earlier e-mail?
9            MR. TURNER:  Asked and answered.
10            Go ahead.
11       **A.**   I did not.  And, in fact, in his response
12   where he gives me the feedback that he's gotten
13   feedback, we don't, he clarifies that it isn't that
14   we don't do them, it's a lack of awareness.
15   BY MR. CARNEY:
16       **Q.**   The feedback that you don't do some of
17   the things indicated in the statement below, what
18   things was it that you didn't do?
19            MR. TURNER:  Object to form.
20       **A.**   Again, the feedback literally was, We
21   don't do some of those things.  There was no list.
22   I don't know who gave the feedback to Lukas.  There
23   was no indication of what we did or didn't do in
24   that feedback, and I knew that we did those things.
25

97

1    BY MR. CARNEY:
2        **Q.**   And then in the next sentence you say:  I
3    want to make sure that you all have an answer to
4    this.
5            Why was it important that all of the
6    engineering managers have an answer to this if only
7    one engineering manager was getting that feedback?
8        **A.**   In the spirit of awareness, generally, I
9    knew that we were doing those things.  Lukas Vrbecky
10   who gave me this knew that we were doing these
11   things and I knew that the SDL would bring the
12   awareness we were looking for.  It was also 5:00 in
13   the afternoon.  I'm addressing a very large
14   organization.  It was a quick e-mail to say, Hey,
15   you don't need to worry about these things.  We are
16   doing these things.  The SDL will help consolidate
17   these activities, formalize and standardize these
18   activities.
19       **Q.**   The concerns or issues that Lukas Vrbecky
20   raised with you, did you report them up to anyone
21   else above you?
22            MR. TURNER:  Objection to form.
23       **A.**   In my response, you can see the list
24   of -- distribution list is the exact same management
25   level that received the original e-mail.

98

1    BY MR. CARNEY:
2        **Q.**   And I want -- are any of the people that
3    you're sending it to people that you report to that
4    are above you?
5        **A.**   Yes.
6        **Q.**   And who would that include?
7        **A.**   Joe Kim.
8        **Q.**   Which distribution group do you
9    understand Joe Kim to be in?
10       **A.**   CTO direct reports.
11       **Q.**   Anyone else above you that this would
12   have gone to?
13       **A.**   And to clarify, Joe Kim would have been a
14   member of CTO direct reports, Austin engineering and
15   several others.  There were other senior leaders I
16   did not report to that were -- received this e-mail.
17       **Q.**   Did you report to Joe Kim?
18       **A.**   I reported directly to Joe Kim.
19       **Q.**   In this time frame you did?
20       **A.**   Yes.
21       **Q.**   Had Joe Kim tasked you with developing
22   the SDL process that we've been talking about today?
23       **A.**   No.  Lee McClendon tasked me with
24   liaisoning between engineering and the GDPR
25   consultant.  That's what initiated this.

99

1        **Q.**   Did Joe Kim have any role in directing
2    your activities with respect to the SDL?
3        **A.**   I don't remember my interactions with Joe
4    Kim from six years ago.
5        **Q.**   But in -- that's fair.  I'm talking on a
6    big-picture level, did he have any involvement in
7    you putting together this SDL process that you've
8    been describing?
9            MR. TURNER:  Object to form.
10       **A.**   When you say "putting together," what do
11   you mean?
12   BY MR. CARNEY:
13       **Q.**   So, for instance, you put together a
14   PowerPoint presentation and training for engineers.
15           Did Joe Kim ask you to do that?
16       **A.**   No, he did not.
17       **Q.**   And you talked about gather -- going
18   around gathering documentation to assist in
19   compiling the SDL process.  Did Joe Kim have any
20   involvement in asking you to do that?
21       **A.**   No, that was initiated with Lee
22   McClendon.
23       **Q.**   All right.  In your response -- where you
24   say:  I want to make sure you have an answer to
25   this.  In the next paragraph you say:  The simple

100

1  response is there is improvement needed to be able
2  to meet the security expectations of a secure
3  development lifecycle.
4          What did you mean that there was
5  improvement needed to be able to meet the
6  expectations of a secure development lifecycle?
7      A.  I am referring to the SDL title process
8  that I was rolling out and the expectations that it
9  had in adding some process improvements to our
10  release checklist, the final security review and
11  bringing those artifacts together for the final
12  security review.
13      Q.  So what were the security expectations
14  that you're referring to in that sentence there?
15      A.  The expectation that engineers produce
16  the required documentation for a final security
17  review, that the product owners responsible for the
18  release checklist process were meeting the
19  milestones in the checklist before we could release.
20      Q.  And sitting here today six and a half
21  years later, how do you know that the improvements
22  you're talking about here are confined to the
23  checklist?
24          MR. TURNER:  Objection to form.
25      A.  I don't understand what you mean by

101

1  "confined to the checklist."
2  BY MR. CARNEY:
3      Q.  So it sounds like you were saying that
4  the security expectations you're referring to here
5  are this FSR checklist that you had implemented; is
6  that right?
7      A.  Yes.
8      Q.  And how do you know that the improvement
9  to security expectations that you're referring to
10  here relates to the FSR checklist?
11      A.  We produced an artifact from -- we
12  started to produce an FSR artifact that indicated
13  the security posture of the product that was
14  assessed before we released.
15      Q.  I guess I'm wondering, you don't mention
16  the FSR checklist in this e-mail, do you?
17      A.  This is a very generic response to a very
18  large organization, the bulk of which are remote
19  from me, at 5:00 in the afternoon after a long day
20  of sending e-mails.  I didn't put a tremendous
21  amount of thought into constructing this other than
22  to say, Don't worry, we're doing these things, it's
23  fine, the SDL will bring visibility to what -- the
24  good work you guys are doing currently.
25      Q.  Okay.  And understanding it was an e-mail

102

1  you quickly sent out six and a half years ago, how
2  do you know that the e-mail related to the FSR
3  checklist?
4          MR. TURNER:  Objection to form.
5      A.  I don't understand that question.
6  BY MR. CARNEY:
7      Q.  Well, let me ask.  Could the security --
8  it says there's improvement needed to be able to
9  meet the security expectations of a secure
10  development lifecycle.
11          Could there be improvement that was
12  needed in -- with respect to other security
13  expectations beyond the FSR checklist?
14          MR. TURNER:  Object to form.
15      A.  That's a very broad question.  Can anyone
16  improve at any time in -- if you're referring to
17  does this indicate that we needed to start doing
18  things?  The answer's no, we have been doing those
19  things.  The things indicated in the security
20  statement that are separate from the SDL,
21  capitalized, those things we were doing at this
22  time.
23  BY MR. CARNEY:
24      Q.  So if we look at the text that you copied
25  below from the security statement software

103

1  development lifecycle, where does it talk about the
2  final security review checklist?
3      A.  It does not.
4      Q.  And so I guess what I'm asking is why do
5  you believe now that the response to that we're not
6  doing some of the things indicated in the statement
7  below --
8      A.  I don't.
9      Q.  Okay.  So let me finish my question.  I'm
10  sorry.
11      A.  Sorry.
12      Q.  So you say in the e-mail in response to
13  the feedback that you're not doing some of the
14  things in the statement below that you want to make
15  sure that they have an answer, and your answer is
16  there is improvement needed to be able to meet the
17  security expectations of a secure development
18  lifecycle.
19          And I'm wondering, since the software
20  development lifecycle statement below says nothing
21  about the final security review checklist, why do
22  you think that's what you were talking about?
23      A.  Because that's the scope of which I was
24  focused on at the time was bringing this process
25  together that introduced a new process called the

104

1  the bottom of the e-mail because you made reference
2  now to the -- that portion of the security statement
3  that you believed the company was doing those things
4  already.  So I want to ask you some questions about
5  that.
6          In the first sentence of the second
7  paragraph it states:  Our secure development
8  lifecycle follows standard security practices
9  including vulnerability testing, regression testing,
10 penetration testing and product security
11 assessments.
12         In the context of the security statement
13 here, do you understand what is vulnerability
14 testing?
15     A.   I do.
16     Q.   And what is that?
17     A.   Vulnerability testing is continuing
18 testing activity where you are ensuring that the
19 security controls you have implemented in the
20 product are, in fact, functioning the way they
21 should.
22     Q.   And at this time in 2018, was SolarWinds
23 using vulnerability testing in the development of
24 all its software products?
25     A.   I can speak to the products that I was

117

1  responsible for and that security testing was one of
2  the milestones in -- that was required in our
3  release checklist.
4      Q.   And specifically vulnerability testing?
5      A.   Yes.
6      Q.   And was -- do you know whether
7  vulnerability testing was used at that point in time
8  for developing software associated with Orion?
9      A.   Yes.
10     Q.   And was it?
11     A.   Yes, it was.
12     Q.   And how about regression testing as it's
13 used in the security statement, do you understand
14 what that's referring to?
15     A.   Yes, I do.
16     Q.   And what is regression testing?
17     A.   It's ensuring that the new code you have
18 implemented has not disrupted the existing code in
19 any negative degradation, no degradation in
20 functionality or security.
21     Q.   And with respect to the products that
22 you're familiar with, at this point in time in 2018,
23 was SolarWinds using regression testing in
24 development of all its software products?
25     A.   Absolutely.

118

1      Q.   And how do you know that?
2      A.   It's part of the release checklist.  It's
3  standard software development.  You cannot release
4  without testing the code you've implemented and make
5  sure it works correctly.
6      Q.   And was this regression testing done in
7  conjunction with the Orion product, to your
8  awareness?
9      A.   Yes.
10     Q.   And how do you know that?
11     A.   It's standard process.  It's just
12 software development.
13     Q.   And it also uses the term "penetration
14 testing" here.  Do you understand what it means in
15 the context of the security statement?
16     A.   I do.
17     Q.   And what is penetration testing?
18     A.   Very, very closely related to
19 vulnerability testing.  You're ensuring the security
20 controls that you've implemented are working
21 correctly by specifically testing aspects of the
22 product periodically.
23     Q.   And with respect to the products you were
24 familiar with, at this time was SolarWinds using
25 penetration testing for all its products?

119

1      A.   We had an internal security testing that
2  was responsible for scheduling and working with the
3  teams to plan for those and execute those
4  penetration tests.
5      Q.   And what organization was that internal
6  security testing team part of?
7      A.   It was within -- it was within
8  engineering.
9      Q.   And did they report to you?
10     A.   They did not report to me.
11     Q.   And was penetration testing being used on
12 the Orion product at that time?
13     A.   Yes.
14     Q.   And how do you know that?
15     A.   I recall communications planning for
16 scheduling certain aspects of the product to go
17 through penetration testing, or pen testing for
18 short.
19     Q.   In what time frame?
20     A.   This time frame to current.
21     Q.   And next it talks about product security
22 assessments.
23         Are you familiar with how that term is
24 being used in the security statement?
25     A.   Yes.

120

1 teams and multiple spaces within the engineering
2 Confluence platform including personal spaces.
3 There's a tremendous amount of documentation.
4    Q.    And was one of the goals of your SDL
5 project to take all that widespread documentation
6 and pull it together in one document that you could
7 show someone?
8    A.    Referring back to the catalyst for this
9 project, pulling this documentation security-related
10 for the GDPR consultant was -- one of the goals was
11 to consolidate this into something that was
12 consumable and understandable by...
13    Q.    All right.  Sir, if I could now turn your
14 attention to Exhibit 6.  This is a e-mail string.
15 The e-mails on the bottom have May 2018, at the top
16 from September 2018.  And it starts with the Bates
17 stamp SW-SEC00237608.
18         Are you familiar with this document?
19    A.    I don't recall it from the time frame,
20 but I see that my response is here.
21    Q.    And the e-mails to which you are carbon
22 copied on, would you have received those in the
23 course of your work at SolarWinds?
24    A.    Yes.
25    Q.    And the -- referring to the middle

137

1 e-mail, that's an e-mail that you sent on May 21st,
2 2018; is that correct?
3    A.    May 1st [sic], 2018, yes.
4    Q.    You say in the -- in your e-mail:  I
5 don't see a line item about threat modeling, but
6 since you mentioned it.
7         What did you mean by that?
8    A.    Reviewing this, I see the phrase:  Please
9 confirm particularly the threat modeling, but I see
10 no reference to this anywhere else so I was unclear
11 why they were mentioning it at the time.
12    Q.    And just so we're clear for the record,
13 because the e-mail at the bottom that lists all the
14 different security capabilities, you don't see
15 anything that covers threat modeling down there?
16    A.    There's nothing listed here.
17    Q.    In the next paragraph you say:  TM'ing is
18 a process.
19         First of all, is TM'ing threat modeling?
20    A.    Yes.
21    Q.    And what did you mean that threat
22 modeling is a process?
23    A.    In a very general sense how you approach
24 threat modeling is a process you can apply to your
25 software development activities.

138

1    Q.    And in the next sentence, and I'll -- it
2 says it's part of the SDL.
3         What did you mean that threat modeling is
4 part of the SDL?
5    A.    It's an area of improvement that I wanted
6 to focus on.  Currently the artifacts that were
7 coming from the threat modeling that we were doing
8 were not well documented as I've referred to before.
9 And part of my project was to improve the artifacts
10 that were coming from those activities in a more
11 formal, formal manner.  That was an additional thing
12 that's not part of our security statement.
13    Q.    What do you mean it's not part of your
14 security statement?
15    A.    Again, when I go back to our security
16 statement that was public-facing, we're focused on
17 vulnerability testing, regression testing, pen
18 testing, product security awareness -- or
19 assessments, sorry.  While we were doing threat
20 modeling internally, it's an inherent part of the
21 software development activities, as we talked about
22 previously when you assess risk and mitigate that
23 risk.  I felt we could formalize that process and
24 improve that process.
25    Q.    And I think you said it's an area of --

139

1 where improvement was needed.
2         What kind of improvement was needed with
3 respect to threat modeling?
4         MR. TURNER:  Objection, asked and
5 answered.
6    A.    Again, I can threat model and I can
7 implement the outputs of that threat model without
8 necessarily documenting what I did and be effective
9 in my security controls.  I wanted to formalize that
10 process and produce artifacts to improve efficiency.
11 BY MR. CARNEY:
12    Q.    Correct me if I'm wrong, but did you say
13 earlier that threat modeling is a part of product
14 security assessment?
15    A.    I don't believe I made that comment.
16    Q.    Is threat modeling a part of product
17 security assessment?
18    A.    Depends on what you're talking about when
19 you use the term "product security assessment."
20    Q.    Okay.  So if we look back at Exhibit 5
21 where it has the software development lifecycle
22 description at the bottom of the e-mail.
23         Do you see that?
24    A.    I do.
25    Q.    And it says:  Our secure development

140

1 lifecycle follows standard security practices
2 including vulnerability testing, regression testing,
3 penetration testing and product security
4 assessments.
5     I'm wondering, in that context is threat
6 modeling incorporated into product security
7 assessments?
8     A.   I did not write this statement.  I didn't
9 participate in writing this statement, so I can't be
10 definitive in terms of what the scope of product
11 security assessments might mean.  I can interpret
12 what I felt they -- that it meant.
13     Q.   And do you interpret it to include threat
14 modeling?
15     A.   I interpret this to assess the outputs of
16 the previous activities that are listed there.
17     Q.   And just looking at that entire
18 description there of software development lifecycle,
19 is there any part of that two-paragraph description
20 that you think incorporates threat modeling?
21     A.   You could potentially put threat modeling
22 anywhere.  It's just an additional activity that you
23 may choose to do informally or formally, but
24 inherently it just happens as part of the software
25 development process.

141

1     Q.   In the next part of the sentence in
2 Exhibit 6 you say -- referring to threat modeling,
3 you say:  It's part of the SDL and we are just
4 barely beginning to understand how teams are going
5 to be doing this activity.
6     What did you mean by that?
7     A.   I wanted to improve the process.  I was
8 trying to determine what options we had in terms of
9 producing that documentation and tracking that
10 documentation that I had not yet settled on.
11     Q.   But what does it mean that you were
12 barely beginning to understand how teams are going
13 to be doing this activity, the threat modeling?
14     A.   In this case, we're talking about six
15 years ago, it's just phrasing.
16     Q.   Okay.  So you don't think you were
17 talking about doing the threat modeling itself here?
18     A.   Threat modeling, no.  It was already
19 happening.
20     Q.   So if you look at the bottom e-mail from
21 Rani Johnson where she's listing in the left column
22 security capabilities and in the right column the
23 tools, what did you understand this to be
24 describing?
25     A.   Are you asking about the complete table

142

1 or are you asking about what the columns mean?
2     Q.   Yeah, just the complete table.  What did
3 you understand her to be trying to convey through
4 this table, just as a whole?
5     A.   I was not involved in putting this table
6 together.  I believe that I was associated with this
7 e-mail because we list some of the tools that
8 engineering was using for some of these security
9 activities.
10     Q.   And which of the security activities in
11 the table would you have given input on?
12     A.   I don't recall giving input on any of
13 these, but I would have been -- what would have been
14 relative to me would have been code analysis and pen
15 testing.
16     Q.   So just using pen testing as an example,
17 the -- pen testing is in the left column and then in
18 the right column -- so, for instance, Rapid7,
19 Metasploit, is that a pen testing tool?
20     A.   That is one of various pen testing tools
21 that we were using.
22     Q.   So the -- is it fair to say the right
23 column describes the tools that were being used for
24 pen testing?
25     A.   That's my understanding.

143

1     Q.   And in your e-mail, though, when you say:
2 We're barely beginning to understand how teams are
3 going to be doing this activity, you don't think you
4 were referring to how the teams were actually going
5 to be performing threat modeling and what tools they
6 were going to use?
7     A.   I was referring to the improvement in
8 that process that I was trying to assess and take
9 action on.
10     Q.   Okay.  And I guess what I'm trying to
11 understand is that Rani Johnson is creating this
12 table that shows the different security capabilities
13 and the tools that are used to achieve those.
14     Do you think that you are telling her, We
15 don't know what tools we're going to use for threat
16 modeling?
17     A.   I was implying that I wanted to improve
18 the process, that I was evaluating various methods
19 for doing -- for improving the TM'ing process, the
20 threat modeling process, and I had yet to understand
21 the best way that would be applicable for out teams
22 to improve that.
23     Q.   And evaluating various methods for
24 improving the threat modeling process, would that be
25 evaluating different tools that you could use for

144

threat modeling?

A.  Different tools and different processes within the broad process of threat modeling.  Threat modeling can be done verbally, it can be done on a piece of paper, it can be done on a whiteboard or you can use a formal tool to produce that documentation.  There's multiple ways to do this exercise.

Q.  Do you recall if at any point after this you responded to her and said, Here's your answer now, these are the tools we use for threat modeling?

A.  Not that I'm aware of.

Q.  And I'll just note for the record that -- and you're not copied on this, but at the top she's reforwarding this e-mail in September of 2018.

Do you have an understanding of why she would have been forwarding your e-mail in September of 2018?

A.  I have no idea.

Q.  By September of 2018, had you -- putting aside what you might have told Ms. Johnson about it, had you kind of figured out the answer what tools you were going to use for threat modeling?

A.  I believe we continued to use the same internal process that we were doing.

145

Q.  Did you ever come to understand why Ms. Johnson was asking you to confirm particularly with respect to threat modeling?

A.  I don't know.  And you can -- from this e-mail, there is no reference other than the subject line, so I don't have an understanding.  I wasn't involved in compiling any of this data.

Q.  Fair enough.  But you don't recall having a subsequent oral conversation with Ms. Johnson about --

A.  No.

Q.  -- this issue?

A.  I don't remember anything, no.

Q.  Is she someone that you work with on a regular basis?

A.  I wouldn't say a regular basis, no.

Q.  Were you both in the same office?

A.  No.

Q.  Which office are you in?

A.  I was remote in Utah and she was in the Austin office.

Q.  Are you still remote now?

A.  Yes.

Q.  And where in Utah?

A.  I live in Eden, Utah.

146

Q.  So you work from home, is that --

A.  Yes.

(Deposition Exhibit 7 marked for identification.)

BY MR. CARNEY:

Q.  All right.  Mr. Colquitt, again, take as much time as you need to look over the document, but just for the record, I've handed you what's been marked as Exhibit 7.  It's a May 1st, 2018, e-mail, subject, Monthly technology newsletter for April 2018, and it begins at Bates stamp SW-SEC00016513.

Mr. Colquitt, did you have sort of regular involvement in putting together the monthly technology newsletters?

A.  I contributed a few times to the newsletter.

Q.  And just as -- I'm not asking you about the specific one yet, but just as a general matter, how would you go about contributing to the monthly technology newsletter?  So for instance, who would ask you to do it and how would it come about?

A.  I don't remember specifics of how it came about.  We would receive an assignment to -- it's your turn to produce some area of the newsletter,

147

different people would contribute.  So we would write our piece and contribute.  I think it would be compiled by Paul Gray.

Q.  And who is Paul Gray?

A.  He was head of architecture.

Q.  And you said that you would receive an assignment.  Who would you receive an assignment from?

A.  I would have -- it would have been asked either by Joe or by Paul.

Q.  So either by Joe Kim or by Paul Gray?

A.  Yes.

Q.  And, sir, if I could ask you to turn to the fourth page of this -- let's see.  Let me get you on the right page.

So if you look at the page that at the bottom, the last numbers are 16519, the bottom right corner.

A.  Uh-huh.

Q.  And there's a blue little header that says SolarWinds Security Series.  And if you flip over to the next page, it says Steven Colquitt, director software engineering SolarWinds.

A.  Uh-huh.

Q.  Would you have put together this section

148

1  that take?
2      **A.**    Within our products, there are security
3  controls to protect and secure that piece of
4  software.  Those are the security activities that
5  happen during development.
6      **Q.**    Would you include threat modeling in the
7  category of security and security testing that are
8  implemented throughout the entire software
9  development methodology?
10     **A.**    I would say that as an inherent aspect of
11 implementing a mitigation to a security risk is
12 inherently a threat modeling.
13     **Q.**    What do you mean by "implementing a
14 mitigation to a security risk"?
15     **A.**    As an engineer when you are implementing
16 a piece of functionality, you will assess the user
17 or data interaction in that piece of functionality
18 and you will assess whether there's a risk there.
19 And if there is, you will put in a mitigation.  For
20 example, you may choose to encrypt that piece of
21 data as it is transiting between trust boundaries.
22         (Deposition Exhibit 9 marked for
23 identification.)
24 BY MR. CARNEY:
25     **Q.**    And, Mr. Colquitt, I've handed you -- I

                          165

1  didn't actually hand it to you, but you've been
2  handed what's been marked as Exhibit 9.  And this is
3  a PowerPoint presentation that begins at
4  SW-SEC00262250.  And you, once again, take as much
5  time as you need.  I'm only going to ask you right
6  now about one page of the document.  But have you
7  ever seen this document before?
8      **A.**    No, not until just now.
9      **Q.**    Do you know what a KBT offsite is?
10     **A.**    KBT is the initials of our previous CEO.
11     **Q.**    Is that Kevin Thompson?
12     **A.**    Kevin Thompson.
13     **Q.**    Have you ever been to a KBT offsite?
14     **A.**    That's way above my pay grade.  No.
15     **Q.**    Have you ever been to any CEO offsite?
16     **A.**    No.
17     **Q.**    Would you like to go to one?
18     **A.**    Yes.
19         THE WITNESS:  Come on, Jason.  Make
20 it happen.
21 BY MR. CARNEY:
22     **Q.**    All right.  So if I can just ask you to
23 look at the second-to-last page of the document,
24 sir.  And understanding that this isn't a document
25 that you've seen, so I'm just asking for your best

                          166

1  understanding, if any.  But if you look at the
2  second row on the chart there on the page ending in
3  262260 --
4      **A.**    Uh-huh.
5      **Q.**    -- the second row says:  Description pen
6  testing.  And then in the notes it says:  Unfunded
7  in FY18, plan to pen test eight to ten products in
8  2019.
9          Do you know what it means that pen
10 testing was unfunded in FY18?
11     **A.**    So to clarify, I had no involvement in
12 compiling this data.  I don't also understand or
13 know the criteria that would have been used to come
14 up with this.  My assumption is they were referring
15 to external pen testing to augment the internal
16 penetration testing that we were already doing.
17     **Q.**    So if you were doing internal pen
18 testing, would there be a cost reflected in the
19 budget somewhere?
20         MR. TURNER:  Objection, foundation.
21         You can answer if you know.
22     **A.**    Internal pen testing was done by internal
23 employees that were hired on a security team, so
24 that budget would have been head count budget.
25

                          167

1  BY MR. CARNEY:
2      **Q.**    Got it.  And is that where you're
3  deriving your understanding that unfunded means
4  external pen testing?
5      **A.**    Yes, because I know we had an internal
6  team doing pen testing.
7      **Q.**    And the internal team was doing pen
8  testing in 2018?
9      **A.**    Yes.
10         (Deposition Exhibit 10 marked for
11 identification.)
12 BY MR. CARNEY:
13     **Q.**    Mr. Colquitt, you've been handed what's
14 been marked as Exhibit 10.  It's a document entitled
15 MSP -- it's M, as in Mike, SP Products, Security
16 Evaluation, Confidential, July 2019, and it has the
17 Bates stamp on the first page of SW-SEC00166790.
18         And once again, take as much time as you
19 need, I only going to show you one part of it, but
20 have you ever seen this document before?
21     **A.**    As of the last week and a half, yes.
22     **Q.**    Do you know -- before the past week and a
23 half, had you ever seen this document before?
24     **A.**    No, sir.
25     **Q.**    Do you know who Stas Starikevich is?

                          168

1    **A.**   No.
2    **Q.**   Do you know who -- my apologies --
3   Wojciech Pitera is?
4    **A.**   My guess would be Wojciech, but, no, I
5   don't know who that is.
6    **Q.**   And I can spell those for the -- Stas is
7   S-t-a-s, last name S-t-a-r-i-k-e-v-i-c-h.  And then
8   the second name Wojciech is W-o-j-c-i-e-c-h, last
9   name P-i-t-e-r-a.
10        Do you have any understanding of what
11   this document is or why it exists apart from what
12   counsel might have told you?
13    **A.**   No.
14    **Q.**   If I can just ask you to turn to the page
15   ending in 166794, and the first bold item on the
16   page is:  Resilience requirements are established
17   for critical services.
18        Do you see that page?
19    **A.**   I do.
20    **Q.**   First of all, what is MSP as it's used in
21   the SolarWinds context?
22    **A.**   MSP is an acronym for managed service
23   provider.
24    **Q.**   And what is a managed service provider?
25    **A.**   It's when a company provides a service

169

1   that's hosted outside of the customer's environment
2   that the customer can access.
3    **Q.**   And is -- what is the name of SolarWinds'
4   MSP product?
5    **A.**   I was not involved with SolarWinds' MSP.
6   I don't remember all the products.  I can reference
7   the first front page, I think where they mention
8   some products on here, but I wasn't -- I'm not
9   familiar with these products at all.
10    **Q.**   So let me just ask you one question on
11   understanding that background.  In the middle of
12   that page we were just looking at ending in 166794,
13   it says -- under the heading Threats Internal and
14   External Are Identified and Documented, it says
15   underneath it:  No threat modeling nor analysis is
16   performed as part of any process, and then in
17   parentheses it says:  Except MSP backup engineering.
18        Do you have any knowledge one way or
19   another whether that statement is true or not?
20    **A.**   I don't have any idea what criteria they
21   would have been looking at to make that assessment.
22    **Q.**   Do you have -- independent of this
23   document, do you have any knowledge as to whether
24   threat modeling or analysis was used as part of the
25   MSP products?

170

1        MR. TURNER:  Objection to form.
2    **A.**   I cannot speak to any of the MSP products
3   or MSP engineering.  I can speak to generally it's
4   impossible to deliver security controls in a product
5   without having done threat analysis.
6   BY MR. CARNEY:
7    **Q.**   Is it -- is threat analysis different
8   from threat modeling?
9    **A.**   I think I just use that term -- the same
10   thing.  I'm using that interchangeably.  Threat
11   modeling and threat analysis, that's what I meant.
12   I was referring to threat modeling.
13    **Q.**   Okay.  Great.  So is it fair to say,
14   then, it's impossible to deliver security controls
15   in a product without having done threat modeling?
16    **A.**   I'm saying is that threat modeling is an
17   assessment of risk at a particular point in which
18   you choose to mitigate with a security control.
19   That is threat modeling.  So I do not understand
20   what criteria they're using here to make that
21   assessment.  They may be thinking of more of a
22   formal process that they would like to achieve.  I'm
23   not sure.
24    **Q.**   And putting aside that document, were MSP
25   products part of your SDL project?

171

1        MR. TURNER:  Objection to form.
2    **A.**   The MS -- the SDL project, again, was a
3   process that was overlaying our engineering
4   activities, which would have been -- training would
5   have been rolled out to this team as well.
6   BY MR. CARNEY:
7    **Q.**   So that process would have been applied
8   to MSP at some point?
9    **A.**   They would have received training, yes.
10        (Deposition Exhibit 11 marked for
11   identification.)
12   BY MR. CARNEY:
13    **Q.**   Mr. Colquitt, you've been handed what's
14   been marked as Exhibit 11.  And this is a string of
15   e-mails from March of 2018 and it begins with the
16   Bates stamp SW-SEC00013553.
17        You familiar with this e-mail chain?
18    **A.**   Too long ago.  I don't remember this
19   exchange.
20    **Q.**   Okay.  And if you notice, the initial
21   e-mail, which starts at the bottom of page 1, it's
22   from -- the one and the same, Wojciech Pitera from
23   the previous document; is that right?
24        MR. TURNER:  Can you give the witness
25   just a chance to review it.

172

1    Q.   So how, for example, would the final
2 security review requirement help improve the outputs
3 of those activities?
4    A.   So each of those activities had an output
5 that needed to be assessed.  You needed to assess
6 the quality bar produced from regression, from
7 vulnerability, from pen testing.  It brought all of
8 those into a central formalized consistent document
9 that could then be reviewed at each point to
10 establish an overall security posture, how well did
11 we do security.
12    Q.   And could that help improve the quality
13 of those activities?
14    A.   Absolutely, knowing that you have to
15 produce that documentation will improve your focus
16 as an engineer on what you have to produce.
17    Q.   So if we could go back to the training in
18 Exhibit 3.  Now, did this training just cover the
19 new documentation requirements you entered -- well,
20 let me actually ask a different way.
21       Let's turn to the document -- the page
22 ending in Bates stamp 85.  And do you see any
23 reference there to the new documentation
24 requirements you introduced?
25    A.   Yes, final security review and review

189

1 collateral.
2    Q.   Okay.  So fair to say that the training
3 did cover those new documentation requirements?
4    A.   Yes.
5    Q.   But as I think the SEC pointed out in its
6 questioning, the training wasn't just about that,
7 right, it covered other issues as well; is that
8 right?
9    A.   It focused on additional outputs and
10 collateral of the activities that were in place and
11 brought them together into a formalized consistent
12 process.
13    Q.   Well, let's look beyond this page,
14 though, and look at the page marked ending with the
15 Bates stamp 78.  This is the diagram of all the
16 components of the SDL at SolarWinds, right?
17    A.   Yes.
18    Q.   And your training went through each of
19 those elements in the following pages, right?
20    A.   Yes.
21    Q.   So what was the purpose of going through,
22 you know, the entire SDL like that as part of this
23 training?
24    A.   Each of those phases is quite broad and
25 can be applied in different ways.  And so training

190

1 teams on all the different aspects of the phases and
2 what -- what needed to be produced was a goal of
3 that.
4    Q.   Let me put it a different way.  Who was
5 this training directed to?
6    A.   This training was directed to entire
7 engineering teams and their leadership teams.
8 Regardless of seniority level or what your role was
9 every single engineer received this training.
10    Q.   So this is the entire engineering staff
11 at SolarWinds?
12    A.   Yes.
13       MR. CARNEY:  Objection, form.
14 BY MR. TURNER:
15    Q.   So would that include just the engineers
16 who would have involvement in security or would
17 there be other engineers who wouldn't have that
18 involvement?
19       MR. CARNEY:  Objection, vague.
20    A.   This trained -- if you're an engineer
21 committing code or testing code or contributing to
22 the production of a piece of software that would be
23 sold to customers, you were trained on the security
24 lifecycle.
25

191

1 BY MR. TURNER:
2    Q.   Great.  So again, my question is would
3 that include just engineers who would have
4 involvement in security activities or would there be
5 a broader set of engineers?
6    A.   All engineers, whether they were involved
7 in security activities or not.
8    Q.   Can you give me an example of, like,
9 who's an engineer who would not be involved in
10 security?
11    A.   Yeah.  A great example would be an
12 associate-level engineer who might be given a very
13 limited scope of work to complete because of lack of
14 experience would probably not be involved in
15 assessing a particular security risk as part of the
16 entire workflow.  That would be left to
17 senior -- more senior, more experienced engineers.
18    Q.   I think you mentioned that when you first
19 started at -- as a young software engineer, what was
20 the company again?
21    A.   Altiris.
22    Q.   What was your position there?
23    A.   I was a UI developer.
24    Q.   What's UI?
25    A.   User interface developer.

192

1    Q.   Is that all you worked on?
2    A.   At the beginning, yes, very limited scope
3 of work.
4    Q.   Are there similar engineers at SolarWinds
5 who work on --
6    A.   Yes, absolutely.
7    Q.   Would those engineers do penetration
8 testing, for example?
9    A.   They would not directly be involved in
10 penetration testing.
11    Q.   Or vulnerability testing?
12    A.   They wouldn't be directly involved in
13 that.
14    Q.   So is it fair to say -- would all of the
15 attendees of this training you did, would they have
16 had a preexisting familiarity with the concepts you
17 went over, or would the concepts potentially be new
18 to some of the attendees?
19       MR. CARNEY:  Objection, calls for
20 speculation.
21 BY MR. TURNER:
22    Q.   Does that require speculation or do you
23 know?
24    A.   No, and the industry's an evolving
25 industry all the time and new terms evolve all the

193

1 time.  When you use terms such as "penetration
2 testing," as a new engineer I had no idea what that
3 was.  It wasn't until I was a more senior.  So, yes,
4 there's a lot of terminology that's used very
5 broadly across the industry that would be very
6 confusing on top of the fact that many of these guys
7 aren't native English speakers.  So terminology was
8 very -- probably a very confusing aspect.
9    Q.   Okay.  But I'm just -- I'm going back
10 to -- you testified just a minute ago that some of
11 the engineers attending this training would not have
12 had prior involvement in security aspects of the
13 development lifecycle.
14    A.   Yes.
15    Q.   Is that fair?
16    A.   That is fair.
17    Q.   So would you expect the concepts you're
18 going over in this document potentially to be new to
19 those individuals as opposed to engineers who had,
20 you know, prior involvement with security aspects of
21 code development?
22    A.   Yes, that is a true statement.
23    Q.   So what was the purpose of providing this
24 training to all attendees?  Why did you -- why were
25 you giving this training to engineers who might not

194

1 have a security role?
2    A.   As a company creating a broader awareness
3 of our approach to security just improves the
4 overall process.  It improves our overall approach,
5 and it improves the quality of the outputs.  So
6 training everyone to be involved in security
7 regardless of their role was an important aspect of
8 the SDL training.
9    Q.   And I think you testified earlier about
10 wanting to increase I think you said exposure or
11 visibility for the SDL.
12       How, if at all, did this training relate
13 to that?
14    A.   Training broadly across the engineering
15 teams introduced a formality and a consistency in
16 our approach that some of those engineers might not
17 have been familiar with prior, so this training
18 brought that level of awareness to each of those
19 individuals -- those roles, those differing roles.
20    Q.   Now, was this training designed to
21 actually, like, teach engineers how to do
22 penetration testing?
23    A.   No.
24    Q.   Or how to do regression testing?
25    A.   No.

195

1    Q.   Why not?
2    A.   Those things were already happening.
3 Those things are part of our methodology, our
4 approach to software.  That's just software
5 development.
6    Q.   Could you teach those things in, like, a,
7 you know, 30-minute or hour-long training?
8    A.   No.
9    Q.   So that wasn't the goal of this training?
10    A.   No.
11       MR. CARNEY:  Objection, vague.
12 BY MR. TURNER:
13    Q.   You were asked earlier about this e-mail
14 that you sent out on January 30th.  It's Exhibit 4.
15 So you said in this -- in the top line of this
16 e-mail:  Managers, I've gotten feedback that we
17 don't do some of the things that are indicated in
18 the statement below.
19       Do you see that?
20    A.   Yes, I do.
21    Q.   And I think you testified earlier that
22 the feedback you were referring to had come from
23 Lukas Vrbecky?
24    A.   Correct.
25    Q.   Let me show you what we'll mark as --

196

1          MR. TURNER:  What, Exhibit D-1?  Or
2    how do you want to do it?
3          MR. CARNEY:  13.
4          MR. TURNER:  Just go sequentially?
5    That's fine.  Let's mark it as 13.
6          THE WITNESS:  Do I need to give that
7    to you?
8          (Deposition Exhibit 13 marked for
9    identification.)
10   BY MR. TURNER:
11       Q.    So on Exhibit 13, this is an e-mail to
12   you from Lukas Vrbecky, right?
13       A.    Yes.
14       Q.    And it's sent about four hours or so
15   before you sent your e-mail reflected in Exhibit 4?
16       A.    Okay.  Yes.
17       Q.    Is that correct?
18       A.    Yes.
19       Q.    So is this the e-mail you were referring
20   to earlier?
21       A.    This is the e-mail I was referring to
22   earlier.
23       Q.    Let's start with the e-mail at the bottom
24   of the chain.  So this is the e-mail that you are
25   sending out to all engineering managers, right?

197

1       A.    Correct.
2       Q.    With the excerpt from the security
3    statement?
4       A.    Yes.
5       Q.    And your e-mail sending that excerpt out
6    is sent to I think you testified earlier all
7    engineering managers?
8       A.    Yes.
9       Q.    And you had suggested in the e-mail to
10   these managers:  Please share with your teams.
11   Right?
12       A.    Yes.
13       Q.    What did that mean?  Who did you expect
14   them to share this with?
15       A.    So each of those managers would have had
16   responsibility or direct reports, multiple direct
17   reports and multiple teams reporting in to them, and
18   the intention was for them to disseminate that
19   information down through their team.
20       Q.    So would that encompass, again, all
21   engineering staff at the company?
22       A.    All engineering staff regardless of role,
23   regardless of seniority.
24       Q.    So again, that would include some people
25   who didn't have a security role --

198

1       A.    Yes.
2       Q.    -- previously at the company?
3       A.    Yes.  Yes, correct.
4       Q.    He e-mails you back in the following
5    e-mail on January 29th saying:  Steven, this is a
6    great progress in formalizing our security process.
7          What did you understand him to have meant
8    by formalizing?
9       A.    Lukas recognized that we were already
10   doing the underlying activities, but by compiling a
11   concise formalized statement, that made it more
12   clear what our approach to security was, was what he
13   was referencing when he says formalizing the
14   process.
15       Q.    And what awareness did Lukas have, if
16   any, of the SDL project you were working on at the
17   time?
18       A.    Lukas had been helping me with certain
19   aspects.  I think he also had responsibility for
20   some of the security team activities in his role.
21       Q.    Okay.  And then you say -- sorry, before
22   we go there.  He asked you whether you could share
23   more information about, quote, The high-level plan
24   on how we are improving software development
25   lifecycle in the upcoming months.

199

1          Do you see that in his e-mail?
2       A.    Uh-huh.
3       Q.    And then you respond:  Hey, Lukas, I am
4    now in the process of -- is hosting SDL training.
5    And then you detail the various places you're going
6    to go in your training.
7       A.    Uh-huh.
8       Q.    And then he says:  I think that would be
9    great.  It came back from teams as a feedback that
10   we actually don't do things and actions that are in
11   the statement.
12          That's the line you quoted in your --
13       A.    Yes.
14       Q.    -- subsequent e-mail, right?
15       A.    Uh-huh.
16          MR. CARNEY:  Objection,
17   characterization.
18   BY MR. TURNER:
19       Q.    But then he adds:  I'd say more accurate
20   would be that teams are not fully aware about the
21   scope of what we do and also what we are going to do
22   by the end of Q1.
23          What did you understand him to mean by
24   that?
25       A.    So he understood that there were

200

Steven Colquitt
9/18/2024

1  engineers on teams who probably weren't involved in
2  aspects of things like pen testing, vulnerability
3  testing, who didn't have direct knowledge that those
4  activities were happening and he was aware that we
5  were improving the process by implementing things
6  like the final security review they weren't aware of
7  yet because I hadn't rolled out training.
8      Q.   Okay. And then you say: For these kinds
9  of questions coming from team, I would like managers
10  to have a canned answer, smiley face.
11          Is that what leads you to send your
12  e-mail a few hours later?
13     A.   Yes.
14     Q.   And you say -- the simple response is:
15 There is improvement needed to be able to meet the
16 security expectations of a secure development
17 lifecycle.
18          Now, were you referring to the
19 improvements you were making as part of your SDL
20 project?
21     A.   I was.
22          MR. CARNEY:  Objection, leading.
23 BY MR. TURNER:
24     Q.   And what type of improvements, again, was
25 your SDL project focused on making?

201

1      A.   Again, mainly it brought awareness; two,
2  it formalized the outputs, formalized documentation;
3  and, third, it introduced some additional process
4  that would facilitate bringing that documentation
5  together.
6      Q.   And you talk about needing -- excuse me,
7  improvement needed to meet the security expectations
8  of a secure development lifecycle.
9          What new expectations was SolarWinds
10 expected to meet around this time?
11         MR. CARNEY:  Objection, form.
12     A.   So, one, we were -- we focused on GDPR
13 compliance where we were expected to be -- to
14 produce demonstrable evidence of our security
15 practices and, two, more and more customers were
16 beginning to put a focus on security and were asking
17 for evidence.
18 BY MR. TURNER:
19     Q.   Can we take a look at the security
20 statement. Exhibit 10.
21         MR. LUONGO:  That wasn't an exhibit
22 to this deposition.
23         MR. TURNER:  Sorry.
24 BY MR. TURNER:
25     Q.   Actually we can stick on Exhibit 4 and

202

1  just use the quote at the bottom of that first page.
2  The first sentence -- I just want to be clear for
3  the record, that first sentence says:  We follow a
4  defined methodology for developing secure software
5  that is designed to increase the resiliency and
6  trustworthiness of our products.
7          Was that true while you were at
8  SolarWinds?
9      A.   That was true.
10         MR. CARNEY:  Objection, foundation.
11 BY MR. CARNEY:
12     Q.   And the methodology that was followed for
13 the software development lifecycle, I think before
14 you testified that was Agile; is that right?
15     A.   Yes.
16     Q.   And is that a defined methodology as far
17 as you understand it?
18     A.   It is an industry standard framework
19 that's adopted per the needs of a particular
20 software company and then defined internally for
21 that software team.
22     Q.   So is it defined in the industry?
23     A.   Yes.
24     Q.   And it's defined at SolarWinds?
25     A.   Internally, yes.

203

1      Q.   How would it have been defined
2  internally?
3      A.   We would have had documentation on how we
4  do software at SolarWinds.
5      Q.   Where would that base have been
6  maintained?
7      A.   In the engineering space of Confluence.
8      Q.   First sentence of the second paragraph:
9  Our secure development lifecycle follows standard
10 security practices including vulnerability testing,
11 regression testing, penetration testing, and product
12 security assessments.
13         Just to make sure we're clear for the
14 record, were all those things done at SolarWinds?
15     A.   Yes.
16         MR. CARNEY:  Objection, foundation.
17 BY MR. CARNEY:
18     Q.   Let me finish my question first.  Was
19 that statement true at the time of the -- this
20 e-mail?
21         MR. CARNEY:  Objection, foundation.
22 BY MR. CARNEY:
23     Q.   Was that statement true?
24     A.   Yes, it was true.
25     Q.   And how do you know?

204

1    **A.**   Outputs, documentation and I was also
2    participating in the release checklist.
3    **Q.**   And when you say outputs and
4    documentation, was this around the same time when
5    you were looking for those artifacts as part of your
6    GDPR compliance work?
7    **A.**   This would have been --
8         MR. CARNEY:  Objection, vague.
9    BY MR. CARNEY:
10   **Q.**   Just let him finish to make sure you guys
11   don't talk over each other.
12        So did you understand my question?
13   **A.**   No.
14   **Q.**   When you say outputs and documentation,
15   was this e-mail written around the same time when
16   you were looking for artifacts -- scratch that.  Let
17   me ask a different way.
18        As part of your SDL project, I believe
19   you mentioned earlier you had looked for
20   documentation and artifacts of security practices in
21   the development lifecycle; is that right?
22   **A.**   Yes.
23   **Q.**   And where did you look for those
24   artifacts?
25   **A.**   In Confluence.

205

1    **Q.**   And so as part of that work, did you see
2    evidence of these practices that are listed here by
3    teams other than your own?
4    **A.**   Yes, I did.
5    **Q.**   You were asked several times about threat
6    modeling.  And I just want to try to cut through the
7    jargon a little bit and see if I can get an
8    understanding of what that term means at a very
9    basic level.
10        Can you give me one?
11   **A.**   Yes.  It's when you assess the risk that
12   there might be an opportunity for someone to sort of
13   get around the security that you've implemented in
14   your product.
15   **Q.**   And I think you testified at one point
16   that it's impossible to have security controls if
17   you don't have threat modeling.  And I just want to
18   make sure I have the logical structure of that
19   statement right.
20        What did you mean by that?
21   **A.**   I mean that our products had security
22   controls in them.  Those security controls are the
23   outputs of a threat model having taken place.
24   **Q.**   So in other words, if there are security
25   controls as part of a product, does that necessarily

206

1    imply that threat modeling has been done?
2    **A.**   Yes, it does.
3         MR. CARNEY:  Objection, leading.
4         MR. TURNER:  Okay.  No further
5    questions.
6         MR. CARNEY:  Thanks.  Very, very
7    briefly.
8         FURTHER EXAMINATION
9    BY MR. CARNEY:
10   **Q.**   Mr. Colquitt, if I could ask you to look
11   at Exhibit 13 that Mr. Turner just showed you.  And
12   if you look at the top, it's the e-mail from Lukas
13   Vrbecky to you; is that right?
14   **A.**   Yes.
15   **Q.**   And he says in the second sentence:  It
16   came back from teams as a feedback that we actually
17   don't do things and actions that are in the
18   statement.
19        And you said that's what you were
20   referring to in your -- your e-mail that's reflected
21   in Exhibit 4?
22   **A.**   Yes.
23   **Q.**   And then he says in the next sentence
24   that -- of Exhibit 13:  I'd say more accurate would
25   be that teams are not fully aware about the scope of

207

1    what we do and also what we're going to do by the
2    end of quarter 1, right?
3    **A.**   That's what he says here.
4    **Q.**   Okay.  And if we look back at Exhibit 4,
5    in your response to the managers when you're giving
6    them an answer, you didn't say, We're doing all
7    these things already, did you?
8    **A.**   That's not in my response.
9    **Q.**   And you didn't see to -- say to them that
10   the teams are just not fully aware of the scope of
11   what we're doing.
12        Did you say that?
13   **A.**   I did not say that.
14   **Q.**   Okay.  You did say there is improvement
15   needed to be able to meet the security expectations
16   of a secure development lifecycle, right?
17   **A.**   Yes.
18        MR. CARNEY:  I have no further
19   questions.
20        FURTHER EXAMINATION
21   BY MR. TURNER:
22   **Q.**   Mr. Colquitt, when you wrote this e-mail,
23   did you imagine that a swarm of SEC lawyers was
24   going to be poring over every word you wrote seven
25   years later -- or six years later?

208

1          THE VIDEOGRAPHER:  This concludes
2   today's testimony of Steven Colquitt.  Going off the
3   record.  Time is 4:56.
4          (Deposition concluded at 4:56 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                                213

1          REPORTER'S CERTIFICATION
2          I, Micheal A. Johnson, Registered Diplomate
3   Reporter and Notary Public in and for the State of
4   Texas, certify that on the 18th day of
5   September, 2024 I reported the Videotaped Deposition
6   of STEVEN COLQUITT, after the witness had first been
7   duly cautioned and sworn to testify under oath; said
8   deposition was subsequently transcribed by me and
9   under my supervision and contains a full, true and
10  complete transcription of the proceedings had at
11  said time and place; and that reading and signing
12  was not requested.
13          I further certify that I am neither counsel
14  for nor related to any party in this cause and am
15  not financially interested in its outcome.
16          GIVEN UNDER MY HAND AND SEAL of office on
17  this 23rd day of September, 2024.
18
19          _____
            MICHEAL A. JOHNSON, RDR, CRR
20          NCRA Registered Diplomate Reporter
            NCRA Certified Realtime Reporter
21
            Notary Public in and for the
22          State of Texas
            My Commission Expires:  8/8/2028
23
24
25

                                214