# Exhibit 44

**SW-SEC00298924**





There were a lot of moving variables this year:
Acquisitions have caused pain (Threat Monitor was funded at 62.8% of original ask, so needed to move people around to get work completed)
Loggly had huge attrition issues (needed to pull SRE and Data Engineering to fix Loggly stability)
New initiatives were introduced on already thin team (IP Monitor, SolarWinds APM, etc.)

Needed to dramatically cut Cloud R&D budget
Core IT engineering was reeling from cuts heading into FY18

# Executive Summary
## DOIT

*DOIT remains focused on increasing business value through improved alignment, project execution, system standardization, and security maturity*

- **Business Alignment** (monthly business reviews, steering committees, prioritized portfolio, publish project status)
- **Project Delivery** (successfully deployed <u>58</u> new / upgraded services into production)
- **Tool Rationalization** (Marketing, Engineering) **and system migration to support Acquisition Integration** (Loggly, TM and 8Man)
- **Security Operations** (manage incidents, define tools / standards, audit risk)

*Staffed to execute system business requirements (not to negotiate cross functional business conflicts)*

*Rise in security incidents is disruptive to operations*

*Resource constraints necessitate prioritization / sequencing of business requests*

### 2018 YTD Project Execution

|  | Q1 2018 | Q2 2018 | Q3 2018 | Q4 2018 |
|---|---|---|---|---|
| Complete | 15 | 30 | 42 | 58 |
| In Progress | 42 | 39 | 48 | 40 |
| Qtrly Delivery | 15 | 15 | 12 | 16 |

- *Recommend investment in acquisition integration project management (cross functional efforts)*
- *Investment required to build proactive security practice (reduce cost of incident management)*
- *Request leadership support / acceptance of priorities / schedule*

CONFIDENTIAL © 2018 SolarWinds Worldwide, LLC. All rights reserved.   @solarwinds



# People & Teams
DOIT & RnD

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00298927



FY18 Org Structure changes were to enable us to scale better moving forward, and help create speed in decision making in regards to products



FY19 Org Structure changes will be to ensure that we are continuing to move additional responsibilities to my direct staff so that bandwidth will be available for me to help on larger programs (e.g. Grow Together)





# Initiatives
DOIT & RnD

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS	SW-SEC00298931



# FY18 Initiatives

R&D

| Division | Theme | Dept | Description | FY18 Budget | FY18 Projected Bookings | Notes |
|---|---|---|---|---|---|---|
| Core IT | New Product | Engineering | Orion Logs | **$392K/Qtr.** ($1.567M for FY18) | **$3.749M** ($9.027M for FY19) | RTM one month earlier to get ahead on marketing product |
| Core IT | New Product | Engineering | SCM | **$0** | **$544K** ($3.536M for FY19) | RTM one month earlier to get ahead on marketing product; funded internally from other teams |
| All | New Product | Engineering | Alert Management | **$0** | **$0** ($2.843M for FY19) | Initiative killed in favor of OEM |
| Core IT, MSP | M&A | Engineering | Project Tarheel (TM) | **$153K Q3, $416K Q4** ($569K for FY18) | **$294K Q4** ($4.2M FY19) | Initial budget ask was for 427K Q3, 480K Q4 |
| Core IT | New Product | Engineering | Project Lazarus (IPM) | **$0** | **$616K Q4** 43K Q3 Actual ($4.378M FY19) | Funded internally from other teams |
| Core IT | New Product | Engineering | SolarWinds APM | **$0** | **$190K Q4** ($3.027M FY19) | Shifting of priorities for existing teams |
| Core IT | M&A | Engineering | Project Empire (ARM) | **Flat for FY18** ($2.862M FY19) | **$2.845M Q4** ($12.609M FY19) | |
| | | | | | | |

CONFIDENTIAL © 2018 SolarWinds Worldwide, LLC. All rights reserved.

@solarwinds

Note: $2.6M incremental projects were funded and then later cut:
GVP Core IT Engineering
Project Tarheel funding
Project Oculus
Fed and Compliance
SAM templates
FIPS compliance for DPA
Flash Replacement for LEM
Backup Integration into SAM



# FY18 Initiatives

DOIT

| Division | Theme | Dept | Description | FY18 Budget | FY18 Projected Bookings | Notes |
|---|---|---|---|---|---|---|
| MSPI | Billing Consolidation | Biz Apps | The Billing Platform Implementation | $450k<br>$100k recurring | Risk Mgmt / Rev Protection | Implement BillingPlatform (retire Zuora UK).. Migration MSP Mail, Backup, Mail Assure. Services / Subscription |
| Core IT | CRM Consolidation | Biz Apps | Move Renewals from NetSuite to Core SFDC | $400k | Management Visibility | Bluewolf services - config and data migration |
| Core IT | CRM Consolidation | Biz Apps | Retire IBA, Migrate to SFDC | $100k | Management Visibility | Bluewolf services - config and data migration |
| Core IT | Customer Portal | Biz Apps | CMS for Customer Portal | $100k<br>$50k recurring | Rev Protection | Personalized content/marketing |
| Core IT / Cloud | Product Request Processor (PRP) | Biz Apps | Product Request Processor (PRP) | $144k | TBD | Services to design and build framework to enable attribution and product usage detail for marketing / reporting. 4 staff Aug, 6 months |
| Cloud | CRM Consolidation | Biz Apps | Migrate Cloud SFDC to the Core Instance | $150k | Management Visibility | Bluewolf services - config and data migration |
| Cloud | Billing Consolidation | Biz Apps | Cloud Billing Enablement / Migration | $250k | Risk Mgmt / Rev Protection | Services to support Cloud billing priorities including CPQ, billing customizations, migration |
| Cloud | eCommerce | Biz Apps | Implement Magento | $200k | TBD | $100k professional services, $100k staff aug |

CONFIDENTIAL © 2018 SolarWinds Worldwide, LLC. All rights reserved.

@solarwinds

Note: $2.6M incremental projects were funded and then later cut:
GVP Core IT Engineering
Project Tarheel funding
Project Oculus
Fed and Compliance
SAM templates
FIPS compliance for DPA
Flash Replacement for LEM
Backup Integration into SAM



# FY18 Initiatives

DOIT

| Division | Theme | Dept | Description | FY18 Budget | FY18 Projected Bookings | Notes |
|---|---|---|---|---|---|---|
| All | Security | InfoSec | Security Operations Center | $250k recurring | Risk Mgmt / Rev Protection | 24x7 Operations to detect, analyze and manage security events |
| All | Security | InfoSec | PEN Testing | $50K recurring | Risk Mgmt / Rev Protection | Unfunded in FY18. Plan to PEN test 8-10 products in 2019 |
| All | Security | InfoSec | Privilege Account Management (PAM) | $33k recurring | Risk Mgmt / Rev Protection | Expansion to manage all service accounts. Required to meeting minimum organization measures stipulated by multiple security / data privacy regulations |
| All | Security | InfoSec | Security Training / Risk Remediation | $50k | Risk Mgmt / Rev Protection | Content, tools and consultants to develop a proactive security practice. Training materials, tracking / audit |
| All | Disaster Recovery | IT OPs | Austin Office DR (flood protection) | $300k CAPEX / $200k $40k / recurring | Risk Mgmt / Rev Protection | Build out Public cloud infrastructure for for DR. Migrate critical services in AUS lacking redundancy to TX2 (VxRail, dedicated network, additional compute) |
| All | Product Demo / Feedback | IT OPs | Monitoring Operations Center / Showcase | $300k CAPEX $35k | Training / Feedback | Live Operations center / showcase that is visually captivating for visitors, engaging for employee training, demos and product feedback |
| All | Help Desk / Issue Management | IT OPs | Help Desk / Issue Mgmt Integration | $30k recurring | Operational Efficiencies | WHD Integration / transition to JIRA Helpdesk to provide improve issue management integration |

CONFIDENTIAL © 2018 SolarWinds Worldwide, LLC. All rights reserved.
@solarwinds

Note: $2.6M incremental projects were funded and then later cut:
GVP Core IT Engineering
Project Tarheel funding
Project Oculus
Fed and Compliance
SAM templates
FIPS compliance for DPA
Flash Replacement for LEM
Backup Integration into SAM