# Exhibit 50

**Excerpts of SW-SEC00006628**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

## What does this mean to SolarWinds? 

**SolarWinds no longer under the radar**

- DDOS attacks against marketing sites
- Targeted attacks against products
- Sophisticated Phishing attacks increasing
- Bug hunters getting more aggressive – More CVE's published 6 this year
- Customers increasing their diligence

**The Good News**

- Development finding and fixing a large number of security bugs
- A shifting of importance for security issues
- Consistent tracking, measurement and policies across the company

Next up Overview, Highlights and Asks

@solarwinds

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                    SW-SEC00006630

# ITOM Core Highlights and Asks



## Highlights

- Customers continue to actively engage 3rd party penetration testers as part of their compliance efforts
- Low complexity, easily found vulnerabilities continue to trend in reports submitted to PSIRT from external researchers and customers
- Department of Justice (DOJ) Orion customer compromise
  - Sophisticated attack that was successful against the DOJ
  - Attackers mimicked our OIP traffic to obfuscate their activity
  - Recon conducted as early as mid-2019 against SWI
  - Internal investigation uncovered additional risks with OIP as an overall service
- Inconsistent internal security testing as part of product final security reviews don't always include web application testing before release.
  - ⊘ Whitesource
  - ⊘ Checkmarx

## Asks

- A number of improvements have been proposed. Please support and prioritize the work

@solarwinds

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                       SW-SEC00006635



# 2020 Penetration Testing Program

## Pen Testing Program Goals

- Identify & Reduce Low Complexity Easily Found (LCEF) vulnerabilities
- Meet product certification requirements (SOC2 & ISO27001) and
- Improve overall security of SolarWinds products

## Roles and Responsibilities

- Security coordinates external pen testing and runs Burpsuite scans for any product / application not covered by DevOps
- DevOps to assist with external pen testing process and performs Nessus scans for MSP products.

| External (3rd Party) Pen Testing Program | | | | |
|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 |
| ITOM-SaaS | | ✓ AppOptics<br>✓ Loggly | • Pingdom<br>• DPM | • Papertrail<br>• ITSM |
| MSP | | | • RMM<br>• N-Central<br>• Take Control | • Passportal<br>• Backup<br>• Mail Assure |

| Internal Pen Testing Program (Burpsuite + Nessus) | | | | |
|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 |
| ITOM-SaaS | | ✓ Pingdom<br>✓ Papertrail | | • AppOptics<br>• Loggly |
| MSP | | ✓ Take Control | • N-Central<br>• Passportal | • RMM<br>• Backup<br>• Mail Assure (Q1-2021) |
| ITOM-OnPrem | | • Serv-U | • Orion<br>• WHD | • SEM |
| Others | ✓ Solarwinds.com | • Solarwindsmsp.com<br>• AppOptics (marketing)<br>✓ Dameware.com<br>✓ Webhelpdesk.com | | |

As of 6/1/2020

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

On Prem
Orion has been done pen testing of products – need to align on reporting.
NPM, SCM, should be included.

Consistent on scanning policies and reporting
InfoSec: Consistent coverage across the pen testing program.

MSP – security assessments against product itself – Unknown? Similar to Burpsuite.

Make a clear requirement, by when and in what scenarios.