# Exhibit 51

**Intentionally Omitted**