# Exhibit 57

**Excerpts of SolarWinds Corp.
October 18, 2018 Form S-1**

S-1/A 1 solarwindss-1a2.htm S-1/A

As filed with the Securities and Exchange Commission on October 18, 2018.

Registration No. 333-227479

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

---

Amendment No. 2
to
# Form S-1
REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933

---

## SolarWinds Corporation
(Exact name of Registrant as Specified in Its Charter)

| Delaware | 7372 | 81-0753267 |
|---|---|---|
| *(State or Other Jurisdiction of Incorporation or Organization)* | *(Primary Standard Industrial Classification Code Number)* | *(IRS Employer Identification No.)* |

7171 Southwest Parkway, Building 400
Austin, Texas 78735
(512) 682-9300
*(Address, Including Zip Code, and Telephone Number, Including Area Code, of Registrant's Principal Executive Offices)*

---

Jason W. Bliss
Executive Vice President, General Counsel and Secretary
SolarWinds Corporation
7171 Southwest Parkway, Building 400
Austin, Texas 78735
(512) 682-9300
*(Name, Address, Including Zip Code, and Telephone Number, Including Area Code, of Agent for Service)*

---

*Copies to:*

| John J. Gilluly III, P.C. | Alan F. Denenberg |
|---|---|
| DLA Piper LLP (US) | Davis Polk & Wardwell LLP |
| 401 Congress Avenue, Suite 2500 | 1600 El Camino Real |
| Austin, Texas 78701 | Menlo Park, California 94025 |
| (512) 457-7000 | (650) 752-2004 |

---

**Approximate date of commencement of proposed sale to the public:**
As soon as practicable after this registration statement becomes effective.

If any of the securities being registered on this form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, as amended (the "Securities Act"), check the following box. ☐

If this form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐  Accelerated filer ☐  Non-accelerated filer ☑

Smaller reporting company ☐ or Emerging growth company ☑

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

---

### CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to Be Registered | Amount to be Registered[1] | Proposed Maximum Aggregate Offering Price Per Share | Proposed Maximum Aggregate Offering Price[2] | Amount of Registration Fee[3] |
|---|---|---|---|---|
| Common Stock, par value $0.001 per share | 28,750,000 | $16.00 | $460,000,000 | $55,752 |

(1) Includes 3,750,000 shares reflecting the underwriters' option to purchase additional shares.
(2) Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(a) under the Securities Act of 1933, as amended.
(3) The Registrant previously paid the total registration fee in connection with a previous filing of this Registration Statement.

The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the registration statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to such Section 8(a), may determine.

EXHIBIT 10
WIT: Thompson
DATE: 10-2-24
Micheal A. Johnson, RDR, CRR

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, as amended, the registrant has duly caused this registration statement on Form S-1 to be signed on its behalf by the undersigned, thereunto duly authorized, in Austin, Texas, on October 18, 2018.

**SOLARWINDS CORPORATION**

By: /s/ Kevin B. Thompson
*Kevin B. Thompson*
*President and Chief Executive Officer*

Pursuant to the requirements of the Securities Act of 1933, as amended, this registration statement on Form S-1 has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Kevin B. Thompson<br>Kevin B. Thompson | President and Chief Executive Officer and Director<br>(Principal Executive Officer) | October 18, 2018 |
| /s/ J. Barton Kalsu<br>J. Barton Kalsu | Chief Financial Officer<br>(Principal Financial and Accounting Officer) | October 18, 2018 |
| *<br>Seth Boro | Director | October 18, 2018 |
| *<br>James Lines | Director | October 18, 2018 |
| *<br>Kenneth Y. Hao | Director | October 18, 2018 |
| *<br>Michael Bingle | Director | October 18, 2018 |
| *<br>Jason White | Director | October 18, 2018 |
| *<br>Michael Hoffmann | Director | October 18, 2018 |

II-7

**SolarWinds Corporation**

\* By:   /s/ Jason W. Bliss
        ―――――――――――――――――
        Jason W. Bliss
        Attorney-in-Fact

II-8