# Exhibit 58

**Intentionally Omitted**