# Exhibit 59

**Excerpts of SW-SEC-SDNY 00000004**

Message

| | |
|---|---|
| **From:** | Wehrmann, August [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73EF7E48062645D5BE3AF7B9068C1F15-WEHRMANN, A] |
| **Sent:** | 2/13/2019 3:57:35 PM |
| **To:** | SW MSP Engineering All Staff [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9f2728ef0b174db7b54a699cbeac865d-SW MSP Engi]; Foley, Sara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2def6b01a2b94bf99194a3cd69a61835-Foley, Sara]; Reynolds, George [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=62cc3a337661459c96cbb182264a3d35-Reynolds, G]; SW MSP Devops All [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cc6ce5d3dc0d4229b41ccf5031ae6812-SW MSP Devo]; MSP Architecture [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=81a3725e688c48d9a86ce1737733e93b-MSP Archite]; Kim, Joe [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=16e76def2a79496eb461e918d4fb3aee-Kim, Joe]; Brisson, Roby [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3e86fcea631248c0a79d53970c9726ba-Brisson, Ro]; Gajdecki, Carla [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6e15a9864562415da97296768d3c112f-carla.gajde]; Boyce, Rachel [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=39614a11ea0f4fd2ba3496b673b86431-boyce, rach]; Douthitt, Rob [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b4f4b7eb0844c3aafdf49680be697f3-Douthitt, R]; Reid, Chris [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9d0cd8acf8224ff590e0f13995c8567d-Reid, Chris]; Mackie, Brian [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=49d0946713cc482c8dd81d1c02971261-Mackie, Bri]; O'Donnell, Gerald [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bf05a94cf4e2499caf09d2c0339bc517-O'Donnell,]; Best, Brian [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d55f3045327f4a20a4d39b93fdcbc3e7-Best, Brian]; Barron, Cara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=104e7c9ad80f4ded9e9653f2b88cf529-Barron, Car]; Dabbour, Nora [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d3553222d7a84e1eb58a1ff46aca7680-Dabbour, No]; Downs, Catherine [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e9b5b38be7c846b099d50ea3179a3509-Downs, Cath]; Fairholm, Graeme [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e5d62544d285414f8314f45270367a7f-Fairholm, G]; Jambor, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=663ac674de304068834b84fd513adb54-david.jambo]; Lam, Vicky [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1187302a9b024004a123cab71250a802-Lam, Vicki]; Monteiro, Diogo [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3ef9a03d15ae4260bda265cfbd647c4d-Monteiro, D]; Nagy, Gabriella [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a189163b949e4b0a848864474cb1d2df-Nagy, Gabri]; Robertson, Lynne [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4b0dbaa238ae4de0a095b2965ee159d1-Robertson,]; Statache, Catalin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bbc196365cff4091b04722f2520b8910-Statache, C]; Ticuleanu, Andrei [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c90b8badca3b4ca1b624ab80260bf25d-Ticuleanu,]; Veghova, Gabriela [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3faa1d7835524d3eb8949e841a63773b-Veghova, Ga]; Whalen, Kathleen [/o=ExchangeLabs/ou=Exchange Administrative Group |

|  |  |
|---|---|
|  | (FYDIBOHF23SPDLT)/cn=Recipients/cn=4ea0b3ad72884d58b91e8380aa24d590-Whalen, Kat]; Quine, Stuart [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6e3543b2a02440cd8e1546fa4d84389c-Quine, Stua]; Brodie, Ethan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=937ea4a5b8ce4df9bec4d53f396f4ff2-Brodie, Eth]; Anghel, Catalin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=180437b2ca974afb928c101459644986-Anghel, Cat] |
| **Subject**: | Slides from MSP R&D All Hands |
| **Attachments**: | SolarWinds MSP 2019 Kickoff.pptx |

Hello everyone,

Thanks for attending today's All Hands. Please see the slides we presented attached.

Thanks,



**August Wehrmann | GVP, Engineering | SolarWinds MSP**
Office: +1.613.271.4600 | Mobile: +1.613.979.1456

**This Document Produced in Native Format**

CONFIDENTIAL
SW-SEC-SDNY_00000006



# SolarWinds MSP R&D

2019 Kick-off

# Goal for FY19: Grow Together



- Leverage scale & synergies to jointly deliver the best solutions for our customers
  - Through a common understanding of the customer needs, deliver the "Big Rocks" for growth of the (MSP) business; leave room for small pebbles & sand
  - Ensure alignment between MSP PM, UX, Architecture, Engineering, DevOps and Support
  - Leverage Intellectual Property across and within business units to deliver the best solutions for our customers
- Drive Technology & Systems Excellence
  - Identify the best practices (people, process, tools) and find opportunities to accelerate their application across product groups
  - Continue to drive the improvement and visibility of our software delivery performance
  - Leverage global R&D operations for consistency & scale
- Improve security both in our products and our positioning
  - Audit MSP Engineering training level and adoption of SDL (Secure Development Lifecycle)
  - Drive down the number of incidents introduced by MSP Engineering
- Leverage Technology DNA to become best-in-class technology organization
  - Invest in our people… Through a clear articulation of the vision; A connection to the customer; Inspire and support our people to grow and succeed
  - Celebrate our successes and recognize our failures



CONFIDENTIAL – INTERNAL USE ONLY © 2018 SolarWinds MSP Canada ULC and SolarWinds MSP UK Ltd. All rights reserved..

@solarwinds    6



The SolarWinds, SolarWinds & Design, Orion, and THWACK trademarks are the exclusive property of SolarWinds Worldwide, LLC or its affiliates, are registered with the U.S. Patent and Trademark Office, and may be registered or pending registration in other countries.  All other SolarWinds trademarks, service marks, and logos may be common law marks or are registered or pending registration.  All other trademarks mentioned herein are used for identification purposes only and are trademarks of (and may be registered trademarks) of their respective companies.