# Exhibit 61

**SW-SEC-SDNY 00069825**



# Final Security Review ipMonitor (Doberman - 2019.4)

Created by Jeff Kohn, last modified on Nov 19, 2019 • Content Report

**You are viewing an old version of this page. View the current version.**

Compare with Current · Restore this Version · View Page History

« Previous **Version 11** Current »

› Table of Contents

## Checklist/Process

› Checklist

### Phase 1- Requirements Analysis

**Proactive Review of all FAS (High Level Feature Design) Documents**

Table should contain a row for each FAS. As architecture reviews documents update "Review by Architecture" column with "Complete". If changes need to be made, then Architecture and Engineering will address out-of-band. We do not track that here.

| FAS Document Link | Review by Architecture |
|---|---|
| None | |

**Initial Static Application Security Testing Report (CheckMarx)**

Produce a scan and export to PDF and update numbers.

- CheckMarx report on 6-2-2019 for IPMonitor
  - **Summary**
    - High: 0
    - Medium: 6,342
    - Low: 2,716

**Initial additional security analysis reports (Optional 2019)**

- 3rd Party - OWASP
- Dynamic - Nessus or NMAP

### Phase 2 - Secure Development & Testing Phase

**JIRA Board of Stories Requiring Additional Scrutiny by Architecture**

*Should be Empty at End of Release*

**JIRA Query:** project = ipMonitor AND fixVersion = "2019.4 Doberman" AND component IN ("Security Requirements") AND (labels is empty OR labels != "PA_Approved")

**URL**

https://swicloud.atlassian.net/wiki/pages/viewpage.action?pageId=2920186016&pageVersion=11

**Timestamp**

Tue Oct 01 2024 10:04:36 GMT-0500 (Central Daylight Time)



- How-to articles
- ipMonitor 10.8.3 fails to ...
- Meeting notes
- 2019-01-03 Meeting no...
- Retrospectives
- Create

Initial Static Application Security Testing Report (CheckMarx)

Produce a scan and export to PDF and update numbers.

- CheckMarx report on 6-2-2019 for IPMonitor
  - **Summary**
    - High: 0
    - Medium: 6,342
    - Low: 2,716

Initial additional security analysis reports (Optional 2019)

- 3rd Party – OWASP
- Dynamic – Nessus or NMAP

## Phase 2 - Secure Development & Testing Phase

### JIRA Board of Stories Requiring Additional Scrutiny by Architecture

*Should be Empty at End of Release*

**JIRA Query:** project = ipMonitor AND fixVersion = "2019.4 Doberman" AND component IN ("Security Requirements") AND (labels is empty OR labels != "PA_Approved")

*Note: This table should be empty at time of Final Approval.*

| Key | Summary | Status | Resolution |
|---|---|---|---|
| ⚠ Data cannot be retrieved due to an unexpected error. View these issues in Jira | | | |

### JIRA Board of Stories Reviewed and Approved by Architecture

Final Security Review is closed when all stories are implemented and approved by PA.

**JIRA Query:** project = ipMonitor AND fixVersion = "2019.4 Doberman" AND component IN ("Security Requirements") AND labels = PA_Approved

| Key | Summary | Status | Resolution |
|---|---|---|---|
| ⚠ Data cannot be retrieved due to an unexpected error. View these issues in Jira | | | |

## Phase 3 - Regression Phase

### JIRA Board of Vulnerabilities Addressed in Current Release

**JIRA Query:** project = ipMonitor AND fixVersion = "2019.4 Doberman" and component = Security and status = Closed and resolution in (Fixed, Done)

*Review all of the hard work and security issues addressed in this release.*

| T | Key | Summary | Created | Status | Resolution | Description |
|---|---|---|---|---|---|---|
| ⚠ Data cannot be retrieved due to an unexpected error. View these issues in Jira | | | | | | |

**URL**

https://swicloud.atlassian.net/wiki/pages/viewpage.action?pageId=2920186016&pageVersion=11

**Timestamp**

Tue Oct 01 2024 10:04:36 GMT-0500 (Central Daylight Time)

**JIRA Query:** project = ipMonitor AND fixVersion = "2019.4 Doberman" and component = Security and status = Closed and resolution in (Fixed, Done)

*Review all of the hard work and security issues addressed in this release.*

| T | Key | Summary | Created | Status | Resolution | Description |
|---|-----|---------|---------|--------|------------|-------------|

⚠ Data cannot be retrieved due to an unexpected error.
   View these issues in Jira

### JIRA Board of Vulnerabilities not Addressed in Current Release

This list should be minimal and it should be a rare exception to not address something.

**JIRA Query:** project = ipMonitor and labels =2019.4WontFix

*Why do we use labels? Answer - we can look back in time at this report will remain static over time. If we used resolution, then it might eventually get fixed.*

*Ensure component "Security" is set if these are vulnerabilities in current or soon-to-be-shipped product*

| T | Key | Summary | Created | Status | Resolution | Description |
|---|-----|---------|---------|--------|------------|-------------|

⚠ Data cannot be retrieved due to an unexpected error.
   View these issues in Jira

### Final Static Application Security Testing Report (CheckMarx)

- CheckMarx report on 11-19-2019
    **Summary - only diffs from initial**
    - High: 0
    - Medium: -1401
    - Low: 415

*Note: We use a PDF so we have historical context. A URL link to CheckMarx might go away in the future.*

### Final additional security analysis reports (Optional 2019)

- 3rd Party - OWASP
- Dynamic - Nessus or NMAP

### Phase 4 - Formal Security Review Approval Phase

- Formal team approval (PA, PO, EM, AQ, Engineering)
- Exceptions approved by architecture
- Send final report to Operation Security Team (OpsSec) Tim Brown's team

### CheckMarx Start of Release Versus End of Release Vulnerability Matrix

| Threat | iPM Base | |
|--------|----------|---|
| Level | Start (June) | End (Nov) |

**URL**

https://swicloud.atlassian.net/wiki/pages/viewpage.action?pageId=2920186016&pageVersion=11

**Timestamp**

Tue Oct 01 2024 10:04:36 GMT-0500 (Central Daylight Time)

CONFIDENTIAL
SW-SEC-SDNY_00069827

- Exceptions approved by architecture
- Send final report to Operation Security Team (OpsSec) Tim Brown's team

CheckMarx Start of Release Versus End of Release Vulnerability Matrix

| Threat Level | iPM Base | |
|---|---|---|
| | Start (June) | End (Nov) |
| High | 0 | 0 |
| Med | 6,342 | 4941 |
| Low | 2,716 | 3131 |
| Total | 9,058 | 8072 |
| % Change | -10.9% | |

> Formal Review Meeting Minutes

👍 Like    Be the first to like this                                                                                    No labels ✏️

**URL**

https://swicloud.atlassian.net/wiki/pages/viewpage.action?pageId=2920186016&pageVersion=11

**Timestamp**

Tue Oct 01 2024 10:04:36 GMT-0500 (Central Daylight Time)

CONFIDENTIAL                                                                                              SW-SEC-SDNY_00069828