# Exhibit 62

**SW-SEC-SDNY 00055006**



IP Address Manage... / 4.9 - Finn [201... / Final Security Review IPAM (2019.2...

🖇 1 Jira link

# Final Security Review IPAM (2019.2 Finn)

Owned by **Wojciech Krol (Deactivated)** ···
Last updated: May 29, 2019 · 3 min read · 2 people viewed · ⚠ Content Report · Legacy editor

> Table of Contents

## Checklist/Process

> Checklist

## Documents with Security Design Implications or Data Privacy Concerns (PA)

PA should gather all FAS documents with security implications and put into this table. Final Security Review is closed when all documents are approved and implemented.

| Type | Link | Status |
|------|------|--------|
| FAS | FAS: IP Request Wizard v2 | APPROVED |
| FAS | IPAM - FAS Changes required for Azure Managed SQL instances | APPROVED |

## Stories to Be Review by PA with Security or Data Privacy Concerns (PA)

labels = empty or != "PA_Approved"

| key | summary | status | resolution |
|-----|---------|--------|------------|
| ⚠ Unable to locate Jira server for this macro. It may be due to Application Link configuration. | | | |

## Security Issues Addressed in Release (PA)

Final Security Review is closed when all stories are implemented and approved by PA.

labels = "PA_Approved"

| key | summary | status | resolution |
|-----|---------|--------|------------|
| ⚠ Unable to locate Jira server for this macro. It may be due to Application Link configuration. | | | |

## Security Exceptions not Addressed in Release (PA)

Issues which were postponed to next release(s).

labels = "2019.2WontFix" (Core Version +WontFix)

| type | key | summary | created | status | resolution | description |
|------|-----|---------|---------|--------|------------|-------------|
| ⚠ Unable to locate Jira server for this macro. It may be due to Application Link configuration. | | | | | | |

## Static Application Security Testing (SAST – CheckMarx) (EM)

### Current

Final reports for **IPAM**

- final CheckMarx report: [IPAM_final.pdf]
    - by severity:
        - High 116
        - Medium 324
        - Low 1,059
    - old code:
        - **High severity issues scheduled to be fixes for the next release**
    - new code:
        - no issues introduced (number of issues have increased due to rules update)

### Initial

final CheckMarx report: [IPAM_initial.pdf]

- by severity:
    - High: 89
    - Medium: 401
    - Low: 1086

## Dynamic Application Security Testing Reports (DAST – Nessus) (EM/QA)

IPAM49_report.html

## Manual Security Tests Using TestLink (EM/QA)

- manual security tests performed for this release by Security Team
- No security related test-cases in testlink

## Final Security Review Approval (EM/QA/EM - Team)

| Task | Status | Notes |
|------|--------|-------|
| FSR approved by the team | APPROVED | **Meeting notes:**<br>07.05.2019<br>**Attendees:**<br>• PA: @Wojciech Krol (Deactivated)<br>• PO: @Dmytro Pliska<br>• EM: @Pawel Ignacak (Deactivated)<br>• QA: @Marek Obrzut (Deactivated) , @Former user (Deleted)<br>• DEV: @Michal Ciephy , @Damian Miyczyński (Deactivated) , @Magdalena Tukaj , @Łukasz Bergiel (Deactivated) , @Former user (Deleted)<br>**Agenda:**<br>• reviewed/approved that all FDS/FAS documents are finalized and security considerations are included.<br>• refreshed and approved list of all security items fixed in this release<br>• every Security Exception discussed in detail in JIRA - exception summary included in this report. All exceptions approved by each attendee.<br>• discussed current SAST report<br>• discussed current DAST report<br>  • There were many false-negatives flagged. Many of these were due to the tool detecting the database type and version in the log file. Exceptions made for each of these.<br>• discussed manual security tests and each member was satisfied with level of security test coverage.<br>• team approved the Final Security Review document and agreed we all had a high level of confidence we were shipping a secure product |
| Exceptions approved by PA, EM, PO, PM, Director | APPROVED | |
| FSR approved and closed by PA | APPROVED | |

+ Add label

👍 😄 🎉 👀 Be the first to add a reaction

✏ Write a comment...

CONFIDENTIAL

SW-SEC-SDNY_00055006