# Exhibit 64

**Excerpts of Harry Griffiths
Deposition Transcripts**

```
 1        UNITED STATES DISTRICT COURT
 2        SOUTHERN DISTRICT OF NEW YORK
 3
 4  SECURITIES AND EXCHANGE    )
    COMMISSION,                )
 5                             )
         Plaintiff,   )
 6                   ) Case No.
     vs.             ) 23-cv-9518-PAE
 7                   )
    SOLARWINDS CORP. and       )
 8  TIMOTHY G. BROWN,          )
                               )
 9       Defendants.  )
    _____)
10
11
12
13       VIDEOTAPED DEPOSITION OF
14            HARRY GRIFFITHS
15              Austin, Texas
16      Monday, September 30, 2024
17
18
19
20
21
22
23
24  Reported by:
    Micheal A. Johnson, RDR, CRR
25  Job No. 240930MJ

                    1
```

```
 1  APPEARANCES:
 2  ON BEHALF OF PLAINTIFF:
 3      U.S. SECURITIES AND EXCHANGE COMMISSION
        BY:  Christopher J. Carney
 4           Kristen M. Warden
             Lory C. Stone (Via Zoom)
 5      100 F Street, NE
        Washington, D.C. 20549
 6      (202) 256-7941
        carneyc@sec.gov
 7      wardenk@sec.gov
        stonel@sec.gov
 8
 9  ON BEHALF OF DEFENDANTS
    SOLAR WINDS CORP. AND TIMOTHY G. BROWN:
10
        LATHAM & WATKINS LLP
11      BY:  Serrin Turner
             Joshua A. Katz
12      1271 Avenue of the Americas
        New York, New York 10020
13      (212) 906-1330
        serrin.turner@lw.com
14      josh.katz@lw.com
15
    ALSO PRESENT:
16
        Becky Melton
17      Jason Bliss
18
    VIDEOGRAPHER:
19
        Timothy Desadier
20
21
22
23
24
25

                    3
```

```
 1        UNITED STATES DISTRICT COURT
 2        SOUTHERN DISTRICT OF NEW YORK
 3
 4  SECURITIES AND EXCHANGE    )
    COMMISSION,                )
 5                             )
         Plaintiff,   )
 6                   ) Case No.
     vs.             ) 23-cv-9518-PAE
 7                   )
    SOLARWINDS CORP. and       )
 8  TIMOTHY G. BROWN,          )
                               )
 9       Defendants.  )
    _____)
10
11
12
13
14       Videotaped deposition of HARRY GRIFFITHS,
15  taken on behalf of Plaintiff, at Latham & Watkins,
16  LLP, 300 Colorado Street, Suite 2400, Austin, Texas,
17  beginning at 10:09 a.m. and ending at 7:29 p.m. on
18  September 30, 2024, before Micheal A. Johnson, a
19  Registered Diplomate Reporter, Certified Realtime
20  Reporter, and Notary Public of the State of Texas.
21
22
23
24
25

                    2
```

```
 1              INDEX
              HARRY GRIFFITHS
 2         September 30, 2024
 3
      APPEARANCES                   3
 4
      PROCEEDINGS                   8
 5
 6
    EXAMINATION OF HARRY GRIFFITHS:
 7
    BY MR. CARNEY                   9
 8
    BY MR. TURNER                 199
 9
    BY MR. CARNEY                 203
10
11
    REPORTER'S CERTIFICATION      205
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                    4
```

```
                    DEPOSITION EXHIBITS
                      HARRY GRIFFITHS
                     September 30, 2024

EXHIBIT NO.        DESCRIPTION              MARKED

Exhibit 1     April 8, 2020 E-mail,           51
              Harry Griffiths to Jason
              Dee
              SW-SEC00416359
Exhibit 2     May 3, 2019 E-mail, Harry       61
              Griffiths to Sandra
              O'Connell, et al.
              SW-SEC00619016 -
              SW-SEC00619017
Exhibit 3     November 7, 2017 E-mail,        64
              Timothy Brown to Louise
              Butler, et al.
              SW-SEC00337101 -
              SW-SEC00337109
Exhibit 4     February 21, 2019 E-mail,       91
              Steven Colquitt to Harry
              Griffiths
              SW-SEC00619166 -
              SW-SEC00619177
Exhibit 5     April 23, 2019 E-mail,          99
              SolarWinds JIRA to Harry
              Griffiths
              SW-SEC00617272 -
              SW-SEC00617273
Exhibit 6     July 22, 2020 E-mail,          112
              Martin Gebauer to Harry
              Griffiths, et al.
              SW-SEC00395446 -
              SW-SEC00395455
Exhibit 7     March 31, 2020 E-mail,         126
              Roberto Borlain to
              Roberto Borlain, et al.
              SW-SEC00073646 -
              SW-SEC00073650
                              5
```

```
                    DEPOSITION EXHIBITS
                      HARRY GRIFFITHS
                     September 30, 2024

EXHIBIT NO.        DESCRIPTION              MARKED

Exhibit 8     July 10, 2020 E-mail,          130
              Harry Griffiths to Ashley
              Thornton
              SW-SEC00411490
Exhibit 9     April 19, 2021 E-mail,         133
              Martin Gebauer to Steven
              Colquitt, et al.
              SW-SEC00542731 -
              SW-SEC00542734
Exhibit 10    6/2/2020-6/30/2020 Short       140
              Message Report
              SW-SEC00580227 -
              SW-SEC00580285
Exhibit 11    Folder Repository Image        140
Exhibit 12    7/1/2020-7/31/2020 Short       148
              Message Report
              SW-SEC00581213 -
              SW-SEC00581360
Exhibit 13    10/1/2020-10/30/2020           157
              Short Message Report
              SW-SEC00579801 -
              SW-SEC00579882
Exhibit 14    12/1/2020-12/13/2020           172
              Short Message Report
              SW-SEC00458107 -
              SW-SEC00458172
Exhibit 15    11/2/2020-11/30/2020           181
              Short Message Report
              SW-SEC00236824 -
              SW-SEC00236896
Exhibit 16    11/2/2020-11/30/2020           190
              Short Message Report
              SW-SEC00458790 -
              SW-SEC00458914
                              6
```

```
                    DEPOSITION EXHIBITS
                      HARRY GRIFFITHS
                     September 30, 2024

EXHIBIT NO.        DESCRIPTION              MARKED

Exhibit 17    11/2/2020-11/30/2020           193
              Short Message Report
              SW-SEC00236723 -
              SW-SEC00236811
Exhibit 18    Image From Bates               194
              SW-SEC00236759
                              7
```

```
 1        Austin, Texas, Monday, September 30, 2024
 2             10:09 a.m. - 7:29 p.m.
 3
 4        THE VIDEOGRAPHER:  Here begins the
 5   deposition of Harry Griffiths taking place at Latham
 6   & Watkins at 300 Colorado Street, Austin, Texas in
 7   the matter of Securities and Exchange Commission
 8   versus SolarWinds Corporation, et al.  The case
 9   number is 23-cv-9518-PAE.
10        Today's date is September 30th, 2024.
11   The time on video is 10:09 a.m.  The videographer is
12   Timothy Desadier and the court reporter is Micheal
13   Johnson.
14        Counsel, please identify yourselves
15   and state whom you represent.
16        MR. CARNEY:  Christopher Carney for
17   the Securities and Exchange Commission.
18        MS. WARDEN:  Kristen Warden for the
19   Securities and Exchange Commission.
20        MR. TURNER:  Serrin Turner, Latham &
21   Watkins for the deponent.
22        MR. KATZ:  Josh Katz, Latham &
23   Watkins, for the defendants.
24        MS. MELTON:  Becky Melton, VP legal
25   for SolarWinds.
                              8
```

**Page 17**

1  Q. And is April 1st, 2020, when you first
2  became a member of the security group at SolarWinds?
3  A. That's correct. I first became -- I
4  moved over from the customer support/technical
5  support team into the security engineering
6  department.
7  Q. So when you moved over in April of 2020,
8  what was your position then?
9  A. So incident response would have been my
10 primary focus when they brought me in. Because of
11 my background knowledge and working with customers,
12 reporting vulnerabilities against the products, this
13 was really the -- the main reason why I was going to
14 be moved into the security team to help with that
15 and the customer-facing aspect of response.
16 Q. And so when you say your primary focus
17 was incident response, what do you mean by that?
18 A. So when we say "incident response,"
19 there's two aspects. There's the cybersecurity
20 incidents that may be reported to us or there's
21 product security incidents that may be reported to
22 us. And we deal -- dealt with both at the time.
23 Q. And what is the difference between
24 cybersecurity incidents and product security
25 incidents?

**Page 18**

1  A. So the product security incidents is
2  really around the vulnerabilities that may exist in
3  the product that have been picked up by scanners or
4  external reporters or customers and reported in to
5  us that we work through with the various different
6  departments to triage, validate, and if found valid,
7  work on responsible disclosure where we would then
8  have a fix, you know, developed and issued out to
9  our customers for disclosure.
10      On the cybersecurity incident, they can
11 stem from many different areas. For example, there
12 could be some malware detected somewhere that has
13 been validated on a particular machine, or it could
14 be a phishing e-mail, something like this where
15 there's been a validated sort of detection, right,
16 where we try to validate through this process.
17 Q. Okay. So with respect to the
18 cybersecurity, you mentioned examples such as
19 malware and phishing. Is there a specific example
20 you can give of what would be a product security
21 incident?
22 A. Sure. So a customer may report that they
23 have a cross-site scripting issue in the web portion
24 of the product.
25 Q. And what is a cross-site scripting issue?

**Page 19**

1  A. So there is -- in the code base there's
2  various -- how do you say this? So there's
3  different types of cross-site scripting as well.
4  There's stored cross-site scripting, there's
5  indirect, there's -- it's -- sorry, struggling here.
6  Can I pick another example just to talk over? Had a
7  little brain fart there. So let's go for remote
8  code execution. That's probably the highest
9  impacting potential vulnerability that we would get.
10 Remote code execution allows you to send code to a
11 web application and run locally on the server that
12 is running the web application code and execute
13 code, which is not intended behavior. So it's a
14 weakness in the product that allows you to
15 potentially run -- execute code with -- depending on
16 the type -- elevated privileges, for example,
17 running as local system on the server.
18 Q. And so you've described that as a product
19 security incident. What makes it a security
20 vulnerability?
21 A. Could you rephrase the question for me,
22 please?
23 Q. Sure. Sure. I'm just wondering, you
24 described these potential vulnerabilities and you
25 just gave us an example where it can run the web

**Page 20**

1  application code and execute code, which is not the
2  intended behavior. And I'm just wondering, what is
3  the security risk in that type of incident?
4  A. The security risk is -- for these ones
5  for the remote code execution, can be very high
6  security because it could allow -- especially for a
7  public web server, it could allow any actor to
8  leverage this weakness in the code and be able to
9  send traffic, you know, through the browser through
10 the security tools and gain access or run code on
11 the server locally. And from there he may be able
12 to laterally move or elevate his privileges to be
13 able to do a lot worse damage on the internal
14 infrastructure.
15 Q. And have you dealt with any remote code
16 execution incidents while you were at SolarWinds?
17 A. Yes.
18 Q. And how -- first of all, how many times
19 has that happened?
20 A. It would be a very small handful. I
21 can't give exact numbers.
22      MR. TURNER: Just testify to what you
23 remember.
24 A. Maybe two or three.
25

Harry Griffiths
9/30/2024

### Page 41

1  BY MR. CARNEY:
2  **Q.** Did you say GRG function?
3  **A.** GRC. Like a governance risk compliance
4  area of the security team.
5  **Q.** Thank you.
6  **A.** No problem.
7      MR. TURNER: Been going about an
8  hour, Chris. Want to take a break?
9      MR. CARNEY: We can take a break now
10  if you want.
11     MR. TURNER: Harry's a smoker.
12     THE VIDEOGRAPHER: Going off the
13  record. Time is 11:01.
14     (Recess taken from 11:01 a.m. to
15  11:22 a.m.)
16     THE VIDEOGRAPHER: Back on the
17  record. Time is 11:22.
18  BY MR. CARNEY:
19  **Q.** Mr. Griffiths, before we broke, you had
20  mentioned some instances when you were in your
21  technical support role and customers submitted to
22  you penetration testing that they had done on their
23  own. Do you recall that?
24  **A.** Yes.
25  **Q.** I'm wondering -- and you had also

### Page 42

1  mentioned that you would sort of kick it over to the
2  engineering team to see whether those results could
3  be validated; is that correct?
4  **A.** That's correct.
5  **Q.** Do you recall any instances where the
6  customer's penetration results were sent over to the
7  engineer team and the results were validated?
8  **A.** Sorry, the question -- so when you say
9  results that could be -- a pen test might have
10  several. So when they're valid, it's possible that
11  there was only maybe one out of ten that were
12  validated. I can't recall where everything on that
13  report was validated.
14     On the other hand, they might be
15  reporting just one vulnerability and that may have
16  been reported -- validated.
17  **Q.** So to follow up on what you just said, do
18  you recall any instances where customers did their
19  own pen testing, identified a vulnerability, sent it
20  to you, you sent it over to the engineering team for
21  validation and they validated that there was,
22  indeed, a vulnerability?
23  **A.** Yes.
24  **Q.** And do you recall a specific example
25  where that happened?

### Page 43

1  **A.** I can't recall specific examples. There
2  was a lot. There was many over the period of time.
3  **Q.** So first of all, you said there were many
4  over a period of time. What period of time?
5  **A.** From -- even when I was in the support
6  team up until when I was no longer working on the
7  incident response team, which would have been when
8  I -- maybe one to two years ago, when I changed
9  roles into this cloud and threat and vulnerability
10  management role.
11  **Q.** Okay. And just -- just to clear the
12  record, so these customer reports of vulnerabilities
13  from pen testing that were validated, they would
14  have begun in 2012?
15  **A.** Prior to me joining the security team.
16  So 2019 maybe. Yeah.
17  **Q.** 2019. Okay. And when you say that there
18  were many instances, can you give me a rough number
19  of how many times this happened?
20     MR. TURNER: Objection to form.
21  **A.** No, because we had multiple products. So
22  this wasn't just single instances. This was any
23  customer who used any SolarWinds product might
24  report a vulnerability.
25

### Page 44

1  BY MR. CARNEY:
2  **Q.** And do you know whether in every instance
3  when a customer reported a vulnerability that was
4  validated, was that vulnerability then corrected?
5  **A.** Yes. If it was a valid vulnerability
6  that had risk out there, then, yes, the standard
7  process would be to see if there was any kind of
8  mitigations that could be applied and to work on an
9  actual fix in the code and change that code and
10  release a security patch for customers.
11  **Q.** And so what you just described was the
12  standard process, right?
13  **A.** Standard process.
14  **Q.** And you mentioned that there were many of
15  these vulnerabilities that were validated that were
16  reported by customers. Do you know if that standard
17  process was followed for every single one of those
18  vulnerabilities?
19  **A.** To the best of my knowledge it was.
20  **Q.** And do you have an understanding as to
21  why customers were picking up vulnerabilities
22  through their pen testing that had not yet been
23  identified by SolarWinds' internal pen testing?
24  **A.** As I mentioned before, one of the reasons
25  that can happen is the false positives that -- we

Harry Griffiths
9/30/2024

**Page 45**

```
 1  may not have logged a ticket because when
 2  engineering -- they already know when they see
 3  something like that and they're able to give the
 4  explanation so documenting that.
 5     Q.   So let me break that down a bit.  Would a
 6  false positive -- let me strike that.
 7          Could a false positive reported by a
 8  customer still be an example of a vulnerability that
 9  is validated?
10          MR. TURNER:  Objection to form.
11     A.   When I say "validation," I kind of mean
12  through the triage process.  So if we've identified
13  that it's a false positive, then somebody has read
14  through that code to find out that it's not
15  exploitable.  So in that case, yeah, it's validated.
16  BY MR. CARNEY:
17     Q.   And you mentioned the many instances
18  where customers reported vulnerabilities that were
19  validated.
20          Among those instances were there ones
21  where they were true positives?
22     A.   That they were valid vulnerabilities
23  that -- a risk, bring some sort of risk, yes.
24     Q.   And do you recall, of the many instances
25  where customers reported these vulnerabilities and
```

**Page 46**

```
 1  they were validated, about what percentage turned
 2  out to be actual risks?
 3     A.   I don't recall any figures.
 4     Q.   Okay.  And in the instances where
 5  customers reported a vulnerability and it was
 6  validated as an actual risk, do you have an
 7  understanding as to why the customer would have
 8  identified that risk through its pen testing before
 9  SolarWinds had?
10     A.   As I kind of explained before in the pen
11  testing scene, using different types of scanners,
12  using different types of plug-ins for the same
13  scanner can expand what you uncover.  Sometimes it's
14  like you -- there's just so many aspects with like,
15  you know, tens of thousands -- I'm just throwing out
16  numbers, of lines of code.  So it's always possible
17  for anyone, whether they're in the security team,
18  the engineering team or customers or external pen
19  testers, to find different results and different
20  findings, that's common across the industry.
21     Q.   Okay.  And correct me if I'm wrong.  So
22  is it, these customers had pen test resources
23  available to them that SolarWinds did not?
24          MR. TURNER:  Objection to form and
25  foundation.
```

**Page 47**

```
 1     A.   They're different people.  I'd -- can you
 2  rephrase the question to help me, please?
 3  BY MR. CARNEY:
 4     Q.   Sure.  You described how there's many
 5  different plug-ins and scanners that can be used to
 6  conduct pen testing; is that right?
 7     A.   Uh-huh.
 8     Q.   And sometimes because of those
 9  differences, customers were able to uncover
10  vulnerabilities that SolarWinds had not uncovered;
11  is that right?
12     A.   That's correct.  Customers or security
13  researchers as well.
14     Q.   And do you have an understanding as to
15  why SolarWinds did not have those pen testing
16  resources available itself?
17          MR. TURNER:  Objection to form.
18     A.   They're external different pen testers.
19  I don't quite follow the question because...
20  BY MR. CARNEY:
21     Q.   And I'm just trying to understand from
22  a -- you know, as a nontechnical person, why the
23  products that the customers were using would pick up
24  on vulnerabilities that the products SolarWinds was
25  using did not.
```

**Page 48**

```
 1     A.   I'm still kind of confused about the
 2  question.
 3     Q.   All right.  Let me try to unpack it a
 4  little.  You mentioned that a customer might have a
 5  scanner that SolarWinds did not have available; is
 6  that right?
 7     A.   That's right, yeah.
 8     Q.   Okay.  And that scanner could pick up on
 9  vulnerabilities that the SolarWinds scanners did not
10  pick up on, right?
11     A.   It's possible, yeah.
12     Q.   And I guess as a layperson, I'm just
13  wondering, do you have an understanding why
14  SolarWinds didn't have scanners that would also pick
15  up on that vulnerability?
16          MR. TURNER:  Are you asking him why
17  SolarWinds did not have every pen testing software
18  available on the market?
19          MR. CARNEY:  No.  No, not asking
20  that.
21          MR. TURNER:  What is the question
22  exactly?
23  BY MR. CARNEY:
24     Q.   So I'm asking you why -- the universe of
25  pen testing tools that SolarWinds had available, why
```

### Page 49

were they not enough to pick up the vulnerabilities that the customers were picking up?
    MR. TURNER: Object to foundation.
    A. I'm still struggling with this particular question. It's kind of confusing me. This is not specific to SolarWinds. This is going to happen in any software company out there because, you know, product vulnerabilities are inevitable. There's different languages, different codes. As I mentioned, huge code bases that go way back. This is why we run things like Bug Bounty programs, is because, you know, there is very specific -- security researchers are experts who are known for one best -- they may apply different techniques that is not shared, standard, and they may be able to find similar vulnerabilities no matter which vendor it is, if that makes sense.
    So sometimes they have -- they get -- they work with a vendor, they find that they were correct and validated, and on -- some way of maybe manipulating the code, et cetera, and they could apply that to SolarWinds. So it's kind of natural for -- I guess it's kind of natural for just any vendor is not going to be able to know everything that the thousands and thousands of security

### Page 50

researchers, millions, I don't know, across the world who are uncovering new vulnerabilities or uncovering new ways to exploit vulnerabilities. And that logic can be applied to different software and platforms and stuff.
BY MR. CARNEY:
    Q. Okay. Do you ever recall an instance where a customer uncovered a valid vulnerability and concerns were raised within SolarWinds as to why did we not detect this ourselves?
    A. It's fairly standard practice. This is going to be common as, again, in any corporation with product vulnerabilities. So you just always learn -- try to do continuous improvements where you can. And if you can apply things that will help improve, your lesson's learned, shall we say, and you know, the root cause analysis, then you can help, you know, protect this.
    Q. And I guess my question was -- but do you recall any instances where a customer uncovered one of these vulnerabilities and people inside SolarWinds expressed concern that this is something we should have uncovered ourselves with our own pen testing?
    A. I don't recall any specifics, but

### Page 51

it's -- it's possible.
    Q. Why do you say it's possible?
    A. As I mentioned before, they could be using a completely different product that has, you know, patented or specific rules, scanning that only their product has, you know, that's different -- completely different to other tools. As mentioned, there's so many of these tools out there.
    Q. Did you ever -- sorry, were you finished?
    A. Yeah.
    Q. Apologies. Did you ever express any concerns about the resources available within SolarWinds for pen testing?
    A. I don't recall if I had any concerns.
    Q. Do you recall anyone expressing to you concerns about the resources available within SolarWinds for pen testing?
    A. Not that I can recall.
    (Deposition Exhibit 1 marked for identification.)
    (Witness reviews document.)
BY MR. CARNEY:
    Q. Mr. Griffiths, for the record, you've been handed what's been marked as Exhibit 1, and

### Page 52

this is an e-mail exchange from April of 2020 and it has the Bates stamp SW-SEC00416359.
    And I -- I handed you this exhibit just because I sort of want to understand the training that you've gone through briefly. So when is it -- at the bottom, you -- do you know Jason Dee, D-e-e?
    A. Yeah.
    Q. And who is he?
    A. The colleague, I believe he was in support, but then here he was a technical trainer at this time in the academy team.
    Q. And he's kind of trying to get some sort of career advice from you. Is that a fair assessment?
    A. That's fair.
    Q. And you mentioned at the top that you went through the EC-Council exams. What's that?
    A. Yeah. EC-Council is a professional certification body revolving around security, and you can go for their training and you can get the certifications.
    Q. And what certifications did you get through the EC-Council exams?
    A. So here was the Certified Ethical Hacker

Harry Griffiths
9/30/2024

**Page 81**

1  A. For example, our ticketing application,
2  JIRA, the whole company did not have access to JIRA,
3  only specific people working in that area. And I
4  can think of other applications that would be the
5  same.
6  Q. And is JIRA the ticketing application
7  that is used with respect to risk assessment forms?
8  A. Risk acceptance [sic] forms, no.
9  Q. What is JIRA used for?
10 A. So JIRA's the ticketing system primarily
11 used by the engineering teams, but other teams have
12 adopted it as well, including IT, and used for
13 documenting potential changes to code. Whether
14 that's a new feature or bug, security issue, they're
15 being -- they log these tickets to start
16 prioritizing.
17 Q. And do you -- do you use the JIRA
18 ticketing system as part of your job?
19 A. Yes.
20 Q. And what do you use it for?
21 A. I actually created my own projects within
22 JIRA. I had one for the security team for incident
23 response. I have a product security location and a
24 cybersecurity incident project. And this allowed us
25 to link back and forth to even the engineering

**Page 82**

1  tickets where maybe the body of work might be done
2  to remediate something. I use it to find historical
3  things of what's open, what's not, what's been
4  closed. I'm using it for assessing security tickets
5  in terms of the prioritization, how they classified
6  the vulnerability in terms of severity, the CVSS
7  score, to make sure that we agree with that as well,
8  like, have this, again, two-prong approach of having
9  external eyes looking in. So I use it for many
10 different things, reporting dashboards. And
11 integration with our Salesforce platform play.
12 Q. And one more -- one more question, we'll
13 take a break and we can pick up on this document
14 when we get back, but what does CVSS stand for?
15 A. Common vulnerabilities securing -- secure
16 scoring system.
17 Q. We can take a break and I'll ask you some
18 more about that after the break. Thank you.
19 A. Thank you.
20       THE VIDEOGRAPHER: Going off the
21 record. Time is 12:37.
22       (Recess taken from 12:37 p.m. to
23 1:52 p.m.)
24       THE VIDEOGRAPHER: Back on the
25 record. Time is 1:52.

**Page 83**

1  BY MR. CARNEY:
2  Q. Good afternoon, Mr. Griffiths. Before we
3  broke, we had been looking at Exhibit 3, which was a
4  copy of the security statement, and I think we were
5  on the page ending in 337108. Do you still have
6  that in front of you, sir?
7  A. I do.
8  Q. And if I could ask you, under the blue
9  heading of Access Controls, there's another
10 subparagraph that's called Authentication and
11 Authorization and there's actually two paragraphs.
12 If I could ask you, please, to just read those to
13 yourself.
14       (Witness reviews document.)
15 A. Okay.
16 BY MR. CARNEY:
17 Q. So first of all, Mr. Griffiths, at any
18 point during your time at SolarWinds, have you had
19 responsibility for enforcing or implementing the
20 authentication and authorization activities
21 described in these paragraphs?
22 A. No.
23 Q. And do you know what group is charged
24 with overseeing the activities described in
25 the -- these two paragraphs?

**Page 84**

1  A. It could be the infrastructure team that
2  I referred to earlier. Potentially the GRC,
3  governance and compliance team.
4  Q. Any other teams that you can think of?
5  A. Not that I can think of.
6  Q. So first of all, the first paragraph
7  describes the password policy at SolarWinds. Do you
8  know whether, at the time that you came over to the
9  security team, whether this password policy was
10 being enforced companywide at SolarWinds?
11 A. So I know from, like, when you go to
12 create your password in the enterprise, that there
13 was -- for example, this has use of complex
14 passwords both alpha and numeric characters. That
15 existed. I had to set my password using those.
16 Q. And do you know if that was applied
17 across the company to all employees?
18 A. I believe so. This was the main log-in
19 to the laptop.
20 Q. It says that -- in that same paragraph,
21 last sentence, says: Passwords are individually
22 salted and hashed.
23       Do you know what that means?
24 A. So, yes.
25 Q. And what does that mean?

**Page 85**

1  A.  I mean, Active Directory by nature does
2  this by design.  So when you create your password,
3  your password is protected with a key.  So it's a
4  way of securing the actual password itself.  And
5  this is, like, built into Active Directory, which is
6  what we use when we log on.
7  Q.  So what does it mean for a password to be
8  individually salted and hashed, though?
9       MR. TURNER:  You want a crash course
10 in cryptography, is that what you're asking for?
11      MR. CARNEY:  No.  Just a brief
12 explanation.
13 A.  Individually meaning every account that's
14 created has this form of encryption.
15 BY MR. CARNEY:
16 Q.  With respect to the second paragraph,
17 where it says:  SolarWinds employees are granted a
18 limited set of default permissions to access company
19 resources, do you know if that policy applied to all
20 SolarWinds employees at the time that you switched
21 over to the security team in 2020?
22 A.  I believe so.  When I was in support, I
23 didn't have that level of access.
24 Q.  You believe so.  Do you know whether it
25 was actually enforced as to all employees at

**Page 86**

1  SolarWinds?
2  A.  I can't speak for everyone.  I can just
3  talk about my experiences as a support engineer and
4  my role before having access to -- a lot more
5  limited than when I had the administrator account
6  assigned to me.
7  Q.  And fair enough.  And I appreciate your
8  experience.  I'm just trying to understand if you
9  have knowledge about what was done across the
10 company, and if you do, that's great; if you don't,
11 that's also great.
12 A.  My understanding from hiring people, for
13 example, in the security team is that when they
14 join, they would be given a limited set, but then we
15 would request specific group access for them
16 depending on the role.
17 Q.  And the last two sentences say:  Requests
18 for additional access follow a formal process that
19 involves a request and then approval from a data or
20 system owner, manager or other executives, as
21 defined by our security guidelines.
22      I'm going to stop right there.  Do you
23 know if that sentence was accurate as of the time
24 that you joined the security team?
25 A.  Yes.  I recall not having the level of

**Page 87**

1  access I actually needed for my role and it was
2  always going to be having my manager in there to say
3  this is approved.
4  Q.  And aside from your personal experience,
5  do you know if that policy was enforced across the
6  board at SolarWinds?
7  A.  Outside of the security team, right?
8  Q.  Yes.
9  A.  I don't think I would have had -- or
10 remember any specifics or -- outside security.
11 Q.  Okay.  And then the last sentence says:
12 Approvals are managed by workflow tools that
13 maintain audit records of changes.
14      Are you familiar with the workflow tools
15 that are described there?
16 A.  What comes to mind is the help desk
17 system that we were using.
18 Q.  And was that during a time when you were
19 in customer support?
20      MR. TURNER:  Object to form.
21 BY MR. CARNEY:
22 Q.  Let me ask it this way.  Did the help
23 desk system that you're describing that you say
24 relates to the workflow tools described in this
25 paragraph about authentication and authorization,

**Page 88**

1  was that the system you were using when you were in
2  the technical support group?
3  A.  Every employee would use the help desk
4  system in place to make requests.
5  Q.  And was there an audit record of changes
6  in that system?
7  A.  The help desk system has a record of
8  that, yeah.
9  Q.  And then finally in this document, last
10 thing I want to ask you about is the Software
11 Development Lifecycle at the bottom of this page.
12 If you would please read those two paragraphs to
13 yourself.
14      (Witness reviews document.)
15 A.  Yeah.
16 BY MR. CARNEY:
17 Q.  Okay. Mr. Griffiths, during your time at
18 SolarWinds, have you had any responsibility for
19 ensuring that SolarWinds followed the software
20 development lifecycle?
21 A.  No, that would not be in my
22 responsibilities.
23 Q.  Do you know whether at the time you
24 joined the security team in 2020 whether SolarWinds
25 was, in fact, following a secure development

```
 1  engineering was ignoring your e-mails about RAFs?
 2      A.   I don't recall that.
 3      Q.   Did you -- can you explain what you were
 4  saying here in the message I just read?
 5      A.   So the first sentence -- I believe this
 6  is referring to this new dashboard that I was
 7  creating and that's what I'm saying, is I'm creating
 8  this to also help the engineering teams have that
 9  same level of visibility into those specific tickets
10  that we identify.
11          The second part I'm saying but they don't
12  act, read my e-mails.  I'm obviously talking about
13  something specific.  I don't remember the who and
14  what, but I'm referring to them obviously not coming
15  back to me.  I don't know the time period or any
16  details behind that.
17      Q.   Thank you, sir.  I'm going to -- I'm now
18  going to hand you what's been marked as Exhibit 15.
19          (Deposition Exhibit 15 marked for
20  identification.)
21  BY MR. CARNEY:
22      Q.   As with the other ones, you can take the
23  time you need to read context, but I'm just going to
24  ask you about some specific messages.  But this is
25  another short message report containing messages
```
181

```
 1  between Harry Griffiths and Ondrej Fitzek and this
 2  is from November 2nd, 2020, to November 30th, 2020,
 3  and it bears the -- first page bears the Bates stamp
 4  of SW-SEC00236824.
 5          And just once again, sir, just flipping
 6  quickly through this, does this appear to be a set
 7  of messages between you and Mr. Fitzek?
 8      A.   Yes.
 9      Q.   Okay.  And who is Mr. Fitzek?
10      A.   Ondrej is -- he was an engineer.  And as
11  I mentioned before, the application security area of
12  engineering, he would have been a sort of lead
13  engineer at the time.
14      Q.   And if I could ask you, please, to turn
15  to the page ending in 829.  And I'm using the bottom
16  Bates stamp.  There's two sets of Bates labels on
17  this.
18          All right.  And if you look at the
19  conversation that takes place around noon on
20  November 4th, 2020, Mr. Fitzek says:  I talk like
21  2-4h per week with management, but all things that
22  are broken in engineering, not looking good.  More
23  senior people are leaving too.  Currently there's no
24  way we fix what is in JIRA in next five years.
25          And you respond:  Oh, no.
```
182

```
 1          First of all, do you recall this
 2  conversation with Mr. Fitzek?
 3      A.   I do not.
 4      Q.   Do you know what things that -- in
 5  engineering that he thought were broken; do you
 6  recall?
 7      A.   No, I do not.
 8      Q.   Do you recall there being an issue with
 9  senior people leaving?
10      A.   No, not at that time.
11      Q.   Sitting here today, do you have an
12  understanding of what it means when he said:
13  Currently there is no way we fix what is in JIRA in
14  the next five years?
15      A.   I mean, JIRA's used, as I mentioned, for
16  ticketing.  So fix meaning that there's problems.
17  So that could be any kind of bugs, and we have a lot
18  of products, a lot of different things.
19      Q.   Okay.  You mentioned bugs.  Do you know
20  if you were discussing bugs or whether you were
21  discussing vulnerabilities in this conversation; do
22  you recall?
23      A.   No, I don't recall.
24      Q.   If you look up above it at 11:41, you
25  mention:  Will prevent a lot of cases, and
```
183

```
 1  simplifies support on what they need to know before
 2  advancing to support hackers.
 3          Do you know what that means?
 4      A.   I do not, so I'm going back to see if it
 5  helps.
 6          (Witness reviews document.)
 7      A.   Okay.  It says that -- secure Orion
 8  document.  So that's -- ending on 828 referring to
 9  the secure Orion document that we were working on at
10  the time.
11  BY MR. CARNEY:
12      Q.   And what's the secure Orion document?
13      A.   It's a document to help customers
14  implement recommendations of controls, security
15  aspects of the products, you know, references to
16  what firewall ports are required, you know, as we
17  talked about earlier.  And there was sort of -- I
18  believe references to known issues or typical KBs
19  that might get applied if a customer reported a
20  particular issue.  They might have a set of steps to
21  implement to help protect their environment in the
22  application.
23      Q.   And do you know why that document was
24  created?
25      A.   I believe it's to aid customers in
```
184

**Page 201**

1 just haven't been re-looked at after, you know,
2 three months that we're talking about or longer.
3 BY MR. TURNER:
4  Q.  And what --
5  A.  And retested -- huh?
6  Q.  What are some other possible reasons?
7  A.  That the ticket when it was initially
8 created had some -- some level of analysis, but not
9 thorough enough to determine whether it was
10 exploitable.  So they could be false positives
11 still.
12  Q.  And what did you actually know at the
13 time about the issues that these tickets concerned?
14      MR. CARNEY:  Objection, form.
15  A.  I don't believe I knew much about the
16 actual details of these tickets.  This was just me
17 identifying the statistics from a query from the
18 conditions that we talked about earlier.
19 BY MR. TURNER:
20  Q.  And what did you know about whether the
21 issues the tickets concerned had actually been
22 validated; in other words, whether they were false
23 positives or not?
24  A.  I didn't -- I don't believe I was digging
25 into these 127 vulnerability tickets to do that.

**Page 202**

1  Q.  And what did you know about whether the
2 issues had actually been resolved but the tickets
3 had simply not been closed?
4  A.  I don't know if they had been resolved
5 and that they just haven't been closed.
6  Q.  And you said at one point that looking
7 back at your younger self you have more context on
8 this conversation.  Could you just explain that
9 further?
10  A.  Yeah.  For the reasons that we just kind
11 of talked about.  I didn't even have that context
12 looking at it.  And volume doesn't necessarily
13 reflect the true accuracy of the tickets like this,
14 still didn't have the validation that I was
15 referring to either, whether it's actually still an
16 issue or whether it was exploitable.  These are just
17 raw figures that I'm pulling to communicate that
18 back to the engineering leaders' teams, yeah, to go
19 through the risk acceptance process and ideally look
20 into these tickets, and as they're doing that with
21 the hope that they might close them, they might
22 already, you know, be fixed.
23      MR. TURNER:  No further questions.
24      MR. CARNEY:  Very briefly.
25

**Page 203**

1          FURTHER EXAMINATION
2 BY MR. CARNEY:
3  Q.  Mr. Griffiths, Mr. Turner asked you a
4 series of questions about the outstanding tickets in
5 Exhibit 14, right?
6  A.  Yes.
7  Q.  And you summing it up said you didn't
8 have a lot of details about those tickets, right?
9  A.  Yes.
10  Q.  Who at SolarWinds did have the details
11 about those tickets?
12  A.  So there would be details in the tickets.
13 There would be some information in there.  Who had
14 the details on the status, whether they were
15 resolved or not, would have been the engineering
16 team that would look into these and look at the code
17 to identify -- or retest the steps to reproduce to
18 see if they are actually still valid today.
19  Q.  From -- and you mentioned the engineering
20 team.  From the security team, you said you didn't
21 have a lot of details about what was going on with
22 these tickets.  Was there someone on the security
23 team that was keeping abreast of the details of what
24 was going on with these tickets?
25  A.  It was more on status rather than the

**Page 204**

1 actual details of the tickets.
2  Q.  Okay.
3      MR. CARNEY:  No further questions.
4      MR. TURNER:  I have nothing further
5 from us.
6      THE VIDEOGRAPHER:  This concludes
7 today's testimony of Harry Griffiths.  Going off the
8 record.  Time is 7:29.
9      (Deposition concluded at 7:29 p.m.)

```
 1          REPORTER'S CERTIFICATION
 2      I, Micheal A. Johnson, Registered Diplomate
 3  Reporter and Notary Public in and for the State of
 4  Texas, certify that on the 30th day of
 5  September, 2024 I reported the Videotaped Deposition
 6  of HARRY GRIFFITHS, after the witness had first been
 7  duly cautioned and sworn to testify under oath; said
 8  deposition was subsequently transcribed by me and
 9  under my supervision and contains a full, true and
10  complete transcription of the proceedings had at
11  said time and place; and that reading and signing
12  was not requested.
13      I further certify that I am neither counsel
14  for nor related to any party in this cause and am
15  not financially interested in its outcome.
16      GIVEN UNDER MY HAND AND SEAL of office on
17  this 7th day of October, 2024.
18
19      _____
        MICHEAL A. JOHNSON, RDR, CRR
20      NCRA Registered Diplomate Reporter
        NCRA Certified Realtime Reporter
21
        Notary Public in and for the
22      State of Texas
        My Commission Expires:  8/8/2028
23
24
25
                        205
```