# Exhibit 65

**Excerpts of SW-SEC00168778**

**To:**       Pierce, Kellie [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=0150ef14c7a24cb1a0e08ec9fcb06424-Pierce, Kel]; Brown, Timothy
              [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=a1bcd95116e84d6692dd89f9d55c5b7a-Brown, Timo]; Quitugua, Eric
              [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=227693e84bc0400b84364660f692bc85-Quitugua, E]; Thornton, Ashley
              (Vendor) [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=a7ff2905f7514d60b8ba38b09ad2f5f1-Thornton, A]

**Attachments:**  Risk _Monthly Review_7.13.2020.xlsx

**Start**:      7/13/2020 6:00:00 PM
**End**:       7/13/2020 6:30:00 PM
**Show Time As**: Busy

**Recurrence**:    (none)

**Required
Attendees**:      Brown, Timothy; Quitugua, Eric; Thornton, Ashley (Vendor)

**Agenda:**
**6/8/2020 Status: Total of 17 RAFs:**
- Under Review – 1
- Remediation in Progress - 7
- Ongoing Audit (Monitoring) -2
- Denied -1
- Risk Mitigation Complete (Closed)- 6

**Recap of 6/8 Risk Review meeting:**
- **Under Review  (1):**
  - #18: TLS1.0 and 1.1 – 6/8 Email sent to Martin Gebauer for additional information (no VP approval)
- **Remediation In Progress (7):**
  - #2: Salesforce(SFDC), Risk Acceptance (RA) expires 6/2/2020 – Compensating Control Annual SFDC User Access Review  - Email sent to J.Kemmerer asking about SFDC audit.
  - #5: Sitecore Upgrade, RA expires 9/5/2020 (no action taken)
  - #6: ARM Labs, RA expires 9/7/2020 (no action taken)
  - #7: Cisco UX Update, RA expires 9/1/2021 (no action taken)
  - #8: AppMan, multiple browser, RA 10/12/2020 (no action taken)
  - #9: BizApps DB, RA expires 1/31/2020 – Sent Rick note asking for status update
  - #11: SEM (2019-131), RA expires 12/31/2020 (no action taken)
- **Ongoing Audit (Monitor) (2):**
  - #15: Open Grok – monitor until 6/30/2021
  - #17: Chargify cannot SAML/SSO – Monitor until 6/4/2021 (Rick notified 6/8/2020)
- **Denied (1):**
  - #16: Extension of Github 24 hrs to 14 days – 6/8 Notified C.Cutler that this request was denied.
- **Risk Mitigation Complete (6):**
  - #3: Jira.com – enabled AD (marked complete 6/8/2020)
  - #4: Whitesource – No action (marked closed 8/2019)
  - #10: LEM-Fix in code 6/2/2020 per Joel Marlow, validated by InfoSec
  - #12: Orion Platform-Fix in code 6/2/2020 per Joel Marlow, validated by InfoSec
  - #13: SEM-Fix in code 6/2/2020 per Joel Marlow, validated by InfoSec
  - #14: Orion Platform-Fix in code 6/2/2020 per Joel Marlow, validated by InfoSec

[Join Microsoft Teams Meeting](#)

Learn more about Teams | Meeting options



**DOCUMENT PRODUCED IN NATIVE FORMAT**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

| Item Number | Product | Summary of Request (provide specifics of risk to be accepted) | Benefits of Accepting This Risk | Remediation Plan (Describe the end state solution that remediates the risk) | Risk Acceptance Expiration (date by which risk will be remediated) | Alternatives Considered (Describe why other alternate solutions are not viable) | Business Department | Business Function | Requested By | Approved By | Approval Date | Compensating Control | Level of Risk | Risk Status | Security Incident Number | Last Review Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | BizApps Billing DI | Developers have write access to production Backup data as a part of their permission set. They are using the API's just to pull data for usage billing but those (3) API's have write permissions which are not used or needed. | Allows BizApps Dev to continue their development work and not delay a major project. | Create Read-only role that BizApps would use to access production data for Backup billing and for Backup O365 billing. This work would take approximately 2 weeks but as the Backup team has some commitments they are wrapping up, a likely go-live with this role would be in the first 2 weeks of January. | 1/31/2020 | Creating another production data set that up to date that we can query against would take longer than the time it would take to create the read-only users. | MSP | DOIT / Architecture / | Holmberg, Rick | Brown, Tim | ######### | 11/18/19: Risk reviewed by and accepted by Tim Brown. 1/7/20: Note sent to Rick to confirm this role has been established. 6/8/20: Email sent to Rick for update. | Low | Remediation In Progress | n/a | 6/8/2020 |