# Exhibit 66

**Excerpts of Brad Cline
Deposition Transcripts**

Brad Cline
10/1/2024

```
 1           UNITED STATES DISTRICT COURT
 2           SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE    )
     COMMISSION,                )
 5                              )
              Plaintiff,    )
 6                         ) Case No.
       vs.                 ) 23-cv-9518-PAE
 7                         )
     SOLARWINDS CORP. and       )
 8   TIMOTHY G. BROWN,          )
                              )
 9           Defendants.   )
     _____)
10
11
12
13           VIDEOTAPED DEPOSITION OF
14               BRAD CLINE
15              Austin, Texas
16          Tuesday, October 1, 2024
17
18
19
20
21
22
23
24   Reported by:
     Micheal A. Johnson, RDR, CRR
25   Job No. 241001MJ
                         1
```

```
 1           UNITED STATES DISTRICT COURT
 2           SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE    )
     COMMISSION,                )
 5                              )
              Plaintiff,    )
 6                         ) Case No.
       vs.                 ) 23-cv-9518-PAE
 7                         )
     SOLARWINDS CORP. and       )
 8   TIMOTHY G. BROWN,          )
                              )
 9           Defendants.   )
     _____)
10
11
12
13
14       Videotaped deposition of BRAD CLINE, taken
15   on behalf of Plaintiff, at Latham & Watkins, LLP,
16   300 Colorado Street, Suite 2400, Austin, Texas,
17   beginning at 9:07 a.m. and ending at 5:05 p.m. on
18   October 1, 2024, before Micheal A. Johnson, a
19   Registered Diplomate Reporter, Certified Realtime
20   Reporter, and Notary Public of the State of Texas.
21
22
23
24
25
                         2
```

```
 1   APPEARANCES:
 2   ON BEHALF OF PLAINTIFF:
 3       U.S. SECURITIES AND EXCHANGE COMMISSION
         BY: Kristen M. Warden
 4           John J. Todor
             Christopher J. Carney
 5       100 F Street, NE
         Washington, D.C. 20549
 6       (202) 256-7941
         wardenk@sec.gov
 7       todorj@sec.gov
         carneyc@sec.gov
 8
 9   ON BEHALF OF DEFENDANTS
     SOLAR WINDS CORP. AND TIMOTHY G. BROWN:
10
         LATHAM & WATKINS LLP
11       BY: Serrin Turner
             Joshua A. Katz
12       1271 Avenue of the Americas
         New York, New York 10020
13       (212) 906-1330
         serrin.turner@lw.com
14       josh.katz@lw.com
15
     ALSO PRESENT:
16
         Becky Melton
17       Jason Bliss
         Annie Gravelle (Via Zoom)
18
19   VIDEOGRAPHER:
20       Timothy Desadier
21
22
23
24
25
                         3
```

```
 1              INDEX
                BRAD CLINE
 2            October 1, 2024
 3
     APPEARANCES                      3
 4
     PROCEEDINGS                      7
 5
 6
     EXAMINATION OF BRAD CLINE:
 7
     BY MS. WARDEN                    8
 8
 9
     REPORTER'S CERTIFICATION       233
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                         4
```

Page 5:

```
                DEPOSITION EXHIBITS
                    BRAD CLINE
                  October 1, 2024

EXHIBIT NO.     DESCRIPTION              MARKED

Exhibit 1    August 17, 2021              8
             Transcript of Bradley
             Cline
Exhibit 2    LinkedIn Profile of Brad    11
             Cline
Exhibit 3    SolarWinds Organizational   21
             Chart
             SW-SEC00007328
Exhibit 4    SolarWinds Security         52
             Statement
Exhibit 5    June 2, 2017 PowerPoint,    90
             Securing Active Directory
             SW-SEC00262012 -
             SW-SEC00262016
Exhibit 6    January 11, 2018 E-mail,   129
             Kellie Pierce to Rani
             Johnson, et al.
             SW-SEC00042524 -
             SW-SEC00042536
Exhibit 7    March 16, 2018 E-mail,     144
             Brad Cline to Rani
             Johnson
             SW-SEC00042892 -
             SW-SEC00042964
Exhibit 8    April 13, 2018 E-mail,     155
             Brad Cline to David
             Mills, et al.
             SW-SEC00043080 -
             SW-SEC00043084
Exhibit 9    August 30, 2018 E-mail,    162
             Robert Krajcir to Brody
             Taylor, et al.
             SW-SEC00031653 -
             SW-SEC00031668
```

Page 6:

```
                DEPOSITION EXHIBITS
                    BRAD CLINE
                  October 1, 2024

EXHIBIT NO.     DESCRIPTION              MARKED

Exhibit 10   2H 2019 CTO/DOIT R4R       200
             Goals
             SW-SEC00031564 -
             SW-SEC00031569
Exhibit 11   October 29, 2019 E-mail,   217
             Brad Cline to Rani
             Johnson
             SW-SEC00031499 -
             SW-SEC00031557
Exhibit 12   October 30, 2020 E-mail,   223
             Chris Day to Steven Hess,
             et al.
             SW-SEC00008996 -
             SW-SEC00008997
Exhibit 13   August 16, 2019           230
             PowerPoint, Security &
             Compliance Program
             Quarterly Overview
             SW-SEC00001497 -
             SW-SEC00001550
Exhibit 14   May 17, 2019 PowerPoint,  231
             Security & Compliance
             Program Quarterly;
             Overview & Status
             SW-SEC00001635 -
             SW-SEC00001652
```

Page 7:

         Austin, Texas, Tuesday, October 1, 2024
               9:07 a.m. - 5:05 p.m.

         THE VIDEOGRAPHER:  Here begins the deposition of Brad Cline taking place at Latham & Watkins at 300 Colorado Street, Austin, Texas in the matter of the Securities and Exchange Commission versus SolarWinds Corporation, et al.  The case number is 23-cv-9518-PAE.
         Today's date is October 1st, 2024.  The time on video is 9:07 a.m.  The videographer is Timothy Desadier and the court reporter is Micheal Johnson.
         Counsel, please identify yourself and state whom you represent.
         MS. WARDEN:  Kristen Warden for the Securities and Exchange Commission.
         MR. TODOR:  John Todor, Securities and Exchange Commission.
         MR. CARNEY:  Christopher Carney, SEC.
         MR. TURNER:  Serrin Turner, SolarWinds and Mr. Brown.
         MR. KATZ:  Josh Katz, Latham & Watkins for SolarWinds and Mr. Brown.
         MS. MELTON:  Becky Melton,

Page 8:

SolarWinds.
         THE VIDEOGRAPHER:  Will the court reporter please swear in the witness.
         BRAD CLINE,
called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:
                    EXAMINATION
BY MS. WARDEN:
    Q.   Good morning, Mr. Cline.  Can you please state your name and spell your name for the record.
    A.   Yes.  It is Brad Cline, B-r-a-d and then C-l-i-n-e.
    Q.   We're going to go over a couple of rules about today's deposition.
         Have you ever been deposed before?
    A.   No, not -- I have been -- I've testified previously or gave testimony, but not deposed.
    Q.   You gave testimony to the SEC, correct?
    A.   Yes, correct.  Yeah.
         (Deposition Exhibit 1 marked for identification.)
BY MS. WARDEN:
    Q.   You've been handed what has been marked Cline Exhibit 1, this is the transcript of your

**Page 9**

1  August 17th -- if you can just keep one and -- keep
2  the marked one and pass it.
3      A.   Got it.
4      Q.   This is the August 17th, 2021,
5  investigative testimony that you gave in the
6  investigation of SolarWinds, correct?
7      A.   Yes, I believe so.  That should be
8  correct.
9      Q.   You can take your time to flip through
10 it.  Do you recognize the document?
11     A.   Yes, I recognize my testimony.
12     Q.   And have you reviewed the transcript of
13 your August 17th, 2021, testimony before?
14     A.   I did do a quick preread on it, but not
15 fully.  I just reacquainted myself with the general.
16     Q.   Before today's deposition?
17     A.   Yes.  Yes.
18     Q.   And did you do your best to tell the
19 truth during your August 17th, 2021, testimony?
20     A.   I did.
21     Q.   And did you notice anything in reviewing
22 the August 17th, 2021, transcript that you now
23 believe is incorrect?
24     A.   No.  I didn't go through it 100 percent,
25 but I didn't -- nothing that stood out for me, no.

**Page 10**

1      Q.   So, Mr. Cline, I'm going to ask you a
2  series of questions today.  You must provide
3  truthful answers.  And everything that you say is
4  being transcribed here by the court reporter, so
5  please answer audibly and let's please try to not
6  talk over one another, which I will work on as
7  well --
8      A.   Okay.
9      Q.   -- so that we get a clear record --
10     A.   Got it.
11     Q.   -- of today's deposition.
12          If you don't understand a question, just
13 ask me to clarify.  And we'll aim to take a break
14 about every hour, but if you want to take a break at
15 any point, just indicate so.  We just ask that
16 before you break, you finish answering the question
17 that's pending.
18     A.   Understood.
19     Q.   Are you represented by counsel today?
20     A.   I am.
21     Q.   Okay.  And is it Mr. Turner of
22 Latham & Watkins?
23     A.   Latham and then the internal SolarWinds
24 team as well.
25     Q.   All right.  And did you meet with your

**Page 11**

1  counsel prior to your deposition today?
2      A.   I have, yes.
3      Q.   About how many times?
4      A.   Three times.
5      Q.   Okay.  And about how many hours did you
6  meet with your counsel?
7      A.   All told, probably roughly 12 hours.
8      Q.   And your counsel may have objections
9  during this deposition.  This is to preserve the
10 record.  Unless your counsel instructs you not to
11 answer a question, you can go ahead and answer the
12 question after your counsel makes the objection.
13     A.   Okay.
14     Q.   Any reason you cannot provide truthful
15 testimony today?
16     A.   No.
17     Q.   Any medication that you think will
18 prevent you from giving truthful testimony today?
19     A.   No.
20          (Deposition Exhibit 2 marked for
21 identification.)
22 BY MS. WARDEN:
23     Q.   Mr. Cline, you've been presented what has
24 been marked Cline Exhibit 2.  Take a moment and look
25 at it.

**Page 12**

1      A.   Uh-huh.
2      Q.   Do you recognize this document?
3      A.   It looks like a LinkedIn output.
4      Q.   And is it your LinkedIn profile?
5      A.   Yes, that looks correct.
6      Q.   Okay.  And let me direct you to the
7  second page under Experience.
8          Do you see that?
9      A.   Yes.
10     Q.   Okay.  And it lists SolarWinds as your
11 employer, correct?
12     A.   Correct.
13     Q.   Okay.  And then it says senior director
14 of IT, and are the dates right?  You were senior
15 director of IT between October of 2020 to the
16 present?
17     A.   That -- yes, that is correct.
18     Q.   So what were you hired to do as senior
19 director of IT?
20     A.   The role's changed over the four years
21 that I've been back with the company, and as of
22 recently it's changed completely.  I'm over a
23 different team, the business application team.  But
24 originally I came back in to take over the
25 networking team, the systems team, our UC team, our

Brad Cline
10/1/2024

**Page 17**

Q. And then let's -- if you go down to -- looks like you left SolarWinds in November 2019, right?
A. Yes, that's correct.
Q. Okay. And you joined EZCORP?
A. EZCORP, correct, yes.
Q. And what was EZCORP?
A. It is a financial banking company in that sector.
Q. And what was your role as VP of infrastructure?
A. At that business I had both what would be considered the business applications and the infrastructure teams, managing all of their infrastructure and external customer-facing systems.
Q. Okay. And then focusing in on the bottom of your LinkedIn profile, prior to leaving for EZCORP it says that you worked at SolarWinds between May -- October 2016 and November 2019; is that right?
A. Yes, that sounds correct.
Q. Okay. So let's split it up. Two different positions, right?
A. Yes, I had two different positions. Different teams during that time as well.

**Page 18**

Q. Okay. So you joined SolarWinds in October 2016 as a senior manager, right?
A. Correct.
Q. And was it a senior manager in the IT group?
A. That is correct, yeah. States there I was the manager of the network engineering team.
Q. Okay. And what did you do as the manager of the network engineering team?
A. The network team as mentioned handled all of our internal corporate network systems. That would be your switching and routing, firewalls for the company.
Q. Okay. And who did you report to as senior manager IT?
A. Originally it was Jason Matthews.
Q. Okay. And then in May 2017 you transitioned to be director of information technology at SolarWinds; is that correct?
A. Correct.
Q. Okay. And you held that position until November 2019?
A. Correct.
Q. Okay. How did your duties change as director of information technology at SolarWinds?

**Page 19**

A. I had handled -- or I took on the systems team at that time initially, and I reported to Dave Mills, was my initial reporting.
Q. And what was Mr. Mills' position?
A. He was VP of information technology at that time.
Q. Okay. At some point did you report to the CIO Rani Johnson?
A. I did, and there was a period there that I also -- I had reported to Bill Carroll, who was senior director of IT.
Q. And as director of information technology at the company, what was your role in connection with cybersecurity?
A. Similar to previously stated. So I would have had management of the end-user devices, management of -- for corporate IT, the management of our networking switches, firewalls, servers. And so all of those, of course, have a security component and we would follow the InfoSec and security and compliance guidelines for implementation.
Q. Did you interact with any SolarWinds executives focusing in on your time as director of IT, May 2017 to November 2019?
A. Executives. Yes. I mean, there was

**Page 20**

always either support capacity or there may have been a project that we were working on or a presentation. So there's always chances for interactions.
Q. And which ones?
A. It would probably pretty much be anybody at any point in time. We were a support organization. So if somebody from sales needed assistance, you know, an executive in sales, we would go and support them. Marketing. If one of the other leaders had a question around technical, we also supported the company, we had some initiatives around -- we as IT were very much exemplary of our customers, because SolarWinds sells software to customers very much similar sized IT as our organization. And so we provide feedback on products that we thought were of interest. We provide feedback on needs that we had as a team that we could see customers also needing.
    So those were all different interactions that we would have with executive teams. So maybe a presentation on a feature or function within the product that would be beneficial to us. So we would show that and at times it would either be -- we would be called into a group to give that

**Page 145**

1  you were director of IT and network administrator?
2  **A.**  That's -- that would be correct, yes.
3  **Q.**  And you sent it to your boss, the CIO,
4  Ms. Johnson?
5  **A.**  I don't -- I can't recall if at that time
6  I was directly reporting to her, but if Dave Mills
7  was still with the company, I would have been
8  reporting to Dave Mills.  And I believe this is
9  before Bill Carroll joined.  So I think I sent it to
10 her for awareness because we would send her project
11 updates.
12 **Q.**  And you told Ms. Johnson, who was the CIO
13 at the time:  Here are the updated slides.  Let me
14 know if you want any other changes.
15     Do you see that?
16 **A.**  Yes.
17 **Q.**  Did you prepare the major project
18 portfolio slide deck starting on Bates 2893, the
19 next page, the attachment?
20 **A.**  No.  I had -- Rani -- or most likely
21 Kellie would run the administration of the actual
22 major project portfolio.  We would update our
23 particular slides that were within that portfolio.
24 So what I'm referencing here in the numbers is which
25 slides I was updating.

**Page 146**

1  **Q.**  Okay.  And there are -- you list numbers
2  in Bates ending in 2892 and there's some notes next
3  to it.
4  **A.**  Correct.
5  **Q.**  So is it fair to assume that the numbers
6  you list are the slides that you provided input or
7  that you updated?
8  **A.**  That seems appropriate, yes.
9  **Q.**  Okay.  Who else provided input in this
10 major project portfolio slide deck?
11 **A.**  Essentially anyone within Rani's
12 organization that had a project, which I think this
13 thing is about 90 pages long, so pretty much
14 everyone on the team.
15 **Q.**  And why was this major project portfolio
16 slide deck created?
17 **A.**  I believe Rani Johnson or Kellie
18 perspective were the original creators of it, so I
19 can't speak to why they did it, but it would
20 generally be used for tracking of your projects.
21 **Q.**  If you could turn to Bates ending in
22 2893 -- I don't think that's right.  Sorry.
23 28 -- 2906.  Let's try that.
24     Do you see it says:  No. 5, Security
25 Assessment and Remediation at the top?

**Page 147**

1  **A.**  I do.
2  **Q.**  Okay.  And this slide lists at the top
3  DOIT lead as Eric Quitugua.
4      Do you see that?
5  **A.**  I do.
6  **Q.**  Was this one of the slides you provided
7  input on?
8  **A.**  No, it's not in the numbers that I
9  referenced on the first page and Eric Quitugua's
10 name is on the top.
11 **Q.**  Well, there are no numbers in the deck.
12 **A.**  It says No. 5, Security Assessment and
13 Remediation.
14 **Q.**  Oh, that's how you read the numbers?
15 **A.**  Correct.
16 **Q.**  But No. 1 doesn't start on the first
17 slide.
18 **A.**  Again, I didn't maintain the slide.  This
19 was either Kellie or Rani, so I'm referencing the
20 number of the slide or the number of the project.
21 **Q.**  Okay.  Understanding that you did not
22 contribute to Bates ending in 2906 -- I just wanted
23 to ask you a couple things.  Okay.  Do you see under
24 Description, the second sentence, it says:  Develop
25 a risk register and provide security guidance as

**Page 148**

1  part of remediation efforts --
2     THE REPORTER:  Hold on.  Repeat that
3  and slow down.
4  BY MS. WARDEN:
5  **Q.**  Do you see it says:  Develop a risk
6  register and provide security guidance as part of
7  remediation efforts to prevent, detect and respond
8  to cybersecurity attacks and comply with applicable
9  regulations?
10     Do you see that?
11 **A.**  I do.
12 **Q.**  Do you understand why you were doing
13 that?
14     MR. TURNER:  Objection to form and
15 foundation.
16 **A.**  This is Eric Quitugua's project.  This is
17 Eric Quitugua's slide.  I do not know why he wrote
18 the description, but, yeah, I would have to make a
19 guess as to why he wrote that.
20 BY MS. WARDEN:
21 **Q.**  Are you aware of a risk register being
22 developed as of March 2018?
23 **A.**  I was not fully aware of everything that
24 the InfoSec team did or Eric did, but there were
25 times that I saw a risk register readout.

**Page 229**

1 about any of the risks on Bates -- no Bates, but on
2 slide 6?
3          MR. TURNER:  Objection to form.  He's
4 testified repeatedly he doesn't know what these
5 things even mean.
6     A.   Again, a month back in, I can't remember
7 specifically the creation of this slide, who created
8 it or if they contacted my team.
9 BY MS. WARDEN:
10    Q.   Was it your understanding the InfoSec
11 group was responsible for these issues?
12         MR. TURNER:  Objection to form.
13    A.   With what context?  Which bullet point?
14 BY MS. WARDEN:
15    Q.   Well, you mentioned you were responsible
16 for AD authentication, right?
17    A.   Yes.
18    Q.   Okay.  So were you responsible for
19 anything else on slide 6?
20         MR. TURNER:  Object to form.
21    A.   AD authentication was one of my areas of
22 responsibility and then we'd already discussed the
23 business continuity plan and where that would have
24 intersected with my team.
25

**Page 230**

1 BY MS. WARDEN:
2     Q.  Okay.
3         (Deposition Exhibit 13 marked for
4 identification.)
5 BY MS. WARDEN:
6     Q.  Mr. Cline, you've been presented with
7 Cline Exhibit 13.  For the record, it's Bates
8 SW-SEC00001497 through 1550.  It's entitled Security
9 & Compliance Program Quarterly Overview.  Take your
10 time to look at it.
11        (Witness reviews document.)
12    A.  Okay.
13 BY MS. WARDEN:
14    Q.  Do you recognize this document, sir?
15    A.  I do not.  I believe --
16    Q.  So August 2019 I believe you -- that's
17 when you -- the tail end of being director of IT?
18    A.  Correct.  This is a very product-focused
19 slide.  I don't believe I was normally part of this.
20 I don't recognize the slides or the topics in
21 general.
22    Q.  Okay.  Were you -- did you ever
23 participate in security and compliance program
24 quarterly meetings?
25    A.  I don't recall those specifically.  I

**Page 231**

1 would need an example.  I recall our monthly
2 meetings that we had with our InfoSec team, but
3 not -- if this was that meeting that you're
4 referring to, I don't recognize this format.
5    Q.   Do you know who did prepare security and
6 compliance program quarterly overview slide decks?
7    A.   I do not.  I don't see a name on it.  I
8 would assume with the size there are multiple
9 contributors.
10        MS. WARDEN:  Is now a good time for a
11 break?
12        THE VIDEOGRAPHER:  Going off the
13 record.  Time is 4:50.
14        (Recess taken from 4:50 p.m. to
15 5:03 p.m.)
16        THE VIDEOGRAPHER:  Back on the
17 record.  Time is 5:03.
18        (Deposition Exhibit 14 marked for
19 identification.)
20 BY MS. WARDEN:
21    Q.   Mr. Cline, you were presented Cline
22 Exhibit 14.  For the record, it is SW-SEC00001635
23 through 52.  It's the Security & Compliance Program
24 Quarterly dated May 17th, 2019.
25        Take your time reviewing.

**Page 232**

1         (Witness reviews document.)
2     A.  Okay.
3 BY MS. WARDEN:
4     Q.  So, sir, we just looked at the
5 August 2019 Security and Compliance Program
6 Quarterly.  This is the May 2019 Security and
7 Compliance Program Quarterly.
8         Do you recognize this document?
9     A.  Not specifically, no.
10    Q.  And did you contribute to any content in
11 Exhibit 14?
12    A.  I do not see any projects with my name or
13 any of my team's names on them.  It appears to be
14 very product-focused.
15    Q.  Okay.  Do you know who prepared
16 Exhibit 14?
17    A.  I do not.
18        MS. WARDEN:  No further questions at
19 this time.
20        MR. TURNER:  Great.  No questions
21 from us.
22        THE VIDEOGRAPHER:  This concludes
23 today's testimony of Brad Cline.  Going off the
24 record.  Time is 5:05.
25        (Deposition concluded at 5:05 p.m.)

```
 1            REPORTER'S CERTIFICATION
 2       I, Micheal A. Johnson, Registered Diplomate
 3   Reporter and Notary Public in and for the State of
 4   Texas, certify that on the 1st day of October, 2024
 5   I reported the Videotaped Deposition of BRAD CLINE,
 6   after the witness had first been duly cautioned and
 7   sworn to testify under oath; said deposition was
 8   subsequently transcribed by me and under my
 9   supervision and contains a full, true and complete
10   transcription of the proceedings had at said time
11   and place; and that reading and signing was not
12   requested.
13       I further certify that I am neither counsel
14   for nor related to any party in this cause and am
15   not financially interested in its outcome.
16       GIVEN UNDER MY HAND AND SEAL of office on
17   this 7th day of October, 2024.
18
19       _____
         MICHEAL A. JOHNSON, RDR, CRR
20       NCRA Registered Diplomate Reporter
         NCRA Certified Realtime Reporter
21
         Notary Public in and for the
22       State of Texas
         My Commission Expires:  8/8/2028
23
24
25
                          233
```