# Exhibit 67

**Excerpts of SW-SEC00594395**

| | |
|---|---|
| From: | Quitugua, Eric [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=227693E84BC0400B84364660F692BC85-QUITUGUA, E] |
| Sent: | 8/31/2018 2:59:54 AM |
| To: | Brown, Timothy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a1bcd95116e84d6692dd89f9d55c5b7a-Brown, Timo] |
| CC: | SolarWinds Security Team [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=037d9cb8eec5484eab14fa794481a6d0-security] |
| Subject: | Fw: Machine certificate authentication - BYOD solution |
| Attachments: | BYOD.pptx; smime.p7s |

Sharing the presentation from the network team this morning.



**Eric Quitugua | Information Security Manager**
Office: 512.498.6200

---

**From:** Krajcir, Robert
**Sent:** Thursday, August 30, 2018 10:14 AM
**To:** Taylor, Brody; Cline, Brad
**Cc:** Quitugua, Eric; Trebacz, Marek; Kenneally, Jonathan; Straub, Carol; Pierce, Charles; Sejna, Tomas; Murray, Joe; Henry, Jonathan
**Subject:** RE: Machine certificate authentication - BYOD solution

Hello all,

First of all, big thank you for coming and sharing your ideas on this topic. Please find attached the presentation I used today, so you can show it to anyone you deem appropriate.

I also summarized some ideas that I have heard today, so it will be easier for you to recall what we discussed:

- Certificates issued via GPO/SCCM, there already are some, but Marek can deploy even more if needed
- from security perspective we also need a proper written policy first to support us
- will HD have capacity to support all users once they won't have admin rights? Marek presented idea that user can be redirected to portal every time, even when downloading unlicensed/unsupported software
- bring this to attention of senior management, start from higher level – Brody, Brad
- multiple IT teams involved - do the thing as a project, show the presentation to CIO (Rany)
- consider to start implementing/deploying new systems without full admin rights, and do the rest during refreshes, or in waves



2/15/2022

0

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS						SW-SEC00594401



solarwinds

The SolarWinds, SolarWinds & Design, Orion, and THWACK trademarks are the exclusive property of SolarWinds Worldwide, LLC or its affiliates, are registered with the U.S. Patent and Trademark Office, and may be registered or pending registration in other countries. All other SolarWinds trademarks, service marks, and logos may be common law marks or are registered or pending registration. All other trademarks mentioned herein are used for identification purposes only and are trademarks of (and may be registered trademarks) of their respective companies.

2/15/2022

9