# Exhibit 68

**SW-SEC-SDNY 00006396**

Message (Digitally Signed)

| | |
|---|---|
| **From**: | Quitugua, Eric [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=227693E84BC0400B84364660F692BC85-QUITUGUA, E] |
| **Sent**: | 10/3/2018 10:17:15 PM |
| **To**: | Kim, Joe [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=16e76def2a79496eb461e918d4fb3aee-Kim, Joe]; Johnson, Rani [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ee57945f15e47b3abaa99a59170ad3f-Johnson, Ra] |
| **CC**: | Brown, Timothy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a1bcd95116e84d6692dd89f9d55c5b7a-Brown, Timo] |
| **Subject**: | Security Incident Status Summary |
| **Attachments**: | smime.p7s |

Team,

The following is a list of open security incidents currently in our que and are actively being worked on that you should be aware of.

| Business | Title | Summary | Incident Commander | Incident Category | Incident Classification |
|---|---|---|---|---|---|
| Cloud | Customer ID mismatch across multiple accounts | Users are reporting seeing errant logs in the Events viewer. This may have resulted from recent code updates | Jason Matthews | Product Security | 1-Low |
| Core | Orion Platform Lacks Proper Access Controls | Improper access controls result in exposure of data | Jeremy Morrill Externally reported by Cisco Systems | Product Security | 1-Low |
| Core | Orion NCM credential exposure | Plaintext credentials for access to configured nodes exposed in HTML source code | David Pluhacek Externally reported by CJD IT Consultancy | Product Security | 1-Low |
| Core | Orion NPM Remote Code Execution | Vulnerability in NPM results in remote code execution | Tim Brown Internally Reported | Product Security | 1-Low |

We are also currently working through 8 internally reported security incidents that have a classification of 0-Minimal.

You can find additional details of these on Confluence here:
https://cp.solarwinds.com/display/OP/ATTORNEY+WORK+PRODUCT%3A++Incident+Response+Executive+Summaries

**solarwinds**
**Eric Quitugua | Information Security Manager**
Office: 512.498.6200