# Exhibit 69

SW-SEC-SDNY_00054914

On-premise events monitored in SEM (this includes **ALL** data sources in (SWDEV AND TUL, not just Active Directory). These are specific filters we have created in order to monitor either in real time or for historical searching

1. Authentication, Authorization, Access Control
    a. Account Logon
    b. Account Logoff
    c. Account Lockout
    d. Account Unlocked
    e. Account Failed Login
    f. Account Password Changed
    g. Account Password Expired
    h. Remote Logins
    i. Account Created
    j. Account Enabled
    k. Account Disabled
    l. Account Deleted
2. Configuration and Change Management
    a. Device Specific Configuration Change
    b. Permission Level Change
3. Network Anomalies
    a. Malware Site Connection
    b. Port Scanning
    c. Anonymous Web Traffic
4. Application Security Logs
    a. Application Log Cleared
    b. Security Log Cleared

Email alerts sent from SEM to InfoSec for investigation. These are email notifications to infosec@solarwinds.com that require further review and investigation. This is typically done through a service desk or JIRA ticket.

1. Authentication, Authorization, Access Control
    a. Account Cumulative Login Failure
    b. Admin Account Cumulative Login Failure
    c. Admin Account Enabled/Disabled
    d. Local Account Created
    e. Account Added to a Security Group
2. Configuration and Change Management
    a. Change Commit Success
3. Network Anomalies
    a. Port Scanning
4. Application Security Logs
    a. Event Log Cleared

| .DAT File Field Headers | .DAT File Field Values |
|---|---|
| FIRSTBATES | SW-SEC-SDNY_00054914 |
| LASTBATES | SW-SEC-SDNY_00054914 |
| ATTACHRANGE | SW-SEC-SDNY_00054914 - SW-SEC-SDNY_00054914 |
| BEGATTACH | SW-SEC-SDNY_00054914 |
| ENDATTACH | SW-SEC-SDNY_00054914 |
| PARENT_BATES | |
| CHILD_BATES | |
| CUSTODIAN | Quitugua, Eric |
| ALL_CUSTODIANS | Quitugua, Eric |
| FROM | |
| TO | |
| CC | |
| BCC | |
| SUBJECT | |
| FILE_NAME | SEM auditable events.docx |
| DATE_SENT | |
| TIME_SENT/TIME_ZONE | |
| TIME_ZONE | (UTC) Coordinated Universal Time |
| MIME_TYPE | Microsoft Word 2016 |
| FILE_EXTEN | DOCX |
| AUTHOR | Quitugua, Eric |
| LAST_AUTHOR | Quitugua, Eric |
| DATE_CREATED | 12/21/2020 |
| TIME_CREATED/TIME_ZONE | 07:09 PM UTC |
| DATE_MOD | 12/21/2020 |
| TIME_MOD/TIME_ZONE | 07:15 PM UTC |
| DATE_ACCESSD | 10/1/2019 |
| TIME_ACCESSD/TIME_ZONE | 01:51 PM UTC |
| PRINTED_DATE | |
| FILE_SIZE | 21 |
| PGCOUNT | 1 |
| PATH | \Quitugua_Eric\Quitugua, Eric-2.zip\eric_quitugua_solarwinds_com\Documents\_1_Email Attachments |
| ALL_PATHS | Quitugua, Eric\|\Quitugua_Eric\Quitugua, Eric-2.zip\eric_quitugua_solarwinds_com\Documents\_1_Email Attachments |
| INTFILEPATH | |
| INTMSGID | |
| HEADER | |
| MD5HASH | 9FAD320684DFA9C841A3F3FDC7DCD6FA |
| OCRPATH | .\SDNY Vol 04\TEXT\TEXT005\SW-SEC-SDNY_00054914.txt |
| LINK | |