# Exhibit 70

**Excerpts of SW-SEC00264310**

| | |
|---|---|
| **From:** | Johnson, Rani [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0EE57945F15E47B3ABAA99A59170AD3F-JOHNSON, RA] |
| **Sent:** | 8/16/2019 5:42:59 PM |
| **To:** | Joseph Kim (joe.kim@solarwinds.com) [/o=SolarWinds/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a3cc8cb2d6794a14ac4a9ed62a469cb7-kim, joe]; Kalsu, Bart [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fc2ab67567ef49f384835b8ad9d94712-Kalsu, Bart]; Jason Bliss (Jason.Bliss@solarwinds.com) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f3695c6e255040fb884d2752cd088540-Bliss, Jaso]; Pierce, Kellie [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0150ef14c7a24cb1a0e08ec9fcb06424-Pierce, Kel]; Brown, Timothy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a1bcd95116e84d6692dd89f9d55c5b7a-Brown, Timo]; Zador, Jennifer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=24b5eea9cfaa4c60b50f70ec7ed8b942-Zador, Jenn] |
| **Subject:** | RE: Security & Compliance Q3 2019 Quarterly Review [Presentation] |
| **Attachments:** | 082019Security_Compliance_Quarterly.pptx |
| | |
| **Sensitivity:** | Company Confidential |

Thanks for your time today. The presentation we reviewed is attached.
Please advise if you have any questions / or would like additional information.



Rani Johnson | Chief Information Officer | SolarWinds
Office: 512.682.9541 | Mobile: 512.299.0610 | Wearable: 512.736.3400


-----Original Appointment-----
**From:** Hurley, Shirley **On Behalf Of** Johnson, Rani
**Sent:** Monday, April 29, 2019 3:32 PM
**To:** Johnson, Rani; Joseph Kim (joe.kim@solarwinds.com); Kalsu, Bart; Jason Bliss (Jason.Bliss@solarwinds.com); Pierce, Kellie; Murgia, Martha; Hurley, Shirley; Brown, Timothy; Zador, Jennifer
**Subject:** Security & Compliance QBR
**When:** Friday, August 16, 2019 9:30 AM-10:00 AM (UTC-06:00) Central Time (US & Canada).
**Where:** Exec conf room



FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00264311

# SolarWinds Scorecard
NIST Maturity Level

| Security Category | 2017 | 2018 | 2019 |
|---|---|---|---|
| Identify | 0.8 | 2.0 | 3.2 |
| Protect | 1.5 | 3.0 | 3.2 |
| Detect | 1.0 | 2.8 | 2.8 |
| Respond | 0.8 | 2.8 | 2.8 |
| Recover | 0.7 | 2.0 | 2.0 |
| Overall | 1.0 | 2.5 | 2.8 |

| Maturity Level | Description |
|---|---|
| 0 | There is no evidence of the organization meeting the security control objectives or is unassessed |
| 1 | The organization has an ad-hoc, inconsistent, or reactive approach to meeting the security control objectives |
| 2 | The organization has a consistent overall approach to meeting the security control objectives, but it is still mostly reactive and undocumented. The organization does not routinely measure or enforce policy compliance |
| 3 | The organization has a documented, detailed approach to meeting the security control objectives, and regularly measure its compliance |
| 4 | The organization uses an established risk management framework to measure and evaluate risk and integrate improvements beyond the requirements of applicable regulations |
| 5 | The organization has refined its standards and practices focusing on ways to improve its capabilities in the most efficient and cost effective manner |

© 2019 SolarWinds Worldwide, LLC. All rights reserved.

@solarwinds    9

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS    SW-SEC00264319



# INDENTIFY

## Highlights

- Instituted standardized security scoring method (CVSS). 421 internally discovered issues marked security | 292 resolved in 1H 2019
- Open Source License Scanning coverage across entire portfolio
- Full lifecycle software asset management
- ISO certifications achieved for RMM, Backup, Take Control. N-central, Mail Assure (In progress), SOC 2 Type 1 for Passportal, Loggly & App Optics (in progress)
- Threat intel ingestion remains a manual process

| Security Category | Objective | NIST Maturity Level |
|---|---|---|
| **Asset Management** | Internally and externally facing assets are identified and actively managed | 3 |
| **Secure Software Development Lifecycle (SSDL)** | Employees are aware of an utilize a security software development lifecycle in their day to day activities | 2 |
| **Open Source License Scanning** | Open source code used is scanned and remediated as needed | 3 |
| **Product Certifications** | ISO 27001 information security management system (ISMS) framework of policies and procedures are followed and audited annually | 3 |
| **NIST internal program assessment** | The internal security program and practices are aligned with NIST | 3 |
| **Vendor Management / Procurement** | Vendor management and procurement practices include security reviews for each asset | 5 |
| | **Identify Maturity Level** | **3.2** |

CONFIDENTIAL – INTERNAL USE ONLY © 2019 SolarWinds Worldwide, LLC. All rights reserved.
@solarwinds 10

495/6 =82.5



# PROTECT

## Highlights

- Access and privilege to critical systems / data is inappropriate. Need to improve internal processes | procedures
- Comprehensive firewall protection for Corporate IT and web properties (Palo Alto Next Gen firewalls in place (58) | Web Application Firewalls (WAF) on all key marketing properties)
- Improved end point protection. End user devices coverage: 80% SEP | 85% encryption | 95% DLP. IT servers coverage: 91% SEP. Hosted environment assessment WIP
- Moving towards Zero Trust model (where we loosely protect all and strongly protect those that can-do material harm). Less requirements on VPN
- Spam / Phishing still a challenge. Adversaries are getting better. Increase in whale phishing (55 million messages blocked 1H2019)
- Movement to make Azure AD authoritative source of identity. Plan to enable federation for all critical assets
- Additional monitoring via SOC is planned for 2nd half of the year

| Security Category | Objective | NIST Maturity Level |
|---|---|---|
| **Next Generation Firewalls** | Palo Alto Firewalls are deployed and actively monitored across the company | 5 |
| **Web Application Firewalls** | WAFs are deployed for marketing properties but not for production products | 3 |
| **Endpoint Protection and Encryption** | Endpoint protection and encryption is deployed and actively managed across the company | 4 |
| **Data Leakage Protection** | Data leakage protection is deployed across the company and actively monitored | 3 |
| **Spam / Phishing Detection / Response** | Email protections are in place to monitor spam, detect phishing and deter known email scammers | 3 |
| **Authentication, Authorization and Identity Management** | User identity, authentication and authorization are in place and actively monitored across the company | 1 |
| | **Protect Maturity Level** | 3.2 |

CONFIDENTIAL – INTERNAL USE ONLY © 2019 SolarWinds Worldwide, LLC. All rights reserved.
@solarwinds 11

399/5=79.8

# InfoSec: DOIT
## SECURITY INCIDENT IMPROVEMENT PLAN (SIIP)



| Security Focus Area | Action | Owner | Target Timing | July 2019 Status |
|---|---|---|---|---|
| Process Improvements | Evaluate product, network and system security.<br>• Checkmarx adoption / KPI<br>• JIRA Security Tagging adoption / KPI<br>• Vulnerability Scanning & Reviews with DOIT | T. Brown<br>E. Quitugua<br>K. Pierce | Ongoing | KPI creation: Underway<br>DOIT vulnerability review: Ongoing |
| | Build Library of authoritative source of practices/processes, agreed to by engineering leadership | K. Pierce | • Q2-2019: List compiled<br>• Q3-2019: Alignment with Engineering | Complete |
| | Improve Security Practice for the Company (SIIP) | T. Brown<br>E. Quitugua<br>K. Pierce | Ongoing | In Progress |
| Tools & Technology | Compile cumulative list of security tools and services for the organization (Security Tool Rationalization) | T. Brown<br>E. Quitugua<br>K. Pierce | Q2-2019 | Complete |
| Training | Implement quarterly Incident Response Training | E. Quitugua | Ongoing<br>Q2-Complete<br>Q3- 8/19/19<br>Q4-TBD | In Progress |
| | Continue GDPR Bootcamp training.<br>Refresh training materials | K. Pierce | Ongoing | Ongoing |

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2019 SolarWinds Worldwide, LLC. All rights reserved.

54

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS     SW-SEC00264364