# Exhibit 72

**PWC-SEC-00047455**

**From:** "Christopher Williams (US - ASR)" <christopher.m.williams@pwc.com>
**Sent:** Mon, 01 Mar 2021 08:47:46 -0500
**Subject:** Fwd: Evaluation of ITGC Deficiencies - Final (SolarWinds)
**To:** "Liz Ackley (US - ASR)" <elizabeth.ackley@pwc.com>

Spoke with Paul this am - He suggested that we get the memos uploaded and through larry this morning before they get too busy.  Use this version for the upload.

---------- Forwarded message ---------
**From: Campbell, Danielle** <Danielle.Campbell@solarwinds.com>
Date: Sun, Feb 28, 2021 at 9:10 PM
Subject: RE: Evaluation of ITGC Deficiencies - Final (SolarWinds)
To: Christopher Williams (US - ASR) <christopher.m.williams@pwc.com>
Cc: Liz Ackley (US - ASR) <elizabeth.ackley@pwc.com>

Perfect – here is the updated versions.

Let me know if there are any other changes.

Thanks,

Danielle

**From:** Christopher Williams (US - ASR) <christopher.m.williams@pwc.com>
**Sent:** Sunday, February 28, 2021 9:01 PM
**To:** Campbell, Danielle <Danielle.Campbell@solarwinds.com>
**Cc:** Liz Ackley (US - ASR) <elizabeth.ackley@pwc.com>
**Subject:** Re: Evaluation of ITGC Deficiencies - Final (SolarWinds)

that should say generic

On Sun, Feb 28, 2021 at 8:59 PM Campbell, Danielle <Danielle.Campbell@solarwinds.com> wrote:

Quick question – do you want this to say general or generic email account?  If I revert to not making the change in the second screen shot as suggested, it will state "two compromised generic accounts."  I just want to make sure I am changing to what you are expecting for both.  Thanks!

Through management's event investigation / analysis efforts, management noted that certain accounts were associated with Indicators of Compromise (IOC), such that all activity performed by these accounts was not assured of being performed as intended by the authorized account user.  These accounts included certain Window administrative accounts (5), a generic service account (1), a generale email account (1), and certain user accounts (4).  An additional impact was noted where the 1 compromised email account

FOIA Confidential Treatment Requested by PricewaterhouseCoopers LLP

**SWI Privilege**

- The two compromised generic account and email accounts had no access to any SOX relevant financial systems.

**From:** Liz Ackley (US - ASR) <elizabeth.ackley@pwc.com>
**Sent:** Sunday, February 28, 2021 8:45 PM
**To:** Campbell, Danielle <Danielle.Campbell@solarwinds.com>
**Cc:** Christopher Williams (US - ASR) <christopher.m.williams@pwc.com>
**Subject:** Re: Evaluation of ITGC Deficiencies - Final (SolarWinds)

HI Danielle - Apologies for this again, but we had 1-2 comments in the memo - i think they are very minor.

In addition, I think for some reason the 2.5 for visual lease and billing platform were marked as remediated; however we noted that there needs 1 more quarter of evidence to call them remediated. I think this was an error in our reconciliation originally.

**Liz Ackley**
PwC | Director
Austin | +1 (515) 710 9131
PricewaterhouseCoopers LLP
pwc.com

On Sun, Feb 28, 2021 at 8:00 PM Campbell, Danielle <Danielle.Campbell@solarwinds.com> wrote:

Attached you will find the updated memo. I have included a clean version and track change version. I accepted all the changes and incorporated those in to the new memo.

Thanks,

Danielle

**From:** Liz Ackley (US - ASR) <elizabeth.ackley@pwc.com>
**Sent:** Sunday, February 28, 2021 7:28 PM
**To:** Campbell, Danielle <Danielle.Campbell@solarwinds.com>
**Cc:** Christopher Williams (US - ASR) <christopher.m.williams@pwc.com>
**Subject:** Re: Evaluation of ITGC Deficiencies - Final (SolarWinds)

Hi Danielle - There are 2-3 items in here where we had comments.

FOIA Confidential Treatment Requested by PricewaterhouseCoopers LLP

**Liz Ackley**
PwC | Director
Austin | +1 (515) 710 9131
PricewaterhouseCoopers LLP
pwc.com

On Sun, Feb 28, 2021 at 3:27 PM Campbell, Danielle <Danielle.Campbell@solarwinds.com> wrote:

Hi –

Attached is the final memo.  I have made the final changes, accepted all track changes and removed comments.

Unless I hear otherwise, I will consider this final.

Thanks,



Danielle Campbell | Director of Internal Audit
Office: 512.874.3389  | Mobile: 972.467.8926

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer.

In the event the content of this email includes Tax advice, the content of this email is limited to the matters specifically addressed herein and is not intended to address other potential tax consequences or the potential application of tax penalties to this or any other matter.

PricewaterhouseCoopers LLP is a Delaware limited liability partnership.  This communication may come from PricewaterhouseCoopers LLP or one of its subsidiaries.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may

contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer.

In the event the content of this email includes Tax advice, the content of this email is limited to the matters specifically addressed herein and is not intended to address other potential tax consequences or the potential application of tax penalties to this or any other matter.

PricewaterhouseCoopers LLP is a Delaware limited liability partnership.  This communication may come from PricewaterhouseCoopers LLP or one of its subsidiaries.

--

**Christopher M Williams**
PwC | Partner - Risk Assurance
Dallas | +1 (972) 989 8098
PricewaterhouseCoopers LLP
pwc.com

Alternate contact:

**Sonia Smith** | Executive Assistant | +1 (469) 265 2158 | sonia.m.smith@pwc.com

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer.

In the event the content of this email includes Tax advice, the content of this email is limited to the matters specifically addressed herein and is not intended to address other potential tax consequences or the potential application of tax penalties to this or any other matter.

PricewaterhouseCoopers LLP is a Delaware limited liability partnership.  This communication may come from PricewaterhouseCoopers LLP or one of its subsidiaries.

--

**Christopher M Williams**

PwC | Partner - Risk Assurance

Dallas | +1 (972) 989 8098

PricewaterhouseCoopers LLP

pwc.com

Alternate contact:

**Sonia Smith** | Executive Assistant | +1 (469) 265 2158 | sonia.m.smith@pwc.com