# Exhibit 73

**Excerpts of SW-SEC00236824**

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 695 | Date Range: 11/2/2020 - 11/30/2020 |

## Outline of Conversations

 **Fitzek, Ondrej (Ondrej.Fitzek@solarwinds.com); Griffiths, Harry (Harry.Griffiths@solarwinds.com)** • 695 messages between 11/2/2020 - 11/30/2020 • Fitzek, Ondrej (Ondrej.Fitzek@solarwinds.com) • Griffiths, Harry (Harry.Griffiths@solarwinds.com)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
SolarWinds, Inc., c/o DLA Piper LLP, Jeff Tsai
555 Mission Street, Suite 2400, San Francisco, CA 94105-2933, 415.615.6055
FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SWI-WDTX0000010616

SW-SEC00236824

OF **Fitzek, Ondrej (Ondrej.Fitzek@solarwinds.com)**     11/4/2020, 11:41 AM
so much work around ![sad](https://statics.teams.cdn.office.net/evergreen-assets/skype/v2/sad/20.png)

HG **Griffiths, Harry (Harry.Griffiths@solarwinds.com)**     11/4/2020, 11:41 AM
will prevent alot of cases, and simplifies support on what they need to know before advancing to support hackers.

HG **Griffiths, Harry (Harry.Griffiths@solarwinds.com)**     11/4/2020, 11:42 AM
Yeah I know, you are doing the right thing though by creating future JIRA tasks to include various tweaks

OF **Fitzek, Ondrej (Ondrej.Fitzek@solarwinds.com)**     11/4/2020, 12:00 PM
I talk like 2-4h per week with management about all the things that are broken in engineering. Not looking good. More senior people are leaving too. Currently there is no way we fix what is in Jira in next 5 years.

HG **Griffiths, Harry (Harry.Griffiths@solarwinds.com)**     11/4/2020, 12:01 PM
Oh no

OF **Fitzek, Ondrej (Ondrej.Fitzek@solarwinds.com)**     11/4/2020, 12:01 PM
We filed more vulnerabilities then we fixed. And by fixed, it often means just a temporary fix for HF but the problem is still there and it's huge.

OF **Fitzek, Ondrej (Ondrej.Fitzek@solarwinds.com)**     11/4/2020, 12:03 PM
I have no idea what we can do about it. Even if we started to hire like crazy, which we will most likely not, it will still take years.

OF **Fitzek, Ondrej (Ondrej.Fitzek@solarwinds.com)**     11/4/2020, 12:04 PM
Can't really figure out how to unfuck this situation. Not good.

OF **Fitzek, Ondrej (Ondrej.Fitzek@solarwinds.com)**     11/5/2020, 1:48 PM
Yo, wanna take the palo alto?

HG **Griffiths, Harry (Harry.Griffiths@solarwinds.com)**     11/5/2020, 3:45 PM
Wen is the call planned

HG **Griffiths, Harry (Harry.Griffiths@solarwinds.com)**     11/5/2020, 3:53 PM
ah, she will call them in 17 mins

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
SolarWinds, Inc., c/o DLA Piper LLP, Jeff Tsai
555 Mission Street, Suite 2400, San Francisco, CA 94105-2933, 415.615.6055
FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SWI-WDTX0000010621

SW-SEC00236829

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
SolarWinds, Inc., c/o DLA Piper LLP, Jeff Tsai
555 Mission Street, Suite 2400, San Francisco, CA 94105-2933, 415.615.6055
FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SWI-WDTX0000010688

SW-SEC00236896