# Exhibit 74

**Excerpts of SW-SEC00236723**

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 854 | Date Range: 11/2/2020 - 11/30/2020 |

## Outline of Conversations



**Griffiths, Harry (Harry.Griffiths@solarwinds.com); Quitugua, Eric (eric.quitugua@solarwinds.com)** • 854 messages between 11/2/2020 - 11/30/2020 • 8:orgid:08c31ac6-23ad-4109-86f0-103a528023b5 • Griffiths, Harry (Harry.Griffiths@solarwinds.com) • Quitugua, Eric (eric.quitugua@solarwinds.com)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
SolarWinds, Inc., c/o DLA Piper LLP, Jeff Tsai
555 Mission Street, Suite 2400, San Francisco, CA 94105-2933, 415.615.6055
FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SWI-WDTX0000010515

SW-SEC00236723

| | | |
|---|---|---|
| HG | **Griffiths, Harry (Harry.Griffiths@solarwinds.com)** | 11/18/2020, 8:23 PM |

![](https://us-api.asm.skype.com/v1/objects/0-eus-d9-68140db6ed1f8bbed3c5f6cf158d368a/views/imgo)

*Image: 0-eus-d9-68140db6ed1f8bbed3c5f6cf158d368a.png (123 KB)*

| | | |
|---|---|---|
| HG | **Griffiths, Harry (Harry.Griffiths@solarwinds.com)** | 11/18/2020, 8:24 PM |
| | the products are riddled | |

| | | |
|---|---|---|
| HG | **Griffiths, Harry (Harry.Griffiths@solarwinds.com)** | 11/18/2020, 8:24 PM |
| | and obviously have been for many years | |

| | | |
|---|---|---|
| HG | **Griffiths, Harry (Harry.Griffiths@solarwinds.com)** | 11/18/2020, 8:24 PM |
| | with nothing being found internally like this to this extent through testing. | |

| | | |
|---|---|---|
| EQ | **Quitugua, Eric (eric.quitugua@solarwinds.com)** | 11/18/2020, 8:25 PM |
| | we're so far from being a security minded company. everytime I hear about our head geeks talking about security I want to throw up. | |

| | | |
|---|---|---|
| EQ | **Quitugua, Eric (eric.quitugua@solarwinds.com)** | 11/18/2020, 8:26 PM |
| | they all live in this fantasy land smoking the same fairy dust and mushrooms | |

| | | |
|---|---|---|
| HG | **Griffiths, Harry (Harry.Griffiths@solarwinds.com)** | 11/18/2020, 8:26 PM |
| | lol | |

| | | |
|---|---|---|
| HG | **Griffiths, Harry (Harry.Griffiths@solarwinds.com)** | 11/18/2020, 8:27 PM |
| | ![The Hangs Old School GIF by FUN WITH FRIDAY \(GIF Image\)](https://media3.giphy.com/media/d0XuEToIwURJ6/giphy.gif?cid=de9bf95ev3n24ks7wri49uk4ltz6oho832h49f6cp3olifkk&rid=giphy.gif) | |

| | | |
|---|---|---|
| EQ | **Quitugua, Eric (eric.quitugua@solarwinds.com)** | 11/18/2020, 8:27 PM |
| | indeed I am! lol | |

| | | |
|---|---|---|
| HG | **Griffiths, Harry (Harry.Griffiths@solarwinds.com)** | 11/18/2020, 8:27 PM |
| | ![smile](https://statics.teams.cdn.office.net/evergreen-assets/skype/v2/smile/50.png) | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
SolarWinds, Inc., c/o DLA Piper LLP, Jeff Tsai
555 Mission Street, Suite 2400, San Francisco, CA 94105-2933, 415.615.6055
FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SWI-WDTX0000010551

SW-SEC00236759

| | | |
|---|---|---|
| HG | **Griffiths, Harry (Harry.Griffiths@solarwinds.com)**<br>I replied | 11/25/2020, 6:27 PM |
| HG | **Griffiths, Harry (Harry.Griffiths@solarwinds.com)**<br>I am rolling out now. I hope you have a good time off and I will try to man the fort! | 11/25/2020, 6:34 PM |
| EQ | **Quitugua, Eric (eric.quitugua@solarwinds.com)**<br>more like keep the house from burning down! lol | 11/25/2020, 6:34 PM |
| HG | **Griffiths, Harry (Harry.Griffiths@solarwinds.com)**<br>hard with all these faulty electrics | 11/25/2020, 6:34 PM |
| EQ | **Quitugua, Eric (eric.quitugua@solarwinds.com)**<br>I'll be available if you need me though, so don't hesitate to ping me | 11/25/2020, 6:34 PM |
| HG | **Griffiths, Harry (Harry.Griffiths@solarwinds.com)**<br>will do, just praying it goes smoothly | 11/25/2020, 6:35 PM |
| HG | **Griffiths, Harry (Harry.Griffiths@solarwinds.com)**<br>![smile](https://statics.teams.cdn.office.net/evergreen-assets/skype/v2/smile/50.png) | 11/25/2020, 6:35 PM |
| HG | **Griffiths, Harry (Harry.Griffiths@solarwinds.com)**<br>enjoy that brisket | 11/25/2020, 6:36 PM |
| HG | **Griffiths, Harry (Harry.Griffiths@solarwinds.com)**<br>send photos!! | 11/25/2020, 6:36 PM |
| EQ | **Quitugua, Eric (eric.quitugua@solarwinds.com)**<br>And don't let that toby buggah push you around! He's not a bully like he thinks he is. ![wink](https://statics.teams.cdn.office.net/evergreen-assets/skype/v2/wink/20.png) | 11/25/2020, 6:36 PM |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
SolarWinds, Inc., c/o DLA Piper LLP, Jeff Tsai
555 Mission Street, Suite 2400, San Francisco, CA 94105-2933, 415.615.6055
FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SWI-WDTX0000010589

SW-SEC00236797

HG **Griffiths, Harry (Harry.Griffiths@solarwinds.com)**  11/30/2020, 10:55 PM
Trading window closed. Sold mine just in time

HG **Griffiths, Harry (Harry.Griffiths@solarwinds.com)**  11/30/2020, 10:55 PM
![wolf of wall street omg GIF](https://media1.giphy.com/media/8ymvg6pI1Lzy0/giphy.gif?cid=de9bf95e7nkvm6xp9vo1fx3vr5la08l4q7znnmq963rkpnv0&rid=giphy.gif)

HG **Griffiths, Harry (Harry.Griffiths@solarwinds.com)**  11/30/2020, 10:55 PM
![cwl](https://statics.teams.microsoft.com/evergreen-assets/skype/v2/cwl/50.png)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY
SolarWinds, Inc., c/o DLA Piper LLP, Jeff Tsai
555 Mission Street, Suite 2400, San Francisco, CA 94105-2933, 415.615.6055
FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SWI-WDTX0000010603

SW-SEC00236811

| T | Key | Status | Summary | Assignee | Created | Updated | Project | Scrum Team | External Issue ID | Labels | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 🟥 | NPM-16857 | OPEN | Node Details Interface resources XSS vulnerability | Unassigned | 18/Nov/20 | 18/Nov/20 | Network Performance Monitor | | | A7:2017 | cvss7 |
| 🟥 | NPM-16867 | OPEN | F5 LTM Details XSS vulnerability | Unassigned | 18/Nov/20 | 18/Nov/20 | Network Performance Monitor | | | A7:2017 | cvss7 |
| 🟥 | NPM-16862 | OPEN | F5 Node details XSS vulnerability | Unassigned | 18/Nov/20 | 18/Nov/20 | Network Performance Monitor | | | A7:2017 | cvss7 |
| 🟥 | NPM-16871 | OPEN | Routing XSS vulnerability | Unassigned | 18/Nov/20 | 18/Nov/20 | Network Performance Monitor | | | A7:2017 | cvss7 |
| 🟥 | NPM-16859 | OPEN | Alerts - insert variables XSS vulnerability | Unassigned | 18/Nov/20 | 18/Nov/20 | Network Performance Monitor | | | A7:2017 | cvss7 |
| 🟥 | NPM-16866 | OPEN | F5 GTM Details XSS vulnerability | Unassigned | 18/Nov/20 | 18/Nov/20 | Network Performance Monitor | | | A7:2017 | cvss7 |
| 🟥 | NPM-16864 | OPEN | F5 Pool details XSS vulnerability | Unassigned | 18/Nov/20 | 18/Nov/20 | Network Performance Monitor | | | A7:2017 | cvss7 |
| 🟥 | NPM-16868 | OPEN | Fiber Channel XSS vulnerability | Unassigned | 18/Nov/20 | 18/Nov/20 | Network Performance Monitor | | | A7:2017 | cvss7 |
| 🟥 | NPM-16878 | OPEN | Traps EnergyWise XSS vulnerability | Unassigned | 18/Nov/20 | 18/Nov/20 | Network Performance Monitor | | | A7:2017 | cvss7 |
| 🟥 | NPM-16865 | OPEN | F5 GTM Wide IP Details XSS vulnerability | Unassigned | 18/Nov/20 | 18/Nov/20 | Network Performance Monitor | | | A7:2017 | cvss7 |
| 🟥 | NPM-16858 | OPEN | Manage Nodes Interface resources XSS vulnerability | Unassigned | 18/Nov/20 | 18/Nov/20 | Network Performance Monitor | | | A7:2017 | cvss7 |
| 🟥 | NPM-16863 | OPEN | F5 Virtual server details XSS vulnerability | Unassigned | 18/Nov/20 | 18/Nov/20 | Network Performance Monitor | | | A7:2017 | cvss7 |
| 🟥 | NPM-16861 | OPEN | Custom poller XSS vulnerability | Unassigned | 18/Nov/20 | 18/Nov/20 | Network Performance Monitor | | | A7:2017 | cvss7 |
| 🟥 | NPM-16860 | OPEN | Summary Interface resources XSS vulnerability | Unassigned | 18/Nov/20 | 18/Nov/20 | Network Performance Monitor | | | A7:2017 | cvss7 |
| 🟥 | NPM-16869 | OPEN | EnergyWise XSS vulnerability | Unassigned | 18/Nov/20 | 18/Nov/20 | Network Performance Monitor | | | A7:2017 | cvss7 |
| 🟥 | WHD-4228 | OPEN | XSS for location value in report preview | Unassigned | 18/Nov/20 | 18/Nov/20 | Web Help Desk | | | A7:2017 | cvss7 |

1–16 of 16