# Exhibit 75

**Excerpts of SolarWinds Corp.
May 20, 2019 Form S-1**

S-1 1 swi-2019sx1.htm S-1

As filed with the Securities and Exchange Commission on May 20, 2019.

Registration No. 333-

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### Form S-1
**REGISTRATION STATEMENT**
**UNDER**
**THE SECURITIES ACT OF 1933**

## SolarWinds Corporation
(Exact name of Registrant as Specified in Its Charter)

| Delaware | 7372 | 81-0753267 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (Primary Standard Industrial Classification Code Number) | (IRS Employer Identification No.) |

**7171 Southwest Parkway, Building 400**
**Austin, Texas 78735**
**(512) 682-9300**
(Address, Including Zip Code, and Telephone Number, Including Area Code, of Registrant's Principal Executive Offices)

**Jason W. Bliss**
**Executive Vice President, General Counsel and Secretary**
**SolarWinds Corporation**
**7171 Southwest Parkway, Building 400**
**Austin, Texas 78735**
**(512) 682-9300**
(Name, Address, Including Zip Code, and Telephone Number, Including Area Code, of Agent for Service)

*Copies to:*

| John J. Gilluly III, P.C. | Alan F. Denenberg |
|---|---|
| DLA Piper LLP (US) | Davis Polk & Wardwell LLP |
| 401 Congress Avenue, Suite 2500 | 1600 El Camino Real |
| Austin, Texas 78701 | Menlo Park, California 94025 |
| (512) 457-7000 | (650) 752-2004 |

**Approximate date of commencement of proposed sale to the public:**
As soon as practicable after this registration statement becomes effective.

If any of the securities being registered on this form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, as amended (the "Securities Act"), check the following box. ☐

If this form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐    Accelerated filer ☐    Non-accelerated filer ☑

Smaller reporting company ☐    or Emerging growth company ☑

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities to Be Registered | Amount to be Registered[1] | Proposed Maximum Aggregate Offering Price Per Share | Proposed Maximum Aggregate Offering Price[2] | Amount of Registration Fee |
|---|---|---|---|---|
| Common Stock, par value $0.001 per share | 17,250,000 | $18.94 | $326,715,000 | $39,597.86 |

(1) Includes shares that the underwriters have the option to purchase.

(2) Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(c) under the Securities Act of 1933, as amended, based on the average of the high and low prices of the registrant's common stock as reported on the New York Stock Exchange on May 14, 2019.

The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the registration statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to such Section 8(a), may determine.

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, as amended, the registrant has duly caused this registration statement on Form S-1 to be signed on its behalf by the undersigned, thereunto duly authorized, in Austin, Texas, on May 20, 2019.

**SOLARWINDS CORPORATION**

By: /s/ Kevin B. Thompson
<div style="margin-left: 2em;">

*Kevin B. Thompson*
*President and Chief Executive Officer*
</div>

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below hereby constitutes and appoints Kevin B. Thompson, J. Barton Kalsu and Jason W. Bliss, and each of them, as his true and lawful attorney-in-fact and agent with full power of substitution, for him in any and all capacities, to sign any and all amendments to this registration statement (including post-effective amendments or any abbreviated registration statement and any amendments thereto filed pursuant to Rule 462(b) under the Securities Act of 1933, as amended, increasing the number of securities for which registration is sought), and to file the same, with all exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorney-in-fact, proxy and agent full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection therewith, as fully for all intents and purposes as he might or could do in person, hereby ratifying and confirming all that said attorney-in-fact, proxy and agent, or his substitute, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, as amended, this registration statement on Form S-1 has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Kevin B. Thompson<br>Kevin B. Thompson | President and Chief Executive Officer and Director<br>(Principal Executive Officer) | May 20, 2019 |
| /s/ J. Barton Kalsu<br>J. Barton Kalsu | Chief Financial Officer<br>(Principal Financial and Accounting Officer) | May 20, 2019 |
| /s/ Michael Bingle<br>Michael Bingle | Director | May 20, 2019 |
| /s/ William Bock<br>William Bock | Director | May 20, 2019 |
| /s/ Seth Boro<br>Seth Boro | Director | May 20, 2019 |
| /s/ Paul Cormier<br>Paul Cormier | Director | May 20, 2019 |
| /s/ Kenneth Y. Hao<br>Kenneth Y. Hao | Director | May 20, 2019 |
| /s/ Michael Hoffman<br>Michael Hoffmann | Director | May 20, 2019 |
| /s/ Catherine Kinney<br>Catherine Kinney | Director | May 20, 2019 |
| /s/ James Lines<br>James Lines | Director | May 20, 2019 |
| /s/ Jason White<br>Jason White | Director | May 20, 2019 |