# Exhibit 76

**Intentionally Omitted**