# Exhibit 78

**Excerpts of Harry Griffiths
Investigative Testimony Transcripts**

# C-08755

# *Griffiths, Harry - Vol. II.20220622.390614-C*

*6/22/2022 7:28 AM*

**Condensed Transcript**

**Prepared by:**

Lory Stone
C-08755

Thursday, June 30, 2022

Page 134

1  UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3  In the Matter of:  )
4                     ) File No. C-08755-A
5  SOLARWINDS, INC.   )
6
7  WITNESS:  Harry Griffiths
8  PAGES:    134 through 291
9  PLACE:    Securities and Exchange Commission
10           175 W Jackson Blvd, Ste 1450
11           Chicago, IL 60604
12 DATE:     Wednesday, June 22, 2022
13
14     The above-entitled matter came on for hearing,
15 via WebEx, pursuant to notice, at 7:28 a.m.
16
24     Diversified Reporting Services, Inc.
25           (202) 467-9200

Page 135

1  APPEARANCES:
2
3  On behalf of the Securities and Exchange Commission:
4      LORY STONE, ESQ.
5      WILLIAM BRAD NEY, ESQ.
6      BENJAMIN BRUTLAG, IT FORENSIC STAFF
7      KENNETH ZAVOS, IT FORENSIC STAFF
8      MARGARET VIZZI
9      Securities and Exchange Commission
10     Division of Enforcement
11     175 W Jackson Blvd, Ste 1450
12     Chicago, IL 60604
13
14 On behalf of the Witness:
15     JULIE RIEWE, ESQ.
16     ANNA MOODY, ESQ.
17     Debevoise & Plimpton
18     801 Pennsylvania Avenue N.W.
19     Washington, D.C. 20004
20     (202) 383-8000
21
22     BECKY MELTON, SOLARWINDS
23     JASON BLISS, SOLARWINDS
24
25

Page 136

1                C O N T E N T S
2
3  WITNESS:                       EXAMINATION
4  Harry Griffiths                    138
5
6  EXHIBITS:   DESCRIPTION            IDENTIFIED
7  222     10.15.2020 Email from Gloria Goh      146
8  223     11.5.2020 IM between Harry Griffiths
9          and Caroline Musindi                  162
10 224     IM exchange between Harry Griffiths,
11         Eric Quitugua and Mr. Sejna           179
12 225     12.1.2020 IM exchange between Harry
13         Griffiths and Ondrej Fitzek           193
14 226     9.1.2020 IM between Harry Griffiths
15         and Roberto Borlain                   205
16 227     11.20.2020 Email exchange             210
17 228     11.20.2020 IM between Harry Griffiths
18         and Eric Quitugua                     272

Page 137

1                P R O C E E D I N G S
2      MS. STONE:  So we are on the record at 7:28
3  a.m. Eastern Standard Time on June 22nd of 2022.  I am
4  Lory Stone.  With me from the commission are Brad Ney,
5  Benjamin Brutlag, Margaret Vizzi, and Ken Zavos.  We
6  are officers of the commission for purposes of this
7  proceeding.  We are today resuming testimony of Harry
8  Griffiths in the matter of SolarWinds, Inc., C-08755.
9      And I actually just want a verifiable
10 record.  It looks like Margaret Vizzi and Ken Zavos
11 have not yet joined us.  So for the Commission, it's
12 Brad Ney, Benjamin Brutlag, and Lory Stone.
13     Counsel for the witness, would you please
14 identify yourself for the record?
15     MS. RIEWE:  Julie Riewe, Anna Moody, and
16 Shannon Eddy from Debevoise & Plimpton, and Jason
17 Bliss and Becky Melton from SolarWinds.
18     MS. STONE:  And, Ms. Melton, are you in the
19 room with Mr. Griffiths?
20     MS. MELTON:  Yes.  I am.
21     MS. STONE:  Is there anyone else in the room
22 with Mr. Griffiths?
23     MS. MELTON:  No.  There is not.
24     MS. STONE:  Okay.  Margaret Vizzi has also
25 joined us on the ignition.  This testimony is pursuant

Page 270

1 specifically sure what that info was.
2     MR. NEY:  Okay.  I understand that.  I think
3 you already testified to that.  And you on down below
4 about, we ain't told them the details apart from the
5 web filter fix.  And my question is, would you have
6 shared and if you  - well, first, do you recall, did
7 you share with Mr. Brown or your legal team that there
8 were these additional details or information that you
9 had not shared with the federal  - that have not been
10 shared yet with federal authorities?
11     THE WITNESS:  I don't recall.
12     MR. NEY:  Okay.  Would it be in your
13 practice to update them and to tell them about those
14 types of details, or to tell them about the details in
15 advance of a call with the FBI or the Department of
16 Homeland Security?
17     THE WITNESS:  That was the first time that I
18 had experienced that before.
19     MR. NEY:  Okay.  And you don't remember what
20 you shared with them, that being such a unique
21 experience?
22     THE WITNESS:  No.  I don't even remember the
23 call.  I remember only that I had a call with FBI.  I
24 didn't even remember until today that Homeland
25 Security were there also or that's what I am

Page 271

1 suggesting in our chat.
2     MR. NEY:  Okay  - thanks, Lory.
3     THE WITNESS:  I'm sorry.
4     MR. NEY:  I am sorry.  What were you saying?
5     THE WITNESS:  I am thinking --
6     MR. NEY:   - you off.
7     THE WITNESS:  I am thinking Homeland
8 Security was a reference to CISA.
9     MR. NEY:  Okay.  Thank you.
10     MS. STONE:  All right.  Why don't we go
11 ahead and take a 10-minute break?  So we're off the
12 record at 11:56 a.m.  Please remember to mute.
13     (A brief recess was taken.)
14     MS. STONE:  So we are back on the record at
15 12:10 p.m.  Mr. Griffiths, if you could please confirm
16 that there were no substantive conversations between
17 yourself and SEC staff during the break?
18     THE WITNESS:  I can confirm.
19     MS. STONE:  Thank you.  And I would also
20 like to state for the record that Ken Zavos of the SEC
21 joined us earlier today.
22     BY MS. STONE:
23     Q   All right.  So let's go ahead and turn to
24 Exhibit 228.  Exhibit 228 is an IM between Harry
25 Griffiths and Eric Quitugua.  The date range for the

Page 272

1 IM is November 2, 2020, through November 30, 2020.
2 And the first Bates is SW-SEC00236723.  This exhibit
3 is quite long.  Feel free to skim it, but I am going
4 to direct you first to page 759.
5         (SEC Exhibit No. 228 was marked
6         for identification.)
7     A   Yes.
8     Q   All right.  Mr. Griffiths, do you recognize
9 Exhibit 228?
10    A   No.  I don't recognize.  It's a long chat
11 you said between myself and Eric Quitugua.  I have no
12 reason to believe that wasn't me.
13    Q   Okay.  Thank you.  If you could please turn
14 to page  - the page ending in 759, and let me know
15 when you're there.
16    A   I am there.  Yeah.
17    Q   Okay.  So embedded at the top, there is a
18 chart that appears to be a list of vulnerabilities
19 related to NPM.  I have blown up the chart, and it
20 follows at the end of the exhibit.  It should be the
21 last page of the exhibit.  And you can see it on the
22 screen as well.  Please take a look at the chart and
23 let me know if that seems right.  That it's a list of
24 vulnerabilities related to NPM.
25    A   That looks correct.  Yeah.

Page 273

1    Q   All right.  And then back on page 759, you
2 write at 8:24 p.m., the products are riddled and
3 obviously have been for many years, with nothing being
4 found internally like this to this extent through
5 testing.  What do you mean by this?
6    A   It sounds like I was being a bit frustrated
7 and surprised with the identification of
8 vulnerabilities.
9    Q   Do you know where this embedded chart came
10 from at the top of the page?
11    A   We missed today's meeting.  I'm not sure.
12 It's a direct query, and it's a list of cross-site
13 scripting vulnerabilities for Network Performance
14 Monitor.  There is one for web helpdesk at the bottom
15 of the table.
16    Q   And what did you mean when you said they
17 were riddled?  I guess first, the products that you're
18 referring to, is that a reference to NPM?
19    A   I don't recall.  I assume so considering I
20 put the screengrab of that query in there.
21    Q   And what do you mean when you say they are
22 riddled with vulnerabilities?
23    A   Riddle --
24       MS. RIEWE:  Just to be clear, it says they
25 are riddled.

Page 286

1  But the 25th is earlier than that so yeah.
2       MS. RIEWE:  Okay.  Just want to clarify.
3       MR. NEY:  I'm sorry.  What was the page you
4  were going to, Lory?
5       MS. STONE:  732, please.
6       BY MS. STONE:
7    Q   Mr. Griffiths, let me know when you're
8  there, please.
9    A   Yes.  I am there.
10   Q   All right.  So I want to look at the 208
11 entry that Mr. Quitugua wrote.  Towards the top of the
12 page, he writes I find it quite interesting that we
13 have referenced the STIG, S-T-I-G, as part of our
14 hardening guidelines, but then state we're not
15 responsible to support and configs.  I mean we have -
16 I mean have we even tested Orion against those
17 settings to at least understand what will break and
18 what will not?  LOL.  You do not respond?  What is a
19 STIG, Mr. Griffiths?
20   A   A STIG is used by mostly federal agencies.
21 It is a non SolarWinds-specific framework for if
22 you're really hardening.
23   Q   I am sorry.  You said a framework for
24 hardening?
25   A   Yeah.  So that's applying controls mostly.

Page 287

1  There is some echo going on.
2       MS. STONE:  Brad, if you wouldn't mind
3  muting, please.
4       MR. NEY:  Oh, sorry.
5       THE WITNESS:  There is some guidelines, and
6  you can download the stuff to help you implement.  So
7  this would enable one to finally tune their Windows
8  Server OS.  This one is for Windows IIS which hosts
9  websites.  And yeah, it just  - it's basically a
10 baseline, a high standard on  - to help with security
11 defense that.
12   Q   Okay.  And you said those are not
13 SolarWinds-specific.  They are more  - they're
14 public-facing security resources.  Do I have that
15 right?
16   A   That's correct.  Yeah.
17   Q   Do you know if Orion was being tested
18 against those settings as of November 5, 2020?
19   A   I don't know the answer to that.
20   Q   Has Orion ever been tested against those
21 settings to your knowledge?
22   A   I don't know that for sure.
23   Q   Do you know who would?  Would Mr. Quitugua
24 know?
25   A   I  - from what I am reading, it doesn't

Page 288

1  sound like he's sure either.
2    Q   Do you know what guidelines he's talking
3  about when he says hardening guidelines?
4    A   No.  I don't.  He's obviously talking about
5  public information is how I read it.  We were working
6  on the secure configuration guide leading up to the
7  USDA vulnerability.  Disclosure with CISA could have
8  been related to that document.  For me, if it wasn't
9  that document, maybe the administrator guide.  We
10 referenced it somewhere.
11   Q   I'm sorry.  The what guide?
12   A   The administrator guide for the product or a
13 knowledge base article.  But no, I don't know.  I am
14 just speculating.  It could be a few --
15   Q   Okay.
16   A   -- documents that he's referring to here.
17   Q   But it sounds like you're describing
18 documents or guidelines that would go to customers.
19 Is that right?
20   A   Yes.  That's what I believe.
21      MS. STONE:  Okay.  SEC staff, any additional
22 questions on Exhibit 228?
23      MR. NEY:  Nothing from me.  Thanks.
24      MS. STONE:  All right.  So I think we're
25 about done.  Why don't we take a five-minute break?

Page 289

1  So let's go off the record at 12:43 p.m.  Please
2  remember to mute.
3       (A brief recess was taken.)
4       MS. STONE:  We are back on the record at
5  1:04 p.m.  Mr. Griffiths, if you could please confirm
6  there were no substantive conversations between
7  yourself and the SEC staff during the break.
8       THE WITNESS:  I can confirm.
9       MS. STONE:  All right.  Mr. Griffiths, we
10 have no further questions at this time.  We may,
11 however, call you again to testify in this
12 investigation.  Should it be necessary, we will
13 contact your counsel.  Before we close the record, do
14 you wish to clarify anything or add anything else to
15 the statements you have made yesterday or today?
16      THE WITNESS:  No.
17      MS. STONE:  Counsel, do you wish to ask any
18 clarifying questions at this time?
19      MS. RIEWE:  Not at this time.
20      MS. STONE:  Okay.  We are off the record at
21 1:05 p.m. Eastern Standard Time on June 22, 2022.
22      (Whereupon, at 1:05 p.m., the examination
23 was concluded.)
24            * * * * *
25

Page 290

1    PROOFREADER'S CERTIFICATE
2
3  In The Matter of:  SOLARWINDS
4  Witness:      Harry Griffiths
5  File Number:  C-08755-A
6  Date:         Wednesday, June 22, 2022
7  Location:     Chicago, IL
8
9        This is to certify that I, Maria E. Paulsen,
10  (the undersigned), do hereby certify that the
11  foregoing transcript is a complete, true and accurate
12  transcription of all matters contained on the recorded
13  proceedings of the investigative testimony.
14
15  _____    _____
16  (Proofreader's Name)     (Date)
17
18
19
20
21
22
23
24
25

Page 291

1         REPORTER'S CERTIFICATE
2   I, JEMIMA EUELL, reporter, hereby certify that the
3   foregoing transcript of 156 pages is a complete, true
4   and accurate transcript of the testimony indicated,
5   held on June 22, 2022, at Chicago, IL in the matter
6   of:
7   SOLARWINDS.
8
9   I further certify that this proceeding was recorded by
10  me, and that the foregoing transcript has been
11  prepared under my direction.
12
13
14         Date:_____
15     Official Reporter:_____
16     Diversified Reporting Services, Inc.
17
18
19
20
21
22
23
24
25