# Exhibit 81

**SW-SEC00168009**



CONFIDENTIAL – FOR INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

# Risk Acceptance Form



- Visit the Enterprise Compliance SharePoint site (https://solarwinds.sharepoint.com/sites/DOITAudit)
- Click on the Risk Acceptance Form, highlighted above

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

@solarwinds      2

# Risk Acceptance Form



SolarWinds Risk Acceptance Form

All employees must comply with SolarWinds Information Security Guidelines. There are occasionally circumstances that fall outside the ability to conform our standard guidelines; in such instances, the risk must be documented and approved.

This Risk Acceptance Form (RAF) is to be used in instances where the risk is likely to exist for more than 1 month and /or if risk actualized, the event would trigger our security incident response process.
- The RAF must be approved by the SolarWinds Executive (Vice President or higher) responsible for the asset or service accepting the risk.
- Risk Approves: Risk must be approved by VP-Security, CIO, CTO, General Council or CEO
- Risk Acceptance will expire on the requested date (or date stipulated by the above listed Risk Approves)

- A Risk Acceptance Form (RAF) is used for any instance that a risk will likely trigger a security incident.
  - Examples include:
    - Not fixing an outstanding security bug in product code with a CVSS of 7> within 90 days.
    - Enabling users within a system with out appropriate identity authentication.
    - Product not meeting Security & Access Guidelines
- The RAF must be approved by a VP or higher to be submitted prior to submission!
- Once submitted, the risk will be reviewed monthly & approved by the VP-Security, CIO, CTO, General Counsel and/or CEO.

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

@solarwinds     3

SW-SEC00168011



- The Risk Acceptance Form consists of 7 questions
- Question 1: Has the RAF been discussed with a VP?
- Question 2: Please provide VP email address

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00168012





## Risk Acceptance Form

6. Risk Acceptance Expiration (date by which risk will be remediated):

Please input date in format of M/d/yyyy

7. Alternatives Considered (Describe why other alternate solutions are not viable):

Enter your answer

- Question 6: Please provide a date that the risk will be remediated (Risk Acceptance Expiration Date)
- Question 7: Please provide any alternatives that were considered

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

@solarwinds    6

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                    SW-SEC00168014



- Question 8: Please select your business department or the business department that this risk is associated with.
- Question 9: Please select your business function or the business function that this risk is associated with.
- Once the form is complete, click "Submit"

CONFIDENTIAL – FOR INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

@solarwinds     7

# Risk Acceptance Process



CONFIDENTIAL – FOR INTERNAL USE ONLY © 2020 SolarWinds Worldwide, LLC. All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00168016

