# Exhibit 84

**Excerpts of SW-SEC00550676**

| | |
|---|---|
| **From:** | Kevin Clark (US - ASR) [kevin.e.clark@pwc.com] |
| **Sent:** | 3/1/2021 9:58:03 PM |
| **To:** | wmgbock@gmail.com; Cathy Kinney [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=df94485f804243d8bb28c8e87c74db63-Cathy Kinne]; denniswhoward123@gmail.com |
| **CC:** | Laurence Westall (US - ASR) [larry.westall@pwc.com]; Rob Glasgow (US - ASR) [rob.glasgow@pwc.com]; Stacy Huntoon (US - ASR) [stacy.huntoon@pwc.com]; Holly Haile (US - ASR) [holly.b.haile@pwc.com]; Kalsu, Bart [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fc2ab67567ef49f384835b8ad9d94712-Kalsu, Bart]; Ensminger, Sandy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=05e9c9c023b449b794de995f6362b10d-Ensminger,] |
| **Subject:** | SolarWinds AC communications - 2020 10-K |
| **Attachments:** | SolarWinds Corporation FY'20 - Audit Results - March 2021 - To Audit Committee.pptx.pdf |

Bill, Cathy, Eash and Dennis -

We have completed our audit procedures and issued our report in connection with the filing of the 2020 10-K earlier this afternoon. We have also provided our consent for the Form S-8 to be filed later today.

Please find attached in the consolidated PDF:

1. Final results and required communications
2. Audit report, as included in Form 10-K
3. Management representation letter
4. Legal representation letter
5. PCAOB Rule 3524 letter, for AC pre-approval of 2021 tax services

We will separately provide Results and required communications as it relates to the standalone SWI SpinCo 2020 audit to support the Form 10 filing.

Many thanks -
Kevin

Kevin E. Clark
PwC | Director
Austin | +1 (512) 799 1820
PricewaterhouseCoopers LLP
pwc.com   linkedin/kevinclark

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer.

In the event the content of this email includes Tax advice, the content of this email is limited to the matters specifically addressed herein and is not intended to address other potential tax consequences or the potential application of tax penalties to this or any other matter.

PricewaterhouseCoopers LLP is a Delaware limited liability partnership.  This communication may come from PricewaterhouseCoopers LLP or one of its subsidiaries.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS                                              SW-SEC00550677



# Tomorrow's audit, today

# Report to the Audit Committee

## FY2020 Integrated Audit results

SolarWinds Corporation
March 1, 2021



pwc



CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00550678

# Cyber Incident & ICFR Evaluation

As a result of the December 12, 2020 Cyber Incident, we considered the impact on the internal controls framework of the company.

## Response

In response to the circumstances disclosed by the Company, the Company established several investigation-related workstreams, including a technical investigation, internal non-technical fact-finding investigation, and a workstream to assess the impact of the Cyber Incident to internal controls over financial reporting.

## Result

As a result of the above workstreams, the following design deficiencies were identified, which aggregated to a **Significant Deficiency,** which remains unremediated as of December 31, 2020:

- Lack of adequate preventative and/or detective authentication controls over domain administrator accounts to restrict access to financial reporting infrastructures to only approved and authorized users
- Lack of adequate preventative and/or detective controls over generic accounts to restrict access to financial reporting systems to only approved and authorized users
- Lack of adequate preventative and/or detective authentication controls over user accounts to restrict access to financial reporting systems to only approved and authorized users

PwC | Tomorrow's audit, today

16

FOIA CONFIDENTIAL TREATMENT REQUESTED BY SOLARWINDS

SW-SEC00550693

# Glossary (2 of 2)

## Material weakness

A deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of the company's annual or interim financial statements will not be prevented or detected on a timely basis.

## Significant deficiency

A deficiency, or a combination of deficiencies, in internal control over financial reporting that is less severe than a material weakness, yet important enough to merit attention by those responsible for oversight of the company's financial reporting.

## Control deficiency

Exists when the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent or detect misstatement on a timely basis.

- A deficiency in design exists when (a) a control necessary to meet the control objective is missing or (b) an existing control is not properly designed so that, even if the control operates as designed, the control objective would not be met.

- A deficiency in operation exists when a properly designed control does not operate as designed or when the person performing the control does not possess the necessary authority or qualifications to perform the control effectively.