# Exhibit 86

**Excerpts of HOLTZMAN_0011745**

**This document Microsoft_Excel_Worksheet8.xlsx is being produced as Native.**

Confidential Treatment Requested by
Holtzman Partners, LLP

HOLTZMAN_0011745

Comments

"""5324217""",""samuel.tilly@solarwinds.cloud"",""samuel.tilly@solarwinds.cloud"",,,""Requester"",,,,""<None>"",,,false~""<div>Nevermind my previous email, after password reset i was able to login to every service again.<br></div><br><div class="""""gmail_quote"""""><div class="""""gmail_attr""""">On Mon, Feb 17, 2020 at 10:16 AM Samuel Tilly samuel.tilly@solarwinds.cloud wrote:<br></div> <div><div>Hi! I'm currently unable to login to okta, microsoft and most importantly <br></div><div>unable to connect to the vpn (vpn-brno.solarwinds.cloud using globalprotect via openconnect).</div></div>
 </div>"""

"""4776977"",""Calum Barr"",""Calum Barr <calum.barr@solarwinds.com>"","",""Helpdesk Analyst, Intermediate"","",""2020-03-26 21:09:06 +0800"","",""Service Agent User - Support"","",""Dundee Office"","",""MSP IT"","",""+441382317732"","",""Jonathan Kenneally"","",""+44 7837576536"",,false~""<p>Hey,</p>
<p>The Linux client isn't activated on our instance yet.  If you want to connect a Linux machine then it will be to be using X-Auth which should work with OpenConnect as far as I am aware.</p>
<p>Portal: <a class="""""external-link""""" href="""""http://vpnx-austin.solarwinds.com""""" rel="""""nofollow""""">vpnx-austin.solarwinds.com</a></p>
<p>X-auth group name: solargroup</p>
<p>X-auth group password: solarvpnpass</p>
<p>You can also see here for official connection method using X-Auth (tunnel settings already enabled so you can skip to the local setup bit):</p>
<p><a href="""""https://knowledgebase.paloaltonetworks.com/KCSArticleDetail?id=kA10g000000ClkiCAC""""">https://knowledgebase.paloaltonetworks.com/KCSArticleDetail?id=kA10g000000ClkiCAC</a></p>
<p>Thanks,</p>
<p>Calum</p>"""