

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549**

DIVISION OF
ENFORCEMENT

July 2, 2025

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *SEC v. SolarWinds Corp., et al.* 23-cv-09518-PAE
              Joint Letter Motion to Stay Pending Dates Due to Settlement in Principle

Dear Judge Engelmayer:

    The parties in this case, Plaintiff Securities and Exchange Commission ("SEC"), and Defendants SolarWinds Corp. ("SolarWinds") and Timothy G. Brown ("Brown") have reached a settlement in principle that would completely resolve this litigation. Like all settlements in SEC cases, the settlement is subject to review and approval by the SEC's Commissioners. To allow the parties time to finalize the paperwork for the settlement, and for the Commissioners to then consider and determine whether to approve the settlement, the parties jointly request that: (1) all pending dates in this litigation be indefinitely stayed, (2) the oral argument scheduled for July 22, 2025 be indefinitely postponed, and (3) if the parties have not filed the settlement paperwork with the Court by September 12, 2025, the parties file joint status report on that date updating the Court on the finalization of the settlement and proposed future deadlines.

    Respectfully submitted,

*/s/ Christopher Bruckmann*
Christopher M. Bruckmann
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-6553
202-551-5986
bruckmannc@sec.gov
(counsel for Plaintiff)

*/s/ Serrin Turner* (with consent)[1]
Serrin Turner
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY
212-906-1330
serrin.turner@lw.com

Sean M. Berkowitz (*pro hac vice*)
Latham & Watkins LLP
330 N. Wabash, Suite 2800
Chicago, IL 60611
312-876-7700

                                                sean.berkowitz@lw.com
                                                (counsel for Defendants SolarWinds
                                                and Brown)

The Court congratulates counsel and the parties on this productive development. The Court stays all pending filing deadlines and adjourns the oral argument scheduled for July 22. The Court directs the parties, if settlement has not been finalized by September 12, 2025, to provide the Court with a written status report that day.

SO ORDERED.

              *Paul A. Engelmayer*
              _____
              PAUL A. ENGELMAYER
              United States District Judge

July 2, 2025
New York, New York