

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

September 5, 2025

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**   *SEC v. SolarWinds Corp., et al.* **23-cv-09518-PAE**
            **Consent Letter Motion to Extend Deadline to File Settlement Paperwork**

Dear Judge Engelmayer:

      Plaintiff Securities and Exchange Commission ("SEC"), with the consent of Defendants SolarWinds Corp. ("SolarWinds") and Timothy G. Brown ("Brown"), moves for a two-week extension of the deadline to file the settlement paperwork in this case. Previously, the parties notified the Court that they had reached a settlement in principle and asked the Court to stay all dates in this case as the parties anticipated filing the settlement paperwork with the Court by September 12, 2025. (ECF No. 193). The Court granted the request to stay all dates and directed the parties to file settlement paperwork or a status report by September 12, 2025. (ECF No. 194). The SEC needs additional time to complete its internal process with respect to the settlement's approval and accordingly requests an additional two weeks, until September 26, to file the settlement paperwork or provide a status report regarding this matter. The SEC does not anticipate needing any further extensions. The undersigned has spoken with counsel for the Defendants, who consent to this request for a brief extension.

      Respectfully submitted,

GRANTED.

SO ORDERED.

*/s/ Christopher Bruckmann*
Christopher M. Bruckmann
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-6553
202-551-5986
bruckmannc@sec.gov
(counsel for Plaintiff)

_____
PAUL A. ENGELMAYER
United States District Judge

September 5, 2025
New York, New York