

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

September 25, 2025

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *SEC v. SolarWinds Corp., et al.* **23-cv-09518-PAE**
              **Consent Letter Motion to Extend Deadline to File Settlement Paperwork**

Dear Judge Engelmayer:

    Plaintiff Securities and Exchange Commission ("SEC"), with the consent of Defendants SolarWinds Corp. ("SolarWinds") and Timothy G. Brown ("Brown"), moves for a second extension of the deadline to file the settlement paperwork in this case. Previously, the parties notified the Court that they had reached a settlement in principle and asked the Court to stay all dates in this case as the parties anticipated filing the settlement paperwork with the Court by September 12, 2025. (ECF No. 193). The Court granted the request to stay all dates and directed the parties to file settlement paperwork or a status report by September 12, 2025. (ECF No. 194). The SEC then requested, with the consent of Defendants, a two-week extension to that deadline, which the Court granted. (ECF Nos. 195 and 196). With apologies to the Court for the delay, the SEC's internal review process has not yet concluded and, accordingly, the SEC requests an additional two weeks, until October 10, 2025, to file the settlement paperwork or provide a status report regarding this matter. The undersigned has spoken with counsel for the Defendants, who consent to this request for a brief extension.

                                              Respectfully submitted,

                                              */s/ Christopher Bruckmann*
                                              Christopher M. Bruckmann
                                              U.S. Securities and Exchange Commission
GRANTED.                                100 F Street, N.E.
                                              Washington, D.C. 20549-6553
SO ORDERED.                         202-551-5986
                                              bruckmannc@sec.gov
         *Paul A. Engelmayer*
                                              (counsel for Plaintiff)
       _____
       PAUL A. ENGELMAYER
       United States District Judge

Dated: September 25, 2025
       New York, New York