

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

October 7, 2025

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *SEC v. SolarWinds Corp., et al.* **23-cv-09518-PAE**
             **Consent Letter Motion to Extend Deadline to File Settlement Paperwork**

Dear Judge Engelmayer:

      Plaintiff Securities and Exchange Commission ("SEC"), with the consent of Defendants SolarWinds Corp. ("SolarWinds") and Timothy G. Brown ("Brown"), moves for an additional extension of the deadline to file the settlement paperwork in this case due to a lapse in federal government appropriations. On October 1, 2025, most SEC personnel were furloughed (with limited exceptions) and are prohibited from working. SEC personnel involved in this matter are being furloughed. Employees are not permitted to work on a voluntary basis when furloughed. *See* 31 U.S.C. § 1342. Accordingly, we respectfully request that the Court adjourn the current deadline for submission of settlement papers or a status report (currently October 10, 2025) until 14 days after the lapse in appropriations ends. This is the third request for an extension of this deadline (See ECF Nos. 195 and 197). The undersigned has confirmed with counsel for Defendants that Defendants consent to this request.

GRANTED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

October 8, 2025
New York, New York

Respectfully submitted,

*/s/ Christopher M. Bruckmann*
Christopher M. Bruckmann
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-6553
202-551-5986
bruckmannc@sec.gov
(counsel for Plaintiff)